

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Jason P Bologna*
*Direct Dial (215) 861-8499*
*Facsimile (215) 861-8618*
*E-mail Address jason.bologna@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

December 20, 2018

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:    United States v. Mehdi Nikparvar-Fard
               Criminal No. 18-101

Dear Clerk:

     Please unimpound the Indictment in regard to the above-captioned case. The Indictment was filed on March 14, 2018.

                                    Very truly yours,

                                    WILLIAM M. McSWAIN
                                    United States Attorney

                                    JASON P. BOLOGNA
                                    Assistant United States Attorney