# BLANKROME

One Logan Square
130 North 18th Street | Philadelphia, PA 19103-6998

*Phone:* (215) 569-5674
*Fax:* (215) 832-5674
*Email:* Ann.querns@blankrome.com

January 2, 2023

**BY ECF AND EMAIL**

The Honorable Gene E.K. Pratter
Room 10613, United States Courthouse
601 Market Street
Philadelphia, PA 19106

Re:   *United States v. Nikparvar-Fard, Crim No. 18-101*

Dear Judge Pratter,

As you know, we represent Dr. Nikpavar-Fard in the above-captioned case. At the request of our client, we write to respectfully request that the trial currently scheduled to begin on January 9, 2023 be continued one week. This brief continuance would allow the Court to rule on the outstanding pretrial motions, including the admissibility of the video recording of Dr. Nikpavar-Fard's August 2017 arrest (ECF Nos. 386, 400) and the production of the Prescription Drug Monitoring Program data associated with the Government's expert witness (ECF No. 488). This would also provide Dr. Nikparvar-Fard additional time to review the materials that we understand the Government plans to produce this week.

We appreciate the Court's consideration of this request, and please let us know if we can provide you with any further information.

Very truly yours,

Ann E. Querns

cc:   All counsel of record (by ECF)