IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| MITCHELL WHITE | : | No. 18-101-6 |

## ORDER

AND NOW, this 12th day of January, 2023, upon consideration of a copy of source reporting for FBI source 82467 provided to the Court for *in camera* review pursuant to its December 29, 2022 Order, it is **ORDERED** that the source reporting need not be disclosed to Defendant.[1]

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

---

[1] Dr. Mehdi Nikparvar-Fard, another defendant in this case, filed a motion to compel discovery, including all reports and evidence relating to FBI source 82467. *See* Mot. to Compel Disc. & Dismiss Superseding Indictment, Doc. No. 462. Mr. White joined in that motion. *See* Mot. to Join, Doc. No. 468.

Recognizing the Government's "legitimate reasons for protecting the confidentiality of the material requested," *United States v. Harmon*, 833 F.3d 1199, 1205 (9th Cir. 2016), as well as the defendants' concern that any impeachment or exculpatory evidence be disclosed for use at trial, this Court ordered the Government to submit for *in camera* review any undisclosed informant activity for source 82467. *See* Dec. 29, 2022 Order, Doc. No. 523.

Having reviewed the informant reporting not disclosed to Mr. White's counsel, the Court concludes that the source reporting for FBI source 82467 does not contain any exculpatory or impeachment evidence, and therefore need not be disclosed to Mr. White.