IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 2:18-CR-101-12 |
| vs. | : | |
| SAMANTHA HOLLIS | : | |

### ORDER

AND NOW, on the date of January __20__, 2023, upon consideration of Samantha Hollis' request, U.S. Pretrial Services SHALL return Samantha Hollis' passport to her forthwith. The criminal Indictment charging Samantha Hollis was dismissed on November 29, 2022 and Ms. Hollis has no further business before this Court.

BY THE COURT:

/s/ Gene E.K. Pratter
HONORABLE GENE E.K. PRATTER