## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| MITCHELL WHITE | : | No. 18-101-6 |

## O R D E R

AND NOW, this 2nd day of February, 2023, upon consideration of the oral motion for an extension of time to file post-trial motions on January 24, 2023, it is hereby **ORDERED** that the motion is granted. Any post-trial motions are due March 10, 2023. Any response shall be due March 24, 2023.

BY THE COURT:

GENE E.K. PRATTER
United States District Judge