IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: February 16, 2023 |
| vs. | : | |
| | : | |
| MEHDI NIKPARVAR-FARD | : | CRIMINAL NO. 18-101-1 |
| 400 Fairview Road | | |
| Penn Valley, PA 19072 | | |

## NOTICE OF HEARING

**TAKE NOTICE** that the above-named defendant has been scheduled for **HEARING ON DEFENDANT'S PRO SE MOTION TO APPOINT COUNSELOR** on **February 27, 2023** at **3:00 P.M.**, before the Honorable Gene E. K. Pratter in Courtroom 10-B of the United States District Court, 601 Market Street, Philadelphia, Pennsylvania.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A           interpreter will be required for the defendant.
☐ **Hearing rescheduled from:**
For additional information, please contact the undersigned.

                                                Michael Coyle,
                                                Deputy Clerk to Judge Pratter

                                      Notice to:
                                          Defendant
                                          Frank DeSimone, Esq., Defense Counsel
                                          Joseph G. Poluka, Esq., Defense Counsel
                                          Mary Kay Costello, A.U.S.A.
                                          U.S. Marshal
                                          Probation Office
                                          Pretrial Services
                                          Interpreter Coordinator