IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| MITCHELL WHITE | : | No. 18-101-6 |

**O R D E R**

**AND NOW**, this 6th day of March, 2023, upon consideration of Defendant Mitchell White's Unopposed Motion For An Extension Of Time To File Post-Trial Motions (Doc. No. 592), it is hereby **ORDERED** that the motion is **GRANTED**. Any post-trial motions are due April 10, 2023. Any response shall be due April 24, 2023.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge