```
 1                IN THE UNITED STATES DISTRICT COURT

 2              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 3
     UNITED STATES OF AMERICA      :  CRIMINAL ACTION
 4                                 :
                 vs.               :
 5                                 :
     MEHDI NIKPARVAR-FARD          :  NO. 18-101-1
 6                                 :

 7                      PHILADELPHIA, PENNSYLVANIA

 8                         JANUARY 6, 2023

 9   BEFORE:     THE HONORABLE GENE E.K. PRATTER, J.

10                    CHANGE OF PLEA HEARING

11   APPEARANCES:
                     OFFICE OF THE UNITED STATES ATTORNEY
12                   BY:  MARY KAY COSTELLO, ESQUIRE
                     CHRISTOPHER ERIC PARISI, ESQUIRE
13                   Assistants United States Attorney
                     Eastern District of Pennsylvania
14                   Suite 1250 - 615 Chestnut Street
                     Philadelphia, PA  19106
15                   Counsel for the Government

16                   FRANK DESIMONE, ESQUIRE
                     123 South Broad Street
17                   Suite 2500
                     Philadelphia, PA  19109
18                        - and -
                     BLANK ROME LLP
19                   BY:  JOSEPH G. POLUKA, ESQUIRE
                     ANN E. QUERNS, ESQUIRE
20                   130 N. 18th Street
                     Philadelphia, PA  19103
21                   Counsel for the Defendant

22                   KATHLEEN FELDMAN, CSR, CRR, RPR, CM
                     Official Court Reporter
23                   U.S. Courthouse
                     601 Market Street
24                   Philadelphia, PA 19106
                     (215) 779-5578
25
              (Transcript produced by machine shorthand via C.A.T.)
```

```
 1                    (Deputy Clerk opened court)

 2              THE COURT:  Hello, everybody.

 3              ALL COUNSEL:  Good afternoon, Your Honor.

 4              THE COURT:  Why don't you all take your seats.

 5              MR. POLUKA:  Thank you for the indulgence.

 6              THE COURT:  That's all I've been doing in this case

 7    is indulging everybody it seems like.

 8              All right, this is the time together in anticipation

 9    of Monday's trial date in the case of United States of America

10    versus Nikparvar-Fard, et al., docketed at 18-101 on the

11    criminal docket.  Let's take attendance.

12              MR. PARISI:  Good afternoon, Your Honor.

13    Christopher Parisi for the Government.

14              MS. COSTELLO:  Mary Kay Costello for the United

15    States, Your Honor, good afternoon, and with us is Special

16    Agent Syreeta Scott from the Department of Labor.

17              THE COURT:  Good to see you all again.

18              MR. DESIMONE:  Good afternoon, Your Honor.  We meet

19    in the morning and in the afternoon for Dr. Nikparvar-Fard.

20              MS. QUERNS:  Good afternoon --

21              THE COURT:  You're still Frank DeSimone?

22              MR. DESIMONE:  The last time, well, maybe not,

23    Judge.

24              MS. QUERNS:  Ann Querns also for Dr. Nikparvar-Fard.

25              MR. POLUKA:  And Joe Poluka, Your Honor, for Dr.
```

1   Nikparvar-Fard.

2           THE COURT:  Okay, and the defendant is here.  We do

3   not have Ms. Flannery on the line quite yet.  As far as I can

4   tell, we have a number of matters.  One I resolved.  First, I

5   want to state for the record that notwithstanding the

6   continued strong efforts, articulate efforts and creative

7   efforts of defense counsel, I denied the motion to compel or

8   to seek an order to compel the Pennsylvania Department of

9   Health to issue material listing in some fashion the requests

10  or the orders for prescriptions by the Government's expert

11  witness.  We did that this morning by phone.  I said I would

12  put on the record the fact that it was a very ably fought and

13  defended motion.  We talked at some length to a Mr. Hoffman --

14          MR. DESIMONE:  Hoffman, yes.

15          THE COURT:  -- who represented the Department of

16  Health.  He explained to me what I perceived by looking at the

17  exemplar of what a report would look like.  I raised

18  questions.  I had excellent answers to my questions and

19  ultimately saw no point to the information that was being

20  sought that could be of any important use in this case other

21  than as a toehold for further delay.  So I denied the motion.

22          Anybody want to put more on the record with respect

23  to that issue?  And you may.  You should feel free to do

24  that --

25          MR. DESIMONE:  No, Your Honor.

```
 1              THE COURT:  -- since we now have a court reporter.

 2              MR. PARISI:  No, Your Honor.

 3              MS. QUERNS:  No, Your Honor.

 4              MR. DESIMONE:  No, Your Honor.

 5              THE COURT:  All right.  That was one issue.  Another

 6   issue is that there seemed to be some issues with respect to

 7   applications to withdraw as counsel or anticipating a motion

 8   to withdraw as counsel and that, of course, has some

 9   implications for the scheduling of the case.  There also are

10   some real or imagined efforts to continue the trial that

11   starts on Monday and I'm perfectly happy to hear anything

12   about that, although I do note that Ms. Flannery on behalf of

13   her client as well as the Government both have expressed what

14   I understand are oppositions to the application to continue

15   the trial.

16              MR. DESIMONE:  Your Honor, may I address the Court?

17              THE COURT:  Yes, of course.

18              MR. DESIMONE:  We are -- in light of what has

19   happened, all those issues are moot and we would withdraw

20   them.

21              THE COURT:  Yes, you may be anticipating something,

22   over anticipating.

23              MR. DESIMONE:  Well, Your Honor, our client -- the

24   Government and I and our client have entered into a potential

25   plea arrangement, Your Honor, change of plea.
```

1            THE COURT:  Meaning that it's not yet moot because

2    depending upon what I do --

3            MR. DESIMONE:  That's true.

4            THE COURT:  -- with that, then you may be back to

5    expressing why you think a continuance is necessary.

6            MR. DESIMONE:  True, but I think --

7            THE COURT:  Or a withdrawal of an appearance.

8            MR. DESIMONE:  Judge, what I would like to do is --

9    I think we should do the cart before the horse because if the

10   cart is accepted and there's a plea, the other issues will be

11   moot.  If the plea's not going to be accepted, then we would

12   -- we might have to address the other issues.

13           THE COURT:  Perhaps.  I don't know in this instance

14   what the cart is or what the horses are.

15           MR. DESIMONE:  Well, the cart is the guilty plea,

16   Judge.

17           THE COURT:  Maybe so.

18           MR. DESIMONE:  Change of plea, I'm sorry.

19           THE COURT:  That's fine.  I'm happy to, but do you

20   know what, if -- let me point this out.  I've been told that

21   there is some disaffection between the defendant and counsel,

22   and if that is true, I have trouble knowing why anybody should

23   devote any time to this hearing on the plea if, in fact, it's

24   going to end up being argued later that --

25           MR. DESIMONE:  Judge --

```
1              THE COURT:  -- the counseling was somehow
2   ineffective because the lawyers were looking towards walking
3   away from representing this client.  I don't want this to be
4   an excuse later.  You're shaking your head no, Mr. Poluka, but
5   I've been here before.  As I said, I'm not just pulling the
6   hay out of my hair today and it's been used plenty of times in
7   the past by defendants who enter a plea and then say, Oh, but,
8   you know, my lawyers really didn't want to represent me and I
9   felt I had no choice because they were going to abandon me.
10             MR. DESIMONE:  Judge, that is not the case.
11             THE COURT:  Of course not.
12             MR. DESIMONE:  I can tell you --
13             THE COURT:  But it never is.
14             MR. DESIMONE:  We have -- we have worked very hard,
15  both the Government --
16             THE COURT:  I know you have.
17             MR. DESIMONE:  -- and ourselves today and the client
18  and the client's wife is here.  He understands a lot better
19  now what we were trying to advise him in this matter, and
20  excuse my voice, Your Honor, because as you can hear, it's
21  gone.
22             THE COURT:  No, no, it's quite all right.
23             MR. DESIMONE:  And I think we're beyond that and I
24  think he'll address that, that he is satisfied with our
25  representation, that he's satisfied with the advice we're
```

1  giving him, and I would spend time today on this plea because

2  I think after another discussion with him and his wife, I

3  think he understands very well now this case and what we've

4  been trying to tell him.  I mean, it was a difficult decision

5  for him to make, he didn't want to make it, and I think

6  finally today, thanks to the epiphany, January 6th, we have an

7  epiphany, and he will tell you that, Judge.  I don't mean to

8  bring the epiphany into this and maybe --

9       THE COURT:  No, no.  Hey, I think that phrase has

10  been -- is ecumenical.

11       MR. DESIMONE:  It is ecumenical.  And on this day of

12  lawfulness, I don't want to be hollered now for saying that.

13  That's a joke.  But, anyway, I do think having spoken to his

14  wife, Mr. Poluka will also state that, and also Ms. Querns, we

15  had a long discussion and I am firmly convinced that he knows

16  what he's doing and he agrees to it and he wants to do it.

17       THE COURT:  None of that changes the fact that I've

18  got a motion to withdraw or at least I've been told that there

19  is a motion to withdraw.

20       MR. DESIMONE:  Well, not now, Judge.  He's listened

21  to our advice.

22       MR. POLUKA:  Your Honor, just to be clear, and there

23  were different calls with different people.  There is no

24  pending motion to withdraw.  Given the difficulty with the

25  discussions, we suggested to the court clerk that that could

1    happen.  There's no motion filed, none drafted, and I would

2    just add, Mr. DeSimone used the word discussion with our

3    client.  It's discussions, plural, all week, and it was not

4    just about the terms of the plea, Your Honor, but about the

5    trial evidence.  So I hear the Court and I know what the

6    Court's talking about down the road, motions coming in, et

7    cetera, but we have had intensive long discussions not only

8    about the terms of the agreement reached with the Government,

9    but also the trial evidence and what could happen if the trial

10   doesn't go the way of the client.  I just want to make that

11   clear.  It's not a discussion.  It's been discussions all week

12   and very intense ones.

13           THE COURT:  Yes, I don't question that for a minute.

14   As I said, my concern has to do with the information that I

15   had, informal though it may have been, that there were waves

16   upon the sea of the lawyer-client relationship.

17           MR. POLUKA:  Your Honor, there were, and out of an

18   abundance of caution, we let the deputy clerk know.  I

19   think -- I agree with Mr. DeSimone, we're past it, but we

20   didn't want to be saying that this morning if that's where we

21   ended up -- or this afternoon, rather.  So I agree with Mr.

22   DeSimone.  I agree we're past it.

23           THE COURT:  Yes, well, let me just tell you, give

24   you a little window into my thinking.  There's no substantive

25   difference between where you were this morning and where you

1    are now vis-a-vis the Court's view as to whether or not such a

2    motion, if made, would be granted.

3                MR. POLUKA:  Understood.

4                THE COURT:  Which I'm not going to say, because I

5    haven't seen such a motion, but it would be a very steep

6    climb.

7                MR. POLUKA:  Understood.  We're well aware of that,

8    Your Honor.  Well aware.

9                THE COURT:  And it would be -- and that would go for

10   both sets of counsel.  I'm not going to let one bail out of

11   the boat and leave the other to row alone.

12               MR. POLUKA:  Understood.

13               THE COURT:  Okay, is everybody tracking here?

14               MR. DESIMONE:  Clearly, Judge.

15               THE COURT:  From the Government's standpoint, you

16   know that all this means is that you have one defendant to

17   start with on Monday who tells me she's ready to go.

18               MS. COSTELLO:  Yes, Your Honor, and we'll be ready

19   to go, too.

20               THE COURT:  I'm sure.  I'm sure.  Okay.  So I guess

21   it really only remains to be seen how many of us are going to

22   be here.  All right.  Well, since I don't give advisory

23   opinions on anything, we'll see where this takes us.  Since

24   the defendant knows who I am since we've been together many

25   times, why don't you stand up, sir, and we're going to have

1   you sworn in.

2            THE DEPUTY CLERK:  Please raise your right hand.

3            MEHDI NIKPARVAR-FARD, DEFENDANT, SWORN

4            THE DEPUTY CLERK:  Please have a seat and state your

5   full name and spell your last name for the record.

6            THE DEFENDANT:  Mehdi Nikparvar-Fard,

7   N-I-K-P-A-R-V-A-R-F-A-R-D.

8            THE COURT:  So I know that your lawyers have been

9   telling you that what this proceeding is about is primarily

10   for you.  It's certainly about you and the choices that you

11   have to make here and it's my primary job to make sure that

12   you understand how important and how serious this is, how

13   important each decision you make is, and it's also my job to

14   make sure that we move ahead in a way that is fair to you as

15   well as to the people of the United States.  Before I forget,

16   Mike, why don't you just call up Ms. Flannery and tell her see

17   her on Monday.

18            THE DEPUTY CLERK:  Okay.

19            THE COURT:  Okay.

20            So it's important that we move ahead in a way that

21   acknowledges how important this is for you and to the people

22   of the United States, all right?  Are you ready to start, sir?

23            THE DEFENDANT:  Yes, I am.

24            THE COURT:  All right.  As far as I have been told,

25   what people want to do here this afternoon is give you an

1  opportunity to change your previously-entered plea and enter a

2  plea to a Superseding Indictment, specifically, to Count Five

3  of the Superseding Indictment, in which you have been charged

4  with conspiracy to distribute controlled substances which

5  would be a violation of Title 21 of the United States Code

6  Section 846.  These charges arise from your alleged role in a

7  scheme to unlawfully dispense controlled substances outside

8  the usual course of professional practice and without a

9  legitimate medical purpose including the allegation that there

10  were -- there was pre-signing of prescription pads for

11  coconspirators to use where the coconspirator, particularly

12  one in particular, whose DEA registration was suspended.

13  There are all sorts of other features to this document called

14  a Guilty Plea Agreement that we are going to be looking at in

15  particular and -- but, overall, that's initially why we are

16  here.  You've been sworn in and we have had many times

17  together about your name in the past, but let me ask, have you

18  ever used any other name other than Mehdi Nikparvar-Fard?

19              THE DEFENDANT:  Yes.

20              THE COURT:  What are your other names?

21              THE DEFENDANT:  Mehdi Armani.

22              THE COURT:  Anything else?

23              THE DEFENDANT:  No.

24              THE COURT:  What's your real name?

25              THE DEFENDANT:  My --

1          THE COURT:  What's the name you got when you were

2   born as far as you know?

3          THE DEFENDANT:  Mehdi Nikparvar-Fard.

4          THE COURT:  What are your primary languages in which

5   you feel comfortable conversing?

6          THE DEFENDANT:  My primary language is Persian, but

7   I speak English too.

8          THE COURT:  All right.  Are you satisfied that we

9   can conduct this hearing in English?

10          THE DEFENDANT:  Yes, I am.

11          THE COURT:  If, at any time, you do not understand

12   what I am saying or you wish me to speak more slowly or more

13   loudly, that will be fine, just tell me and I will do so.  If,

14   at any time, you believe you need an interpreter or a

15   translator, we will stop and get somebody to help you

16   understand what is going on, do you understand?

17          THE DEFENDANT:  I do.

18          THE COURT:  All right.  I am going to be explaining

19   a number of things to you and I am going to be asking you a

20   lot of questions.  You are sitting next to or among your

21   various three lawyers.  You may speak with them at any time if

22   you wish.  If you want to talk privately with them, fine, let

23   me know, we will take a break and you may do so.  We are

24   speaking into the microphone because Ms. Feldman here is

25   creating a written record of everything that is said.  It

1   means that you must speak up so that your answers can be

2   heard.  As far as I know, we are not filming.  That means your

3   answers have to be out loud.  You cannot answer my questions

4   by merely nodding or shaking your head.  Is that satisfactory

5   to you?

6               THE DEFENDANT:  Yes.

7               THE COURT:  Good.  Now, you understand you're under

8   oath, sir, and that means you've given your word to tell the

9   truth.

10              THE DEFENDANT:  Yes, I do.

11              THE COURT:  And do you understand that that means

12  I'm going to assume that the answers you give me are going to

13  be absolutely truthful?

14              THE DEFENDANT:  Yes, I do.

15              THE COURT:  And because you're under oath, do you

16  understand that if you answer any of my questions falsely,

17  then your answers can and very likely will be used against you

18  later in another prosecution, one for perjury or making a

19  false statement?

20              THE DEFENDANT:  Yes, I do.

21              THE COURT:  Has anybody instructed you, told you or

22  even suggested or hinted that you could or should answer any

23  of my questions falsely?

24              THE DEFENDANT:  No.

25              THE COURT:  All right.  And, as I understand it, you

1    may have been even told what kinds of questions I'm going to

2    be asking you, is that right?

3                    THE DEFENDANT:  No.

4                    THE COURT:  So you have no idea what I'm going to be

5    asking you?

6                    THE DEFENDANT:  Yeah, I know what you're going to

7    ask.

8                    THE COURT:  Okay.  Do you understand that I'm asking

9    you these questions so that I can be satisfied that you know

10   what you're doing?

11                   THE DEFENDANT:  Yes, I do.

12                   THE COURT:  And that you are competent and able to

13   change your prior plea and you are knowingly and voluntarily

14   giving up some very important rights that you have by entering

15   a guilty plea?

16                   THE DEFENDANT:  Yes, I do.

17                   THE COURT:  Of what country are you a citizen?

18                   THE DEFENDANT:  United States.

19                   THE COURT:  When did you become a United States

20   citizen?

21                   THE DEFENDANT:  Maybe 2010.

22                   THE COURT:  Maybe or --

23                   MR. POLUKA:  Can you stand up?

24                   SPECTATOR:  2014.

25                   MR. POLUKA:  For the doctor?

```
 1                   SPECTATOR:  Yes, 2014.
 2                   THE COURT:  Did you go to a naturalization ceremony?
 3                   THE DEFENDANT:  Yes, I did.
 4                   THE COURT:  How old are you?
 5                   THE DEFENDANT:  I'm 53.
 6                   THE COURT:  What is your most recent home address?
 7                   THE DEFENDANT:  400 Fair View Road, Narberth,
 8       Pennsylvania 19072.
 9                   THE COURT:  Okay.  How long have you lived there?
10                   THE DEFENDANT:  Maybe 12 years.
11                   THE COURT:  And who other than your wife lives
12       there?
13                   THE DEFENDANT:  My daughter and my son.
14                   THE COURT:  Your son was about ready to graduate
15       from high school.
16                   THE DEFENDANT:  I'm sorry?
17                   THE COURT:  Are they both -- where are they in
18       school?
19                   THE DEFENDANT:  My daughter is in high school.  My
20       son is graduated.
21                   THE COURT:  Is your son in college?
22                   THE DEFENDANT:  Yeah, he goes to college.
23                   THE COURT:  Where does he go?
24                   THE DEFENDANT:  He goes to Penn State in Penn State.
25                   THE COURT:  Which campus?
```

1             THE DEFENDANT:  Abington.

2             THE COURT:  Do you have any other children besides

3    the two?

4             THE DEFENDANT:  No.

5             THE COURT:  And as has been pointed out, your wife

6    is here today, right?

7             THE DEFENDANT:  Yes, she is.

8             THE COURT:  Okay.  You are not presently in federal

9    custody, but you have been in federal custody in connection

10   with this case, right?

11            THE DEFENDANT:  Yes, I was.

12            THE COURT:  How much time were you in federal

13   custody in connection with these charges?

14            THE DEFENDANT:  I guess almost four years.

15            THE COURT:  How many months?

16            MR. PARISI:  Your Honor, I believe it was 43 months

17   is what we calculated.

18            MR. DESIMONE:  That's correct.

19            THE COURT:  But those are only in connection with

20   these charges, not any violation of supervision or any other

21   of the various problems that the defendant has had?

22            MR. PARISI:  That's my understanding, Your Honor.

23            MS. COSTELLO:  Yes.

24            THE COURT:  Does anybody have a different

25   understanding?

1                MR. DESIMONE:  No, Your Honor.

2                MR. POLUKA:  No, Your Honor.

3                THE COURT:  All right.  How far did you go in

4    school, sir?

5                THE DEFENDANT:  I'm a doctor, medical doctor.

6                THE COURT:  When did you get your M.D. degree?

7                THE DEFENDANT:  '96.

8                THE COURT:  And where did you earn that degree?

9                THE DEFENDANT:  Tehran University Medical Center.

10               THE COURT:  And when did you become licensed in the

11   United States?

12               THE DEFENDANT:  2000.

13               THE COURT:  In what jurisdictions have you been

14   licensed in the United States?

15               THE DEFENDANT:  New York, Ohio, Pennsylvania.

16               THE COURT:  Any others?

17               THE DEFENDANT:  No.

18               THE COURT:  What is the status of your licenses in

19   each of those jurisdictions?

20               THE DEFENDANT:  My license currently is suspended.

21               THE COURT:  In all three?

22               THE DEFENDANT:  The other two, New York and Ohio, I

23   terminated those licenses.  I didn't renew them.  I made them

24   inactive, and for Pennsylvania, it's suspended now.

25               THE COURT:  Okay.  At some point relatively

1   recently, you were allowed to be on what we call pretrial

2   release.  Since that was put into place, have you been working

3   at all doing anything?

4            THE DEFENDANT:  I was working on my legal --

5            THE COURT:  On what?

6            THE DEFENDANT:  I was working on my legal matters.

7            THE COURT:  But did you have a job where you were

8   earning any money?

9            THE DEFENDANT:  No.

10           THE COURT:  Have you had any medicine, drugs or

11   pills of any kind in the last 48 hours?

12           THE DEFENDANT:  Yes, I did.

13           THE COURT:  What?

14           THE DEFENDANT:  Celexa.

15           THE COURT:  For what?  For what condition?

16           THE DEFENDANT:  Anxiety.

17           THE COURT:  And who prescribed that for you?

18           THE DEFENDANT:  The doctor from the FDC.

19           THE COURT:  When's the last time you were at the FDC

20   to have a doctor from the FDC give you a prescription?

21           THE DEFENDANT:  Well, I got it five months ago.

22           THE COURT:  Pardon?

23           THE DEFENDANT:  Five months ago.

24           THE COURT:  And what kind of prescription did the

25   doctor at the FDC give you for anxiety five months ago?

1            THE DEFENDANT:  The same medication Celexa.

2            THE COURT:  How do you renew it?

3            THE DEFENDANT:  Well, I didn't renew it.  I had it

4   from the jail so I continued taking it.

5            THE COURT:  Five months of medication from the jail?

6            THE DEFENDANT:  I had two months from the jail and

7   then I had from before going to jail, I had it at home, so I

8   continued using it.

9            THE COURT:  How much -- what quantity of medication

10  do you have at home?

11           THE DEFENDANT:  It's from --

12           THE COURT:  Unrelated to what the doctor at the FDC

13  prescribed for you?

14           THE DEFENDANT:  Maybe three months supply.

15           THE COURT:  Then you must be running out.

16           THE DEFENDANT:  I am running out, yeah.  I'm on the

17  last few of them.

18           THE COURT:  Do you consult with a medical doctor

19  now?

20           THE DEFENDANT:  I'm planning to see a doctor to have

21  them treat for me.

22           THE COURT:  Do you have a GP or an internist, a

23  doctor?

24           THE DEFENDANT:  No, I haven't been out of the home.

25           THE COURT:  That's not my question.  The question I

1   had is do you have a doctor?

2             THE DEFENDANT:  No, I don't.

3             THE COURT:  So how do you plan to get your

4   prescription renewed?

5             THE DEFENDANT:  Well, I'm planning to see --

6   currently I don't have any health insurance company.  I have

7   to see who provides like a free clinic or something like that

8   to go to them and get the medication refilled.

9             THE COURT:  Is there any medicine you should be

10  taking for any other condition that you've not taken in the

11  last couple of days?

12            THE DEFENDANT:  No.

13            THE COURT:  So the only medicine you take is the

14  medicine that you had in with your supply at home for anxiety,

15  is that right?

16            THE DEFENDANT:  Yes.  Yes, and depression.

17            THE COURT:  Pardon?

18            THE DEFENDANT:  Anxiety and depression.

19            THE COURT:  Is your officer, I guess -- Michael, who

20  was the probation officer?

21            THE DEPUTY CLERK:  It's Pretrial Services.

22            THE COURT:  Does Mr. Meissler know about the drugs

23  you're taking?

24            THE DEFENDANT:  Yeah, they know that I'm taking

25  medication, yes.

 1              THE COURT:  Michael, will you check with Mr.

 2     Meissler to make sure that he knows all of the medication that

 3     the defendant is taking?

 4              THE DEPUTY CLERK:  Yes.

 5              THE COURT:  Thank you.  Have you had any alcoholic

 6     beverages in the last 24 hours?

 7              THE DEFENDANT:  No.

 8              THE COURT:  Have you ever had or been treated for

 9     any kind of mental illness or drug, narcotic or alcohol

10     addiction?

11              THE DEFENDANT:  Depression and anxiety.

12              THE COURT:  Okay.  Were you ever in the hospital for

13     anything like that?

14              THE DEFENDANT:  No.

15              THE COURT:  And you don't appear to be under the

16     care of any doctor, psychiatrist or psychologist now, is that

17     right?

18              THE DEFENDANT:  I am under the care of a

19     psychologist.

20              THE COURT:  Pardon?

21              THE DEFENDANT:  I'm under the care of psychologist.

22              THE COURT:  Who is that?

23              THE DEFENDANT:  Psychologist overseas back home.

24              THE COURT:  No, I know what it is.  But who is it?

25              THE DEFENDANT:  Dr. Amin.

1           THE COURT:  Say that again.

2           THE DEFENDANT:  Dr. Amin, A-M-I-N.

3           THE COURT:  Okay, and where is Dr. -- is it Amin?

4           THE DEFENDANT:  Yes.

5           THE COURT:  Where is Dr. Amin's office?

6           THE DEFENDANT:  In Tehran in Iran.

7           THE COURT:  Anybody more local?

8           THE DEFENDANT:  No, I don't have insurance so I

9   couldn't afford to get anybody local.

10           THE COURT:  You appear to hear okay, is that right?

11           THE DEFENDANT:  Yes, I do.

12           THE COURT:  Good.  How do you feel today?

13           THE DEFENDANT:  Depressed.

14           THE COURT:  Are you too depressed to carry on?

15           THE DEFENDANT:  No, I'm not.

16           THE COURT:  And you think you know what you're

17   doing?

18           THE DEFENDANT:  Yes.

19           THE COURT:  All right.  So your depression does not

20   get in the way of you thinking clearly, is that right?

21           THE DEFENDANT:  No, it doesn't.

22           THE COURT:  You know, you've got a right to be

23   represented by a lawyer at every stage of these proceedings.

24   It doesn't matter whether you continue to plead not guilty,

25   you plead guilty, you still have a right to a lawyer at every

1    step along the way, right?

2              THE DEFENDANT:  Yes, I do.

3              THE COURT:  And if you met the financial criteria

4    for the appointment of a lawyer under the Criminal Justice Act

5    and cannot afford a lawyer to represent you in this case, you

6    know that a lawyer would be appointed to represent you at no

7    cost to you assuming you met the financial criteria?

8              THE DEFENDANT:  Yes, I do.

9              THE COURT:  And you have a number of lawyers and

10   they're sitting there all about you, correct?

11             THE DEFENDANT:  Yes, I do.

12             THE COURT:  Mr. DeSimone, Ms. Querns and Mr. Poluka,

13   right?

14             THE DEFENDANT:  Yes, I do.

15             THE COURT:  And have you had time and a sufficient

16   opportunity to discuss your case with them?

17             THE DEFENDANT:  Yes, I did.

18             THE COURT:  Are you satisfied with their

19   representation of you in this matter and with their advice?

20             THE DEFENDANT:  Yes, I am.

21             THE COURT:  As I mentioned, you've been charged in

22   what we call a Superseding Indictment.  Those are the written

23   charges made against you by the grand jury.  Have you read it?

24             THE DEFENDANT:  Yes, I did.

25             THE COURT:  And did you have the opportunity to talk

1    with your lawyers and ask them about the charges in the

2    Superseding Indictment?

3              THE DEFENDANT:  Yes, I did.

4              THE COURT:  And do you understand, in summary, the

5    charges, at least in terms of Count Five, are what I mentioned

6    earlier, is that right?

7              THE DEFENDANT:  Yes.

8              THE COURT:  There are a number of other counts in

9    the Superseding Indictment, but it's my understanding that at

10   least the current intention of the Government is to move to

11   dismiss those other charges in the event all of these matters

12   that you and your lawyers and the Government have been

13   discussing come to fruition, do you understand that?

14             THE DEFENDANT:  Yes, I do.

15             THE COURT:  So you know that the Superseding

16   Indictment has more than just the one Count Five.  It has

17   other counts in it?

18             THE DEFENDANT:  Yes, I do.

19             THE COURT:  All right.  Now, you know that if you

20   plead guilty to the charges in the Superseding Indictment in

21   Count Five, you're going to be giving up your right to

22   challenge anything that you think might have been wrong or

23   improper that you don't like in the Superseding Indictment or

24   in the grand jury proceeding including some claim that the

25   Government lawyers have done something wrong.  So if you plead

1   guilty, if I accept your plea and the plea remains intact, you

2   know you can't fight about anything more that happened in the

3   grand jury or what the Government lawyers have done, do you

4   understand that?

5           THE DEFENDANT:  Yes, I do.

6           THE COURT:  Now, you know you've been charged with

7   the commission of a felony, right?

8           THE DEFENDANT:  Yes.

9           THE COURT:  A felony is a serious crime punishable

10  by more than a year in jail.  Do you understand that?

11          THE DEFENDANT:  Yes, I do.

12          THE COURT:  All right.  And do you also understand

13  that if you plead guilty to a felony, if I accept your plea,

14  and if I accept it either as currently configured or in some

15  other configuration and ultimately this remains in place, you

16  know you will then be found guilty of a felony, you will have

17  that on your record, and that can have a number of important

18  long-lasting consequences.

19          THE DEFENDANT:  Yes, I do.

20          THE COURT:  All right.  Well, among them, as an

21  American citizen, you lose the right to vote.  Here in

22  Pennsylvania, you lose the right to vote while you're in

23  prison or in a halfway house.  Some other states have a

24  different approach to the voting question.  Some states say

25  you can never vote again, others say, no problem, you can vote

1   as a felon, but the point is that there is typically some

2   consequences to your voting, your exercising your voting

3   rights.  As a convicted felon, you lose the right to hold a

4   public office.  You lose the right to serve on a jury.  This

5   will have very dire, as it should, licensing consequences for

6   you.  You may never ever work again as a medical doctor, do

7   you understand that?

8           THE DEFENDANT:  Yes, I do.

9           THE COURT:  All right.  I, frankly, don't know what

10  the rules are in various states about a conviction of this

11  sort in terms of licensing people who hold themselves out as

12  medical doctors, but I do know enough to say that it cannot

13  help the fact that you'd be a convicted felon and trying to

14  get a medical license, do you understand that?

15          THE DEFENDANT:  Yes, I do.

16          THE COURT:  All right.  Very possible you'll never

17  work again as a doctor.

18          THE DEFENDANT:  Yes, I know.

19          THE COURT:  All right.  Now, is your willingness to

20  plead guilty the result of discussions that you and your

21  lawyers have had with the attorney for the Government where

22  those discussions have resulted in something characterized as

23  a Guilty Plea Agreement?

24          THE DEFENDANT:  Yes.

25          THE COURT:  Okay.  Which of you is the -- oh, there

1   you go.  Okay.  Mr. Parisi.

2              MR. PARISI:  Yes, Your Honor.

3              THE COURT:  You have the short stick.

4              MR. PARISI:  I am a stick.

5              THE COURT:  Okay.  Would you please state the terms

6   of this document.

7              MR. PARISI:  Yes, Your Honor.  Your Honor, the major

8   pertinent terms are that the defendant would, as Your Honor

9   just stated, plead to Count Five of the Superseding Indictment

10  which charges him with conspiracy to distribute a controlled

11  substance.  This plea is made pursuant to Rule 11(c)(1)(C) and

12  the parties agree that the recommended range of sentence in

13  this case should be not less than 43 months nor more than 108

14  months.

15             THE COURT:  Why is it not a B plea then, if your

16  recommendation, language recommendation comes straight out of

17  B?

18             MR. PARISI:  I apologize, Your Honor, this would be

19  a binding Plea Agreement upon Your Honor.  The fine would be

20  in an amount to be determined by Your Honor.  There's a

21  mandatory minimum period of three years of supervised release

22  up to a lifetime of supervised release to be determined at

23  Your Honor's discretion.  There's a $100 special assessment.

24  In exchange for the defendant's plea, the Government would

25  move to dismiss Counts One through Four at the time of

1    sentencing and recommend a sentence consistent with that range

2    that I just stated.

3            There are stipulations for Your Honor's

4    consideration as to the sentencing.  The first is that

5    138 grams of Oxycodone were distributed in furtherance of the

6    conspiracy charged and that the defendant's Guidelines should

7    be calculated on the basis of that weight.

8            Second, excuse me, second, the Government is going

9    to argue --

10           THE COURT:  And if so, what would the Guidelines be?

11           MR. PARISI:  Your Honor, I don't have my Guidelines

12   manual in front of me.  I believe the range that will result

13   from this -- thank you, Your Honor.  May I approach?

14           THE COURT:  Yes.

15           MR. PARISI:  Your Honor, I believe the range that

16   will result from this will be 121 months to 151 months.

17           THE COURT:  So your proposed sentence at least so

18   far is less than what we know the Guidelines would call for.

19           MR. PARISI:  Yes, Your Honor.

20           THE COURT:  Okay, keep going.

21           MR. PARISI:  Your Honor, the next stipulation is

22   that the Government is going to argue or the defendant is

23   aware the Government is going to argue both the abuse of

24   position of trust enhancement and the organizer/leader

25   enhancement should apply.  The defendant reserves the right to

1    object to those at sentencing.

2              And, lastly, as a stipulation, that the defendant

3    has accepted responsibility and should receive three points

4    for acceptance there.

5              The Plea Agreement --

6              THE COURT:  Is this happening, what, how many hours,

7    72 hours before trial, three full points?

8              MR. PARISI:  Yes, Your Honor.

9              THE COURT:  Hmm.  You can keep going.

10             MR. PARISI:  Your Honor, there is an appellate

11   waiver in the plea that begins on page 7 and I believe those

12   are the major points of the proposed Plea Agreement.

13             THE COURT:  Thank you.  Give me the Guidelines

14   again.

15             MR. PARISI:  121, Your Honor, to 151.

16             THE COURT:  Okay.  Sir, are those the terms of your

17   Plea Agreement as you understand them?

18             THE DEFENDANT:  Yes, I do.

19             THE COURT:  Any -- who wants to speak as counsel,

20   Mr. DeSimone, is it you, or Ms. Querns?

21             MR. DESIMONE:  We agree.

22             THE COURT:  No, no, no, I just want to know to whom

23   should I address my questions.  You?

24             MR. DESIMONE:  That's Ms. Querns.

25             THE COURT:  So, Mr. DeSimone, are those the -- are

1   there any essential terms --

2           MR. DESIMONE:  Yes, Your Honor.

3           THE COURT:  -- of the Plea Agreement that have not

4   been disclosed?

5           MR. DESIMONE:  No.

6           THE COURT:  Okay.  Are there any agreements or

7   conditions other than those that have been set forth in the

8   Plea Agreement?

9           MR. DESIMONE:  None, Your Honor.

10          THE COURT:  May I see the original signed Guilty

11  Plea Agreement, please?

12          MR. POLUKA:  Do we have it or do they have it?

13          MR. DESIMONE:  No, I gave it to her.  May I

14  approach?

15          MR. POLUKA:  Did you sign it, Frank?

16          MR. DESIMONE:  Yes, I did.  Signed and dated, Judge.

17          THE COURT:  I've got here a document, sir, that's

18  got the caption of your case on it.  It's called the Guilty

19  Plea Agreement.  There's attached to it a shorter document.

20  It's called an Acknowledgment of Rights.  And the last page of

21  the Guilty Plea Agreement and the last page of the

22  Acknowledgment each show a number of signatures except for Mr.

23  Parisi's, whose is a typed signature facsimile, but I want to

24  ask you some questions about the document.

25          Mr. Coyle, will you return this to the defense

1    table, please.

2              THE DEPUTY CLERK:  Yes.

3              THE COURT:  So did you sign each of those documents,

4    sir?

5              THE DEFENDANT:  Yes, I did.

6              THE COURT:  Take a look at it before you answer me.

7              THE DEFENDANT:  Yes, I did.

8              THE COURT:  So your signature's on the agreement and

9    on the acknowledgment, is that right?

10             THE DEFENDANT:  Yes, it is.

11             THE COURT:  Did you read each document before you

12   signed it?

13             THE DEFENDANT:  Yes, I did.

14             THE COURT:  Do you believe you understood each

15   document before you signed it?

16             THE DEFENDANT:  Yes, I do.

17             THE COURT:  Did you discuss each one thoroughly with

18   your lawyers before you signed it?

19             THE DEFENDANT:  Yes, I did.

20             THE COURT:  Did you have enough time to talk over

21   the Guilty Plea Agreement with your lawyers?

22             THE DEFENDANT:  Yes, I did.

23             THE COURT:  Has anybody made any threats or any

24   promises or assurances to you of any kind other than what is

25   set forth in the Plea Agreement to convince you or to get you

1   to sign it?

2            THE DEFENDANT:  No.

3            THE COURT:  Is it your intention to plead guilty of

4   your own free will?

5            THE DEFENDANT:  Yes, I am.

6            THE COURT:  All right.  We're going to talk a bit

7   about the idea of waiving various rights and I want to be sure

8   you and I are talking about the same thing.  For purposes of

9   these proceedings, the word waiver means to voluntarily and

10  intentionally abandon or give up some right, claim, or

11  privilege that you have or the opportunity to take advantage

12  of some right, claim, or privilege that you have or that you

13  might have.  In effect, although, of course, it's spelled

14  differently, you're waving good-bye forever when you waive a

15  right.  Do you understand that?

16           THE DEFENDANT:  Yes, I do.

17           THE COURT:  And do you understand that by entering a

18  guilty plea, you're waiving, assuming I accept this and that

19  it remains in place, you understand that you're giving up

20  waiving forever any challenge to the manner by which you were

21  arrested, because I know that's been an object or an issue for

22  you for many years.  You are giving up any squabble or fight

23  with the Government about how you were arrested, how you were

24  investigated, how statements were made and taken from others,

25  how they were used in connection with investigating you.  You

1    give up all of that.  No more fighting, no more arguments, no

2    appeal, no nothing, on all of those issues that you've been

3    fighting about for lo these many years, do you understand

4    that?

5              THE DEFENDANT:  Yes, I do.

6              THE COURT:  And you also give up any challenge to

7    any failure of the Government to obtain or the manner by which

8    the Government may have obtained some kind of a search warrant

9    or an arrest warrant, do you understand that?

10             THE DEFENDANT:  Yes, I do.

11             THE COURT:  And as I said, you're giving up any

12   right to fight about how the Government investigated you, your

13   conduct, gathered evidence against you, any disputes you might

14   have with the Government about discovery, all of that.  Do you

15   understand?

16             THE DEFENDANT:  Yes, I do.

17             THE COURT:  You're also giving up any challenge to

18   any proceedings before any magistrate judge.  Do you

19   understand?

20             THE DEFENDANT:  Yes, I do.

21             THE COURT:  Likewise, you're giving up any fight

22   about all of the many proceedings you had in this court about

23   your bail and your applications for bail and all of the other

24   motions you have made or that you have asked your lawyers to

25   make.  There's no way to challenge any of those things as well

1    if this guilty plea remains in place.  Do you understand that?

2              THE DEFENDANT:  Yes, I do.

3              THE COURT:  Now, you know you have an absolute right

4    to continue to plead not guilty and make the Government prove

5    its case against you which it's ready to do starting Monday.

6              THE DEFENDANT:  Yes, I do.

7              THE COURT:  All right.  And you know you've got the

8    right to be tried by a jury if you do not plead guilty.  Do

9    you understand?

10             THE DEFENDANT:  Yes, I do.

11             THE COURT:  And if you don't plead guilty, you could

12   choose to be tried by a judge alone without a jury.  There's

13   no guarantee of that, but you could at least ask if you

14   wanted.  Do you understand?

15             THE DEFENDANT:  Yes, I do.

16             THE COURT:  Now, if you don't plead guilty, but if

17   you decide to go to trial and if you choose to have a jury

18   trial, you know you can participate through your lawyers to

19   select the people to serve on your jury.  You know that?

20             THE DEFENDANT:  Yes, I do.

21             THE COURT:  And at a trial, you could be presumed to

22   be 100 percent innocent at the start.

23             THE DEFENDANT:  Yes.

24             THE COURT:  And the Government then would be

25   required to prove that you are guilty beyond a reasonable

1    doubt using only competent evidence before you could ever be

2    found guilty.  Understood?

3              THE DEFENDANT:  Yes, I do.

4              THE COURT:  And do you also understand that if you

5    have a trial, the witnesses for the Government have to come

6    here in court and testify in your presence?

7              THE DEFENDANT:  Yes, I do.

8              THE COURT:  You then, through your lawyer, of

9    course, can cross-examine every single one of those witnesses,

10   can object to the evidence offered by the Government and can

11   offer evidence on your own behalf, right?

12             THE DEFENDANT:  Yes, I do.

13             THE COURT:  And do you understand that if you went

14   to trial, you would have the right to subpoena and compel

15   witnesses to come here in court and offer evidence on your own

16   behalf?

17             THE DEFENDANT:  Yes, I do.

18             THE COURT:  And you, through your lawyer, would have

19   the right to present witnesses, including character witnesses,

20   whose testimony, when you consider all of the other evidence,

21   could raise a reasonable doubt about your guilt, right?

22             THE DEFENDANT:  Yes, I do.

23             THE COURT:  Now, at a trial, while you would have

24   the right to testify if you choose to, you also have a right

25   not to testify.  Do you understand that?

1           THE DEFENDANT:  Yes, I do.

2           THE COURT:  And if you choose not to testify, no

3    inference or suggestion whatsoever of your guilt can be drawn

4    from the fact that you choose not to testify.  Understood?

5           THE DEFENDANT:  Yes.

6           THE COURT:  In other words, the fact that you don't

7    testify cannot be used against you.  Understood?

8           THE DEFENDANT:  Yes.

9           THE COURT:  Now, are you aware that if you went to

10   trial, your lawyer can argue against the Government of the

11   United States?

12          THE DEFENDANT:  Yes.

13          THE COURT:  And if you went to trial, do you

14   understand that you could only be convicted by a jury that

15   unanimously found you guilty?  That means there would be 12

16   people sitting over there in that box.  Every single one of

17   them would have to be convinced beyond a reasonable doubt that

18   you're guilty before you could be convicted of these charges,

19   do you understand that?

20          THE DEFENDANT:  Yes, I do.

21          THE COURT:  And, of course, if you had a trial with

22   a judge only and no jury, the judge would have to be convinced

23   of your guilt beyond a reasonable doubt before you could be

24   convicted.  Do you also understand that?

25          THE DEFENDANT:  Yes, I do.

1          THE COURT:  Now, in the absence of this guilty plea,

2    if you chose to have a trial and if, at the trial, you were

3    found guilty, do you understand that you would have the right

4    to appeal the verdict to an appellate court and to do so with

5    the help of a lawyer?

6          THE DEFENDANT:  Yes.

7          THE COURT:  And if you could not afford a lawyer for

8    such an appeal, just as I've said before, a lawyer would be

9    appointed to represent you for the appeal at no cost to you.

10   Do you understand?

11         THE DEFENDANT:  Yes, I do.

12         THE COURT:  And do you also understand that an

13   appellate court might reverse the conviction?

14         THE DEFENDANT:  Yes, I do.

15         THE COURT:  Now, by pleading guilty, assuming the

16   agreement remains in place, you would be giving up your appeal

17   from any conviction following a trial, do you understand that?

18         THE DEFENDANT:  Yes, I do.

19         THE COURT:  The only appeal you can take from this

20   guilty plea if it remains in place is in a few very, very

21   limited and rather rare circumstances.  That is, if there were

22   some reason the Government were to suddenly appeal a sentence,

23   which, in this particular situation, would be a little odd,

24   but if there were to be such an appeal, then you could appeal

25   as well.  In this particular configuration that you all have

1   come up with, the idea is that if I don't go along with what

2   you're doing, either of you can walk away, in which case there

3   is no agreement.  So you understand that, right?

4            THE DEFENDANT:  Yes, I do.

5            THE COURT:  Okay.  We'll come to, in a moment, what

6   that means.

7            If I were to impose -- let's assume for a moment

8   that I was able to embrace this deal you've got at least

9   temporarily, but if later I were to impose what is considered

10  to be an illegal or an unreasonably high feature or some other

11  feature of your sentence, you could arguably take an appeal

12  from that.

13           THE DEFENDANT:  Yes, I understand.

14           THE COURT:  But that's rather rare.  Do you

15  understand?

16           THE DEFENDANT:  Yes, I do.

17           THE COURT:  The point being, if this agreement

18  remains in place, it's pretty much the end of the road in this

19  case.  Do you understand that?

20           THE DEFENDANT:  Yes, I do.

21           THE COURT:  The most that's going to happen today,

22  sir, is what I'm going to tell you, that there are no

23  guarantees that I will go along with this sentence.  And what

24  will happen is that if after I receive, as I'm going to, a lot

25  of information -- I already know that this is woefully under

1    what the Guidelines would call for in your case, this proposed

2    sentence which gives me great pause, so I already know that,

3    but it could be that I learn a lot of other things when I get

4    the presentence report that will make it even more problematic

5    for me to accept -- ultimately accept this proposed sentence

6    in which case you all will have accomplished something which

7    is to delay the trial.  I'm assuming that that is not what

8    your plan is.  I know it's not, frankly, but I'm just giving

9    you a fair window into the future.  If your limitation -- if I

10   were to go along with the sentence, the incarceration side of

11   this, your chances of taking an appeal become minute,

12   essentially.  Do you understand that?

13            THE DEFENDANT:  Yes, I do.

14            THE COURT:  All right.  But I'm going to tell you

15   that there is no guarantee that I will go along with this, so

16   the most that we're going to accomplish today is you may be

17   entering what I'm considering to be a somewhat contingent

18   guilty plea, recognizing with all of my comments about the

19   fact that there are no guarantees what the sentence will be

20   and there is no guarantee that I will buy into this deal.  I

21   would, by the way, have accepted a B plea, a true

22   recommendation, but I'm not at all keen on this effort to

23   remove the Court's sentencing obligations where the Guidelines

24   are already known to be considerably more than what it is

25   you're trying to shoehorn the Court into.  I'm just giving you

1   enough information to work with and make intelligent decisions

2   here, folks, everybody.  None of this should be a surprise to

3   anyone either.  I know it's not.  But you've got choices

4   because you never know, I may ultimately find it to be not

5   horribly unacceptable, but that I'm not going to know for a

6   great amount of time, for a couple of months.  That's all I

7   can tell you.  There are no guarantees, as you know, because

8   the actual statutory punishment for the crime referenced in

9   Count Five is quite a bit greater than even the Guidelines and

10  we'll come to that in a minute.  For now, all I want you to

11  understand is that if this guilty plea goes into place and

12  stays in place, your appeal options are greatly constricted.

13  Do you understand that part?

14              THE DEFENDANT:  Yes, I do.

15              THE COURT:  Okay.

16              MR. DESIMONE:  Your Honor, may I explain -- he had

17  one question.  May I speak to him?

18              THE COURT:  Sure, absolutely.  Take all the time you

19  need and want.

20              (Discussion off the record.)

21              MR. DESIMONE:  Fine, Your Honor.

22              THE COURT:  Okay.

23              MR. DESIMONE:  He didn't understand one point.

24              THE COURT:  No, no.  Hey, if you need to take a

25  longer break, you know, your time -- my time is your time.

1    I'm going nowhere.

2              MR. DESIMONE:  We're good.

3              THE COURT:  Okay.  So you understand, sir, that if

4    you plead guilty and by waiving all these various rights, you

5    cannot later come to any court anywhere, including any appeals

6    court, and claim you were not guilty or that your rights

7    relating to your arrest and conviction have been violated?

8              THE DEFENDANT:  Yes, I understand.

9              THE COURT:  Okay.  And you understand that the

10   proposal is that you're going to plead guilty to Count Five of

11   the Superseding Indictment, right?

12             THE DEFENDANT:  Yes.

13             THE COURT:  All righty, well, let's go through what

14   we call the essential elements of the crime which is

15   referenced in Count Five as well as the factual basis for such

16   a plea.  Is it still you, Mr. Parisi?

17             MR. PARISI:  It is.

18             THE COURT:  Okay.

19             MR. PARISI:  Your Honor, the essential elements of

20   Count Five are, first, that two or more persons agreed to

21   unlawfully distribute a controlled substance, in this case,

22   Oxycodone, outside the usual course of professional practice

23   and not for a legitimate medical purpose; two, that the

24   defendant was a party to or member of that agreement; and,

25   third, that the defendant joined the agreement or conspiracy

1    knowing of its objectives and intended to join together with

2    at least one other alleged conspirator to achieve that

3    objective, that is, that the defendant and at least one other

4    alleged coconspirator shared a unity of purpose and the intent

5    to achieve that objective.

6         Shall I do the factual basis, Your Honor?

7         THE COURT:  Yes, please.

8         MR. PARISI:  Your Honor, if this case were to

9    proceed to trial, the Government would have presented physical

10   evidence as well as witness testimony.  That evidence would

11   demonstrate that between May 2014 and July of 2015, the

12   defendant was aware that his employee H.C.'s DEA Registration

13   Number was suspended.  The defendant knew that H.C. could not

14   issue legitimate prescriptions for controlled substances while

15   H.C.'s registration was suspended.  Nevertheless, the

16   defendant agreed with codefendants Mitchell White, Jason

17   Dillinger, and others to provide pre-signed prescription pads

18   to H.C.  Using the pre-signed pads provided by Mitchell White,

19   Jason Dillinger and the defendant and others, H.C. continued

20   seeing pain customers at Advanced Urgent Care and issuing

21   prescriptions for Schedule II controlled substances.  These

22   prescriptions were outside the usual course of professional

23   practice and not for a legitimate medical purpose.

24        THE COURT:  Thank you.  It just occurs -- let me

25   just take a little bit of a detour for a moment.  One of the

1   things I meant to raise as sort of a laundry list of

2   ministerial or administrative or housekeeping issues was the

3   notion of severing this case from Mr. White's case.  Arguably,

4   depending upon what happens in the next 25 minutes or

5   thereabouts, there will be a de facto severing anyway.

6   Understood, everyone?  I'm inclined to put it in place now

7   unless things take a different tact in a moment.  So I'm just

8   laying this foundation for you all to recognize that, you

9   know, there's going to be a -- one way or another, there could

10  be a severing of the two cases.  Frankly, I was going to do it

11  if there was going to be more noise or static about the

12  representation issue, but I just want to lay that out.  It

13  occurred to me that I should have mentioned that earlier.

14          Okay, so going back to you, sir, nothing you say in

15  response to my next several questions will be used against you

16  if you were to decide to continue to plead not guilty, and

17  even if at some point in the future, there were to be a

18  withdrawal of your guilty plea because of some development,

19  your answers to these questions will not be used against you,

20  but for immediate purposes, do you agree that what Mr. Parisi

21  has just told me accurately summarizes the facts?

22          THE DEFENDANT:  Yes, I do.

23          THE COURT:  Do you agree that what he just told me

24  is what happened?

25          THE DEFENDANT:  Yes, I do.

```
 1                   THE COURT:  Do you fully admit all of those facts?

 2                   THE DEFENDANT:  Yes, I do.

 3                   THE COURT:  So you did what he tells me you did, is

 4       that right?

 5                   THE DEFENDANT:  Yes, I did.

 6                   THE COURT:  Is there anything you want to say about

 7       the facts or the things you did to describe them differently?

 8       When it is time, assuming that this goes forward today, when

 9       we get together again at the time of sentencing, you'll have

10       another opportunity, of course, to speak to me on your own

11       behalf, but for now, to explain the predicate, the basis on

12       which you're moving forward, do you want to describe any of

13       this differently than how the Government's lawyer has just

14       explained it?

15                   THE DEFENDANT:  Well, I would talk about that at the

16       time of sentence.

17                   THE COURT:  Okay.  As long as you understand you

18       have a full opportunity right now to describe the events as

19       you wish if they are different from what the

20       Government's lawyer has described for me.

21                   THE DEFENDANT:  Yes, I understand that.

22                   THE COURT:  All right.  And do you understand what

23       the Government's attorney has said in terms of the essential

24       elements that would have to be proven if there was a trial in

25       your case?
```

 1                 THE DEFENDANT:  Yes.

 2                 THE COURT:  We're going to talk about sentencing

 3    again in a moment, but, at this point, in terms of the factual

 4    basis with the essential elements, does anybody have anything

 5    else that you suggest the Court inquire about?

 6                 MR. PARISI:  No, Your Honor.

 7                 MR. DESIMONE:  No, Your Honor.

 8                 THE COURT:  All right, thank you.  Now, you

 9    understand, sir, do you not, that a -- a number of things.

10    Number one, I don't have to go along with this sentencing idea

11    that you all have come up with.

12                 THE DEFENDANT:  Yes, I understand.

13                 THE COURT:  All right.  Now, if you persist in

14    having a plea, a so-called C Plea, then there's no guarantee

15    this will be the end of it because there's no guarantee I will

16    determine really what the sentence should be, understood?

17                 THE DEFENDANT:  Yes.

18                 THE COURT:  If this is a recommendation, frankly, it

19    would have the same appeal to me, but without the element of

20    trying to remove the Court's obligations, but that's all for

21    you all to have chewed on already.  But in addition to the

22    Guidelines, you know if you do get -- if somebody has said to

23    you, Oh, well, you've already spent 43 months in jail, the

24    judge isn't going to sentence you to much more, you could, in

25    fact, get yourself a considerably longer sentence back in

1    jail.  And if you get a longer or a tougher sentence than

2    somebody has suggested, and if you're sent back to prison and

3    you find prison to be even worse next time, assuming if you

4    stick with the C Plea, assuming it's within the terms of your

5    deal, you cannot withdraw your plea.  Do you understand that?

6              THE DEFENDANT:  Yes, I do understand.

7              THE COURT:  And the same would go for the length or

8    the conditions of supervised release or any kind of a fine

9    that the Court were to impose or any other element of your

10   sentence, do you understand that?

11             THE DEFENDANT:  Yes, I do, Your Honor.

12             THE COURT:  And you know that nobody can guarantee

13   what the Court will determine is the sentence that you've

14   really earned?

15             THE DEFENDANT:  Yes, I do.

16             THE COURT:  And you understand that if you do plead

17   guilty and if I enter, at least for today's purposes, a

18   judgment of guilty and we get together in the future and

19   sentence you on the basis of this guilty plea after I look at,

20   again, the Guidelines and the other applicable law and after I

21   consider the presentence report, that's when you will actually

22   know what sentence the Court has determined you have earned.

23   Do you know that?

24             THE DEFENDANT:  Yes, I do.

25             THE COURT:  All right.  I guess, Mr. Parisi, it's

1  still going to be you.  Would you please state, so it's very

2  clear on the record, what the maximum and minimum penalties

3  are for the crime involved in Count Five.

4        MR. PARISI:  Yes, Your Honor.  Your Honor, the

5  maximum penalty is 20 years imprisonment, a mandatory minimum

6  three years up to a lifetime of supervised release, a fine of

7  $1 million, and $100 special assessment.

8        THE COURT:  Thank you.

9        Do you understand, sir, what Mr. Parisi just said

10  would be the way that Congress, our elected officials, look at

11  a crime such as yours?

12        THE DEFENDANT:  Yes, I do.

13        THE COURT:  Defense counsel, do you agree that

14  that's what the statute calls for?

15        MR. DESIMONE:  Yes, it is, Your Honor.

16        THE COURT:  All right.

17        Now, I take it, sir, you and your lawyers have

18  talked about the Sentencing Guidelines, is that right?

19        THE DEFENDANT:  Yes.

20        THE COURT:  All right.  And you know that I am

21  obliged to consider the Sentencing Guidelines which is why I

22  asked Mr. Parisi already today what the Guidelines call for

23  just on the basis of the quantity of drugs that are involved

24  in your prosecution.  Do you understand that?

25        THE DEFENDANT:  Yes, I do.

 1           THE COURT:  All right.  So I really still need to

 2    look at the Guidelines and no matter what anybody else thinks

 3    the Guidelines call for, it's the Court that decides what

 4    Guidelines really apply to you.  Do you understand?

 5           THE DEFENDANT:  Yes, I do.

 6           THE COURT:  And I know you've gone through this with

 7    other prosecutions so you're familiar with the way the

 8    Guidelines work and you're familiar with the way pretrial --

 9    presentence reports come through from the Probation Department

10    so none of this is new to you, is it?

11           THE DEFENDANT:  No, it's not.

12           THE COURT:  All right.  So you know that I am going

13    to be looking at the Sentencing Guidelines and deciding how

14    they really should work in your case, right?

15           THE DEFENDANT:  Yes, I do.

16           THE COURT:  All right.  And you know that according

17    to this deal that you've worked out, the quantity of drugs are

18    very important for purposes of figuring out how the Guidelines

19    work.  You've already agreed to the quantity of drugs, right?

20           THE DEFENDANT:  Yes.

21           THE COURT:  Well, I know that Mr. DeSimone has

22    reminded you that you have, but you recognize that your deal

23    sets out the quantity of drugs at issue, right?

24           THE DEFENDANT:  Yes, I do.

25           THE COURT:  All right.  Now, you know from your

1   prior experience and I'm telling you again that even if you do

2   not like what is in the presentence report, then even if you

3   disagree with it, assuming that I buy into this range that you

4   all have worked out, the fact you don't like the report

5   doesn't mean you can withdraw your guilty plea.  Do you

6   understand?

7            THE DEFENDANT:  Yes, I do.

8            THE COURT:  All right.  And on that basis, you can't

9   change your plea from guilty to not guilty just because you

10   don't like what's in the report.  Understood?

11            THE DEFENDANT:  Yes, I do.

12            THE COURT:  Okay.  Now you've been on supervision

13   before, right?

14            THE DEFENDANT:  Yes, I have.

15            THE COURT:  And you know that if you commit another

16   crime while -- well, first of all, you know that supervision

17   will be put into place as part of your sentence in this case

18   under any circumstances.

19            THE DEFENDANT:  Yes.

20            THE COURT:  Understood?

21            THE DEFENDANT:  Yes.  Yes, I do.

22            THE COURT:  All right, and there will be conditions

23   on supervision and if you break any of those conditions and

24   you're found to have violated supervised release, then you get

25   sent back -- you are sent back to prison to serve even more

1    time.  Do you understand that?

2              THE DEFENDANT:  Yes, I do.

3              THE COURT:  All right.  And you know that parole has

4    been abolished in the federal system.  You will not be

5    released on parole if you go back to prison in any case, do

6    you understand that?

7              THE DEFENDANT:  Yes, I do.

8              THE COURT:  And because you have a record of prior

9    convictions, that has the effect under the Guidelines system

10   that even beyond the question of the quantity of drugs, your

11   prior convictions also go into the way the Guidelines work in

12   your case.  Now, I don't know, Mr. Parisi, if your answer to

13   my question about how the Guidelines relate to this case

14   included the criminal history.

15             MR. PARISI:  It did, Your Honor, and that was --

16             THE COURT:  Okay.  Well, that is fortunate that it

17   did.

18             MR. PARISI:  And that was my hesitation.  I know the

19   weight got us a level lower, but the conviction pushed us up

20   one and I couldn't recall the range.

21             THE COURT:  Yes, I just wanted to make sure that the

22   defendant is appreciative of the fact that the Guidelines that

23   we're talking about here operate in part because you've got a

24   record of prior convictions, right?

25             THE DEFENDANT:  Yes.

1            THE COURT:  Do you understand that?

2            THE DEFENDANT:  Yes, I do.

3            THE COURT:  It also means that if you're convicted

4    here and at some point you get in trouble in the future, this

5    conviction that remains in place will be figured into any

6    punishment for a future crime.

7            THE DEFENDANT:  Yes.

8            THE COURT:  And your punishment for a future crime

9    will be made even more severe because of this conviction, do

10   you understand that?

11           THE DEFENDANT:  Yes, I do.

12           THE COURT:  Now, you understand that at the time of

13   sentencing, you and your lawyer and the Government's lawyer

14   can in practice seem melodiously together and you can come

15   here and tell me the same thing.  I do not have to go along

16   with what the lawyers all say to me.  Understood?

17           THE DEFENDANT:  Yes, I do.

18           THE COURT:  And you know that your professional

19   licensing situation is extremely problematic and it is a

20   virtual certainty, one would think, that you will never have

21   an active medical license again anywhere, understood?

22           THE DEFENDANT:  Yes, I do.

23           THE COURT:  So, in summary, you've talked with your

24   lawyers about the charges against you, you know your right to

25   continue to contest them, you know the fact of this plea may

1    or may not carry the day when we get together at the time of

2    sentencing, and, frankly, I just want you -- I fully want you

3    to understand that to the extent you decide to plead guilty

4    today, I understand and I know you understand that it is a

5    plea that you may ultimately decide to withdraw because the

6    Court's not going to go along with this deal.  I cannot tell

7    you sitting here today with any truth that I'm going to buy

8    into this, and the reason is, as the lawyers know, I'm not

9    going to be shoehorned into sentencing somebody until I have a

10   full story, period.  End of my speech on this topic.  Why I

11   have to repeat it again, I cannot fathom.  So this may not be

12   the end, but you have, in fact, bought yourself some more

13   time.

14            All right, so having heard from me, sir, what your

15   rights are if you continue to plead not guilty and knowing

16   that we'll start trial on Monday and you know what might

17   happen if you do plead guilty, do you still want to give up

18   your right to a trial and plead guilty or do you want to talk

19   to your lawyer some more?

20            MR. DESIMONE:  He didn't hear what you said, Judge.

21            THE COURT:  What?

22            MR. DESIMONE:  He wasn't -- he didn't hear what you

23   said.  He was thinking of something.  Would Your Honor repeat

24   that?

25            THE COURT:  Sure.  Having heard from me what your

1   rights are if you continue to plead not guilty and what might

2   happen if you do plead guilty today, recognizing there are no

3   guarantees, do you still want to give up your right to a trial

4   starting Monday and plead guilty here today?

5          THE DEFENDANT:  Yes, I do.

6          THE COURT:  Okay.  Has anybody threatened you,

7   coerced you or forced you in any way to do this?

8          THE DEFENDANT:  No.

9          THE COURT:  And you know the only plea agreement

10  you've got is the one I've been told about that I have already

11  commented on here today at some length?

12         THE DEFENDANT:  Yes.

13         THE COURT:  Okay.  So why do you want to do this?

14         THE DEFENDANT:  I think this is the best for my

15  family to bring -- to bring peace to my family.

16         THE COURT:  Well, what if they wanted you to do what

17  you thought was right?

18         THE DEFENDANT:  This is what they wanted me to do.

19         THE COURT:  Okay, what about you?

20         THE DEFENDANT:  That's what I want to do, too.

21         THE COURT:  But why?

22         THE DEFENDANT:  Just to bring end to this nightmare.

23         THE COURT:  It might not be the end, though, sir.

24         THE DEFENDANT:  It might be better than -- it might

25  be the best for my family's interests.

1            THE COURT:  Well, let me ask you this.  Is it your

2    intention to plead guilty because you are, in fact, guilty of

3    Count Five?

4            THE DEFENDANT:  Yes, I am.

5            THE COURT:  That's a much more straightforward way

6    of answering my question, is it not, in a question about your

7    guilt?

8            THE DEFENDANT:  Well, it's -- what?

9            THE COURT:  Again, if you end up withdrawing your

10   guilty plea, none of this will crop up again.

11           THE DEFENDANT:  I understand.

12           THE COURT:  So you originally pled not guilty to

13   these charges.  You now wish to change your plea, is that

14   right?

15           THE DEFENDANT:  Yes, I do.

16           THE COURT:  And is that decision being made of your

17   own free will?

18           THE DEFENDANT:  Yes, it is.

19           THE COURT:  And you've discussed it thoroughly with

20   your lawyers, is that right?

21           THE DEFENDANT:  Yes, I did.

22           THE COURT:  Okay.  Let me ask some questions of the

23   lawyers.  Do either or any of you have any doubt as to the

24   defendant's competence to change and enter a plea here today?

25           MR. DESIMONE:  None whatsoever, Your Honor.

1          MR. PARISI:  No, Your Honor.

2          THE COURT:  Are you sure that his willingness to

3    plead guilty is completely voluntary?

4          MR. DESIMONE:  Yes, Your Honor.

5          MR. PARISI:  Yes, Your Honor.

6          THE COURT:  Are you satisfied that a plea is being

7    made only on the basis of this Plea Agreement which is,

8    frankly, as I have in shorthand described it, a plea here

9    would be rather contingent depending upon the Court's

10   evaluation of the Court's obligations to the people of the

11   United States as well as to the defendant in the future?

12         MR. DESIMONE:  Yes, Your Honor.

13         MR. PARISI:  Yes, Your Honor.

14         THE COURT:  Are you satisfied that a plea here today

15   is being made with a full understanding by the defendant of

16   the nature of the charges, the maximum possible penalties, at

17   least as you think you've worked it out, and his legal right

18   to contest -- to continue to contest the charges?

19         MR. DESIMONE:  Yes, Your Honor.

20         MR. PARISI:  Yes, Your Honor.

21         THE COURT:  Are you satisfied there's a full factual

22   basis for the plea?

23         MR. DESIMONE:  Yes, Your Honor.

24         MR. PARISI:  Yes, Your Honor.

25         THE COURT:  All right, thank you very much.

1    Recognizing, sir, it is not by any means certain what the

2    Court will do, so my willingness to accept your plea is, as I

3    said, contingent upon your right and the Government's right to

4    withdraw any assent to this deal that you think you've worked

5    out.  So if, in fact, after I look at all the information I am

6    obliged to look at I cannot accept this, then you'll have a

7    chance to revisit the issue completely, all right?  But for

8    now, as long as you understand that and what you're doing,

9    it's fine with me if you want to stand up and we'll take your

10   plea to the charges in Count Five, recognizing that this is

11   only a contingent matter reflecting possible future changes.

12          THE DEFENDANT:  I understand.

13          THE COURT:  Okay.

14          THE DEPUTY CLERK:  Mehdi Nikparvar-Fard, you have

15   heretofore pled not guilty to Superseding Indictment Number

16   18-101-1, charging you with Count One, conspiracy to

17   distribute a controlled substance, in violation of Title 21,

18   United States Code, Section 846.

19          As to Count Five of the Superseding Indictment, how

20   do you plead now, guilty or not guilty?

21          THE DEFENDANT:  Guilty.

22          THE COURT:  And are you pleading guilty because you

23   are, in fact, guilty as charged?

24          THE DEFENDANT:  Yes, I am.

25          THE COURT:  All right, it is not simply because you

1    think this is better for your family, is that right?

2              THE DEFENDANT:  I do.

3              THE COURT:  That you're really guilty?

4              THE DEFENDANT:  Yes, I am.

5              THE COURT:  And you know that we could be -- you

6    could be revisiting this in a couple of months when we get

7    together again at the time of sentencing?

8              THE DEFENDANT:  Yes, I do.

9              THE COURT:  All right.  Well, this document will be

10   made part of the record.  The related papers are made part of

11   the record as well.

12             It is the finding of the Court in the case of United

13   States of America versus Mehdi Nikparvar-Fard, Criminal Action

14   Number 18-101, that for today's purposes and today's purposes

15   only, awaiting the full presentation to the Court of the

16   issues pertinent to actually sentencing this defendant, that I

17   do find, though, the defendant is fully alert, competent and

18   capable of entering a plea here today contingent, though, it

19   is, on any future developments, because in that respect, this

20   is an informed decision here today so I do find it is an

21   informed plea.

22             Second, I find that this action by the defendant is

23   knowing, it's voluntary, and it is intelligently made.  It is

24   not the result of ignorance, fear, inadvertence, force, or

25   threats or any promises apart from the Plea Agreement and the

1    Court's representations and explanations.  All of that has

2    been disclosed repeatedly on the record here today.

3              Third, I find that there is an independent basis in

4    fact for the plea at this juncture.

5              Fourth, I find that the defendant has admitted the

6    facts that prove the essential elements attendant to Count

7    Five of the Superseding Indictment to which he has entered a

8    plea here today.

9              Fifth, I find that he understands those charges, he

10   understands his legal rights, and he understands the

11   possibilities of sentencing in the future.

12             Sixth, I find that he understands that he is waiving

13   his right to start a trial on Monday, and I find that his

14   waiver of his other constitutional and statutory rights,

15   including his right to pursue a direct or an indirect appeal,

16   is knowing, is voluntary, and will not result in any

17   miscarriage of justice so I do accept the plea in its

18   characteristics as we've discussed at length here today and

19   you are for today's purposes and the immediate future adjudged

20   guilty of the offense charged in Count Five of the Superseding

21   Indictment.  You may sit down.

22             I don't know if somebody wants me to configure this

23   in some other fashion, but this is the posture with which I

24   have addressed this issue before, because I know the

25   Government's lawyers have done their research and that they

1   know this is my approach, and you knew coming into it that it

2   would be, and I'm sure that the defense lawyers were shared --

3   it was shared with them and I'm sure they shared that with the

4   defendant.  So the only person that -- never mind.  So none of

5   this should be a surprise to anybody, but does anybody want me

6   to describe it differently than I have?

7            MR. DESIMONE:  No, Your Honor.

8            MR. PARISI:  No, Your Honor.

9            THE COURT:  Okay.  I am going to order a presentence

10  investigation report from the Probation Department.  By the

11  way, I've been told that the defendant has, in fact, comported

12  himself in full compliance with the pretrial release

13  conditions.  I imagine that will remain true, and if he

14  doesn't, it's a problem.  The investigation report will be

15  done by the Probation Department.  They have a lot of material

16  they've already got in place with respect to you and your

17  family, but I want you to cooperate, sir -- you don't have to,

18  but I certainly recommend it -- with the presentence

19  investigating officer whose job it is to prepare that report.

20  Your lawyers may be present if you wish when you give

21  information to the probation officer.  You and your lawyer

22  will have the opportunity to read and comment on the report

23  before we get together at the time of sentencing.  In my view,

24  it is only my view, it's not a matter of law, I think it's a

25  good idea if you get together face to face with your lawyers

1   and go over the report when you get it.  If there are any

2   problems or objections you've got to the report, you are

3   obliged, as is the Government, to tell each other in writing

4   as well as the Presentence Investigation Office in writing if

5   there are objections and you have to do that within 14 days of

6   getting the report.  So I recommend that you not delay in

7   reviewing it.  If you wait longer than the two weeks to file

8   objections, then you give up the right to make them.

9          All right, sentencing in this case is set for

10  April 21st, 2023, at ten in the morning, here in Courtroom

11  10B.  Sentencing memoranda, that is plural, meaning I expect

12  one memo from the Government and one memo from the defense so

13  that I have it, each one in hard copy, no later than one full

14  seven-day calendar week before sentencing.  That means by

15  April 14th close of business.

16         Because there have been no issues reported, thank

17  goodness for everybody, the defendant can remain on

18  pre-sentence release unless there's some issue I've not been

19  told about.

20         MR. PARISI:  No, Your Honor.  We confirmed with Mr.

21  Meissler this morning.  He confirmed.

22         THE COURT:  I would like to know if there's

23  information if he's aware of the drug stash.

24         MR. PARISI:  That I'm not aware, but --

25         THE COURT:  I don't mean stash in a technical sense,

1   but --

2               MR. PARISI:  -- we will inquire.

3               THE COURT:  Mr. Coyle.

4               (Discussion held off the record.)

5               THE COURT:  Ah, okay.  Well, it appears -- I'm going

6   to add a particular condition to pre-sentence release and that

7   is to have drug testing undertaken.  Apparently, the Pretrial

8   Services officer was unaware of the medications being

9   administered to by the defendant himself.

10              THE DEFENDANT:  Well, I have two probation officers.

11  I have one, Mr. Meissler.

12              THE COURT:  I know.  He says he didn't know anything

13  --

14              THE DEFENDANT:  The second one is the one from my

15  previous crime.  Both of them are working together.  And I

16  e-mailed him the Pretrial and he received it.

17              THE COURT:  Who's the he?

18              THE DEFENDANT:  I forget his name, but I have it in

19  my e-mail address.  I can send the e-mail I sent to him.

20              THE COURT:  All I'm saying is that Mr. Meissler is

21  unaware of it because there's no drug testing so he doesn't

22  know about it.  Right.

23              (Discussion with Deputy Clerk off the record.)

24              THE COURT:  Are you currently administered drug

25  tests periodically?

1              THE DEFENDANT:  No.

2              THE COURT:  Okay.  I'm adding that condition.

3      That's all.  And if you're running out of your antidepressant

4      and anxiety meds, you'd better have a licensed practicing

5      physician prescribing it for you who actually sees you in

6      person before you take any more of the collection of drugs

7      that you have runs out.

8              THE DEFENDANT:  Yes, I understand.

9              THE COURT:  Which, as I understand it, should be

10     pretty darn soon in a few days.

11             THE DEFENDANT:  Yes.  Yes.

12             THE COURT:  Understood?

13             THE DEFENDANT:  Yes.

14             THE COURT:  Would you please have the first drug

15     test administered within the next seven days and then upon a

16     monthly basis thereafter.  Random.

17             MR. DESIMONE:  Question, Your Honor.

18             THE COURT:  Yes.

19             MR. DESIMONE:  I imagine if he has to report, does

20     he have to report to Pretrial Services, but since he's --

21             THE COURT:  Now he's not pretrial.

22             MR. DESIMONE:  I mean post trial.  Probation, I

23     meant.  I don't mean Pretrial.  Excuse my voice.

24             THE COURT:  That's okay.

25             MR. DESIMONE:  I don't think so.

```
 1              THE COURT:  Well, I think he probably does in some
 2    fashion.
 3              MR. DESIMONE:  Somehow, but I think they're closed
 4    today, Judge.  I mean it's 5 o'clock.
 5              THE COURT:  It's 5 of 5.  They've been closed for a
 6    while I'm sure.
 7              MR. DESIMONE:  Yeah, okay.  So if he has to, he
 8    can --
 9              (Discussion off the record.)
10              THE COURT:  Checking in with the Marshal will be
11    satisfactory today.
12              MR. DESIMONE:  Today.
13              THE COURT:  Yes.
14              MR. DESIMONE:  Go down to see the Marshal today?
15              THE COURT:  Yes.
16              MR. DESIMONE:  All right.
17              THE COURT:  But I'm putting in place the condition
18    about drug testing.
19              MR. DESIMONE:  All right.
20              THE COURT:  And I have an absolute requirement that
21    any future prescriptions, which I would expect needs to be put
22    into place in the next, I'm just -- I'm assuming the
23    truthfulness of what I've been told.  There's got to be a
24    licensed physician before there's any more of this medication
25    given or made available directly or indirectly to the
```

1   defendant.  Is everybody tracking here?

2                MR. DESIMONE:  Yes, Your Honor.

3                THE DEFENDANT:  Yes.

4                THE COURT:  You don't get to use your family's meds.

5                THE DEFENDANT:  Yes.

6                THE COURT:  Yes, you do understand or, yes, you do

7   use your family's meds?

8                THE DEFENDANT:  I understand.

9                THE COURT:  Okay.  This would not be the time to

10  start trying to figure out a way to get around what I'm

11  saying.

12                THE DEFENDANT:  I understand.

13                THE COURT:  Okay.  Anything else from anybody?

14                ALL COUNSEL:  No, Your Honor.

15                THE COURT:  Can I have my book back?

16                MR. PARISI:  Yes, Your Honor.

17                THE COURT:  Have a good weekend, everybody.

18                MR. DESIMONE:  Your Honor, can we speak to the

19  defendant before we take him down?

20                THE COURT:  What?

21                MR. DESIMONE:  May we speak to --

22                THE COURT:  Oh, sure, you're a taxpayer.  The

23  room's yours.

24                MR. DESIMONE:  Thank you, Judge.

25                MR. PARISI:  Judge, may I approach?

1            THE COURT:  Yes.

2            MR. PARISI:  Thank you.

3            THE COURT:  As I understand it, the Cornerstone

4    people are here.  They're wired for whatever for Monday.

5                    (Court adjourned)

6

7                  C E R T I F I C A T E

8        I certify that the foregoing is a correct transcript

9    from the record of the proceedings in the above-entitled

10   matter.

11

12

13   _____
                         *Kathleen Feldman*

14                       Kathleen Feldman, CSR, CRR, RPR, CM
                         Official Court Reporter

15

16   Date:  ___3/9/2023_____

17

18

19

20

21

22

23

24

25

## $

**$100** [2] - 27:23, 47:7

## '

**'96** [1] - 17:7

## 1

**1** [1] - 47:7
**100** [1] - 34:22
**108** [1] - 27:13
**10B** [1] - 60:11
**11(c)(1)(C** [1] - 27:11
**12** [2] - 15:10, 36:15
**121** [2] - 28:16, 29:15
**123** [1] - 1:16
**1250** [1] - 1:14
**130** [1] - 1:20
**138** [1] - 28:5
**14** [1] - 60:5
**14th** [1] - 60:15
**151** [2] - 28:16, 29:15
**18-101** [2] - 2:10, 57:14
**18-101-1** [2] - 1:5, 56:16
**18th** [1] - 1:20
**19072** [1] - 15:8
**19103** [1] - 1:20
**19106** [2] - 1:14, 1:24
**19109** [1] - 1:17

## 2

**20** [1] - 47:5
**2000** [1] - 17:12
**2010** [1] - 14:21
**2014** [3] - 14:24, 15:1, 42:11
**2015** [1] - 42:11
**2023** [2] - 1:8, 60:10
**21** [2] - 11:5, 56:17
**215** [1] - 1:24
**21st** [1] - 60:10
**24** [1] - 21:6
**25** [1] - 43:4
**2500** [1] - 1:17

## 4

**400** [1] - 15:7
**43** [3] - 16:16, 27:13, 45:23
**48** [1] - 18:11

## 5

**5** [3] - 63:4, 63:5
**53** [1] - 15:5

## 6

**6** [1] - 1:8
**601** [1] - 1:23
**615** [1] - 1:14
**6th** [1] - 7:6

## 7

**7** [1] - 29:11
**72** [1] - 29:7
**779-5578** [1] - 1:24

## 8

**846** [2] - 11:6, 56:18

## A

**A-M-I-N** [1] - 22:2
**abandon** [2] - 6:9, 32:10
**Abington** [1] - 16:1
**able** [2] - 14:12, 38:8
**ably** [1] - 3:12
**abolished** [1] - 50:4
**above-entitled** [1] - 65:9
**absence** [1] - 37:1
**absolute** [2] - 34:3, 63:20
**absolutely** [2] - 13:13, 40:18
**abundance** [1] - 8:18
**abuse** [1] - 28:23
**accept** [9] - 25:1, 25:13, 25:14, 32:18, 39:5, 56:2, 56:6, 58:17
**acceptance** [1] - 29:4
**accepted** [4] - 5:10, 5:11, 29:3, 39:21
**accomplish** [1] - 39:16
**accomplished** [1] - 39:6
**according** [1] - 48:16
**accurately** [1] - 43:21
**achieve** [2] - 42:2, 42:5
**acknowledges** [1] - 10:21
**Acknowledgment** [2] - 30:20, 30:22
**acknowledgment** [1] - 31:9
**Act** [1] - 23:4
**Action** [1] - 57:13
**ACTION** [1] - 1:3
**action** [1] - 57:22
**active** [1] - 51:21
**actual** [1] - 40:8
**add** [2] - 8:2, 61:6
**addiction** [1] - 21:10
**adding** [1] - 62:2
**addition** [1] - 45:21
**address** [6] - 4:16, 5:12, 6:24, 15:6, 29:23, 61:19
**addressed** [1] - 58:24
**adjourned** [1] - 65:5
**adjudged** [1] - 58:19
**administered** [3] - 61:9, 61:24, 62:15
**administrative** [1] - 43:2
**admit** [1] - 44:1
**admitted** [1] - 58:5
**Advanced** [1] - 42:20
**advantage** [1] - 32:11
**advice** [3] - 6:25, 7:21, 23:19
**advise** [1] - 6:19
**advisory** [1] - 9:22
**afford** [3] - 22:9, 23:5, 37:7
**afternoon** [8] - 2:3, 2:12, 2:15, 2:18, 2:19, 2:20, 8:21, 10:25
**Agent** [1] - 2:16
**ago** [3] - 18:21, 18:23, 18:25
**agree** [8] - 8:19, 8:21, 8:22, 27:12, 29:21, 43:20, 43:23, 47:13
**agreed** [3] - 41:20, 42:16, 48:19
**Agreement** [15] - 11:14, 26:23, 27:19, 29:5, 29:12, 29:17, 30:3, 30:8, 30:11, 30:19, 30:21, 31:21, 31:25, 55:7, 57:25
**agreement** [8] - 8:8, 31:8, 37:16, 38:3, 38:17, 41:24, 41:25,
**53**:9
**agreements** [1] - 30:6
**agrees** [1] - 7:16
**ahead** [2] - 10:14, 10:20
**al** [1] - 2:10
**alcohol** [1] - 21:9
**alcoholic** [1] - 21:5
**alert** [1] - 57:17
**ALL** [2] - 2:3, 64:14
**allegation** [1] - 11:9
**alleged** [3] - 11:6, 42:2, 42:4
**allowed** [1] - 18:1
**almost** [1] - 16:14
**alone** [2] - 9:11, 34:12
**America** [2] - 2:9, 57:13
**AMERICA** [1] - 1:3
**American** [1] - 25:21
**amin** [1] - 21:25
**Amin** [2] - 22:2, 22:3
**Amin's** [1] - 22:5
**amount** [2] - 27:20, 40:6
**Ann** [1] - 2:24
**ANN** [1] - 1:19
**answer** [5] - 13:3, 13:16, 13:22, 31:6, 50:12
**answering** [1] - 54:6
**answers** [6] - 3:18, 13:1, 13:3, 13:12, 13:17, 43:19
**anticipating** [3] - 4:7, 4:21, 4:22
**anticipation** [1] - 2:8
**antidepressant** [1] - 62:3
**anxiety** [6] - 18:16, 18:25, 20:14, 20:18, 21:11, 62:4
**anyway** [2] - 7:13, 43:5
**apart** [1] - 57:25
**apologize** [1] - 27:18
**appeal** [14] - 33:2, 37:4, 37:8, 37:9, 37:16, 37:19, 37:22, 37:24, 38:11, 39:11, 40:12, 45:19, 58:15
**appeals** [1] - 41:5
**appear** [2] - 21:15, 22:10
**appearance** [1] - 5:7
**APPEARANCES** [1] - 1:11
**appellate** [3] - 29:10,
**37**:4, 37:13
**applicable** [1] - 46:20
**application** [1] - 4:14
**applications** [2] - 4:7, 33:23
**apply** [2] - 28:25, 48:4
**appointed** [2] - 23:6, 37:9
**appointment** [1] - 23:4
**appreciative** [1] - 50:22
**approach** [5] - 25:24, 28:13, 30:14, 59:1, 64:25
**April** [2] - 60:10, 60:15
**arguably** [2] - 38:11, 43:3
**argue** [4] - 28:9, 28:22, 28:23, 36:10
**argued** [1] - 5:24
**arguments** [1] - 33:1
**arise** [1] - 11:6
**Armani** [1] - 11:21
**arrangement** [1] - 4:25
**arrest** [2] - 33:9, 41:7
**arrested** [2] - 32:21, 32:23
**articulate** [1] - 3:6
**assent** [1] - 56:4
**assessment** [2] - 27:23, 47:7
**assistants** [1] - 1:13
**assume** [2] - 13:12, 38:7
**assuming** [9] - 23:7, 32:18, 37:15, 39:7, 44:8, 46:3, 46:4, 49:3, 63:22
**assurances** [1] - 31:24
**attached** [1] - 30:19
**attendance** [1] - 2:11
**attendant** [1] - 58:6
**ATTORNEY** [1] - 1:11
**attorney** [1] - 26:21, 44:23
**Attorney** [1] - 1:13
**available** [1] - 63:25
**awaiting** [1] - 57:15
**aware** [7] - 9:7, 9:8, 28:23, 36:9, 42:12, 60:23, 60:24

**B**

**bail** [3] - 9:10, 33:23
**basis** [12] - 28:7, 41:15, 42:6, 44:11, 45:4, 46:19, 47:23, 49:8, 55:7, 55:22, 58:3, 62:16
**become** [3] - 14:19, 17:10, 39:11
**BEFORE** [1] - 1:9
**begins** [1] - 29:11
**behalf** [4] - 4:12, 35:11, 35:16, 44:11
**best** [2] - 53:14, 53:25
**better** [4] - 6:18, 53:24, 57:1, 62:4
**between** [3] - 5:21, 8:25, 42:11
**beverages** [1] - 21:6
**beyond** [5] - 6:23, 34:25, 36:17, 36:23, 50:10
**binding** [1] - 27:19
**bit** [3] - 32:6, 40:9, 42:25
**BLANK** [1] - 1:18
**boat** [1] - 9:11
**book** [1] - 64:15
**born** [1] - 12:2
**bought** [1] - 52:12
**box** [1] - 36:16
**break** [3] - 12:23, 40:25, 49:23
**bring** [4] - 7:8, 53:15, 53:22
**Broad** [1] - 1:16
**business** [1] - 60:15
**buy** [3] - 39:20, 49:3, 52:7
**BY** [1] - 1:19
**bye** [1] - 32:14

**C**

**C.A.T** [1] - 1:25
**calculated** [2] - 16:17, 28:7
**calendar** [1] - 60:14
**campus** [1] - 15:25
**cannot** [9] - 13:3, 23:5, 26:12, 36:7, 41:5, 46:5, 52:6, 52:11, 56:6
**capable** [1] - 57:18
**caption** [1] - 30:18
**care** [3] - 21:16,

21:18, 21:21
**Care** [1] - 42:20
**carry** [2] - 22:14, 52:1
**cart** [4] - 5:9, 5:10, 5:14, 5:15
**case** [28] - 2:6, 2:9, 3:20, 4:9, 6:10, 7:3, 16:10, 23:5, 23:16, 27:13, 30:18, 34:5, 38:2, 38:19, 39:1, 39:6, 41:21, 42:8, 43:3, 44:25, 48:14, 49:17, 50:5, 50:12, 50:13, 57:12, 60:9
**cases** [1] - 43:10
**caution** [1] - 8:18
**Celexa** [2] - 18:14, 19:1
**Center** [1] - 17:9
**ceremony** [1] - 15:2
**certain** [1] - 56:1
**certainly** [2] - 10:10, 59:18
**certainty** [1] - 51:20
**certify** [1] - 65:8
**cetera** [1] - 8:7
**challenge** [5] - 24:22, 32:20, 33:6, 33:17, 33:25
**chance** [1] - 56:7
**chances** [1] - 39:11
**CHANGE** [1] - 1:10
**change** [7] - 4:25, 5:18, 11:1, 14:13, 49:9, 54:13, 54:24
**changes** [2] - 7:17, 56:11
**character** [1] - 35:19
**characteristics** [1] - 58:18
**characterized** [1] - 26:22
**charged** [6] - 11:3, 23:21, 25:6, 28:6, 56:23, 58:20
**charges** [16] - 11:6, 16:13, 16:20, 23:23, 24:1, 24:5, 24:11, 24:20, 27:10, 36:18, 51:24, 54:13, 55:16, 55:18, 56:10, 58:9
**charging** [1] - 56:16
**check** [1] - 21:1
**checking** [1] - 63:10
**Chestnut** [1] - 1:14
**chewed** [1] - 45:21
**children** [1] - 16:2
**choice** [1] - 6:9
**choices** [2] - 10:10,

40:3
**choose** [5] - 34:12, 34:17, 35:24, 36:2, 36:4
**chose** [1] - 37:2
**Christopher** [1] - 2:13
**cHRISTOPHER** [1] - 1:12
**circumstances** [2] - 37:21, 49:18
**citizen** [3] - 14:17, 14:20, 25:21
**claim** [4] - 24:24, 32:10, 32:12, 41:6
**clear** [3] - 7:22, 8:11, 47:2
**clearly** [2] - 9:14, 22:20
**clerk** [2] - 7:25, 8:18
**CLERK** [7] - 10:2, 10:4, 10:18, 20:21, 21:4, 31:2, 56:14
**Clerk** [2] - 2:1, 61:23
**client** [8] - 4:13, 4:23, 4:24, 6:3, 6:17, 8:3, 8:10, 8:16
**client's** [1] - 6:18
**climb** [1] - 9:6
**clinic** [1] - 20:7
**close** [1] - 60:15
**closed** [2] - 63:3, 63:5
**CM** [2] - 1:22, 65:14
**coconspirator** [2] - 11:11, 42:4
**coconspirators** [1] - 11:11
**Code** [2] - 11:5, 56:18
**codefendants** [1] - 42:16
**coerced** [1] - 53:7
**collection** [1] - 62:6
**college** [2] - 15:21, 15:22
**comfortable** [1] - 12:5
**coming** [2] - 8:6, 59:1
**comment** [1] - 59:22
**commented** [1] - 53:11
**comments** [1] - 39:18
**commission** [1] - 25:7
**commit** [1] - 49:15
**company** [1] - 20:6
**compel** [3] - 3:7, 3:8,

35:14
**competence** [1] - 54:24
**competent** [3] - 14:12, 35:1, 57:17
**completely** [2] - 55:3, 56:7
**compliance** [1] - 59:12
**comported** [1] - 59:11
**concern** [1] - 8:14
**condition** [5] - 18:15, 20:10, 61:6, 62:2, 63:17
**conditions** [5] - 30:7, 46:8, 49:22, 49:23, 59:13
**conduct** [2] - 12:9, 33:13
**configuration** [2] - 25:15, 37:25
**configure** [1] - 58:22
**configured** [1] - 25:14
**confirmed** [2] - 60:20, 60:21
**Congress** [1] - 47:10
**connection** [4] - 16:9, 16:13, 16:19, 32:25
**consequences** [3] - 25:18, 26:2, 26:5
**consider** [3] - 35:20, 46:21, 47:21
**considerably** [2] - 39:24, 45:25
**consideration** [1] - 28:4
**considered** [1] - 38:9
**considering** [1] - 39:17
**consistent** [1] - 28:1
**conspiracy** [5] - 11:4, 27:10, 28:6, 41:25, 56:16
**conspirator** [1] - 42:2
**constitutional** [1] - 58:14
**constricted** [1] - 40:12
**consult** [1] - 19:18
**contest** [3] - 51:25, 55:18
**contingent** [5] - 39:17, 55:9, 56:3, 56:11, 57:18
**continuance** [1] - 5:5
**continue** [9] - 4:10,

4:14, 22:24, 34:4, 43:16, 51:25, 52:15, 53:1, 55:18
**continued** [4] - 3:6, 19:4, 19:8, 42:19
**controlled** [7] - 11:4, 11:7, 27:10, 41:21, 42:14, 42:21, 56:17
**conversing** [1] - 12:5
**convicted** [6] - 26:3, 26:13, 36:14, 36:18, 36:24, 51:3
**conviction** [7] - 26:10, 37:13, 37:17, 41:7, 50:19, 51:5, 51:9
**convictions** [3] - 50:9, 50:11, 50:24
**convince** [1] - 31:25
**convinced** [3] - 7:15, 36:17, 36:22
**cooperate** [1] - 59:17
**copy** [1] - 60:13
**Cornerstone** [1] - 65:3
**correct** [3] - 16:18, 23:10, 65:8
**cost** [2] - 23:7, 37:9
**COSTELLO** [4] - 1:12, 2:14, 9:18, 16:23
**Costello** [1] - 2:14
**COUNSEL** [2] - 2:3, 64:14
**counsel** [7] - 3:7, 4:7, 4:8, 5:21, 9:10, 29:19, 47:13
**Counsel** [2] - 1:15, 1:21
**counseling** [1] - 6:1
**Count** [16] - 11:2, 24:5, 24:16, 24:21, 27:9, 40:9, 41:10, 41:15, 41:20, 47:3, 54:3, 56:10, 56:16, 56:19, 58:6, 58:20
**country** [1] - 14:17
**counts** [2] - 24:8, 24:17
**Counts** [1] - 27:25
**couple** [3] - 20:11, 40:6, 57:6
**course** [10] - 4:8, 4:17, 6:11, 11:8, 32:13, 35:9, 36:21, 41:22, 42:22, 44:10
**Court** [14] - 1:22, 4:16, 8:5, 39:25, 45:5, 46:9, 46:13, 46:22, 48:3, 56:2, 57:12,

57:15, 65:5, 65:14
**COURT** [308] - 1:1,
2:2, 2:4, 2:6, 2:17,
2:21, 3:2, 3:15, 4:1,
4:5, 4:17, 4:21, 5:1,
5:4, 5:7, 5:13, 5:17,
5:19, 6:1, 6:11, 6:13,
6:16, 6:22, 7:9, 7:17,
8:13, 8:23, 9:4, 9:9,
9:13, 9:15, 9:20, 10:8,
10:19, 10:24, 11:20,
11:22, 11:24, 12:1,
12:4, 12:8, 12:11,
12:18, 13:7, 13:11,
13:15, 13:21, 13:25,
14:4, 14:8, 14:12,
14:17, 14:19, 14:22,
15:2, 15:4, 15:6, 15:9,
15:11, 15:14, 15:17,
15:21, 15:23, 15:25,
16:2, 16:5, 16:8,
16:12, 16:15, 16:19,
16:24, 17:3, 17:6,
17:8, 17:10, 17:13,
17:16, 17:18, 17:21,
17:25, 18:5, 18:7,
18:10, 18:13, 18:15,
18:17, 18:19, 18:22,
18:24, 19:2, 19:5,
19:9, 19:12, 19:15,
19:18, 19:22, 19:25,
20:3, 20:9, 20:13,
20:17, 20:19, 20:22,
21:1, 21:5, 21:8,
21:12, 21:15, 21:20,
21:22, 21:24, 22:1,
22:3, 22:5, 22:7,
22:10, 22:12, 22:14,
22:16, 22:19, 22:22,
23:3, 23:9, 23:12,
23:15, 23:18, 23:21,
23:25, 24:4, 24:8,
24:15, 24:19, 25:6,
25:9, 25:12, 25:20,
26:9, 26:16, 26:19,
26:25, 27:3, 27:5,
27:15, 28:10, 28:14,
28:17, 28:20, 29:6,
29:9, 29:13, 29:16,
29:19, 29:22, 29:25,
30:3, 30:6, 30:10,
30:17, 31:3, 31:6,
31:8, 31:11, 31:14,
31:17, 31:20, 31:23,
32:3, 32:6, 32:17,
33:6, 33:11, 33:17,
33:21, 34:3, 34:7,
34:11, 34:16, 34:21,
34:24, 35:4, 35:8,
35:13, 35:18, 35:23,
36:2, 36:6, 36:9,

36:13, 36:21, 37:1,
37:7, 37:12, 37:15,
37:19, 38:5, 38:14,
38:17, 38:21, 39:14,
40:15, 40:18, 40:22,
40:24, 41:3, 41:9,
41:13, 41:18, 42:7,
42:24, 43:23, 44:1,
44:3, 44:6, 44:17,
44:22, 45:2, 45:8,
45:13, 45:18, 46:7,
46:12, 46:16, 46:25,
47:8, 47:13, 47:16,
47:20, 48:1, 48:6,
48:12, 48:16, 48:21,
48:25, 49:8, 49:12,
49:15, 49:20, 49:22,
50:3, 50:8, 50:16,
50:21, 51:1, 51:3,
51:8, 51:12, 51:18,
51:23, 52:21, 52:25,
53:6, 53:9, 53:13,
53:16, 53:19, 53:21,
53:23, 54:1, 54:5,
54:9, 54:12, 54:16,
54:19, 54:22, 55:2,
55:6, 55:14, 55:21,
55:25, 56:13, 56:22,
56:25, 57:3, 57:5,
57:9, 59:9, 60:22,
60:25, 61:3, 61:5,
61:12, 61:17, 61:20,
61:24, 62:2, 62:9,
62:12, 62:14, 62:18,
62:21, 62:24, 63:1,
63:5, 63:10, 63:13,
63:15, 63:17, 63:20,
64:4, 64:6, 64:9,
64:13, 64:15, 64:17,
64:20, 64:22, 65:1,
65:3
**court** [10] - 2:1, 4:1,
7:25, 33:22, 35:6,
35:15, 37:4, 37:13,
41:5, 41:6
**Court's** [8] - 8:6, 9:1,
39:23, 45:20, 52:6,
55:9, 55:10, 58:1
**Courthouse** [1] -
1:23
**Courtroom** [1] -
60:10
**Coyle** [2] - 30:25,
61:3
**creating** [1] - 12:25
**creative** [1] - 3:6
**crime** [9] - 25:9,
40:8, 41:14, 47:3,
47:11, 49:16, 51:6,
51:8, 61:15

**criminal** [2] - 2:11,
50:14
**Criminal** [2] - 23:4,
57:13
**CRIMINAL** [1] - 1:3
**criteria** [2] - 23:3,
23:7
**crop** [1] - 54:10
**cross** [1] - 35:9
**cross-examine** [1] -
35:9
**CRR** [2] - 1:22, 65:14
**CSR** [2] - 1:22, 65:14
**current** [1] - 24:10
**custody** [3] - 16:9,
16:13
**customers** [1] -
42:20

# D

**darn** [1] - 62:10
**date** [1] - 2:9
**Date** [1] - 65:16
**dated** [1] - 30:16
**daughter** [2] - 15:13,
15:19
**days** [4] - 20:11,
60:5, 62:10, 62:15
**de** [1] - 43:5
**DEA** [2] - 11:12,
42:12
**deal** [7] - 38:8, 39:20,
46:5, 48:17, 48:22,
52:6, 56:4
**decide** [4] - 34:17,
43:16, 52:3, 52:5
**decides** [1] - 48:3
**deciding** [1] - 48:13
**decision** [4] - 7:4,
10:13, 54:16, 57:20
**decisions** [1] - 40:1
**defendant** [30] - 3:2,
5:21, 9:16, 9:24,
16:21, 21:3, 27:8,
28:22, 28:25, 29:2,
41:24, 41:25, 42:3,
42:12, 42:13, 42:16,
42:19, 50:22, 55:11,
55:15, 57:16, 57:17,
57:22, 58:5, 59:4,
59:11, 60:17, 61:9,
64:1, 64:19
**DEFENDANT** [211] -
10:3, 10:6, 10:23,
11:19, 11:21, 11:23,
11:25, 12:3, 12:6,
12:10, 12:17, 13:6,
13:10, 13:14, 13:20,

13:24, 14:3, 14:6,
14:11, 14:16, 14:18,
14:21, 15:3, 15:5,
15:7, 15:10, 15:13,
15:16, 15:19, 15:22,
15:24, 16:1, 16:4,
16:7, 16:11, 16:14,
17:5, 17:7, 17:9,
17:12, 17:15, 17:17,
17:20, 17:22, 18:4,
18:6, 18:9, 18:12,
18:14, 18:16, 18:18,
18:21, 18:23, 19:1,
19:3, 19:6, 19:11,
19:14, 19:16, 19:20,
19:24, 20:2, 20:5,
20:12, 20:16, 20:18,
20:24, 21:7, 21:11,
21:14, 21:18, 21:21,
21:23, 21:25, 22:2,
22:4, 22:6, 22:8,
22:11, 22:13, 22:15,
22:18, 22:21, 23:2,
23:8, 23:11, 23:14,
23:17, 23:20, 23:24,
24:3, 24:7, 24:14,
24:18, 25:5, 25:8,
25:11, 25:19, 26:8,
26:15, 26:18, 26:24,
29:18, 31:5, 31:7,
31:10, 31:13, 31:16,
31:19, 31:22, 32:2,
32:5, 32:16, 33:5,
33:10, 33:16, 33:20,
34:2, 34:6, 34:10,
34:15, 34:20, 34:23,
35:3, 35:7, 35:12,
35:17, 35:22, 36:1,
36:5, 36:8, 36:12,
36:20, 36:25, 37:6,
37:11, 37:14, 37:18,
38:4, 38:13, 38:16,
38:20, 39:13, 40:14,
41:8, 41:12, 43:22,
43:25, 44:2, 44:5,
44:15, 44:21, 45:1,
45:12, 45:17, 46:6,
46:11, 46:15, 46:24,
47:12, 47:19, 47:25,
48:5, 48:11, 48:15,
48:20, 48:24, 49:7,
49:11, 49:14, 49:19,
49:21, 50:2, 50:7,
50:25, 51:2, 51:7,
51:11, 51:17, 51:22,
53:5, 53:8, 53:12,
53:14, 53:18, 53:20,
53:22, 53:24, 54:4,
54:8, 54:11, 54:15,
54:18, 54:21, 56:12,
56:21, 56:24, 57:2,

57:4, 57:8, 61:10,
61:14, 61:18, 62:1,
62:8, 62:11, 62:13,
64:3, 64:5, 64:8,
64:12
**Defendant** [1] - 1:21
**defendant's** [3] -
27:24, 28:6, 54:24
**defendants** [1] - 6:7
**defended** [1] - 3:13
**defense** [5] - 3:7,
30:25, 47:13, 59:2,
60:12
**degree** [2] - 17:6,
17:8
**delay** [3] - 3:21, 39:7,
60:6
**demonstrate** [1] -
42:11
**denied** [2] - 3:7, 3:21
**Department** [6] -
2:16, 3:8, 3:15, 48:9,
59:10, 59:15
**depressed** [2] -
22:13, 22:14
**depression** [4] -
20:16, 20:18, 21:11,
22:19
**Deputy** [2] - 2:1,
61:23
**DEPUTY** [7] - 10:2,
10:4, 10:18, 20:21,
21:4, 31:2, 56:14
**deputy** [1] - 8:18
**describe** [4] - 44:7,
44:12, 44:18, 59:6
**described** [2] -
44:20, 55:8
**DESIMONE** [60] -
1:16, 2:18, 2:22, 3:14,
3:25, 4:4, 4:16, 4:18,
4:23, 5:3, 5:6, 5:8,
5:15, 5:18, 5:25, 6:10,
6:12, 6:14, 6:17, 6:23,
7:11, 7:20, 9:14,
16:18, 17:1, 29:21,
29:24, 30:2, 30:5,
30:9, 30:13, 30:16,
40:16, 40:21, 40:23,
41:2, 45:7, 47:15,
52:20, 52:22, 54:25,
55:4, 55:12, 55:19,
55:23, 59:7, 62:17,
62:19, 62:22, 62:25,
63:3, 63:7, 63:12,
63:14, 63:16, 63:19,
64:2, 64:18, 64:21,
64:24
**DeSimone** [8] - 2:21,
8:2, 8:19, 8:22, 23:12,

29:20, 29:25, 48:21
**determine** [2] -
45:16, 46:13
**determined** [3] -
27:20, 27:22, 46:22
**detour** [1] - 42:25
**development** [1] -
43:18
**developments** [1] -
57:19
**devote** [1] - 5:23
**difference** [1] - 8:25
**different** [6] - 7:23,
16:24, 25:24, 43:7,
44:19
**differently** [4] -
32:14, 44:7, 44:13,
59:6
**difficult** [1] - 7:4
**difficulty** [1] - 7:24
**Dillinger** [2] - 42:17,
42:19
**dire** [1] - 26:5
**direct** [1] - 58:15
**directly** [1] - 63:25
**disaffection** [1] -
5:21
**disagree** [1] - 49:3
**disclosed** [2] - 30:4,
58:2
**discovery** [1] - 33:14
**discretion** [1] - 27:23
**discuss** [2] - 23:16,
31:17
**discussed** [2] -
54:19, 58:18
**discussing** [1] -
24:13
**Discussion** [4] -
40:20, 61:4, 61:23,
63:9
**discussion** [4] - 7:2,
7:15, 8:2, 8:11
**discussions** [6] -
7:25, 8:3, 8:7, 8:11,
26:20, 26:22
**dismiss** [2] - 24:11,
27:25
**dispense** [1] - 11:7
**disputes** [1] - 33:13
**distribute** [4] - 11:4,
27:10, 41:21, 56:17
**distributed** [1] - 28:5
**DISTRICT** [2] - 1:1,
1:2
**District** [1] - 1:13
**docket** [1] - 2:11
**docketed** [1] - 2:10
**doctor** [14] - 14:25,
17:5, 18:18, 18:20,

18:25, 19:12, 19:18,
19:20, 19:23, 20:1,
21:16, 26:6, 26:17
**doctors** [1] - 26:12
**document** [8] -
11:13, 27:6, 30:17,
30:19, 30:24, 31:11,
31:15, 57:9
**documents** [1] - 31:3
**done** [4] - 24:25,
25:3, 58:25, 59:15
**doubt** [5] - 35:1,
35:21, 36:17, 36:23,
54:23
**down** [4] - 8:6,
58:21, 63:14, 64:19
**Dr** [7] - 2:19, 2:24,
2:25, 21:25, 22:2,
22:3, 22:5
**drafted** [1] - 8:1
**drawn** [1] - 36:3
**drug** [7] - 21:9,
60:23, 61:7, 61:21,
61:24, 62:14, 63:18
**drugs** [8] - 18:10,
20:22, 47:23, 48:17,
48:19, 48:23, 50:10,
62:6

## E

**e-mail** [2] - 61:19
**e-mailed** [1] - 61:16
**E.K** [1] - 1:9
**earn** [1] - 17:8
**earned** [2] - 46:14,
46:22
**earning** [1] - 18:8
**EASTERN** [1] - 1:2
**Eastern** [1] - 1:13
**ecumenical** [2] -
7:10, 7:11
**effect** [2] - 32:13,
50:9
**effort** [1] - 39:22
**efforts** [4] - 3:6, 3:7,
4:10
**either** [4] - 25:14,
38:2, 40:3, 54:23
**elected** [1] - 47:10
**element** [2] - 45:19,
46:9
**elements** [5] - 41:14,
41:19, 44:24, 45:4,
58:6
**embrace** [1] - 38:8
**employee** [1] - 42:12
**end** [6] - 5:24, 38:18,
45:15, 52:10, 52:12,

53:22, 53:23, 54:9
**ended** [1] - 8:21
**English** [2] - 12:7,
12:9
**enhancement** [2] -
28:24, 28:25
**enter** [4] - 6:7, 11:1,
46:17, 54:24
**entered** [3] - 4:24,
11:1, 58:7
**entering** [4] - 14:14,
32:17, 39:17, 57:18
**entitled** [1] - 65:9
**epiphany** [3] - 7:6,
7:7, 7:8
**ERIC** [1] - 1:12
**ESQUIRE** [5] - 1:12,
1:12, 1:16, 1:19, 1:19
**essential** [6] - 30:1,
41:14, 41:19, 44:23,
45:4, 58:6
**essentially** [1] -
39:12
**et** [2] - 2:10, 8:6
**evaluation** [1] -
55:10
**event** [1] - 24:11
**events** [1] - 44:18
**evidence** [10] - 8:5,
8:9, 33:13, 35:1,
35:10, 35:11, 35:15,
35:20, 42:10
**examine** [1] - 35:9
**excellent** [1] - 3:18
**except** [1] - 30:22
**exchange** [1] - 27:24
**excuse** [4] - 6:4,
6:20, 28:8, 62:23
**exemplar** [1] - 3:17
**exercising** [1] - 26:2
**expect** [2] - 60:11,
63:21
**experience** [1] - 49:1
**expert** [1] - 3:10
**explain** [2] - 40:16,
44:11
**explained** [2] - 3:16,
44:14
**explaining** [1] -
12:18
**explanations** [1] -
58:1
**expressed** [1] - 4:13
**expressing** [1] - 5:5
**extent** [1] - 52:3
**extremely** [1] - 51:19

## F

**face** [2] - 59:25
**facsimile** [1] - 30:23
**fact** [17] - 3:12, 5:23,
7:17, 26:13, 36:4,
36:6, 39:19, 45:25,
49:4, 50:22, 51:25,
52:12, 54:2, 56:5,
56:23, 58:4, 59:11
**facto** [1] - 43:5
**facts** [4] - 43:21,
44:1, 44:7, 58:6
**factual** [4] - 41:15,
42:6, 45:3, 55:21
**failure** [1] - 33:7
**fair** [2] - 10:14, 39:9
**Fair** [1] - 15:7
**false** [1] - 13:19
**falsely** [2] - 13:16,
13:23
**familiar** [2] - 48:7,
48:8
**family** [4] - 53:15,
57:1, 59:17
**family's** [3] - 53:25,
64:4, 64:7
**far** [6] - 3:3, 10:24,
12:2, 13:2, 17:3,
28:18
**FARD** [2] - 1:5, 10:3
**Fard** [9] - 2:10, 2:19,
2:24, 3:1, 10:6, 11:18,
12:3, 56:14, 57:13
**fashion** [3] - 3:9,
58:23, 63:2
**fathom** [1] - 52:11
**FDC** [5] - 18:18,
18:19, 18:20, 18:25,
19:12
**fear** [1] - 57:24
**feature** [2] - 38:10,
38:11
**features** [1] - 11:13
**federal** [4] - 16:8,
16:9, 16:12, 50:4
**FELDMAN** [1] - 1:22
**Feldman** [2] - 12:24,
65:14
**felon** [3] - 26:1, 26:3,
26:13
**felony** [4] - 25:7,
25:9, 25:13, 25:16
**felt** [1] - 6:9
**few** [3] - 19:17,
37:20, 62:10
**fifth** [1] - 58:9
**fight** [4] - 25:2,
32:22, 33:12, 33:21

**fighting** [2] - 33:1,
33:3
**figure** [1] - 64:10
**figured** [1] - 51:5
**figuring** [1] - 48:18
**file** [1] - 60:7
**filed** [1] - 8:1
**filming** [1] - 13:2
**finally** [1] - 7:6
**financial** [2] - 23:3,
23:7
**fine** [8] - 5:19, 12:13,
12:22, 27:19, 40:21,
46:8, 47:6, 56:9
**firmly** [1] - 7:15
**first** [5] - 3:4, 28:4,
41:20, 49:16, 62:14
**Five** [15] - 11:2, 24:5,
24:16, 24:21, 27:9,
40:9, 41:10, 41:15,
41:20, 47:3, 54:3,
56:10, 56:19, 58:7,
58:20
**five** [4] - 18:21,
18:23, 18:25, 19:5
**Flannery** [3] - 3:3,
4:12, 10:16
**folks** [1] - 40:2
**following** [1] - 37:17
**FOR** [1] - 1:2
**force** [1] - 57:24
**forced** [1] - 53:7
**foregoing** [1] - 65:8
**forever** [2] - 32:14,
32:20
**forget** [2] - 10:15,
61:18
**forth** [2] - 30:7, 31:25
**fortunate** [1] - 50:16
**forward** [2] - 44:8,
44:12
**fought** [1] - 3:12
**foundation** [1] - 43:8
**Four** [1] - 27:25
**four** [1] - 16:14
**fourth** [1] - 58:5
**FRANK** [1] - 1:16
**Frank** [2] - 2:21,
30:15
**frankly** [6] - 26:9,
39:8, 43:10, 45:18,
52:2, 55:8
**free** [4] - 3:23, 20:7,
32:4, 54:17
**front** [1] - 28:12
**fruition** [1] - 24:13
**full** [9] - 10:5, 29:7,
44:18, 52:10, 55:15,
55:21, 57:15, 59:12,
60:13

**fully** [3] - 44:1, 52:2, 57:17
**furtherance** [1] - 28:5
**future** [12] - 39:9, 43:17, 46:18, 51:4, 51:6, 51:8, 55:11, 56:11, 57:19, 58:11, 58:19, 63:21

**G**

**gathered** [1] - 33:13
**GENE** [1] - 1:9
**given** [3] - 7:24, 13:8, 63:25
**good-bye** [1] - 32:14
**goodness** [1] - 60:17
**Government** [29] - 1:15, 2:13, 4:13, 4:24, 6:15, 8:8, 24:10, 24:12, 24:25, 25:3, 26:21, 27:24, 28:8, 28:22, 28:23, 32:23, 33:7, 33:8, 33:12, 33:14, 34:4, 34:24, 35:5, 35:10, 36:10, 37:22, 42:9, 60:3, 60:12
**Government's** [8] - 3:10, 9:15, 44:13, 44:20, 44:23, 51:13, 56:3, 58:25
**GP** [1] - 19:22
**graduate** [1] - 15:14
**graduated** [1] - 15:20
**grams** [1] - 28:5
**grand** [3] - 23:23, 24:24, 25:3
**granted** [1] - 9:2
**great** [2] - 39:2, 40:6
**greater** [1] - 40:9
**greatly** [1] - 40:12
**guarantee** [6] - 34:13, 39:15, 39:20, 45:14, 45:15, 46:12
**guarantees** [4] - 38:23, 39:19, 40:7, 53:3
**guess** [4] - 9:20, 16:14, 20:19, 46:25
**Guidelines** [23] - 28:6, 28:10, 28:11, 28:18, 29:13, 39:1, 39:23, 40:9, 45:22, 46:20, 47:18, 47:21, 47:22, 48:2, 48:3, 48:4, 48:8, 48:13,

48:18, 50:9, 50:11, 50:13, 50:22
**guilt** [4] - 35:21, 36:3, 36:23, 54:7
**Guilty** [6] - 11:14, 26:23, 30:10, 30:18, 30:21, 31:21
**guilty** [57] - 5:15, 14:15, 22:24, 22:25, 24:20, 25:1, 25:13, 25:16, 26:20, 32:3, 32:18, 34:1, 34:4, 34:8, 34:11, 34:16, 34:25, 35:2, 36:15, 36:18, 37:1, 37:3, 37:15, 37:20, 39:18, 40:11, 41:4, 41:6, 41:10, 43:16, 43:18, 46:17, 46:18, 46:19, 49:5, 49:9, 52:3, 52:15, 52:17, 52:18, 53:1, 53:2, 53:4, 54:2, 54:10, 54:12, 55:3, 56:15, 56:20, 56:21, 56:22, 56:23, 57:3, 58:20

**H**

**H.C** [3] - 42:13, 42:18, 42:19
**H.C.'s** [2] - 42:12, 42:15
**hair** [1] - 6:6
**halfway** [1] - 25:23
**hand** [1] - 10:2
**happy** [2] - 4:11, 5:19
**hard** [2] - 6:14, 60:13
**hay** [1] - 6:6
**head** [2] - 6:4, 13:4
**Health** [2] - 3:9, 3:16
**health** [1] - 20:6
**hear** [6] - 4:11, 6:20, 8:5, 22:10, 52:20, 52:22
**heard** [3] - 13:2, 52:14, 52:25
**HEARING** [1] - 1:10
**hearing** [2] - 5:23, 12:9
**held** [1] - 61:4
**hello** [1] - 2:2
**help** [3] - 12:15, 26:13, 37:5
**heretofore** [1] - 56:15
**hesitation** [1] - 50:18
**high** [3] - 15:15,

15:19, 38:10
**himself** [2] - 59:12, 61:9
**hinted** [1] - 13:22
**history** [1] - 50:14
**hmm** [1] - 29:9
**Hoffman** [2] - 3:13, 3:14
**hold** [2] - 26:3, 26:11
**hollered** [1] - 7:12
**home** [6] - 15:6, 19:7, 19:10, 19:24, 20:14, 21:23
**Honor** [70] - 2:3, 2:12, 2:15, 2:18, 2:25, 3:25, 4:2, 4:3, 4:4, 4:16, 4:23, 4:25, 6:20, 7:22, 8:4, 8:17, 9:8, 9:18, 16:16, 16:22, 17:1, 17:2, 27:2, 27:7, 27:8, 27:18, 27:19, 27:20, 28:11, 28:13, 28:15, 28:19, 28:21, 29:8, 29:10, 29:15, 30:2, 30:9, 40:16, 40:21, 41:19, 42:6, 42:8, 45:6, 45:7, 46:11, 47:4, 47:15, 50:15, 52:23, 54:25, 55:1, 55:4, 55:5, 55:12, 55:13, 55:19, 55:20, 55:23, 55:24, 59:7, 59:8, 60:20, 62:17, 64:2, 64:14, 64:16, 64:18
**Honor's** [2] - 27:23, 28:3
**HONORABLE** [1] - 1:9
**horribly** [1] - 40:5
**horse** [1] - 5:9
**horses** [1] - 5:14
**hospital** [1] - 21:12
**hours** [4] - 18:11, 21:6, 29:6, 29:7
**house** [1] - 25:23
**housekeeping** [1] - 43:2

**I**

**idea** [5] - 14:4, 32:7, 38:1, 45:10, 59:25
**ignorance** [1] - 57:24
**II** [1] - 42:21
**illegal** [1] - 38:10
**illness** [1] - 21:9
**imagine** [2] - 59:13, 62:19

**imagined** [1] - 4:10
**immediate** [2] - 43:20, 58:19
**implications** [1] - 4:9
**important** [8] - 3:20, 10:12, 10:13, 10:20, 10:21, 14:14, 25:17, 48:18
**impose** [3] - 38:7, 38:9, 46:9
**imprisonment** [1] - 47:5
**improper** [1] - 24:23
**IN** [1] - 1:1
**inactive** [1] - 17:24
**inadvertence** [1] - 57:24
**incarceration** [1] - 39:10
**inclined** [1] - 43:6
**included** [1] - 50:14
**including** [5] - 11:9, 24:24, 35:19, 41:5, 58:15
**independent** [1] - 58:3
**Indictment** [14] - 11:2, 11:3, 23:22, 24:2, 24:9, 24:16, 24:20, 24:23, 27:9, 41:11, 56:15, 56:19, 58:7, 58:21
**indirect** [1] - 58:15
**indirectly** [1] - 63:25
**indulgence** [1] - 2:5
**indulging** [1] - 2:7
**ineffective** [1] - 6:2
**inference** [1] - 36:3
**informal** [1] - 8:15
**information** [7] - 3:19, 8:14, 38:25, 40:1, 56:5, 59:21, 60:23
**informed** [2] - 57:20, 57:21
**innocent** [1] - 34:22
**inquire** [2] - 45:5, 61:2
**instance** [1] - 5:13
**instructed** [1] - 13:21
**insurance** [2] - 20:6, 22:8
**intact** [1] - 25:1
**intelligent** [1] - 40:1
**intelligently** [1] - 57:23
**intended** [1] - 42:1
**intense** [1] - 8:12
**intensive** [1] - 8:7

**intent** [1] - 42:4
**intention** [3] - 24:10, 32:3, 54:2
**intentionally** [1] - 32:10
**interests** [1] - 53:25
**internist** [1] - 19:22
**interpreter** [1] - 12:14
**investigated** [2] - 32:24, 33:12
**investigating** [2] - 32:25, 59:19
**investigation** [2] - 59:10, 59:14
**Investigation** [1] - 60:4
**involved** [2] - 47:3, 47:23
**Iran** [1] - 22:6
**issue** [11] - 3:9, 3:23, 4:5, 4:6, 32:21, 42:14, 43:12, 48:23, 56:7, 58:24, 60:18
**issues** [8] - 4:6, 4:19, 5:10, 5:12, 33:2, 43:2, 57:16, 60:16
**issuing** [1] - 42:20

**J**

**jail** [7] - 19:4, 19:5, 19:6, 19:7, 25:10, 45:23, 46:1
**JANUARY** [1] - 1:8
**January** [1] - 7:6
**Jason** [2] - 42:16, 42:19
**job** [4] - 10:11, 10:13, 18:7, 59:19
**Joe** [1] - 2:25
**join** [1] - 42:1
**joined** [1] - 41:25
**joke** [1] - 7:13
**jOSEPH** [1] - 1:19
**judge** [5] - 33:18, 34:12, 36:22, 45:24
**Judge** [13] - 2:23, 5:8, 5:16, 5:25, 6:10, 7:7, 7:20, 9:14, 30:16, 52:20, 63:4, 64:24, 64:25
**judgment** [1] - 46:18
**July** [1] - 42:11
**juncture** [1] - 58:4
**jurisdictions** [2] - 17:13, 17:19
**jury** [10] - 23:23, 24:24, 25:3, 26:4,

34:8, 34:12, 34:17, 34:19, 36:14, 36:22
**justice** [1] - 58:17
**Justice** [1] - 23:4

## K

**KATHLEEN** [1] - 1:22
**Kathleen** [1] - 65:14
**Kay** [1] - 2:14
**KAY** [1] - 1:12
**keen** [1] - 39:22
**keep** [2] - 28:20, 29:9
**kind** [6] - 18:11, 18:24, 21:9, 31:24, 33:8, 46:8
**kinds** [1] - 14:1
**knowing** [5] - 5:22, 42:1, 52:15, 57:23, 58:16
**knowingly** [1] - 14:13
**known** [1] - 39:24
**knows** [3] - 7:15, 9:24, 21:2

## L

**Labor** [1] - 2:16
**language** [2] - 12:6, 27:16
**languages** [1] - 12:4
**last** [9] - 2:22, 10:5, 18:11, 18:19, 19:17, 20:11, 21:6, 30:20, 30:21
**lasting** [1] - 25:18
**lastly** [1] - 29:2
**laundry** [1] - 43:1
**law** [2] - 46:20, 59:24
**lawfulness** [1] - 7:12
**lawyer** [18] - 8:16, 22:23, 22:25, 23:4, 23:5, 23:6, 35:8, 35:18, 36:10, 37:5, 37:7, 37:8, 44:13, 44:20, 51:13, 52:19, 59:21
**lawyer-client** [1] - 8:16
**lawyers** [24] - 6:2, 6:8, 10:8, 12:21, 23:9, 24:1, 24:12, 24:25, 25:3, 26:21, 31:18, 31:21, 33:24, 34:18, 47:17, 51:16, 51:24, 52:8, 54:20, 54:23, 58:25, 59:2, 59:20,

59:25
**lay** [1] - 43:12
**laying** [1] - 43:8
**learn** [1] - 39:3
**least** [10] - 7:18, 24:5, 24:10, 28:17, 34:13, 38:8, 42:2, 42:3, 46:17, 55:17
**leave** [1] - 9:11
**legal** [4] - 18:4, 18:6, 55:17, 58:10
**legitimate** [4] - 11:9, 41:23, 42:14, 42:23
**length** [4] - 3:13, 46:7, 53:11, 58:18
**less** [2] - 27:13, 28:18
**level** [1] - 50:19
**license** [3] - 17:20, 26:14, 51:21
**licensed** [4] - 17:10, 17:14, 62:4, 63:24
**licenses** [2] - 17:18, 17:23
**licensing** [3] - 26:5, 26:11, 51:19
**lifetime** [2] - 27:22, 47:6
**light** [1] - 4:18
**likely** [1] - 13:17
**likewise** [1] - 33:21
**limitation** [1] - 39:9
**limited** [1] - 37:21
**line** [1] - 3:3
**list** [1] - 43:1
**listened** [1] - 7:20
**listing** [1] - 3:9
**lived** [1] - 15:9
**lives** [1] - 15:11
**LLP** [1] - 1:18
**lo** [1] - 33:3
**local** [2] - 22:7, 22:9
**long-lasting** [1] - 25:18
**look** [7] - 3:17, 31:6, 46:19, 47:10, 48:2, 56:5, 56:6
**looking** [4] - 3:16, 6:2, 11:14, 48:13
**lose** [4] - 25:21, 25:22, 26:3, 26:4
**loud** [1] - 13:3
**loudly** [1] - 12:13
**lower** [1] - 50:19

## M

**M.D** [1] - 17:6
**machine** [1] - 1:25

**magistrate** [1] - 33:18
**mail** [2] - 61:19
**mailed** [1] - 61:16
**major** [2] - 27:7, 29:12
**mandatory** [2] - 27:21, 47:5
**manner** [2] - 32:20, 33:7
**manual** [1] - 28:12
**Market** [1] - 1:23
**Marshal** [2] - 63:10, 63:14
**Mary** [1] - 2:14
**MARY** [1] - 1:12
**material** [2] - 3:9, 59:15
**matter** [7] - 6:19, 22:24, 23:19, 48:2, 56:11, 59:24, 65:10
**matters** [3] - 3:4, 18:6, 24:11
**maximum** [3] - 47:2, 47:5, 55:16
**mean** [7] - 7:4, 7:7, 49:5, 60:25, 62:22, 62:23, 63:4
**meaning** [2] - 5:1, 60:11
**means** [11] - 9:16, 13:1, 13:2, 13:8, 13:11, 32:9, 36:15, 38:6, 51:3, 56:1, 60:14
**meant** [2] - 43:1, 62:23
**Medical** [1] - 17:9
**medical** [9] - 11:9, 17:5, 19:18, 26:6, 26:12, 26:14, 41:23, 42:23, 51:21
**medication** [7] - 19:1, 19:5, 19:9, 20:8, 20:25, 21:2, 63:24
**medications** [1] - 61:8
**medicine** [4] - 18:10, 20:9, 20:13, 20:14
**meds** [3] - 62:4, 64:4, 64:7
**meet** [2] - 2:18
**MEHDI** [1] - 1:5
**mEHDI** [1] - 10:3
**Mehdi** [6] - 10:6, 11:18, 11:21, 12:3, 56:14, 57:13
**Meissler** [5] - 20:22, 21:2, 60:21, 61:11, 61:20

**melodiously** [1] - 51:14
**member** [1] - 41:24
**memo** [2] - 60:12
**memoranda** [1] - 60:11
**mental** [1] - 21:9
**mentioned** [3] - 23:21, 24:5, 43:13
**merely** [1] - 13:4
**met** [2] - 23:3, 23:7
**Michael** [2] - 20:19, 21:1
**microphone** [1] - 12:24
**might** [10] - 5:12, 24:22, 32:13, 33:13, 37:13, 52:16, 53:1, 53:23, 53:24
**Mike** [1] - 10:16
**million** [1] - 47:7
**mind** [1] - 59:4
**minimum** [3] - 27:21, 47:2, 47:5
**ministerial** [1] - 43:2
**minute** [3] - 8:13, 39:11, 40:10
**minutes** [1] - 43:4
**miscarriage** [1] - 58:17
**Mitchell** [2] - 42:16, 42:18
**moment** [5] - 38:5, 38:7, 42:25, 43:7, 45:3
**Monday** [8] - 4:11, 9:17, 10:17, 34:5, 52:16, 53:4, 58:13, 65:4
**Monday's** [1] - 2:9
**money** [1] - 18:8
**monthly** [1] - 62:16
**months** [15] - 16:15, 16:16, 18:21, 18:23, 18:25, 19:5, 19:6, 19:14, 27:13, 27:14, 28:16, 40:6, 45:23, 57:6
**moot** [3] - 4:19, 5:1, 5:11
**morning** [6] - 2:19, 3:11, 8:20, 8:25, 60:10, 60:21
**most** [3] - 15:6, 38:21, 39:16
**motion** [10] - 3:7, 3:13, 3:21, 4:7, 7:18, 7:19, 7:24, 8:1, 9:2, 9:5
**motions** [2] - 8:6,

33:24
**move** [4] - 10:14, 10:20, 24:10, 27:25
**moving** [1] - 44:12
**MR** [105] - 2:5, 2:12, 2:18, 2:22, 2:25, 3:14, 3:25, 4:2, 4:4, 4:16, 4:18, 4:23, 5:3, 5:6, 5:8, 5:15, 5:18, 5:25, 6:10, 6:12, 6:14, 6:17, 6:23, 7:11, 7:20, 7:22, 8:17, 9:3, 9:7, 9:12, 9:14, 14:23, 14:25, 16:16, 16:18, 16:22, 17:1, 17:2, 27:2, 27:4, 27:7, 27:18, 28:11, 28:15, 28:19, 28:21, 29:8, 29:10, 29:15, 29:21, 29:24, 30:2, 30:5, 30:9, 30:12, 30:13, 30:15, 30:16, 40:16, 40:21, 40:23, 41:2, 41:17, 41:19, 42:8, 45:6, 45:7, 47:4, 47:15, 50:15, 50:18, 52:20, 52:22, 54:25, 55:1, 55:4, 55:5, 55:12, 55:13, 55:19, 55:20, 55:23, 55:24, 59:7, 59:8, 60:20, 60:24, 61:2, 62:17, 62:19, 62:22, 62:25, 63:3, 63:7, 63:12, 63:14, 63:16, 63:19, 64:2, 64:16, 64:18, 64:21, 64:24, 64:25, 65:2
**MS** [6] - 2:14, 2:20, 2:24, 4:3, 9:18, 16:23
**must** [2] - 13:1, 19:15

## N

**N-I-K-P-A-R-V-A-R-F-A-R-D** [1] - 10:7
**name** [7] - 10:5, 11:17, 11:18, 11:24, 12:1, 61:18
**names** [1] - 11:20
**Narberth** [1] - 15:7
**narcotic** [1] - 21:9
**naturalization** [1] - 15:2
**nature** [1] - 55:16
**necessary** [1] - 5:5
**need** [4] - 12:14, 40:19, 40:24, 48:1
**needs** [1] - 63:21

**never** [7] - 6:13, 25:25, 26:6, 26:16, 40:4, 51:20, 59:4
**nevertheless** [1] - 42:15
**new** [1] - 48:10
**New** [2] - 17:15, 17:22
**next** [7] - 12:20, 28:21, 43:4, 43:15, 46:3, 62:15, 63:22
**nightmare** [1] - 53:22
**Nikparvar** [9] - 2:10, 2:19, 2:24, 3:1, 10:6, 11:18, 12:3, 56:14, 57:13
**NIKPARVAR** [2] - 1:5, 10:3
**Nikparvar-Fard** [9] - 2:10, 2:19, 2:24, 3:1, 10:6, 11:18, 12:3, 56:14, 57:13
**NIKPARVAR-FARD** [2] - 1:5, 10:3
**NO** [1] - 1:5
**nobody** [1] - 46:12
**noise** [1] - 43:11
**none** [9] - 7:17, 8:1, 30:9, 40:2, 48:10, 54:10, 54:25, 59:4
**note** [1] - 4:12
**nothing** [2] - 33:2, 43:14
**notion** [1] - 43:3
**notwithstanding** [1] - 3:5
**nowhere** [1] - 41:1
**number** [8] - 3:4, 12:19, 23:9, 24:8, 25:17, 30:22, 45:9, 45:10
**Number** [3] - 42:13, 56:15, 57:14

## O

**o'clock** [1] - 63:4
**oath** [2] - 13:8, 13:15
**object** [3] - 29:1, 32:21, 35:10
**objections** [3] - 60:2, 60:5, 60:8
**objective** [2] - 42:3, 42:5
**objectives** [1] - 42:1
**obligations** [3] - 39:23, 45:20, 55:10
**obliged** [3] - 47:21,

56:6, 60:3
**obtain** [1] - 33:7
**obtained** [1] - 33:8
**occurred** [1] - 43:13
**occurs** [1] - 42:24
**odd** [1] - 37:23
**OF** [4] - 1:2, 1:3, 1:10, 1:11
**offense** [1] - 58:20
**offer** [2] - 35:11, 35:15
**offered** [1] - 35:10
**office** [2] - 22:5, 26:4
**Office** [1] - 60:4
**OFFICE** [1] - 1:11
**officer** [5] - 20:19, 20:20, 59:19, 59:21, 61:8
**officers** [1] - 61:10
**Official** [2] - 1:22, 65:14
**officials** [1] - 47:10
**Ohio** [2] - 17:15, 17:22
**old** [1] - 15:4
**One** [2] - 27:25, 56:16
**one** [27] - 3:4, 4:5, 9:10, 9:16, 11:12, 13:18, 24:16, 31:17, 35:9, 36:16, 40:17, 40:23, 42:2, 42:3, 42:25, 43:9, 45:10, 50:20, 51:20, 53:10, 60:12, 60:13, 61:11, 61:14
**ones** [1] - 8:12
**opened** [1] - 2:1
**operate** [1] - 50:23
**opinions** [1] - 9:23
**opportunity** [7] - 11:1, 23:16, 23:25, 32:11, 44:10, 44:18, 59:22
**oppositions** [1] - 4:14
**options** [1] - 40:12
**order** [2] - 3:8, 59:9
**orders** [1] - 3:10
**organizer/leader** [1] - 28:24
**original** [1] - 30:10
**originally** [1] - 54:12
**ourselves** [1] - 6:17
**outside** [3] - 11:7, 41:22, 42:22
**overall** [1] - 11:15
**overseas** [1] - 21:23
**own** [5] - 32:4, 35:11, 35:15, 44:10, 54:17

**Oxycodone** [2] - 28:5, 41:22

## P

**PA** [4] - 1:14, 1:17, 1:20, 1:24
**pads** [3] - 11:10, 42:17, 42:18
**page** [3] - 29:11, 30:20, 30:21
**pain** [1] - 42:20
**papers** [1] - 57:10
**pardon** [3] - 18:22, 20:17, 21:20
**PARISI** [35] - 1:12, 2:12, 4:2, 16:16, 16:22, 27:2, 27:4, 27:7, 27:18, 28:11, 28:15, 28:19, 28:21, 29:8, 29:10, 29:15, 41:17, 41:19, 42:8, 45:6, 47:4, 50:15, 50:18, 55:1, 55:5, 55:13, 55:20, 55:24, 59:8, 60:20, 60:24, 61:2, 64:16, 64:25, 65:2
**Parisi** [8] - 2:13, 27:1, 41:16, 43:20, 46:25, 47:9, 47:22, 50:12
**Parisi's** [1] - 30:23
**parole** [2] - 50:3, 50:5
**part** [5] - 40:13, 49:17, 50:23, 57:10
**participate** [1] - 34:18
**particular** [5] - 11:12, 11:15, 37:23, 37:25, 61:6
**particularly** [1] - 11:11
**parties** [1] - 27:12
**party** [1] - 41:24
**past** [4] - 6:7, 8:19, 8:22, 11:17
**pause** [1] - 39:2
**peace** [1] - 53:15
**penalties** [2] - 47:2, 55:16
**penalty** [1] - 47:5
**pending** [1] - 7:24
**Penn** [2] - 15:24
**PENNSYLVANIA** [2] - 1:2, 1:7
**Pennsylvania** [6] - 1:13, 3:8, 15:8, 17:15,

17:24, 25:22
**people** [9] - 7:23, 10:15, 10:21, 10:25, 26:11, 34:19, 36:16, 55:10, 65:4
**perceived** [1] - 3:16
**percent** [1] - 34:22
**perfectly** [1] - 4:11
**perhaps** [1] - 5:13
**period** [2] - 27:21, 52:10
**periodically** [1] - 61:25
**perjury** [1] - 13:18
**Persian** [1] - 12:6
**persist** [1] - 45:13
**person** [2] - 59:4, 62:6
**persons** [1] - 41:20
**pertinent** [2] - 27:8, 57:16
**PHILADELPHIA** [1] - 1:7
**Philadelphia** [4] - 1:14, 1:17, 1:20, 1:24
**phone** [1] - 3:11
**phrase** [1] - 7:9
**physical** [1] - 42:9
**physician** [2] - 62:5, 63:24
**pills** [1] - 18:11
**place** [15] - 18:2, 25:15, 32:19, 34:1, 37:16, 37:20, 38:18, 40:11, 40:12, 43:6, 49:17, 51:5, 59:16, 63:17, 63:22
**plan** [2] - 20:3, 39:8
**planning** [2] - 19:20, 20:5
**plea** [51] - 4:25, 5:10, 5:15, 5:18, 5:23, 6:7, 7:1, 8:4, 11:1, 11:2, 14:13, 14:15, 25:1, 25:13, 27:11, 27:15, 27:24, 29:11, 32:18, 34:1, 37:1, 37:20, 39:18, 39:21, 40:11, 41:16, 43:18, 45:14, 46:5, 46:19, 49:5, 49:9, 51:25, 52:5, 53:9, 54:10, 54:13, 54:24, 55:6, 55:8, 55:14, 55:22, 56:2, 56:10, 57:18, 57:21, 58:4, 58:8, 58:17
**Plea** [17] - 11:14, 26:23, 27:19, 29:5, 29:12, 29:17, 30:3, 30:8, 30:11, 30:19,

30:21, 31:21, 31:25, 45:14, 46:4, 55:7, 57:25
**PLEA** [1] - 1:10
**plea's** [1] - 5:11
**plead** [25] - 22:24, 22:25, 24:20, 24:25, 25:13, 26:20, 27:9, 32:3, 34:4, 34:8, 34:11, 34:16, 41:4, 41:10, 43:16, 46:16, 52:3, 52:15, 52:17, 52:18, 53:1, 53:2, 53:4, 54:2, 55:3, 56:20
**pleading** [2] - 37:15, 56:22
**pled** [2] - 54:12, 56:15
**plenty** [1] - 6:6
**plural** [2] - 8:3, 60:11
**point** [9] - 3:19, 5:20, 17:25, 26:1, 38:17, 40:23, 43:17, 45:3, 51:4
**pointed** [1] - 16:5
**points** [3] - 29:3, 29:7, 29:12
**Poluka** [3] - 2:25, 6:4, 7:14
**poluka** [1] - 23:12
**POLUKA** [13] - 1:19, 2:5, 2:25, 7:22, 8:17, 9:3, 9:7, 9:12, 14:23, 14:25, 17:2, 30:12, 30:15
**position** [1] - 28:24
**possibilities** [1] - 58:11
**possible** [3] - 26:16, 55:16, 56:11
**post** [1] - 62:22
**posture** [1] - 58:23
**potential** [1] - 4:24
**practice** [4] - 11:8, 41:22, 42:23, 51:14
**practicing** [1] - 62:4
**PRATTER** [1] - 1:9
**pre** [5] - 11:10, 42:17, 42:18, 60:18, 61:6
**pre-sentence** [2] - 60:18, 61:6
**pre-signed** [2] - 42:17, 42:18
**pre-signing** [1] - 11:10
**predicate** [1] - 44:11
**prepare** [1] - 59:19
**prescribed** [2] -

18:17, 19:13
**prescribing** [1] - 62:5
**prescription** [5] - 11:10, 18:20, 18:24, 20:4, 42:17
**prescriptions** [5] - 3:10, 42:14, 42:21, 42:22, 63:21
**presence** [1] - 35:6
**present** [2] - 35:19, 59:20
**presentation** [1] - 57:15
**presented** [1] - 42:9
**presentence** [6] - 39:4, 46:21, 48:9, 49:2, 59:9, 59:18
**Presentence** [1] - 60:4
**presently** [1] - 16:8
**presumed** [1] - 34:21
**Pretrial** [5] - 20:21, 61:7, 61:16, 62:20, 62:23
**pretrial** [4] - 18:1, 48:8, 59:12, 62:21
**pretty** [2] - 38:18, 62:10
**previous** [1] - 61:15
**previously** [1] - 11:1
**previously-entered** [1] - 11:1
**primarily** [1] - 10:9
**primary** [3] - 10:11, 12:4, 12:6
**prison** [5] - 25:23, 46:2, 46:3, 49:25, 50:5
**privately** [1] - 12:22
**privilege** [2] - 32:11, 32:12
**probation** [3] - 20:20, 59:21, 61:10
**Probation** [4] - 48:9, 59:10, 59:15, 62:22
**problem** [2] - 25:25, 59:14
**problematic** [2] - 39:4, 51:19
**problems** [2] - 16:21, 60:2
**proceed** [1] - 42:9
**proceeding** [2] - 10:9, 24:24
**proceedings** [5] - 22:23, 32:9, 33:18, 33:22, 65:9
**produced** [1] - 1:25
**professional** [4] -

11:8, 41:22, 42:22, 51:18
**promises** [2] - 31:24, 57:25
**proposal** [1] - 41:10
**proposed** [4] - 28:17, 29:12, 39:1, 39:5
**prosecution** [2] - 13:18, 47:24
**prosecutions** [1] - 48:7
**prove** [3] - 34:4, 34:25, 58:6
**proven** [1] - 44:24
**provide** [1] - 42:17
**provided** [1] - 42:18
**provides** [1] - 20:7
**psychiatrist** [1] - 21:16
**psychologist** [4] - 21:16, 21:19, 21:21, 21:23
**public** [1] - 26:4
**pulling** [1] - 6:5
**punishable** [1] - 25:9
**punishment** [3] - 40:8, 51:6, 51:8
**purpose** [4] - 11:9, 41:23, 42:4, 42:23
**purposes** [7] - 32:8, 43:20, 46:17, 48:18, 57:14, 58:19
**pursuant** [1] - 27:11
**pursue** [1] - 58:15
**pushed** [1] - 50:19
**put** [6] - 3:12, 3:22, 18:2, 43:6, 49:17, 63:21
**putting** [1] - 63:17

## Q

**quantity** [6] - 19:9, 47:23, 48:17, 48:19, 48:23, 50:10
**Querns** [5] - 2:24, 7:14, 23:12, 29:20, 29:24
**QUERNS** [4] - 1:19, 2:20, 2:24, 4:3
**questions** [13] - 3:18, 12:20, 13:3, 13:16, 13:23, 14:1, 14:9, 29:23, 30:24, 43:15, 43:19, 54:22
**quite** [3] - 3:3, 6:22, 40:9

## R

**raise** [3] - 10:2, 35:21, 43:1
**raised** [1] - 3:17
**random** [1] - 62:16
**range** [6] - 27:12, 28:1, 28:12, 28:15, 49:3, 50:20
**rare** [2] - 37:21, 38:14
**rather** [4] - 8:21, 37:21, 38:14, 55:9
**reached** [1] - 8:8
**read** [3] - 23:23, 31:11, 59:22
**ready** [5] - 9:17, 9:18, 10:22, 15:14, 34:5
**real** [2] - 4:10, 11:24
**really** [8] - 6:8, 9:21, 45:16, 46:14, 48:1, 48:4, 48:14, 57:3
**reason** [2] - 37:22, 52:8
**reasonable** [4] - 34:25, 35:21, 36:17, 36:23
**receive** [2] - 29:3, 38:24
**received** [1] - 61:16
**recent** [1] - 15:6
**recently** [1] - 18:1
**recognize** [2] - 43:8, 48:22
**recognizing** [4] - 39:18, 53:2, 56:1, 56:10
**recommend** [3] - 28:1, 59:18, 60:6
**recommendation** [4] - 27:16, 39:22, 45:18
**recommended** [1] - 27:12
**record** [17] - 3:5, 3:12, 3:22, 10:5, 12:25, 25:17, 40:20, 47:2, 50:8, 50:24, 57:10, 57:11, 58:2, 61:4, 61:23, 63:9, 65:9
**referenced** [2] - 40:8, 41:15
**refilled** [1] - 20:8
**reflecting** [1] - 56:11
**registration** [2] - 11:12, 42:15
**Registration** [1] - 42:12

**relate** [1] - 50:13
**related** [1] - 57:10
**relating** [1] - 41:7
**relationship** [1] - 8:16
**relatively** [1] - 17:25
**release** [9] - 18:2, 27:21, 27:22, 46:8, 47:6, 49:24, 59:12, 60:18, 61:6
**released** [1] - 50:5
**remain** [2] - 59:13, 60:17
**remains** [9] - 9:21, 25:1, 25:15, 32:19, 34:1, 37:16, 37:20, 38:18, 51:5
**reminded** [1] - 48:22
**remove** [3] - 39:23, 45:20
**renew** [3] - 17:23, 19:2, 19:3
**renewed** [1] - 20:4
**repeat** [2] - 52:11, 52:23
**repeatedly** [1] - 58:2
**report** [15] - 3:17, 39:4, 46:21, 49:2, 49:4, 49:10, 59:10, 59:14, 59:19, 59:22, 60:1, 60:2, 60:6, 62:19, 62:20
**reported** [1] - 60:16
**Reporter** [2] - 1:22, 65:14
**reporter** [1] - 4:1
**reports** [1] - 48:9
**represent** [4] - 6:8, 23:5, 23:6, 37:9
**representation** [3] - 6:25, 23:19, 43:12
**representations** [1] - 58:1
**represented** [2] - 3:15, 22:23
**representing** [1] - 6:3
**requests** [1] - 3:9
**required** [1] - 34:25
**requirement** [1] - 63:20
**research** [1] - 58:25
**reserves** [1] - 28:25
**resolved** [1] - 3:4
**respect** [4] - 3:22, 4:6, 57:19, 59:16
**response** [1] - 43:15
**responsibility** [1] - 29:3

28:12, 28:16, 57:24, 58:16
**resulted** [1] - 26:22
**return** [1] - 30:25
**reverse** [1] - 37:13
**reviewing** [1] - 60:7
**revisit** [1] - 56:7
**revisiting** [1] - 57:6
**rights** [9] - 14:14, 26:3, 32:7, 41:4, 41:6, 52:15, 53:1, 58:10, 58:14
**Rights** [1] - 30:20
**righty** [1] - 41:13
**Road** [1] - 15:7
**road** [2] - 8:6, 38:18
**role** [1] - 11:6
**ROME** [1] - 1:18
**room's** [1] - 64:23
**row** [1] - 9:11
**RPR** [2] - 1:22, 65:14
**Rule** [1] - 27:11
**rules** [1] - 26:10
**running** [3] - 19:15, 19:16, 62:3
**runs** [1] - 62:7

## S

**satisfactory** [2] - 13:4, 63:11
**satisfied** [8] - 6:24, 6:25, 12:8, 14:9, 23:18, 55:6, 55:14, 55:21
**saw** [1] - 3:19
**Schedule** [1] - 42:21
**scheduling** [1] - 4:9
**scheme** [1] - 11:7
**school** [4] - 15:15, 15:18, 15:19, 17:4
**Scott** [1] - 2:16
**sea** [1] - 8:16
**search** [1] - 33:8
**seat** [1] - 10:4
**seats** [1] - 2:4
**second** [4] - 28:8, 57:22, 61:14
**Section** [2] - 11:6, 56:18
**see** [8] - 2:17, 9:23, 10:16, 19:20, 20:5, 20:7, 30:10, 63:14
**seeing** [1] - 42:20
**seek** [1] - 3:8
**seem** [1] - 51:14
**sees** [1] - 62:5
**select** [1] - 34:19
**send** [1] - 61:19

**sense** [1] - 60:25
**sent** [4] - 46:2, 49:25, 61:19
**sentence** [22] - 27:12, 28:1, 28:17, 37:22, 38:11, 38:23, 39:2, 39:5, 39:10, 39:19, 44:16, 45:16, 45:24, 45:25, 46:1, 46:10, 46:13, 46:19, 46:22, 49:17, 60:18, 61:6
**Sentencing** [3] - 47:18, 47:21, 48:13
**sentencing** [17] - 28:1, 28:4, 29:1, 39:23, 44:9, 45:2, 45:10, 51:13, 52:2, 52:9, 57:7, 57:16, 58:11, 59:23, 60:9, 60:11, 60:14
**serious** [2] - 10:12, 25:9
**serve** [3] - 26:4, 34:19, 49:25
**Services** [3] - 20:21, 61:8, 62:20
**set** [3] - 30:7, 31:25, 60:9
**sets** [2] - 9:10, 48:23
**seven** [2] - 60:14, 62:15
**seven-day** [1] - 60:14
**several** [1] - 43:15
**severe** [1] - 51:9
**severing** [3] - 43:3, 43:5, 43:10
**shaking** [2] - 6:4, 13:4
**shall** [1] - 42:6
**shared** [4] - 42:4, 59:2, 59:3
**shoehorn** [1] - 39:25
**shoehorned** [1] - 52:9
**short** [1] - 27:3
**shorter** [1] - 30:19
**shorthand** [1] - 1:25, 55:8
**show** [1] - 30:22
**side** [1] - 39:10
**sign** [3] - 30:15, 31:3, 32:1
**signature** [1] - 30:23
**signature's** [1] - 31:8
**signatures** [1] - 30:22
**signed** [7] - 30:10, 30:16, 31:12, 31:15,

31:18, 42:17, 42:18
**signing** [1] - 11:10
**simply** [1] - 56:25
**single** [2] - 35:9, 36:16
**sit** [1] - 58:21
**sitting** [4] - 12:20, 23:10, 36:16, 52:7
**situation** [2] - 37:23, 51:19
**sixth** [1] - 58:12
**slowly** [1] - 12:12
**so-called** [1] - 45:14
**somewhat** [1] - 39:17
**son** [4] - 15:13, 15:14, 15:20, 15:21
**soon** [1] - 62:10
**sorry** [2] - 5:18, 15:16
**sort** [2] - 26:11, 43:1
**sorts** [1] - 11:13
**sought** [1] - 3:20
**South** [1] - 1:16
**speaking** [1] - 12:24
**Special** [1] - 2:15
**special** [2] - 27:23, 47:7
**specifically** [1] - 11:2
**SPECTATOR** [1] - 14:24
**sPECTATOR** [1] - 15:1
**speech** [1] - 52:10
**spell** [1] - 10:5
**spelled** [1] - 32:13
**spend** [1] - 7:1
**spent** [1] - 45:23
**spoken** [1] - 7:13
**squabble** [1] - 32:22
**stage** [1] - 22:23
**stand** [3] - 9:25, 14:23, 56:9
**standpoint** [1] - 9:15
**start** [6] - 9:17, 10:22, 34:22, 52:16, 58:13, 64:10
**starting** [2] - 34:5, 53:4
**starts** [1] - 4:11
**stash** [2] - 60:23, 60:25
**State** [2] - 15:24
**state** [5] - 3:5, 7:14, 10:4, 27:5, 47:1
**statement** [1] - 13:19
**statements** [1] - 32:24

**states** [3] - 25:23, 25:24, 26:10
**STATES** [3] - 1:1, 1:3, 1:11
**States** [14] - 1:13, 2:9, 2:15, 10:15, 10:22, 11:5, 14:18, 14:19, 17:11, 17:14, 36:11, 55:11, 56:18, 57:13
**static** [1] - 43:11
**status** [1] - 17:18
**statute** [1] - 47:14
**statutory** [2] - 40:8, 58:14
**stays** [1] - 40:12
**steep** [1] - 9:5
**step** [1] - 23:1
**stick** [3] - 27:3, 27:4, 46:4
**still** [7] - 2:21, 22:25, 41:16, 47:1, 48:1, 52:17, 53:3
**stipulation** [2] - 28:21, 29:2
**stipulations** [1] - 28:3
**stop** [1] - 12:15
**story** [1] - 52:10
**straight** [1] - 27:16
**straightforward** [1] - 54:5
**Street** [4] - 1:14, 1:16, 1:20, 1:23
**strong** [1] - 3:6
**subpoena** [1] - 35:14
**substance** [3] - 27:11, 41:21, 56:17
**substances** [4] - 11:4, 11:7, 42:14, 42:21
**substantive** [1] - 8:24
**suddenly** [1] - 37:22
**sufficient** [1] - 23:15
**suggest** [1] - 45:5
**suggested** [3] - 7:25, 13:22, 46:2
**suggestion** [1] - 36:3
**Suite** [2] - 1:14, 1:17
**summarizes** [1] - 43:21
**summary** [2] - 24:4, 51:23
**Superseding** [14] - 11:2, 11:3, 23:22, 24:2, 24:9, 24:15, 24:20, 24:23, 27:9, 41:11, 56:15, 56:19, 58:7, 58:20

**supervised** [5] - 27:21, 27:22, 46:8, 47:6, 49:24
**supervision** [4] - 16:20, 49:12, 49:16, 49:23
**supply** [2] - 19:14, 20:14
**surprise** [2] - 40:2, 59:5
**suspended** [5] - 11:12, 17:20, 17:24, 42:13, 42:15
**sworn** [2] - 10:1, 11:16
**SWORN** [1] - 10:3
**Syreeta** [1] - 2:16
**system** [2] - 50:4, 50:9

## T

**table** [1] - 31:1
**tact** [1] - 43:7
**taxpayer** [1] - 64:22
**technical** [1] - 60:25
**Tehran** [2] - 17:9, 22:6
**temporarily** [1] - 38:9
**ten** [1] - 60:10
**terminated** [1] - 17:23
**terms** [11] - 8:4, 8:8, 24:5, 26:11, 27:5, 27:8, 29:16, 30:1, 44:23, 45:3, 46:4
**test** [1] - 62:15
**testify** [6] - 35:6, 35:24, 35:25, 36:2, 36:4, 36:7
**testimony** [2] - 35:20, 42:10
**testing** [3] - 61:7, 61:21, 63:18
**tests** [1] - 61:25
**THE** [527] - 1:1, 1:2, 1:9, 1:11, 2:2, 2:4, 2:6, 2:17, 2:21, 3:2, 3:15, 4:1, 4:5, 4:17, 4:21, 5:1, 5:4, 5:7, 5:13, 5:17, 5:19, 6:1, 6:11, 6:13, 6:16, 6:22, 7:9, 7:17, 8:13, 8:23, 9:4, 9:9, 9:13, 9:15, 9:20, 10:2, 10:4, 10:6, 10:8, 10:18, 10:19, 10:23, 10:24, 11:19, 11:20, 11:21, 11:22,

11:23, 11:24, 11:25, 12:1, 12:3, 12:4, 12:6, 12:8, 12:10, 12:11, 12:17, 12:18, 13:6, 13:7, 13:10, 13:11, 13:14, 13:15, 13:20, 13:21, 13:24, 13:25, 14:3, 14:4, 14:6, 14:8, 14:11, 14:12, 14:16, 14:17, 14:18, 14:19, 14:21, 14:22, 15:2, 15:3, 15:4, 15:5, 15:6, 15:7, 15:9, 15:10, 15:11, 15:13, 15:14, 15:16, 15:17, 15:19, 15:21, 15:22, 15:23, 15:24, 15:25, 16:1, 16:2, 16:4, 16:5, 16:7, 16:8, 16:11, 16:12, 16:14, 16:15, 16:19, 16:24, 17:3, 17:5, 17:6, 17:7, 17:8, 17:9, 17:10, 17:12, 17:13, 17:15, 17:16, 17:17, 17:18, 17:20, 17:21, 17:22, 17:25, 18:4, 18:5, 18:6, 18:7, 18:9, 18:10, 18:12, 18:13, 18:14, 18:15, 18:16, 18:17, 18:18, 18:19, 18:21, 18:22, 18:23, 18:24, 19:1, 19:2, 19:3, 19:5, 19:6, 19:9, 19:11, 19:12, 19:14, 19:15, 19:16, 19:18, 19:20, 19:22, 19:24, 19:25, 20:2, 20:3, 20:5, 20:9, 20:12, 20:13, 20:16, 20:17, 20:18, 20:19, 20:21, 20:22, 20:24, 21:1, 21:4, 21:5, 21:7, 21:8, 21:11, 21:12, 21:14, 21:15, 21:18, 21:20, 21:21, 21:22, 21:23, 21:24, 21:25, 22:1, 22:2, 22:3, 22:4, 22:5, 22:6, 22:7, 22:8, 22:10, 22:11, 22:12, 22:13, 22:14, 22:15, 22:16, 22:18, 22:19, 22:21, 22:22, 23:2, 23:3, 23:8, 23:9, 23:11, 23:12, 23:14, 23:15, 23:17, 23:18, 23:20, 23:21, 23:24, 23:25, 24:3, 24:4, 24:7, 24:8, 24:14, 24:15, 24:18, 24:19, 25:5, 25:6, 25:8, 25:9, 25:11, 25:12, 25:19,

25:20, 26:8, 26:9, 26:15, 26:16, 26:18, 26:19, 26:24, 26:25, 27:3, 27:5, 27:15, 28:10, 28:14, 28:17, 28:20, 29:6, 29:9, 29:13, 29:16, 29:18, 29:19, 29:22, 29:25, 30:3, 30:6, 30:10, 30:17, 31:2, 31:3, 31:5, 31:6, 31:7, 31:8, 31:10, 31:11, 31:13, 31:14, 31:16, 31:17, 31:19, 31:20, 31:22, 31:23, 32:2, 32:3, 32:5, 32:6, 32:16, 32:17, 33:5, 33:6, 33:10, 33:11, 33:16, 33:17, 33:20, 33:21, 34:2, 34:3, 34:6, 34:7, 34:10, 34:11, 34:15, 34:16, 34:20, 34:21, 34:23, 34:24, 35:3, 35:4, 35:7, 35:8, 35:12, 35:13, 35:17, 35:18, 35:22, 35:23, 36:1, 36:2, 36:5, 36:6, 36:8, 36:9, 36:12, 36:13, 36:20, 36:21, 36:25, 37:1, 37:6, 37:7, 37:11, 37:12, 37:14, 37:15, 37:18, 37:19, 38:4, 38:5, 38:13, 38:14, 38:16, 38:17, 38:20, 38:21, 39:13, 39:14, 40:14, 40:15, 40:18, 40:22, 40:24, 41:3, 41:8, 41:9, 41:12, 41:13, 41:18, 42:7, 42:24, 43:22, 43:23, 43:25, 44:1, 44:2, 44:3, 44:5, 44:6, 44:15, 44:17, 44:21, 44:22, 45:1, 45:2, 45:8, 45:12, 45:13, 45:17, 45:18, 46:6, 46:7, 46:11, 46:12, 46:15, 46:16, 46:24, 46:25, 47:8, 47:12, 47:13, 47:16, 47:19, 47:20, 47:25, 48:1, 48:5, 48:6, 48:11, 48:12, 48:15, 48:16, 48:20, 48:21, 48:24, 48:25, 49:7, 49:8, 49:11, 49:12, 49:14, 49:15, 49:19, 49:20, 49:21, 49:22, 50:2, 50:3, 50:7, 50:8, 50:16, 50:21, 50:25, 51:1, 51:2, 51:3, 51:7,

51:8, 51:11, 51:12, 51:17, 51:18, 51:22, 51:23, 52:21, 52:25, 53:5, 53:6, 53:8, 53:9, 53:12, 53:13, 53:14, 53:16, 53:18, 53:19, 53:20, 53:21, 53:22, 53:23, 53:24, 54:1, 54:4, 54:5, 54:8, 54:9, 54:11, 54:12, 54:15, 54:16, 54:18, 54:19, 54:21, 54:22, 55:2, 55:6, 55:14, 55:21, 55:25, 56:12, 56:13, 56:14, 56:21, 56:22, 56:24, 56:25, 57:2, 57:3, 57:4, 57:5, 57:8, 57:9, 59:9, 60:22, 60:25, 61:3, 61:5, 61:10, 61:12, 61:14, 61:17, 61:18, 61:20, 61:24, 62:1, 62:2, 62:8, 62:9, 62:11, 62:12, 62:13, 62:14, 62:18, 62:21, 62:24, 63:1, 63:5, 63:10, 63:13, 63:15, 63:17, 63:20, 64:3, 64:4, 64:5, 64:6, 64:8, 64:9, 64:12, 64:13, 64:15, 64:20, 64:22, 65:1, 65:3

**themselves** [1] - 26:11

**thereabouts** [1] - 43:5

**thereafter** [1] - 62:16

**they've** [2] - 59:16, 63:5

**thinking** [3] - 8:24, 22:20, 52:23

**thinks** [1] - 48:2

**third** [2] - 41:25, 58:3

**thoroughly** [2] - 31:17, 54:19

**threatened** [1] - 53:6

**threats** [2] - 31:23, 57:25

**three** [7] - 12:21, 17:21, 19:14, 27:21, 29:3, 29:7, 47:6

**Title** [2] - 11:5, 56:17

**today** [26] - 6:6, 6:17, 7:1, 7:6, 16:6, 22:12, 38:21, 39:16, 44:8, 47:22, 52:4, 52:7, 53:2, 53:4, 53:11, 54:24, 55:14, 57:18, 57:20, 58:2, 58:8, 58:18, 63:4, 63:11,

63:12, 63:14

**today's** [4] - 46:17, 57:14, 58:19

**toehold** [1] - 3:21

**together** [12] - 2:8, 9:24, 11:17, 42:1, 44:9, 46:18, 51:14, 52:1, 57:7, 59:23, 59:25, 61:15

**topic** [1] - 52:10

**tougher** [1] - 46:1

**towards** [1] - 6:2

**tracking** [2] - 9:13, 64:1

**Transcript** [1] - 1:25

**transcript** [1] - 65:8

**translator** [1] - 12:15

**treat** [1] - 19:21

**treated** [1] - 21:8

**trial** [27] - 2:9, 4:10, 4:15, 8:5, 8:9, 29:7, 34:17, 34:18, 34:21, 35:5, 35:14, 35:23, 36:10, 36:13, 36:21, 37:2, 37:17, 39:7, 42:9, 44:24, 52:16, 52:18, 53:3, 58:13, 62:22

**tried** [2] - 34:8, 34:12

**trouble** [2] - 5:22, 51:4

**true** [5] - 5:3, 5:6, 5:22, 39:21, 59:13

**trust** [1] - 28:24

**truth** [2] - 13:9, 52:7

**truthful** [1] - 13:13

**truthfulness** [1] - 63:23

**trying** [6] - 6:19, 7:4, 26:13, 39:25, 45:20, 64:10

**two** [8] - 16:3, 17:22, 19:6, 41:20, 41:23, 43:10, 60:7, 61:10

**typed** [1] - 30:23

**typically** [1] - 26:1

**U**

**U.S** [1] - 1:23

**ultimately** [5] - 3:19, 25:15, 39:5, 40:4, 52:5

**unacceptable** [1] - 40:5

**unanimously** [1] - 36:15

**unaware** [2] - 61:8, 61:21

**under** [9] - 13:7, 13:15, 21:15, 21:18, 21:21, 23:4, 38:25, 49:18, 50:9

**understood** [14] - 9:3, 9:7, 9:12, 31:14, 35:2, 36:4, 36:7, 43:6, 45:16, 49:10, 49:20, 51:16, 51:21, 62:12

**undertaken** [1] - 61:7

**UNITED** [3] - 1:1, 1:3, 1:11

**United** [14] - 1:13, 2:9, 2:14, 10:15, 10:22, 11:5, 14:18, 14:19, 17:11, 17:14, 36:11, 55:11, 56:18, 57:12

**unity** [1] - 42:4

**University** [1] - 17:9

**unlawfully** [2] - 11:7, 41:21

**unless** [2] - 43:7, 60:18

**unreasonably** [1] - 38:10

**unrelated** [1] - 19:12

**up** [28] - 5:24, 8:21, 9:25, 10:16, 13:1, 14:14, 14:23, 24:21, 27:22, 32:10, 32:19, 32:22, 33:1, 33:6, 33:11, 33:17, 33:21, 37:16, 38:1, 45:11, 47:6, 50:19, 52:17, 53:3, 54:9, 54:10, 56:9, 60:8

**Urgent** [1] - 42:20

**usual** [3] - 11:8, 41:22, 42:22

**V**

**various** [5] - 12:21, 16:21, 26:10, 32:7, 41:4

**verdict** [1] - 37:4

**versus** [2] - 2:10, 57:13

**via** [1] - 1:25

**view** [3] - 9:1, 59:23, 59:24

**View** [1] - 15:7

**violated** [2] - 41:7, 49:24

**violation** [3] - 11:5, 16:20, 56:17

**virtual** [1] - 51:20

**vis** [2] - 9:1

**vis-a-vis** [1] - 9:1

**voice** [2] - 6:20, 62:23

**voluntarily** [2] - 14:13, 32:9

**voluntary** [3] - 55:3, 57:23, 58:16

**vote** [4] - 25:21, 25:22, 25:25

**voting** [3] - 25:24, 26:2

**vs** [1] - 1:4

**W**

**wait** [1] - 60:7

**waive** [1] - 32:14

**waiver** [3] - 29:11, 32:9, 58:14

**waiving** [5] - 32:7, 32:18, 32:20, 41:4, 58:12

**walk** [1] - 38:2

**walking** [1] - 6:2

**wants** [3] - 7:16, 29:19, 58:22

**warrant** [2] - 33:8, 33:9

**waves** [1] - 8:15

**waving** [1] - 32:14

**week** [3] - 8:3, 8:11, 60:14

**weekend** [1] - 64:17

**weeks** [1] - 60:7

**weight** [2] - 28:7, 50:19

**whatsoever** [2] - 36:3, 54:25

**White** [2] - 42:16, 42:18

**white's** [1] - 43:3

**wife** [5] - 6:18, 7:2, 7:14, 15:11, 16:5

**willingness** [3] - 26:19, 55:2, 56:2

**window** [2] - 8:24, 39:9

**wired** [1] - 65:4

**wish** [5] - 12:12, 12:22, 44:19, 54:13, 59:20

**withdraw** [10] - 4:7, 4:8, 4:19, 7:18, 7:19, 7:24, 46:5, 49:5, 52:5, 56:4

**withdrawal** [2] - 5:7, 43:18

**withdrawing** [1] -

54:9
  **witness** [2] - 3:11,
42:10
  **witnesses** [5] - 35:5,
35:9, 35:15, 35:19
  **woefully** [1] - 38:25
  **word** [3] - 8:2, 13:8,
32:9
  **words** [1] - 36:6
  **worse** [1] - 46:3
  **writing** [2] - 60:3,
60:4
  **written** [2] - 12:25,
23:22

## Y

  **year** [1] - 25:10
  **years** [7] - 15:10,
16:14, 27:21, 32:22,
33:3, 47:5, 47:6
  **York** [2] - 17:15,
17:22
  **yourself** [2] - 45:25,
52:12