IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: March 31, 2023 |
| vs. | : | |
| | : | |
| MEHDI NIKPARVAR-FARD | : | CRIMINAL NO. 18-101-1 |
| 400 Fairview Road | | |
| Penn Valley, PA 19072 | | |

### NOTICE OF HEARING

**TAKE NOTICE** that the above-named defendant has been scheduled for **SENTENCING** on **June 21, 2023** at **10:00 A.M.**, before the Honorable Gene E. K. Pratter in Courtroom 10-B of the United States District Court, 601 Market Street, Philadelphia, Pennsylvania.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** interpreter will be required for the defendant.
☒ **Hearing rescheduled from:** **April 21, 2023**

**AT LEAST ONE (1) WEEK BEFORE SENTENCING, THE PARTIES SHALL FILE AND SERVE SENTENCING MEMORANDA** which, in addition to information concerning the Defendant that counsel believes the Court should consider, set forth any legal authority upon which they will rely at sentencing. Any downward departure motions under § 5K1.1 of the United States Sentencing Guidelines and 18 U.S.C. § 3553(e) shall be filed and served at least one (1) week before sentencing.  Motions other than downward departure motions under § 5K1.1 of the United States Sentencing Guidelines and 18 U.S.C. § 3553(e) shall be filed and served at least two (2) weeks before sentencing.  Responses to any such motions shall be filed and served at least one (1) week before sentencing.   One (1) copy of each sentencing memorandum and each motion and response shall be served on the Court (Chambers, Room 10613) **and** the United States Probation Officer when the original is filed.

For additional information, please contact the undersigned:

Michael Coyle,
Deputy Clerk to Judge **Gene E. K. Pratter**

Notice to:
Defendant
Frank DeSimone, Esq., Defense Counsel
Joseph G. Poluka, Esq., Defense Counsel
Mary Kay Costello, A.U.S.A.
U.S. Marshal (via e-mail)
Probation Office (via e-mail)
Pretrial Services (via e-mail)
Interpreter Coordinator (via e-mail)

crnotice (July 2021)