**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 18-101-06** |
| | : | |
| **MITCHELL WHITE** | : | |
| | : | |

### O R D E R

AND NOW, this _____ day of _____, 2023, it is hereby **ORDERED** that Defendant Mitchell White's Motion for Continuance of the Post-Trial Motion Deadline is **GRANTED**. It is **ORDERED** that Post-Trial Motions are due _____. Any response is due _____.

BY THE COURT:

_____
HON. GENE E.K. PRATTER
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 18-101-06 |
| | : | |
| MITCHELL WHITE | : | |
| | : | |

**DEFENDANT MITCHELL WHITE'S MOTION
TO CONTINUE THE DEADLINE FOR THE FILING OF POST-TRIAL MOTIONS**

Defendant Mitchell White, by undersigned counsel, respectfully moves this Honorable Court to continue the deadline for the filing of post-trial motions pending the Court's ruling on the Government's Motion to Dismiss Superseding Indictment (Dkt. 600). In support of his request, defendant states as follows:

1. Defendant was charged by Superseding Indictment on January 9, 2019. (Dkt. 14) He was charged in Counts 1, 2, 3 and 5 of the Superseding Indictment.

2. After numerous continuances for various reasons, trial on these charges began January 9, 2023.

3. On January 24, 2023, the jury returned a verdict of not guilty on Counts 1, 2, and 3. The jury did not reach a decision on Count 5, and the Court declared a mistrial as to Count 5. (See Dkts. 573 and 574).

4. The Court granted defendant's requests for additional time to file post-trial motions, which are currently due today. (See Dkt. 594).

5. On May 6, 2023, the government filed an unopposed motion to dismiss the superseding indictment as against defendant Mitchell White. (Dkt. 600).

2

6. Continuing the deadline for the filing of post-trial motions pending a ruling on the government's motion to dismiss the indictment is in the interests of justice, to avoid the filing of potentially unnecessary motions and the unnecessary expenditure of the Court's time and resources.

Respectfully submitted,

*[signature]*

_____
ANN C. FLANNERY
Law Offices of Ann C. Flannery, LLC
1835 Market Street, Suite 2900
Philadelphia, PA 19103
215.636.9002
*acf@annflannerylaw.com*

Attorney for Defendant Mitchell White

April 10, 2023

2

CERTIFICATE OF SERVICE

I, Ann C. Flannery, counsel for defendant Mitchell White, hereby certify that on this 10th day of April, 2023, I caused a true and correct copy of the foregoing Defendant Mitchell White's Motion to Continue the Deadline for the Filing of Post-Trial Motions to be served via email upon counsel of record, including:

Christopher Parisi
U.S. Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Christopher.Parisi@usdoj.gov

Mary Kay Costello
U.S. Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, PA  19106
Marykay.Costello@usdoj.gov


_____
ANN C. FLANNERY
Law Offices of Ann C. Flannery, LLC
1835 Market Street, Suite 2900
Philadelphia, PA 19103
215.636.9002
acf@annflannerylaw.com