IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 18-101-6 |
| | : |
| MITCHELL WHITE | : |

**ORDER**

AND NOW, this 11th day of April, 2023, upon consideration of the Government's Unopposed Motion to Dismiss Superseding Indictment (Doc. No. 600) and Mitchell White's Motion to Continue Deadline for Filing Post Trial Motions (Doc. No. 601), it is **ORDERED** that:

1. the Motion to Dismiss (Doc. No. 600) is **GRANTED** and Indictment No. 18-101 is dismissed without prejudice, only as to defendant Mitchell White.

2. the Motion to Continue (Doc. No. 601) is **DEEMED MOOT**.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE