UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| MEHDI NIKPARVAR-FARD | : | NO. 18-101 |

**ORDER**

**AND NOW,** this 14th day of April, 2023, upon consideration defendant's *Motion to Modify Conditions of Release*, the salient features of which are represented to be unopposed by the Government, it is hereby **ORDERED** that the Motion is **GRANTED** only as provided herein. The defendant's conditions of release are modified to reflect that as of the date of this Order and for 60 days from this date, the defendant, Mehdi Nikparvar-Fard, is permitted to be at 122 East 3rd Street, Pottstown, Pennsylvania between the hours of 8 A.M. and 5 P.M. seven days a week. It is further **ORDERED** that the costs of location monitoring continue to be the obligation of the defendant, Mehdi Nikparvar-Fard. It is further **ORDERED** that the status of the completion of the alleged repairs shall be reported to the Court in sixty (60) days hence.

BY THE COURT:

GENE E.K. PRATTER
United States District Judge