UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| MEHDI NIKPARVAR-FARD | : | NO. 18-101 |

ORDER

**AND NOW,** this 22nd day of June, 2023, upon consideration defendant's Motion to Extend Modification of Conditions of Release (Doc. No. 616), the salient features of which are represented to be unopposed by the Government, it is hereby **ORDERED** that the Motion is **GRANTED.** The modification of defendant's conditions of release which permit him to be at 122 East 3rd Street, Pottstown, Pennsylvania between the hours of 8 a.m. and 5 p.m. seven days a week is extended for an additional thirty days. It is further **ORDERED** that the status of the completion of the repairs. and status of electronic monitoring fee payment, shall be reported to the Court in thirty (30) days.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge