IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | HON. GENE E.K. PRATTER |
| : | |
| v. : | |
| : | |
| : | CRIM. NO. 18-101-1 |
| MEHDI NIKPARVAR-FARD | |
| a/k/a "Mehdi Armani" : | |

ORDER

AND NOW, this 22nd of August 2023, upon consideration of defendant's *Motion to Temporarily Modify Terms of Pretrial Release*, it is hereby **ORDERED** and **DECREED** that the said Motion is **GRANTED.** The defendant's conditions of pretrial release are modified to reflect that Mr. Nikparvar-Fard may attend a meeting with the Historical Architectural Review Board at Montgomery County Intermediate Unit 23, located at 2 West Lafayette Street, First Floor, Norristown, Pa. 19401 at 7 p.m. on August 23, 2023.

BY THE COURT:

/s/ Gene E.K. Pratter
HON. GENE E.K. PRATTER
U.S. DISTRICT COURT JUDGE