# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | |
| | : | No.   18-101-1 |
| **MEHDI NIKPARVAR-FARD** | : | |

# O R D E R

**AND NOW,** this 24th day of August, 2023, upon consideration of Defendant's Second Motion to Withdraw Guilty Plea (Doc. No. 634), it is **ORDERED** that the Government shall file a response on or before September 8, 2023.

**IT IS FURTHER ORDERED** that a hearing on the Motion is set for September 19, 2023 at 10:00 a.m. in courtroom 10-B of the U.S. Courthouse.

BY THE COURT:

  /s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge