IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NUMBER: 18-CR-101-10(GEKP) |
| MARCUS R. WILLIAMS | : | |

## ENTRY OF APPEARANCE

Please enter my appearance in the above-captioned criminal matter which is being filed electronically through ECF.

/S/ Carlos A. Martir, Jr.
CARLOS A. MARTIR, JR.,ESQ.
626 South State Street
Newtown, PA 18940
Office:215.840.9119
Email: carlosmartirlaw@verizon.net

Date:10/2/2023