UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| MEHDI NIKPARVAR-FARD | : | No. 18-101-1 |
| a/k/a "Mehdi Armani" | : | |

ORDER

**AND NOW,** this 7th day of December, 2023, upon consideration of Defendant Nikparvar-Fard's Sixth Motion To Extend Modification Of Conditions Of Release (Doc. No. 656) and Seventh Motion To Extend Modification Of Conditions Of Release (Doc. No. 657), and upon receipt and review of the documentation submitted by Defendant Nikparvar-Fard, it is **ORDERED** that the Motions are **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge