IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **LORETTA BROWN** | : | **NO. 18-101-4 and 21-398** |
| **USM No. 76991-066** | | |

## O R D E R

**AND NOW,** this 11th day of March, 2024, and after a sentencing hearing in open court on March 11, 2024 with Defendant and counsel present, it is **ORDERED** that Defendant Loretta Brown shall be immediately released on bail with the same conditions previously set by Order dated January 17, 2019, pending self-surrender for service of her sentence on April 2, 2024.

BY THE COURT:

GENE E.K. PRATTER
United States District Judge