```
 1              IN THE UNITED STATES DISTRICT COURT

 2          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 3

     UNITED STATES OF AMERICA,     :   CRIMINAL CASE NUMBER
 4                  PLAINTIFF       :
                                    :
 5          VERSUS                  :   18-CR-101-7
                                    :
 6       JASON DILLINGER,           :
                       DEFENDANT    :
 7       _____

 8                          FEBRUARY 26, 2024
                            COURTROOM 10B
 9                          PHILADELPHIA, PA 19106

10       _____
              BEFORE THE HONORABLE GENE E.K. PRATTER, J.
11       _____

12                          SENTENCING HEARING

13       APPEARANCES:

14       CHRISTOPHER E. PARISI, ESQUIRE
         MARY KAY COSTELLO, ESQUIRE
15       ASSISTANT UNITED STATES ATTORNEYS
         615 CHESTNUT STREET, SUITE 1250
16       PHILADELPHIA, PA 19106

17       COUNSEL FOR THE GOVERNMENT

18

                         LYNN GLIGOR, RMR
19                   OFFICIAL COURT REPORTER
                   ROOM 2609 U. S. COURTHOUSE
20                     601 MARKET STREET
                     PHILADELPHIA, PA 19106
21                       (856) 649-4774

22

         PROCEEDINGS RECORDED BY STENOTYPE-COMPUTER,
23       TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION

24

25
```

```
1      CONTINUED APPEARANCES:

2      RICHARD J. FUSCHINO, JR., ESQUIRE
       THE LAW OFFICES OF RICHARD J. FUSCHINO, JR.
3      1600 LOCUST STREET
       PHILADELPHIA, PA 19103
4

5      COUNSEL FOR THE DEFENDANT

6

7      ALSO PRESENT:   JOSEPH PETRARCA - U.S PROBATION OFFICER

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    (CLERK OPENS COURT.)

2                    THE COURT:   HELLO, EVERYBODY.

3                    ALL COUNSEL:   GOOD MORNING, YOUR HONOR.

4                    THE COURT:   GOOD MORNING.   TAKE YOUR

5     SEATS, PLEASE.

6                    ALL COUNSEL:   THANK YOU.

7                    THE COURT:   SO THIS IS THE SENTENCING

8     HEARING FOR MR. JASON DILLINGER IN THE PROSECUTION THAT

9     IS DOCKETED AT 18-101-7.

10                   IF YOU ALL WILL NOTE YOUR PRESENCE FOR

11    THE RECORD, WE WILL GO FROM THERE.

12                   MR. PARISI:   GOOD MORNING, YOUR HONOR,

13    CHRISTOPHER PARISI ON BEHALF OF THE GOVERNMENT.

14                   MS. COSTELLO:   AND MARY KAY COSTELLO, FOR

15    THE UNITED STATES.   GOOD MORNING, YOUR HONOR.

16                   THE COURT:   GOOD MORNING.

17                   MR. FUSCHINO:   YOUR HONOR, GOOD MORNING.

18    RICHARD FUSCHINO, HERE FOR MR. DILLINGER.   HE IS PRESENT

19    TO MY RIGHT.

20                   THE COURT:   GREAT.

21                   AND MR. PETRARCA.

22                   THE PROBATION OFFICER:   GOOD MORNING,

23    YOUR HONOR, JOSEPH PETRARCA FROM THE U.S. PROBATION

24    OFFICE.

25                   THE COURT:   THANK YOU VERY MUCH FOR YOUR

1    MATERIAL.  VERY HELPFUL.

2                    THE PROBATION OFFICER:  OF COURSE.

3                    THE COURT:  AND OF COURSE MR. DILLINGER

4    IS HERE.

5                    WHY DON'T YOU STAND UP AND WE WILL HAVE

6    YOU SWORN IN.

7                    THE DEPUTY CLERK:  PLEASE RAISE YOUR

8    RIGHT HAND.

9                    (DEFENDANT SWORN.)

10                   THE DEPUTY CLERK:  THANK YOU.  PLEASE

11   HAVE A SEAT AND STATE YOUR FULL NAME AND SPELL YOUR LAST

12   NAME FOR THE RECORD.

13                   THE DEFENDANT:  JASON LAWRENCE DILLINGER,

14   D-I-L-L-I-N-G-E-R.

15   BY THE COURT:

16   Q.      MR. DILLINGER, THIS HAS BEEN A LONG TIME COMING,

17   HASN'T IT?

18   A.      IT HAS, YOUR HONOR.

19   Q.      WELL, WHAT WE ARE DOING HERE TODAY IS PRETTY

20   MUCH ALL ABOUT YOU, FOR YOU.  I'M SURE IT'S VERY

21   IMPORTANT FROM YOUR PERSPECTIVE, AS IT IS FROM THE

22   PERSPECTIVE OF EVERYBODY ELSE, INCLUDING THE COURT.  YOU

23   WILL HEAR THINGS THAT SOUND VERY TECHNICAL, A LOT OF

24   NUMBERS.  BUT ALL OF THAT IS REALLY FOCUSED AND HELPS

25   THE COURT FOCUS ON THE PART OF THIS HEARING THAT IS THE

1  MOST IMPORTANT, AND THAT IS TO DETERMINE WHAT SENTENCE

2  YOU HAVE EARNED FOR YOURSELF THROUGH YOUR CONDUCT.

3           I CONSIDER YOU TO BE AN INDIVIDUAL, TO BE

4  UNIQUE.  EVERYBODY IS, FRANKLY.  AND SO I AM NOT HERE TO

5  IMPOSE SOME KIND OF AN ASSEMBLY-LINE SENTENCE.

6  CONSEQUENTLY, THE HEARING MIGHT SEEM LIKE IT GOES A

7  LITTLE LONGER THAN SOME PEOPLE MIGHT THINK IT NEEDS TO,

8  BUT THAT DOES HELP THE COURT DETERMINE WHAT IS THE

9  APPROPRIATE OUTCOME HERE.

10           AND PART OF THAT IS BECAUSE THIS IS A

11  VERY HUMAN ASPECT OF THE CRIMINAL JUSTICE SYSTEM, AND I

12  BELIEVE EVERY PERSON WHO SITS IN THAT CHAIR DESERVES TO

13  KNOW THAT THERE HAS BEEN ATTENTION PAID TO THE

14  INDIVIDUAL'S SITUATION.

15           I DO EXPECT YOU TO PAY CLOSE ATTENTION.

16  I AM SURE YOUR LAWYER HAS TOLD YOU THAT THERE WILL BE A

17  PART LATER ON WHERE I WILL INVITE YOU TO SAY ANYTHING

18  THAT YOU THINK I SHOULD KNOW ABOUT YOU, OR THAT YOU WANT

19  TO SAY TO ANYBODY ABOUT THESE CIRCUMSTANCES THAT LANDED

20  YOU HERE AND WHAT YOU SEE IN YOUR FUTURE, THINGS OF THAT

21  SORT.  YOU OF COURSE DO NOT HAVE TO SAY A WORD, BUT YOU

22  HAVE AN ABSOLUTE RIGHT TO SPEAK IF YOU WISH.  AND THAT

23  -- AND IF YOU DO -- I HOPE YOU DO, IF YOU DO, I WILL

24  PROMISE I WILL LISTEN CAREFULLY.

25           OKAY?  DO WE HAVE A DEAL?

1    A.        THAT'S A DEAL, YOUR HONOR.

2    Q.        GREAT.

3                   THE COURT:  SO WHICH OF OUR ASSISTANT

4    U.S. ATTORNEYS IS GOING TO TAKE THE LABORING FOR TODAY?

5                   MR. PARISI:  I HAVE THAT HONOR, YOUR

6    HONOR.

7                   THE COURT:  OKAY.  SAIL AWAY.

8                   MR. PARISI:  YOUR HONOR, I WILL START

9    WITH THE GOVERNMENT'S MOTION FOR A 5K DOWNWARD

10   DEPARTURE.

11                  THE COURT:  WHY DON'T YOU JUST TELL ME

12   THE BACKGROUND OF THE CASE.

13                  MR. PARISI:  CERTAINLY, YOUR HONOR.  YES.

14                  YOUR HONOR, THE DEFENDANT, AS YOU ARE

15   WELL AWARE, WAS EMPLOYED AS AN PHYSICIAN'S ASSISTANT AT

16   ADVANCED URGENT CARE AND WAS ULTIMATELY CHARGED WITH A

17   NUMBER OF OFFENSES.  HE ULTIMATELY PLED GUILTY TO ONE

18   COUNT, COUNT 5 OF THE SUPERSEDING INDICTMENT, CHARGING

19   HIM WITH CONSPIRACY TO DISTRIBUTE A CONTROLLED

20   SUBSTANCE.  HE ENTERED THAT PLEA IN DECEMBER OF 2022, AS

21   I RECALL.

22                  HE AGREED TO COOPERATE WITH THE

23   GOVERNMENT, INCLUDING TESTIFYING TRUTHFULLY IF CALLED.

24   ULTIMATELY THE GOVERNMENT DECIDED NOT TO CALL HIM, BUT

25   THAT WAS NOT BECAUSE OF HIM.  IT WAS OUR OWN TACTICAL

1    AND STRATEGIC DECISIONS, AND WE ARE HERE TODAY FOR

2    SENTENCING ON THAT ONE COUNT.

3                   THE COURT:  FINE.  AND I WILL MOVE TO

4    YOUR MOTION IN A LITTLE BIT.

5                   MR. PARISI:  YES, YOUR HONOR.

6                   THE COURT:  SPEAKING OF WHICH, I AM AWARE

7    OF THE 5K1.1 MOTION.  I HAVE READ -- THERE AREN'T ANY

8    OTHER MOTIONS PER SE.  I KNOW THERE IS AN ARGUMENT FOR A

9    DOWNWARD VARIANCE FROM THE DEFENSE.  WE WILL TALK ABOUT

10   THE 5K MOTION SEPARATELY IN A MOMENT.  I HAVE REVIEWED

11   CAREFULLY AND MR. PETRARCA'S PRESENTENCE INVESTIGATION

12   REPORT.  IT WAS PREPARED INITIALLY IN JANUARY, JUST A

13   MONTH AGO, AND THEN IT WAS JUST RECENTLY REVISED

14   FEBRUARY 22ND.

15                   I HAVE THE GOVERNMENT'S MATERIAL AND THE

16   DEFENSE MATERIAL.

17   BY THE COURT:

18   Q.      MR. DILLINGER, HAVE YOU HAD A CHANCE TO READ ALL

19   THIS STUFF?

20   A.      YES, I HAVE, YOUR HONOR.

21   Q.      YOU ARE FAMILIAR WITH WHAT EVERYBODY IS ARGUING

22   OR SAYING SHOULD HAPPEN HERE?

23   A.      YES, I AM.

24   Q.      WE ALL KNOW THAT THE SENTENCING GUIDELINES ARE

25   JUST THAT.  THEY ARE GUIDELINES.  THEY ARE NOT

1    MANDATORY.  BUT THEY ARE A VERY IMPORTANT PART OF THIS

2    PROCESS.  THE SUPREME COURT HAS GONE OUT OF ITS WAY TO

3    EXPLAIN THAT THE GUIDELINES ARE THE PRODUCT OF VERY

4    CAREFUL STUDY, GATHERING UP INFORMATION OVER THE COURSE

5    OF MANY YEARS, OVER THE COURSE OF MANY SENTENCINGS, TO

6    TRY AND BRING INTO ONE SETTING OR ONE BOOK A LOT OF DATA

7    FOR THE -- RESOURCE, FOR PEOPLE WHO ARE IN YOUR

8    SITUATION, FOR JUDGES, FOR LAWYERS, SO THAT WE CAN HAVE

9    SOME APPRECIATION OF HOW VARIOUS CRIMES AND VARIOUS

10    PEOPLE WITH VARIOUS BACKGROUNDS ARE PROCESSED THROUGH

11    THE CRIMINAL JUSTICE SYSTEM.  IN SOME WAY, THAT MAKES

12    SOME MORE OR LESS SENSE SO THAT IT'S NOT MERCURIAL, IN

13    OTHER WORDS.  IT'S NOT JUST THE PRODUCT OF ONE JUDGE'S

14    FEELINGS ONE DAY IN ONE PLACE IN THE COUNTRY WITH ONE

15    DEFENDANT, THE IDEA BEING, QUITE SENSIBLY, THAT THE

16    SYSTEM MAKES BETTER SENSE IF IT SEEMS TO RELATE TO EACH

17    OTHER AND IT'S NOT JUST WHIMSY.

18            SO IT BEHOOVES ME TO DETERMINE WHAT THE

19    ARGUABLY APPLICABLE GUIDELINES ARE IN YOUR CASE.  AND

20    ONCE I HAVE DONE THAT, OF COURSE I LOOK AT THE

21    INDIVIDUAL FACTS THAT PERTAIN TO YOU AND YOUR CASE.

22    THAT WOULD BE THE PROCESS, IF THERE WERE OBJECTIONS TO

23    THE REPORT.

24            BUT MY UNDERSTANDING IS THAT IN THIS

25    INSTANCE THERE ARE NO OBJECTIONS FROM ANYBODY FROM THE

1    PRESENTENCE REPORT.

2              MR. FUSCHINO:  CORRECT, YOUR HONOR.

3              MR. PARISI:  YES, YOUR HONOR.

4              THE COURT:  SO I WILL ADOPT THE FACTUAL

5    FINDINGS IN THE REPORT.  THAT'S BECAUSE THEY ARE ALL

6    UNCONTESTED.  AND THEN EVEN THOUGH I CAN'T NECESSARILY

7    PRESUME THAT THE GUIDELINES ARE REASONABLE, THAT THE

8    RANGE IS REASONABLE, WE DO HAVE TO START WITH THAT, AND

9    I AM USING THE 2023 GUIDELINES MANUAL FOR THIS PURPOSE.

10             WE START WITH THE FACT THAT YOUR

11   CONVICTION IS FOR A VIOLATION OF TITLE 21 OF THE UNITED

12   STATES CODE SECTION 846.  THAT DIRECTS US TO GUIDELINE

13   2D1.1, WHICH SETS OUT A BASE OFFENSE LEVEL OF 24, GIVEN

14   THE FACT THAT WE ARE TALKING ABOUT CONVERTED DRUG

15   WEIGHTS AND THAT IN YOUR CASE THAT CONVERTED WEIGHT IS

16   BETWEEN 100 AND 400 KILOGRAMS.  SO THE GUIDELINES WOULD

17   CALL FOR THE 24, AND THAT'S GUIDELINE 2D1.1(A)(5) AND

18   (C)(8), FROM WHICH A NUMBER OF LEVELS ARE TAKEN.

19             FIRST, YOU MEET THE CRITERIA FOR

20   GUIDELINE 5C1.2.  SO YOUR OFFENSE LEVEL IS DECREASED BY

21   TWO LEVELS.  TWO MORE ARE TAKEN AWAY BECAUSE YOU WERE A

22   MINOR PARTICIPANT IN THIS CRIMINAL ACTIVITY.  SO

23   GUIDELINE 3B1.2(B) AUTHORIZES THE REMOVAL OF TWO LEVELS.

24   BUT BECAUSE YOU HAD A POSITION OF TRUST, GIVEN YOUR

25   TRAINING AND YOUR POSITION AS A PHYSICIAN'S ASSISTANT,

1    THE GUIDELINES WOULD ADD ON TWO LEVELS AS PERMITTED BY

2    3B1.3.  THE NET RESULT OF THAT FOR AN ADJUSTED OFFENSE

3    LEVEL SUB TOTAL IS A 22.

4              BUT AGAIN, BECAUSE YOU HAVE A VERY CLEAN

5    RECORD UP TO THIS POINT IN YOUR LIFE, YOU ARE WHAT WE

6    CALL A ZERO POINT OFFENDER.  SO TWO LEVELS ARE REMOVED

7    PURSUANT TO GUIDELINE 4C1.1(A) AND (B).  TWO MORE ARE

8    REMOVED BECAUSE YOU HAVE ACCEPTED YOUR RESPONSIBILITY

9    FOR YOUR CONDUCT.  SO GUIDELINE 3E1.1(A) REMOVES TWO,

10   AND THEN ANOTHER OFFENSE LEVEL IS DECREASED AGAIN

11   BECAUSE OF YOUR ACCEPTANCE OF YOUR RESPONSIBILITY.  SO

12   THAT TAKES ANOTHER LEVEL AWAY, AS AUTHORIZED BY

13   3E1.1(B).  THAT, MATH-WISE, LEADS TO 17 AS AN OFFENSE

14   LEVEL.

15              YOU HAVE NO CONVICTIONS ON YOUR RECORD.

16   SO THAT MEANS YOU HAVE A CRIMINAL HISTORY SCORE OF ZERO,

17   AND THAT PUTS YOU IN A CRIMINAL HISTORY CATEGORY OF 1.

18              NOW, JUST TO START THEN WITH THIS

19   GUIDELINE SYSTEM, THE GUIDELINES -- JUST ON THE BASIS OF

20   ALL OF THAT THAT I JUST WENT THROUGH, THE GUIDELINES

21   WOULD CALL FOR A PERIOD OF INCARCERATION OF BETWEEN 24

22   AND 30 MONTHS; FOLLOWED BY BETWEEN 1 AND 3 YEARS OF

23   SUPERVISED RELEASE; A FINE OF BETWEEN $5,000 AND A

24   MILLION DOLLARS; AND A $100 SPECIAL ASSESSMENT.

25              NOW ALL OF THAT IS WHAT HAPPENS BEFORE WE

1    GET TO THE GOVERNMENT'S VERY APPROPRIATE MOTION PURSUANT

2    TO THE GUIDELINES THAT WOULD ALLOW FOR A WHOLLY

3    DIFFERENT APPROACH TO YOUR SITUATION AS AUTHORIZED BY

4    GUIDELINE 5K1.1.  AND WE WILL TALK ABOUT THAT.

5              COUNSEL, DO YOU ALL AGREE THAT THAT'S THE

6    WAY THIS ALL WORKS IN MR. DILLINGER'S SITUATION?

7              MR. FUSCHINO:  THE DEFENSE AGREES, YOUR

8    HONOR.

9              MR. PARISI:  YES, YOUR HONOR.

10             THE COURT:  OKAY.

11   BY THE COURT:

12   Q.       NOW, YOUR SENTENCING ACTUALLY BEGAN WAY BACK,

13   MR. DILLINGER, WHEN YOU PLED GUILTY BECAUSE AT THE TIME,

14   YOU HAD A LITTLE BIT OF A HEADS UP AND YOU KNEW WHAT THE

15   CONSEQUENCES COULD BE BY PLEADING GUILTY.  AND YOU ARE

16   AN INTELLIGENT HUMAN BEING.  YOU'RE ENTITLED TO KNOW

17   WHAT YOUR CHOICES ARE AND WHAT THE RISKS ARE, WHICH IS

18   WHY I START OUT WITH THAT DURING THE GUILTY PLEA

19   HEARINGS.  BUT NOW YOU KNOW THE WAY THE GUIDELINES AT

20   LEAST ON THE SURFACE WORK IN YOUR CASE.

21             AND I AM GOING TO NOW ASK YOUR COUNSEL TO

22   ADD ANY ADDITIONAL REMARKS, CALL ANY WITNESSES -- OH, BY

23   THE WAY, IN CONNECTION WITH THIS SENTENCING, NOT ONLY

24   DID I RECEIVE THE MEMOS AND THE REPORT OF THE PROBATION

25   OFFICE, I ALSO RECEIVED A COUPLE OF LETTERS FROM YOUR

```
 1    FRIENDS AND PEOPLE WHO KNOW YOU.  LET ME JUST RECOUNT

 2    THEM JUST TO MAKE SURE EVERYBODY KNOWS IT.

 3                   I RECEIVED A LETTER FROM THOMAS

 4    GIOVINAZZO; A DR. HEIDI HINDLER; A DR. LEONARD SACKS;

 5    DR. TOM TRAIKOFF; A LETTER FROM JAMIE HULSTA; A LETTER

 6    FROM JASON NEWCOMER; A LETTER FROM JOHN SCARDAPANE; A

 7    LETTER FROM ELIZABETH KUYPER; A LETTER FROM MATTHEW

 8    BRANNON; A LETTER FROM THE REVEREND DR. STEVEN SCHUSTER;

 9    AND A LETTER FROM SUSAN HIPP-LUDWICK.

10                   I MEANT TO ASK IF THERE IS ANY OTHER

11    MATERIAL THAT ANYBODY THINKS I SHOULD HAVE THAT I HAVE

12    NOT NOW MENTIONED.

13                   MR. FUSCHINO:  YOUR HONOR, THERE WAS AN

14    EMPLOYMENT EVALUATION FROM 2018 THAT WE SUBMITTED ALSO.

15    DID THE COURT GET THAT?  IT'S ONLY FIVE PAGES.

16                   THE COURT:  THE ANNUAL REVIEW?  YES, I DO

17    HAVE THAT.  THANK YOU VERY MUCH.

18                   FROM MR. FUSCHINO.

19                   MR. FUSCHINO:  YES, YOUR HONOR.

20                   THE COURT:  GOOD.

21                   MR. FUSCHINO:  YES, YOUR HONOR.

22                   THE COURT:  OKAY.  GREAT.

23                   ANYTHING ELSE THAT ANYBODY THINKS I

24    SHOULD HAVE?

25                   MR. PARISI:  NOTHING FROM THE GOVERNMENT,
```

1    YOUR HONOR.

2                    THE COURT:  BUT EVERYBODY HAS WHAT I

3    MENTIONED?

4                    MR. FUSCHINO:  YES.

5                    THE COURT:  GREAT.  NOW, I WILL CALL ON

6    DEFENSE COUNSEL FOR ADDITIONAL REMARKS OR ARGUMENT.

7                    MR. FUSCHINO:  MAY I, YOUR HONOR?

8                    THE COURT:  YES.

9                    MR. FUSCHINO:  GOOD MORNING, AGAIN, YOUR

10   HONOR.

11                   YOUR HONOR SAID THIS AT THE VERY

12   BEGINNING WHEN YOU CAME OUT THAT THIS HAS BEEN A LONG

13   TIME COMING FOR MR. DILLINGER.  AND IN THINKING OF WHAT

14   I AM GOING TO ASK THE COURT TO DO, I CONSIDERED THAT

15   BECAUSE FOR THE LAST FIVE OR SO YEARS SINCE THE

16   INDICTMENT CAME DOWN, YOU KNOW, MR. DILLINGER DOES NOT

17   GET ANY CREDIT FOR THAT TIME ON SUPERVISION WITH THIS

18   HANGING OVER HIS HEAD.  AND I THINK I WOULD LOSE

19   CREDIBILITY WITH THE COURT IF I SAID THAT'S THE ONLY

20   PENALTY HE OUGHT TO RECEIVE.  BUT EVEN BEFORE THAT, YOUR

21   HONOR, I THINK IT'S IMPORTANT FOR THE COURT TO CONSIDER

22   YEARS BEFORE THAT A SEARCH WARRANT WAS EXECUTED AT HIS

23   RELATIVELY NEW PLACE OF EMPLOYMENT AND HE HAD IT HANGING

24   OVER HIS HEAD BEFORE HE WAS INDICTED TOO.

25                   THE COURT:  ONE MIGHT SAY THAT WORKING

1    WITH SOME OF THE PEOPLE HE HAD TO WORK WITH WAS ALSO

2    PUNISHMENT.

3              MR. FUSCHINO:  YOUR HONOR, THE ANALOGY --

4    AS THE COURT IS AWARE, FOUR PHYSICIAN'S ASSISTANTS WERE

5    CHARGED IN THIS CASE.  TWO OF THE CHARGES RELATIVELY

6    WERE WITHDRAWN OR DISMISSED.  ONE WENT TO TRIAL BEFORE

7    YOUR HONOR.  MR. DILLINGER ACCEPTED RESPONSIBILITY.

8              IN SPEAKING WITH COUNSEL FOR ONE OF THE

9    OTHER PHYSICIAN'S ASSISTANTS, HE MADE SUCH A GOOD

10   ANALOGY THAT I COULD NOT SAY IT BETTER TO THE COURT.

11   BUT WHEN I CAME OUT OF THE DISTRICT ATTORNEY'S OFFICE, I

12   STARTED WORKING WITH BILL BRENNAN.  HE TAUGHT ME HOW TO

13   BE A DEFENSE LAWYER.  I WAS A VERY LUCKY MAN.  SOME

14   LAWYERS COME OUT OF THE D.A.'S OFFICE OR THE P.D.'S

15   OFFICE AND THEY GO WORK -- I WON'T SAY THE EXAMPLE THAT

16   MR. BOZZELLI USED -- BUT FOR OTHER LAWYERS WHO ARE LESS

17   HONEST, LESS GOOD AT WHAT THEY DO, LESS COMMITTED TO

18   THEIR CLIENTS.  YOU DON'T PICK NECESSARILY WHO YOU ARE

19   GOING TO GO WORK FOR.  YOU APPLY FOR JOBS AND YOU TALK

20   TO PEOPLE AND YOU DO THE BEST THAT YOU CAN, BUT YOU

21   DON'T HAVE ALL OF THE INFORMATION THAT YOU DO 15 YEARS

22   LATER.

23              THAT IS VERY MUCH THE SET OF

24   CIRCUMSTANCES MR. DILLINGER FOUND HIMSELF IN.  OF THE

25   FOUR PHYSICIAN'S ASSISTANTS WHO WERE CHARGED, THERE MAY

1     BE ONE OTHER WHO HAD NOT WORKED ANYWHERE ELSE BEFORE.

2     BUT CERTAINLY MR. DILLINGER HAD -- THIS WAS HIS FIRST

3     JOB AFTER HE GET HIS LICENSE.  AND HE ENDS UP IN THIS

4     POSITION WHERE, AS HIGHLIGHTED IN THE VERY WELL DONE

5     PRESENTENCE REPORT IN PARAGRAPHS 96 THROUGH 101, HE IS

6     WORKING WITH DR. HIGHLAND CAMPBELL.  AND THIS IS THE

7     ESSENTIAL PART OF HIS CONDUCT TO WHICH HE PLEADED

8     GUILTY.  AND WHILE WE HAVE NO OBJECTION TO THAT, I THINK

9     -- WE PUT IT IN THE SENTENCING MEMO.

10           THERE IS SOME CONTEXT THAT I THINK IS

11    IMPORTANT FOR THE COURT IN CONSIDERING WHY A VARIANCE

12    MAY BE APPROPRIATE HERE.  BESIDES THE FACT THAT DR.

13    CAMPBELL WAS HIS SUPERVISING PHYSICIAN AT THE TIME, AND

14    I DON'T MEAN THAT NECESSARILY ON HIS LICENSE.  I MEAN HE

15    WAS THE PERSON HE WAS WORKING WITH DIRECTLY.  I WILL

16    RECALL FOR THE COURT THAT EARLY ON WHEN MR. DILLINGER

17    WAS WORKING AT AUC, HE WAS WORKING WITH DR. CAMPBELL

18    WHEN DR. CAMPBELL'S MOTHER TOOK HER OWN LIFE, LIKE

19    LITERALLY THE SAME DAY.  THIS PUT MR. DILLINGER AND DR.

20    CAMPBELL IN A POSITION WHERE THEY BECAME CLOSE VEST.  I

21    CAN'T IMAGINE BEING IN THE ROOM WITH SOMEONE GETTING THE

22    PHONE CALL SAYING YOUR MOTHER THREW YOURSELF OFF OF A

23    BUILDING.

24           AFTER THAT, MR. DILLINGER TO A CERTAIN

25    EXTENT WAS MISLED.  I AM NOT HERE TO TAKE AWAY HIS

1    ACCEPTANCE OF RESPONSIBILITY.  BUT CERTAINLY, THERE WERE

2    -- THERE WAS A LOT OF DISHONESTY OCCURRING THERE AT AUC.

3    AND AS MUCH AS MR. DILLINGER ACCEPTS RESPONSIBILITY, IN

4    SOME WAYS HE WAS BEING TOLD THINGS THAT WERE INCORRECT

5    ALSO.  AND IMPORTANTLY HE WAS TOLD THAT DR. CAMPBELL HAD

6    SOME ADMINISTRATIVE PROBLEM WITH HIS LICENSE.  THE

7    ANALOGY I WOULD MAKE IS IF SOMEONE DIDN'T COMPLETE ALL

8    OF THEIR CLE REQUIREMENTS FOR THE END OF THE YEAR AND

9    WAS ADMINISTRATIVELY SUSPENDED BY THE BAR.  THEY STILL

10   KNOW WHAT THEY ARE DOING.  IT'S NOT A MALFEASANCE.  IT'S

11   AN ADMINISTRATIVE MINISTERIAL THING.

12             NEVERTHELESS, HE CERTAINLY ON THE FIVE OR

13   SO OCCASIONS HE WORKED WITH DR. CAMPBELL, DID GIVE HIM

14   HIS PRESCRIPTION PAD OR PRESIGNED SCRIPTS.  IT WAS THE

15   WRONG THING TO DO.  HE UNDERSTANDS THAT.  AND I DO NOT

16   MEAN AGAIN TO TAKE AWAY HIS CULPABILITY.

17             BUT WHILE WE DID NOT OBJECT TO THE TWO

18   LEVEL INCREASE FOR ABUSE OF POSITION OF TRUST, I THINK

19   THAT IT IS IMPORTANT AGAIN IN TERMS OF A VARIANCE TO

20   CONSIDER THAT, JUDGE.  THIS IS A NEW PHYSICIAN'S

21   ASSISTANT WITH A UNIQUE RELATIONSHIP WITH THIS DOCTOR,

22   WHO HE DID THIS FOR ONLY ON A FEW OCCASIONS IN A

23   RELATIVELY SHORT PERIOD OF TIME, UNDERSTANDING HOW MUCH

24   LARGER THE CONSPIRACY IS.

25             AND MORE SO, YOUR HONOR, AND I SAY THIS

```
1      BECAUSE I GET TO BE THE LIGHTNING ROD FOR SAYING

2      UNPLEASANT THINGS HERE I ENCOURAGE MR. DILLINGER NOT TO

3      BE, HE IS THE ONLY GUY WHO ACTUALLY STOOD UP AND DID THE

4      RIGHT THING HERE.  HE DIDN'T WASTE THE COURT'S TIME.  HE

5      DIDN'T GET A PASS FOR REASONS THAT -- I UNDERSTAND IT.

6      AND MORE IMPORTANTLY THAN ANY OF THAT, YOUR HONOR, THERE

7      IS NO SOUR GRAPES FROM HIM.  THERE'S NO, OH, I SHOULD

8      HAVE DONE THIS.  YOU ARE NOT HEARING US SAYING OH, IS

9      THERE SOME WAY WE COULD WITHDRAW THE PLEA?  IS THERE

10     SOME WAY OUT OF THIS?  NOPE.

11               HE IS HERE AND HE IS READY AND HE IS

12     ENGAGED AND HE IS GOING TO TELL THE COURT THAT HE IS

13     GOING TO SIN NO MORE.  THIS CANDOR FROM MR. DILLINGER IS

14     UNCOMMON.  READING THE PRESENTENCE REPORT HE SPEAKS VERY

15     HONESTLY ABOUT HOW HE USED STEROIDS WHEN HE HAD AN

16     INJURY, ABOUT HIS DRUG USE.  HE HAS A PRIOR HISTORY OF

17     DRUG USE THAT HE HAS BEEN VERY OPEN ABOUT AND HAS BEEN

18     FRANKLY EXEMPLARY IN MEETING IN OPIOID ADDICTION.

19               ALL OF THESE THINGS GO TO THE CONFIDENCE

20     THAT I SUBMIT THE COURT CAN HAVE IN HAVING HIM IN A

21     PERIOD OF SUPERVISION, AS OPPOSED TO ANY OTHER SENTENCE.

22     AND I REALIZE THAT THE GOVERNMENT HAS ULTIMATELY

23     REQUESTED IN ITS SENTENCING MEMORANDUM THAT THE COURT

24     DOES NOT SENTENCE MR. DILLINGER TO INCARCERATION.  BUT I

25     DO NOT TAKE THAT FOR GRANTED.
```

```
 1                    THE COURT:  I THINK THEIR ACTUAL LANGUAGE
 2     IS THE GOVERNMENT DOES NOT OBJECT.
 3                    MR. FUSCHINO:  THEY ARE VERY CLEVER, YOUR
 4     HONOR, MORE THAN I.
 5                    THE COURT:  NOT CLEVER.  IT'S LIKE IT
 6     COMES OFF THE COMPUTER.
 7                    MR. FUSCHINO:  BUT MY POINT IS, YOUR
 8     HONOR, I DON'T TAKE THAT FOR GRANTED.  MR. DILLINGER
 9     DOES NOT TAKE THAT FOR GRANTED.  THE DECISION IS
10     ULTIMATELY UP TO THE COURT AND AS EVERYBODY TOLD HIM
11     HONESTLY NOBODY KNOWS WHAT HE IS GOING TO GET.
12                    THE COURT:  HE DOES NOT GET ANYTHING.  HE
13     EARNS SOMETHING.
14                    MR. FUSCHINO:  FAIR ENOUGH, YOUR HONOR.
15     I APOLOGIZE.
16                    THE COURT:  THAT'S ALL RIGHT.  I HAVE A
17     BIT OF A --
18                    MR. FUSCHINO:  YOU ARE RIGHT.
19                    THE COURT:  -- AN AUTO RESPONSE TO THAT.
20                    MR. FUSCHINO:  YOUR HONOR IS RIGHT.
21                    YOUR HONOR, THE COURT SAW THE LETTERS
22     THAT WE SUBMITTED ON BEHALF OF MR. DILLINGER.  AND WHILE
23     THERE WERE CERTAINLY FAMILY MEMBERS AND FRIENDS WHO LAUD
24     HIM, MUCH, MUCH MORE IMPORTANTLY, I THINK, ARE HIS
25     CO-WORKERS AND SUPERVISORS AND OTHER PHYSICIANS WHO HAVE
```

1    HAD THE OPPORTUNITY TO SEE HIM THE WAY YOU AND I NEVER

2    WILL.  THE GOVERNMENT NEVER WILL.  BECAUSE NOW HE HAS

3    EXPERIENCE AND THIS HORRIBLE EXPERIENCE.

4                    DR. SACKS, WHO IS CURRENTLY HIS

5    SUPERVISING PHYSICIAN, PUTS IN HIS LETTER HOW HAPPY HE

6    IS TO BE WORKING WITH MR. DILLINGER.  SUSAN

7    HIPP-LUDWICK, WHO IS THE OWNER WHERE HE WORKS AT PRESENT

8    TODAY.

9                    AND I SHOULD NOTE, HE HAS A NUMBER OF

10   PEOPLE PRESENT TODAY, YOUR HONOR.  HIS FAMILY IS HERE.

11   FRIENDS ARE HERE.  CO-WORKERS ARE HERE.  NOBODY WISHES

12   TO SPEAK, YOUR HONOR, BUT I THINK IT'S IMPORTANT --

13                    THE COURT:  AS LONG AS THEY KNOW THEY ARE

14   CERTAINLY WELCOME TO SPEAK IF THEY --

15                    MR. FUSCHINO:  THEY ARE, YOUR HONOR.

16   THEY ARE AWARE.  MR. DILLINGER HAS ASKED THAT NO ONE

17   SPEAK BUT HIM.  I RESPECT HIS WISHES, BUT THEY ARE HERE

18   AND MANY WROTE LETTERS, JUDGE.

19                    BECAUSE MR. DILLINGER IS ENTITLED TO THE

20   SAFETY VALVE, THE TWO-POINT REDUCTION FOR NOT HAVING A

21   RECORD AND A TWO-LEVEL DECREASE FOR A MINOR ROLE, I

22   DON'T THINK IT IS WORTH THE COURT'S TIME, AND I DON'T

23   THINK IT'S SUPPORTED BY THE CASE LAW OR THE FACTS TO

24   ARGUE OR OBJECT TO THE TWO-POINT INCREASE FOR ABUSE OF

25   TRUST.  BUT I THINK THAT THESE ARE THINGS THAT THE COURT

1    CAN TAKE INTO CONSIDERATION IN ULTIMATELY GRANTING

2    VARIANCE FOR MR. DILLINGER.

3                     AGAIN, JUDGE, I THINK I WOULD LOOK SILLY

4    IF I WERE TO SAY THAT MR. DILLINGER DESERVED NO SENTENCE

5    OTHER THAN DETENTION FOR THE REST OF THE DAY DOWN IN THE

6    MARSHAL'S OFFICE OR NO FURTHER PUNISHMENT, WHICH WOULD

7    BE LEVEL.  BUT I DO ASK THAT THE COURT TAKE INTO

8    CONSIDERATION THAT THIS HAS ALL BEEN HANGING OVER HIM

9    FOR SOME TIME.

10                     AND LASTLY, YOUR HONOR, MR. DILLINGER IS

11   STILL LICENSED AS A PHYSICIAN'S ASSISTANT, STILL

12   ACTIVELY WORKING, WORKING WITH PEOPLE WHO HAVE WRITTEN

13   TO THE COURT AND SAY HOW WELL HE IS DOING WITH THAT.

14   THERE IS A RISK THAT HE LOSES OR HAS HIS LICENSE

15   SUSPENDED.  HE HAS BEEN UP FRONT WITH THE LICENSING

16   BOARD.  THEY ARE AWARE OF THIS.  THEY HAVE BEEN AWARE OF

17   THIS FOR OVER A YEAR.  HE IS DOING EVERYTHING HE CAN TO

18   MAKE SURE HE DOES THAT CORRECTLY AND PROPERLY.  BUT IT

19   IS A COLLATERAL FACT THAT THE COURT IS ALLOWED TO

20   CONSIDER, HAVING TO WORK WITH DR. NIKPARVAR-FARD, IN

21   FASHIONING A SENTENCE AND POTENTIALLY GRANTING A

22   VARIANCE.

23                     SO WITH THAT, YOUR HONOR, WHEN THE COURT

24   IS READY, MR. DILLINGER DOES HAVE A STATEMENT HE WOULD

25   LIKE TO GIVE TO THE COURT.  AND I HAVE NOTHING ELSE

```
 1      UNLESS THE COURT HAS QUESTIONS FOR ME.

 2                  THE COURT:  THANK YOU VERY MUCH.  I WOULD

 3      ACTUALLY LIKE TO HEAR FROM MR. DILLINGER.

 4                  AND SIR, YOU HAVE A FULL OPPORTUNITY TO

 5      SPEAK TO ME ON YOUR OWN BEHALF, TELL ME ANYTHING YOU

 6      THINK I SHOULD KNOW ABOUT YOU.  YOUR COUNSEL HAS BEEN

 7      VERY EFFECTIVE AND HE'S COVERED A GREAT DEAL OF THE

 8      MATERIAL.  BUT IT COMES REALLY DOWN TO WHAT YOU HAVE TO

 9      SAY TO ME AND HOW YOU HAVE INTERPRETED ALL OF THIS THAT

10      HAS HAPPENED IN YOUR LIFE.

11                  MR. FUSCHINO:  YOUR HONOR, WOULD YOU LIKE

12      TO HAVE MR. DILLINGER COME TO THE PODIUM, STAY WHERE HE

13      IS --

14                  THE COURT:  WHATEVER WORKS FOR HIM.

15                  THE DEFENDANT:  GOOD MORNING, YOUR HONOR.

16                  FIRST, I JUST WANT TO THANK YOU FOR

17      HEARING ME SPEAK TODAY.  I KNOW IT'S ALL PART OF THE

18      PROCESS.  HOWEVER, IT HAS BEEN NINE YEARS OF ME TELLING

19      THE STORY TO HUNDREDS OF PEOPLE WHO COULD REALLY SHOW ME

20      NOTHING BUT PITY.  IT FEELS GOOD TO BE ABLE TO SPEAK TO

21      SOMEONE WHO MIGHT ACTUALLY BE ABLE TO HELP.  SO I AM

22      GENUINELY APPRECIATIVE FOR THE OPPORTUNITY.

23                  ALSO, I JUST WANT TO TAKE A QUICK MOMENT

24      TO THANK MY PARENTS.  THEY NEVER DESERVED ANY OF THIS.

25      THEY ARE --
```

1            THE COURT:  TURN AROUND, AND LOOK AT

2     THEM.

3            THE DEFENDANT:  THERE THEY ARE.

4            THEY NEVER DESERVED ANY OF THIS AND THEIR

5     FORTITUDE AND STRENGTH HAS BEEN REMARKABLE.  THEY HAVE

6     ALWAYS BEEN REALLY INCREDIBLE ROLE MODELS, BUT THIS

7     EXPERIENCE HAS SHOWED ME A LEVEL OF LOVE AND SUPPORT

8     BEYOND ANYTHING I EVER THOUGHT I WOULD EXPERIENCE.

9            ALSO, I KNOW YOU READ MY LETTER.  I HOPE

10    IT WAS CLEAR ENOUGH TO UNDERSTAND MY INVOLVEMENT IN THE

11    CONSPIRACY CHARGE, AND I DO LOOK FORWARD TO ANSWER ANY

12    QUESTIONS YOU MIGHT HAVE PERTAINING TO THE LETTER.

13            YOUR HONOR, I FEEL REMISS AND I WILL ONLY

14    SPEND JUST A FEW MOMENTS EXPRESSING IN MY OWN WORDS THE

15    PUNISHMENT THAT I HAVE ENDURED OVER THE LAST NINE YEARS,

16    HOPING THAT YOU CAN VIEW THIS THROUGH THE LENS OF

17    SOMEBODY WHO GREW UP IN MIDDLE CLASS SUBURBIA.  I ALWAYS

18    WANTED TO BE THE PERSON WHO MADE THE LIVES AROUND ME

19    BETTER AND CERTAINLY NO ASPIRATIONS OF CRIMINALITY OR

20    HAVING ANY SEMBLANCE OF ILL WILL TOWARDS OTHER PEOPLE.

21    NOT ONLY WHAT MANY WOULD CHARACTERIZE AS THE PRIME OF MY

22    LIFE, EVERYTHING PUT ON HOLD FOR NINE YEARS OR CLOSER TO

23    A DECADE, BUT I HAVE LIVED THAT TIME IN CONSTANT FEAR OF

24    WHAT THE FUTURE MIGHT HOLD.  THIS FEAR AND ANXIETY

25    TOWARDS THE FUTURE IS -- IT'S ALL BEEN NEGATED ANY

1    SEMBLANCE OF HAPPINESS THAT I WOULD BE ABLE TO HAVE.  I

2    ONLY HAVE A VAGUE RECOLLECTION OF WHAT THAT EVEN FEELS

3    LIKE.

4               ONE OF MY FRIENDS, I THINK, DESCRIBED IT

5    VERY WELL THAT EVERYONE KNOWS WHAT IT'S LIKE TO HAVE A

6    NIGHTMARE, TO WAKE UP AND HAVE THAT WAVE OF RELIEF THAT

7    COMES OVER YOU ONCE YOU REALIZE IT'S NOT REAL.  AND FOR

8    ME, I WAKE UP EVERY DAY AND FOR A FEW SECONDS I WAIT FOR

9    THAT WAVE TO COME.  OF COURSE, IT NEVER DOES.  AND I

10   REMEMBER THAT THE NIGHTMARE IS REAL AND HAS BEEN EVERY

11   MORNING FOR NINE YEARS.

12               THE COURT:  WHEN DID IT STRIKE YOU THAT

13   YOU WERE IN TROUBLE?

14               THE DEFENDANT:  WHAT'S THAT?

15               THE COURT:  WHEN DID YOU REALIZE YOU WERE

16   IN TROUBLE?

17               THE DEFENDANT:  SO THE DAY OF THE RAID

18   HAPPENED, I KIND OF SAY IT WAS INTERESTING BECAUSE I HAD

19   ZERO ANXIETY.  THESE PEOPLE WERE IN THERE WITH ALL THEIR

20   VESTS ON AND GUNS DRAWN AND EVERYTHING LIKE THIS.  I

21   DIDN'T THINK I HAD DONE ANYTHING WRONG.  BUT I WAS

22   SITTING IN THAT ROOM FOR ABOUT 30 MINUTES TALKING TO THE

23   LICENSING PERSON AND THE D.A. PERSON I STARTED TO GET A

24   LITTLE BIT SCARED, AND THAT'S WHEN THINGS STARTED TO GO

25   BAD.  AND IT WAS ABOUT -- I WOULD SAY ABOUT SIX OR SEVEN

1    MONTHS AFTER THAT WHERE THE WORD "CRIMINAL" STARTED TO

2    BE USED IN THE SAME SENTENCE AS ME.  BECAUSE IT WAS ALL

3    BEFORE IT WAS MORE OF A THOUGHT OF LICENSING, THINGS ON

4    THOSE LINES, DID I MAKE A MISTAKE WITH LICENSING.  WHEN

5    THE WORD "CRIMINAL" STARTED TO GET THROWN AROUND, ABOUT

6    SIX MONTHS AFTER THAT IS WHEN LIFE STARTED TO GET REAL

7    SCAREY REAL QUICK.

8              SORRY.

9              THE COURT:  NO.  THAT'S FINE.  I

10   INTERRUPTED YOU.

11             THE DEFENDANT:  THAT'S FINE.

12             FOR A MORE OBJECTIVE STANDPOINT, WHAT

13   THIS HAS BEEN FOR ME IS GETTING MARRIED AND HAVING A

14   FAMILY IS PRETTY MUCH BEEN OUT OF THE QUESTION.  I DID

15   HAVE A GIRLFRIEND WHO I THOUGHT I WAS GOING TO MARRY AND

16   HAVE A FAMILY WITH AT THE TIME.  BUT YOU KNOW, WE TRIED

17   TO MAKE IT WORK.  WE REALLY DID.  BUT YEARS AND YEARS OF

18   THE TORMENT EVENTUALLY INSIDIOUSLY DESTROYED WHAT WAS

19   ONCE A PRETTY AMAZING RELATIONSHIP.  AND AFTER THAT, MY

20   ABILITY TO BEING IN A MEANINGFUL AND LOVING RELATIONSHIP

21   REALLY IS NOT KIND OF OUT OF THE QUESTION WHILE I AM

22   WAITING FOR THIS TO END.  GOING BACK TO SCHOOL, BUYING A

23   HOME, MOVING TO ANOTHER STATE, ADVANCING MY CAREER,

24   NOTHING.  ALL BASICALLY BEEN IMPOSSIBLE.

25             I WOULD SAY THE WORST PART OF ALL OF THIS

1    REALLY HAS BEEN JUST THE CRIPPLING ANXIETY.  I STILL

2    DON'T REALLY KNOW HOW I GET OUT OF BED SOME DAYS TO

3    BRUSH MY TEETH, LET ALONE GO FACE THE WORLD OR FUNCTION

4    IN A 12-HOUR WORKDAY.  IF SOMEONE LIKE ME A DECADE AGO

5    AND DIDN'T REALLY UNDERSTAND WHAT ANXIETY IS, YOU KNOW I

6    WOULD SAY IT IS LITERALLY LIVING YOUR LIFE IN MENTAL

7    AGONY THAT OFTEN MANIFESTS ITSELF INTO PHYSICAL PAIN.

8                     AND THEN THERE WAS THE INDICTMENT.  SO A

9    LOT OF THIS WAS GOING ON BEFORE THE INDICTMENT.  WHEN

10   THE INDICTMENT DID HAPPEN, YOU KNOW I DID LOSE MY JOB.

11   YOU KNOW, I WAS UNEMPLOYED FOR A YEAR, CLOSE TO A YEAR

12   AFTER THAT.  IT WAS RIGHT AT THIS TIME WHEN I STARTED TO

13   GENERALLY GET COMFORTABLE WITH WHAT I WAS DOING.  IT WAS

14   A VERY DIFFICULT JOB AND FINALLY STARTING TO FEEL LIKE I

15   COULD DO IT, AND IT JUST GOT TAKEN AWAY.

16                     AND OF COURSE THE LOCAL NEWS WHERE I GREW

17   UP, THEY CHIMED IN WITH SOME LEVELS OF MISINFORMATION,

18   STATING THAT BECAUSE OF SELFISHNESS AND GREED I

19   COMMITTED THE WORST OF SINS FORSAKING MY OATH AS A

20   PROVIDER, CRIMINAL WITH THE MOST DISGUSTING KIND OF

21   CHARACTER.  EVERYONE I GREW UP WITH, ALL MY PARENTS'

22   FRIENDS AND COLLEAGUES, EVERYONE HAD TO READ THIS AND

23   BESIDES THOSE WHO WERE CLOSEST TO ME, EVERYBODY

24   BASICALLY TOOK AS GOSPEL.

25                     AND NOW OF COURSE GOING FORWARD ANY TIME

1      MY NAME IS GOOGLED, IT WILL FALSELY SAY THAT I AM THE

2      GUY WHO USED MY JOB TO TRY TO SELL NARCOTICS.

3                    YOUR HONOR, IT'S HARD TO ENCAPSULATE NINE

4      YEARS OF SUFFERING IN JUST A FEW MINUTES.  BUT IT'S JUST

5      KIND OF THE TIP OF THE ICEBERG.  I HOPE IT GIVES YOU

6      SOME SUMMARY OF WHAT THE LAST NINE YEARS HAVE BEEN LIKE

7      FOR ME.

8                    I SPOKE BRIEFLY IN THE LETTER ABOUT THE

9      LESSONS I HAVE LEARNED.  I WANT TO ELABORATE A LITTLE

10      BIT MORE ON THAT.

11                    THE COURT:  OKAY.

12                    THE DEFENDANT:  FOR MOST PROVIDERS

13      NARCOTIC ABUSE DIVERSION ANE EDUCATION IS REGULATED.

14      IT'S A TWO HOUR COURSE.  EVERY TWO YEARS WE HAVE TO TAKE

15      CME'S OR CONTINUING MEDICAL EDUCATION.  I HAVE TAKEN

16      THIS COURSE AND I CAN CONFIDENTLY SAY THAT IT'S CURSORY

17      AND BASIC AT BEST.  WHERE FOR SOMEONE LIKE ME IN MY

18      SITUATION, I CAN HONESTLY TELL YOU THAT THINKING ABOUT

19      THIS EVERY DAY I FEEL LIKE I HAVE AN EIGHT-YEAR

20      DOCTORATE ON THE SUBJECT AT THIS POINT.  MY DEA LICENSE,

21      IT WAS NEVER SUSPENDED, BUT I DID LET IT EXPIRE EIGHT

22      YEARS AGO.  NOT THAT I DON'T THINK IT CAN BE USED

23      RESPONSIBLY IN THE RIGHT SITUATION, YOU KNOW, BUT FOR

24      OBVIOUS REASONS I HOPE TO REALLY NEVER HAVE TO USE MY

25      DEA LICENSE AGAIN.  OF COURSE, IF I DO GET A JOB WHERE

1    IT'S REQUIRED, I WOULD VENTURE TO SAY THAT I AM PROBABLY

2    ONE OF THE MOST EDUCATED PEOPLE IN PROPER PRESCRIBING,

3    AS I UNDERSTAND MORE THAN MOST PROVIDERS THE

4    CONSEQUENCES OF EVEN THE SMALLEST MISSTEP.

5              ALSO, YOUR HONOR, A MAJOR CHANGE THAT'S

6    OCCURRED IN MY ATTITUDE AND PERSPECTIVE OVER THE PAST

7    DECADE HAS BEEN WHAT WAS INITIALLY I WOULD SAY AN

8    UNWAVERING TRUST IN THE DOCTORS WHO I WAS WORKING FOR

9    WHEN I FIRST STARTED.  I TRULY THOUGHT THESE GUYS --

10   THESE PEOPLE HAD IT ALL FIGURED OUT.  AND I LOOKED TO

11   THEM WITH COMPLETE REVERENCE WHEN IT CAME TO MEDICINE.

12   AFTER TEN YEARS OF PRACTICING MEDICINE AND NOT JUST AT

13   ADVANCED URGENT CARE, BUT IN ALL THE PLACES I WORKED, I

14   LEARNED THIS IS ANYTHING BUT THE TRUTH.

15              LIKE IN ANY FIELD, YOU HAVE TRUSTWORTHY

16   CO-WORKERS, LAZY CO-WORKERS, INCOMPETENT CO-WORKERS,

17   GOOD PEOPLE, BAD PEOPLE, EVERYTHING IN BETWEEN.  AND

18   NEVER AGAIN WILL I TAKE FOLLOWING SOMEONE WITHOUT

19   RESERVATION SIMPLY BECAUSE THEY HAVE A HIGHER LEVEL OF

20   EDUCATION OR HAVE THE UNREQUITED RESPECT FROM OTHERS

21   BECAUSE OF THEIR STATUS OR STATION.  I HAVE LEARNED HOW

22   TO RESPECT THE PERSON AND NOT THE INITIALS ON THEIR

23   BADGE.

24              FOCUSING MORE ON THE CLINICAL ASPECT OF

25   MY PROFESSION, I HAVE BEEN CRITICIZED AND RIDICULED AND

1    MOCKED IN THE PAPERS.  IN SUMMARY, IT FEELS LIKE I

2    DEFINITELY DID SOME MISTAKES.  I DON'T THINK THERE WILL

3    EVER BE A TIME THAT I DON'T FEEL THE NEED TO OVERCOME

4    THESE CRITICISMS.  EVERY DAY I THINK ABOUT BEING THE

5    ANTITHESIS OF WHAT HAS BEEN INSINUATED ABOUT MY

6    CHARACTER, JUST TO PROVE TO MYSELF, MY COLLEAGUES,

7    EVERYONE, THAT I DESERVE THIS ROLE AS MUCH AS ANYONE.

8                    VERY CLOSE TO MY FAMILY, AND I HAVE A

9    MOTHER WITH TYPE 1 DIABETES AND MULTIPLE COMORBIDITIES.

10   MY FATHER WAS RECENTLY DIAGNOSED WITH BONE CANCER.  AND

11   I THINK EVERY DAY NOT ONLY IN MAKING THEM PROUD, BUT OF

12   BEING A SON WHO CAN MEDICALLY HELP WHENEVER THEY ARE IN

13   TIME OF NEED.  IT'S A SPECIAL GIFT.  I CAN'T EVEN PUT

14   INTO WORDS THE SATISFACTION YOU FEEL WHEN YOU CAN TAKE

15   CARE OF YOUR PARENTS LIKE THAT IN SUCH A WAY.

16                    THE COURT:  MAY I SAY, MR. DILLINGER, I

17   THINK YOU ARE -- YOU CAN'T SEE THEM, BUT I CAN SEE THEM

18   RIGHT BEHIND YOU.  I THINK YOU ARE GIVING YOUR PARENTS A

19   VERY IMPORTANT GIFT RIGHT NOW.

20                    THE DEFENDANT:  THANK YOU, YOUR HONOR.

21                    THE COURT:  ONE OF THE INTERESTING THINGS

22   THAT I HAVE BEEN BLESSED TO SEE OVER THE YEARS IS TO SEE

23   HOW IN MANY DIFFERENT FAMILIES IN MANY DIFFERENT

24   CIRCUMSTANCES INVOLVING MANY DIFFERENT KINDS OF CRIMES

25   AND PEOPLE, THE TRUTH THAT PARENTS STICK BY THEIR KIDS

1      PRETTY MUCH NO MATTER WHAT.   AND IT JUST IS THE NATURE

2      OF THE HUMAN CONDITION AND THAT'S WORTH A GREAT DEAL, IT

3      SEEMS TO ME, BECAUSE IN FACT THERE ARE MANY PEOPLE WHO

4      SIT IN THAT CHAIR AND HAVE NOBODY SITTING BEHIND THEM.

5      AND THAT TO ME SEEMS LIKE AN EXTRA PUNISHMENT.   SO I

6      JUST WANTED YOU TO KNOW THAT ALTHOUGH YOU CAN'T SEE YOUR

7      PARENTS, I CAN SEE THEM.

8               THE DEFENDANT:   I APPRECIATE THAT, YOUR

9      HONOR.   I DO.

10              THE COURT:   SURE.

11              THE DEFENDANT:   YEAH.   I MEAN, I TRULY DO

12      LOVE PRACTICING MEDICINE.   IT'S NOT ONLY SOMETHING THAT

13      YOU ARE CONSTANTLY LEARNING EVERY DAY, BUT YOU ARE

14      GETTING TO HELP OTHERS, MANY OF WHOM ARE HAVING THE

15      WORST DAY OF THEIR YEAR, TO BE ABLE TO DO THIS IS -- I

16      CAN'T SAY ANYTHING BETTER THAN IT'S NOTHING SHORT OF

17      JUST GOOD FOR THE SOUL.   YOU FEEL IT EVERY DAY.

18              FINALLY, JUST THE OVERALL GOALS I PLAN TO

19      IMPLEMENT AFTER ALL THAT HAS HAPPENED OVER THE PAST NINE

20      YEARS.   THERE WERE MANY TIMES I COULD NOT GET OUT OF BED

21      AND FACE ANOTHER DAY, AND I WISH DID HAVE SOME PROFOUND

22      ADVICE TO HELP OTHERS IN THE FUTURE WHO HAVE BEEN

23      THROUGH WHAT I'VE BEEN THROUGH, BUT UNFORTUNATELY I DO

24      NOT.   THE BEST THAT I CAN OFFER, AS CLICHED AS IT

25      SOUNDS, IS SIMPLY PUTTING ONE FOOT IN FRONT OF THE

1    OTHER.  YOU HAVE TO KEEP MOVING, KEEP WORKING, KEEP

2    EXERCISING, KEEP SERVING THE COMMUNITY, KEEP UP WITH

3    HOBBIES.  YOU DO DO THIS AND SOMETIMES THAT RELENTLESS

4    ANXIETY DOES GIVE WAY, NOT TO MAYBE HAPPINESS, BUT SOME

5    BASE LINE EXISTENCE.

6            WHAT THIS EXPERIENCE HAS TAUGHT ME IS

7    THAT -- IT'S AN OBVIOUS THING I THINK TO KNOW, BUT YOU

8    KNOW TO REALLY BE ABLE TO VISCERALLY PUT IT INTO

9    PERSPECTIVE I THINK SOMETIMES YOU HAVE TO GO THROUGH

10   SOMETHING TRAUMATIC TO REALLY UNDERSTAND WHAT IT MEANS

11   TO BE A GOOD PERSON.  AND THEN JUST THINKING OR KNOWING

12   THAT YOU ARE A GOOD PERSON IS NOT ENOUGH.  IT'S YOUR

13   ACTIONS THAT DO COUNT.  AND I'VE KEPT THIS IN MIND FOR

14   MANY YEARS NOW, TRY TO MAKE IT A POINT TO BENEFIT OTHERS

15   AS MUCH AS I CAN.  I TRY TO APPLY THE SAME DISCIPLINE TO

16   THAT AS I DO TO SAY GOING TO THE GYM OR NEVER MISSING A

17   DAY OF WORK.  IT'S SOMETHING I THINK ABOUT ALL THE TIME.

18   IT COULD BE SOMETHING AS -- SUCH AS HAVING AN

19   UNCOMFORTABLE CONVERSATION WITH A CO-WORKER, A FAMILY

20   MEMBER OR A PATIENT WHO I KNOW COULD BENEFIT FROM A

21   LITTLE BIT OF EXTRA EFFORT.  TAKING THE EXTRA STEP TO

22   HELP A CO-WORKER OR STANDING IN FRONT OF A CLASS OF

23   MEDICAL STUDENTS AND TELLING THEM MY STORY.  BECAUSE I

24   FEEL AS IF SOMEBODY HAD DONE THAT FOR ME, THERE'S A GOOD

25   CHANCE I WOULD NOT BE IN THIS SITUATION.

1                        TO THAT END I HAVE BEEN WRITING A BOOK

2        THAT -- CLOSE TO 300 PAGES.  IT'S ALMOST DONE.  AND AT

3        THIS POINT OF COURSE, JUST KIND OF WAITING TO SEE HOW

4        THE STORY ENDS.

5                        FINALLY, YOUR HONOR, I KNOW I MENTIONED

6        IT IN MY LETTER, BUT I JUST WANT TO REITERATE ONE MORE

7        TIME THE REMORSE I FEEL, MY ACTIONS.  BEING SORRY WILL

8        NEVER BE ENOUGH.  SOMETIMES WE ACTUALLY HAVE TO CHANGE,

9        AND I AM CONFIDENT THAT IN MY CASE, THE REMORSE I FEEL

10       WILL NOW AND FOREVER BEGET REFORM AND GROWTH.

11                       THANKS AGAIN FOR HEARING ME SPEAK.  I

12       HOPE IT WASN'T TOO MUCH.  IT'S BEEN A LONG NINE YEARS

13       AND I DID MY BEST TO CONDENSE MY TRUTHFUL THOUGHTS AND

14       HOPES FOR THE FUTURE.

15                       THANK YOU VERY MUCH.

16                       THE COURT:  YOU ARE CERTAINLY WELCOME.

17       BY THE COURT:

18       Q.      WHAT IS THE NEXT STEP YOU SEE IN YOUR LIFE?

19       A.      WELL, AT MY JOB I HAVE A POSSIBILITY OF MAYBE

20       GETTING MORE OF A LEADERSHIP ROLE.  IF I CAN START GOING

21       TO WORK AND EVERY DAY BEING A LITTLE BIT MORE OF THE

22       PERSON I WAS TEN YEARS AGO, ALONG WITH THE KNOWLEDGE

23       THAT I HAVE NOW I THINK THAT'S --

24       Q.      DO YOU REMEMBER HOW TO BE THAT PERSON?

25       A.      I THINK I DO.  I THINK IT WILL COME BACK TO ME,

1     ESPECIALLY WITH THE PERSPECTIVE THAT I HAVE NOW,

2     PERSPECTIVE THAT MOST PEOPLE -- THERE ARE A LOT OF

3     PEOPLE IN THIS WORLD WHO WILL NEVER HAVE, OF WHAT LIFE

4     CAN BE AND HOW GRATEFUL YOU SHOULD BE FOR THE OTHER

5     TIMES WHEN THINGS LIKE THIS ARE NOT GOING ON.

6               ALSO, I SPENT A GOOD AMOUNT OF MONEY ON

7     MAYBE STARTING UP A PODCAST.  I DON'T REALLY HAVE A FIRM

8     IDEA OF WHAT IT'S GOING TO BE TALKING ABOUT NEXT, BUT

9     THIS -- SOME PART OF THIS WILL PROBABLY BE INVOLVED IN

10    IT, SOME PARTS OF MEDICINE, OTHER IDEAS THAT I HAVE WITH

11    FRIENDS AND IT'S SOMETHING I AM PRETTY EXCITED ABOUT.

12    AND YEAH, I KNOW I AM MAYBE GETTING UP THERE A LITTLE

13    BIT IN AGE, SO SOME WILL SAY, BUT I'M TRYING TO KEEP

14    MYSELF YOUNG.  SO I DO STILL HAVE ASPIRATIONS OF HAVING

15    A FAMILY, AT LEAST ONE KID, YOU KNOW, IF NOT MORE.  BUT

16    THIS HAS ALWAYS BEEN SOMETHING THAT I HAVE WANTED.  AND

17    YEAH, KEEP PRACTICING MEDICINE.

18    Q.     THERE IS AN ORDERLY PROGRESS TO THAT SORT OF

19    GOAL, STEP BY STEP.

20    A.     YES, NO DOUBT, YOUR HONOR.  I AM LOOKING FORWARD

21    TO CONTINUING GETTING BETTER, BEING A BETTER PROVIDER.

22    Q.     YOU SAID YOU STAND IN FRONT OF STUDENTS AND TELL

23    YOUR STORY.  WHAT IS IT YOU TELL THEM?

24    A.     NO.  NO.  SO MY HOPE HAS BEEN THAT I WOULD WRITE

25    THIS BOOK -- I STARTED WRITING.  IT WAS KIND OF MORE OF

```
1    A THERAPEUTIC THING AFTER EVERYTHING FIRST HAPPENED.  IT

2    KIND OF MANIFESTED AND ALL OF A SUDDEN TURNED INTO THIS

3    300-PAGE MANUSCRIPT.  I AM NOT A WRITER PER SE, BUT I

4    HAVE TALKED TO GHOST WRITERS, GONE TO CONFERENCES AND SO

5    FORTH, TRYING TO TELL THEM WHAT MY STORY HAS BEEN LIKE.

6    AND PEOPLE THINK I MAYBE HAVE SOMETHING THERE.  I FEEL

7    THAT IF I WAS ABLE TO HAVE THE DISCIPLINE AND THE

8    FORTITUDE TO FINISH THAT, IT WOULD GIVE ME THE

9    CREDIBILITY TO GO TO P.A. SCHOOLS, TO GO TO MEDICAL

10   SCHOOLS IN THE AREA AND YOU KNOW SPEAK IN FRONT OF

11   PEOPLE IN CLASSROOMS.  THIS IS SOMETHING THAT I WOULD

12   REALLY, REALLY TRULY LOVE TO DO.  AND TAKE IT ONE STEP

13   FURTHER, I DON'T KNOW, GOING TO CONFERENCES OR SOMETHING

14   TO -- SO THE PEOPLE CAN GET A LITTLE BIT OF A DIFFERENT

15   PERSPECTIVE ON WHAT IS GOING ON WITH THIS OPIOID CRISIS,

16   THE DIFFERENT ANGLES, THE DIFFERENT PLACES.  THERE IS

17   OBVIOUSLY THE VICTIMS.  THERE IS THE BAD PLAYERS.  THERE

18   IS I GUESS THE ONES IN BETWEEN.  AND I THINK I HAVE A

19   PRETTY INTERESTING STORY TO TELL.  I REALLY DO.

20   Q.    WHAT SHOULD SOMEBODY IN YOUR POSITION GOING TO

21   WORK AT A FACILITY LIKE URGENT CARE WHERE YOU WERE

22   WORKING -- HOW COULD SOMEBODY IN YOUR POSITION RESIST

23   GETTING INVOLVED IN THE CONDUCT THAT GOT YOU IN TROUBLE?

24   A.    I GUESS THAT QUESTION IS -- THEY KNOWING WHAT

25   THEY -- LIKE BEING I GUESS AS GREEN AS ONE WOULD BE
```

1    GOING INTO THAT, NOT NECESSARILY --

2    Q.       HOW DO YOU ATTUNE YOURSELF TO KNOW WHEN YOU ARE

3    BEING USED AND ABUSED BY SUPERIORS?

4    A.       I THINK I WAS KIND OF SAYING IN MY LETTER WHEN I

5    WAS SAYING I WISH I KIND HAD THE STRENGTH TO STAND UP

6    FOR MYSELF A LITTLE MORE, NOT BE SO AGREEABLE.  IT WAS

7    -- AS I MENTIONED, THE FIRST COUPLE OF SHIFTS I DIDN'T

8    REALLY HAVE ANY RESERVATIONS.  AND THEN THE LAST COUPLE

9    I DID.  AND I CONTINUED DEALING WITH THOSE RESERVATIONS.

10   SO I WOULD HONESTLY -- ANY ADVICE I GIVE SOMEBODY THAT

11   WAS THAT GREEN IS THAT NO MATTER WHAT, YOU HAVE TO STAND

12   UP FOR YOURSELF.

13   Q.       WHAT WOULD YOU DO TO STAND UP FOR YOURSELF?

14   A.       YOU LITERALLY HAVE TO GO TO YOUR SUPERIORS AND

15   TELL THEM THAT THIS IS SOMETHING THAT YOU ARE NOT

16   COMFORTABLE DOING AND THIS IS EXACTLY WHY.  AND WHATEVER

17   THE CONSEQUENCES MAY BE, TO THEM, IT IS WHAT IT IS.  BUT

18   YOU HAVE TO GO TO YOUR SUPERIORS AND YOU HAVE TO LET

19   THEM KNOW.  AND YOU HAVE TO LET THEM KNOW SOONER RATHER

20   THAN LATER, NOT AFTER YOU'RE FEELING UNCOMFORTABLE.  AS

21   SOON AS THE SMALLEST TWINGE THAT SOMETHING IS AWRY HERE,

22   IT HAS TO BE STOPPED.  YOU HAVE TO GO TO THOSE PEOPLE

23   AND YOU HAVE TO TELL THEM SOMETHING IS NOT RIGHT.  I

24   DON'T KNOW WHAT.  AND 'TIL THIS DAY I'M STILL -- I HEAR

25   DIFFERENT ACCOUNTS OF WHAT WAS GOING ON WITH CAMPBELL

1    AND HIS ASSISTANT.  I JUST KNEW SOMETHING WAS WRONG.

2    AND MY ADVICE WOULD BE IS THAT THE MOMENT THAT YOU FEEL

3    SOMETHING IS WRONG, NO MATTER THE RELATIONSHIP YOU HAVE

4    WITH THAT PERSON, ESPECIALLY IN AN ENVIRONMENT LIKE THAT

5    -- ESPECIALLY IN AN ENVIRONMENT LIKE THAT, YOU NEED TO

6    TAKE THE MEASURE TO TALK TO YOUR SUPERIORS IMMEDIATELY

7    TO TELL THEM THAT THIS IS NOT GOING TO HAPPEN, NOT FOR

8    ANOTHER SECOND, NOT FOR ANOTHER DAY, NOT FOR ANOTHER

9    SHIFT, NOT FOR ONE MORE MOMENT.

10              THE COURT:  I WILL TELL YOU WHAT.  AFTER

11   I HEAR FROM THE GOVERNMENT'S COUNSEL, THEY ARE GOING TO

12   MAKE A MOTION AND I'M SURE YOU ARE FAMILIAR WITH IT, BUT

13   IF THERE IS MORE THAT YOU WANT TO SAY, THAT WOULD BE

14   FINE.  JUST LET ME KNOW.

15              THE DEFENDANT:  OKAY.  THANK YOU.

16              THE COURT:  MR. PARISI.

17              MR. PARISI:  THANK YOU, YOUR HONOR.

18              YOUR HONOR, WITH REGARDS TO THE 5K

19   MOTION, I KNOW I LAID IT OUT IN THE MEMO.  BUT JUST TO

20   HIGHLIGHT THE DEFENDANT'S PROFFER WITH THE GOVERNMENT ON

21   MULTIPLE OCCASIONS AND THE TANGIBLE VALUE OF HIS

22   COOPERATION WAS TWO PARTS:  ONE THAT EXPLAINED THE

23   SCHEME TO PRESIGN PRESCRIPTIONS FOR HIGHLAND CAMPBELL;

24   AND TYING DR. NIKPARVAR-FARD TO THAT AS THE PERSON WHO

25   DIRECTED IT AND ORCHESTRATED IT.  AND ALSO THE DEFENDANT

```
 1      WOULD CERTAINLY HAVE CORROBORATED THE TESTIMONY OF
 2      HIGHLAND CAMPBELL AND OTHER PEOPLE INVOLVED IN THAT
 3      SCHEME.  THIS INTANGIBLE BENEFIT WAS THE TIMING.  WHILE
 4      THE DEFENDANT WAS THE LAST PERSON TO ENTER A PLEA IN
 5      THIS CASE, THAT PLEA CAME AT A TIME WHEN NIKPARVAR-FARD
 6      WAS CONSIDERING WHETHER OR NOT HE SHOULD GO TO TRIAL.
 7      IT WAS A FEW WEEKS IN THE LEAD UP.  AND WE WILL NEVER
 8      KNOW FOR SURE, BUT IT CERTAINLY FELT LIKE AT THE TIME
 9      THE DEFENDANT'S DECISION TO PLEAD WAS MAYBE THE FINAL
10      NAIL IN THE COFFIN TO GET NIKPARVAR-FARD TO SEE THE
11      LIGHT THAT THIS WAS NOT GOING TO GO WELL, AS MUCH AS HE
12      COULD NOT SEE THE LIGHT IN THAT CIRCUMSTANCE.  BUT IT
13      DID FEEL LIKE THERE WAS SOME MOMENTUM GAINED FROM THE
14      DEFENDANT'S PLEA, THE TIMING OF IT.
15              SO FOR THOSE REASONS AND THE REASONS IN
16      MY MOTION, I WOULD ASK THAT YOU GRANT THE GOVERNMENT'S
17      MOTION FOR A 5K DOWNWARD DEPARTURE, AND I'M HAPPY TO
18      MOVE ON TO THE SENTENCING ASPECT.
19              THE COURT:  GO AHEAD.
20              MR. PARISI:  THANK YOU, YOUR HONOR.
21              MR. FUSCHINO, I ECHO I THINK NEARLY
22      EVERYTHING HE SAID, SPECIFICALLY THE DEFENDANT IS THE
23      LEAST CULPABLE MEMBER OF THIS CONSPIRACY.  HE WAS A
24      RELATIVE NEWCOMER TO BOTH THE PRACTICE AND THE
25      CONSPIRACY.  AND NOT ONLY WAS THIS HIS FIRST JOB OUT OF
```

```
1    SCHOOL, BUT HE WAS ULTIMATELY SUPERVISED BY HIS
2    CO-DEFENDANTS IN THIS CASE.  HE HAS NO PRIOR CONTACT
3    WITH LAW ENFORCEMENT.  AND NINE YEARS WITH FIVE YEARS
4    UNDER SUPERVISION IS SUBSTANTIAL, AND HE HAS HAD NO
5    INCIDENTS THAT I AM AWARE OF DURING THAT TIME.  I KNOW
6    HE IS WORKING HARD TO KEEP HIS LICENSE, BUT I SUSPECT HE
7    WILL LIKELY LOSE IT AT LEAST FOR A PERIOD OF TIME ONCE
8    THE JUDGMENT BECOMES FINAL IN THIS CASE.
9              THE COURT:  IS THERE A WAY TO AMELIORATE
10   THAT, DO YOU KNOW?
11             MR. PARISI:  YOUR HONOR, I DON'T KNOW.
12   THAT'S SOMETHING ULTIMATELY THE BOARD WILL DECIDE.  I'M
13   SURE THEY WILL LOOK AT WHATEVER INFORMATION THE
14   DEFENDANT HAS TO SUBMIT AND HIS CONDUCT AND THE TIMES
15   SINCE THIS ALL BEGAN.  BUT ULTIMATELY A JUDGMENT FOR
16   CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE SOUNDS
17   LIKE SOMETHING THAT IS PROBABLY GOING TO RESULT IN AT
18   LEAST A TEMPORARY REVOCATION.  BUT THAT'S ULTIMATELY
19   BETWEEN HIM AND THE BOARD.  I THINK THAT'S A REALISTIC
20   OUTCOME HERE AND CERTAINLY SHOULD BE CONSIDERED BY THE
21   COURT.
22             IN THAT SENSE IT'S VERY DIFFICULT FOR THE
23   DEFENDANT TO EVER COMMIT A CRIME LIKE THIS AGAIN.  SO I
24   DON'T THINK THERE IS MUCH VALUE IN SPECIFIC DETERRENCE
25   HERE.  ULTIMATELY I THINK THE ONE FACTOR THAT DOES
```

1    POTENTIALLY CALL FOR A PERIOD OF INCARCERATION IS THE

2    NEED TO PUNISH THE DEFENDANT FOR HIS CRIMES.  AND AGAIN

3    LOOKING AT THIS CASE, HIS INVOLVEMENT IN IT, WHAT HE HAS

4    DONE SINCE, I'M NOT SURE THAT PUNISHING THIS DEFENDANT

5    WITH INCARCERATION SERVES MUCH PURPOSE IN THE SCHEME OF

6    THINGS.  HIS RELATIVE LACK OF CULPABILITY, HIS

7    COOPERATION I THINK SPEAK TO HIS EFFORTS TO FIX HIS

8    ERRORS AND HIS CRIMES AND TRY TO DO GOOD GOING FORWARD.

9            SO WE -- I EQUIVOCATED SOMEWHAT IN MY

10   MEMO, I RECOGNIZE.  BUT I DON'T KNOW THAT JAIL IS

11   APPROPRIATE IN THIS CASE.  SO I'D ASK THE COURT FOR A

12   PERIOD OF SUPERVISION, JUST TO MAKE SURE THE DEFENDANT

13   STAYS ON THE STRAIGHT AND NARROW AND SEE WHERE HE GOES

14   FROM THERE.

15            THE COURT:  OKAY.  THANK YOU.

16            ANYTHING MORE, EITHER MR. FUSCHINO OR MR.

17   DILLINGER?

18            MR. FUSCHINO:  NOTHING, YOUR HONOR.

19            THE DEFENDANT:  NOTHING, YOUR HONOR.

20   THANK YOU VERY MUCH.

21            THE COURT:  WELL, I HAVE A COUPLE OF

22   OBSERVATIONS TO MAKE.  AND BEFORE I FORGET, I DO WANT

23   THE RECORD TO REFLECT FOR WHATEVER USE YOU CAN PUT IT

24   THAT IN THE COURT'S VIEW, THERE SHOULD BE SOME SPECIAL

25   ATTENTION GIVEN TO THE FACT THAT PERHAPS MR. DILLINGER

1     DOES NOT NEED TO LOSE HIS LICENSE.  AND I SAY THAT

2     BECAUSE IT IS VERY OBVIOUS TO ME THAT WE ARE DEALING

3     WITH A MAN WITH A CONSCIENCE.  AND SADLY THAT SEEMS TO

4     BE RARER AND RARER.  AND I THINK AS A RESULT THEN, IT

5     SHOULD BE VERY UP HIGH IN THE LIST OF THINGS EVALUATED

6     AS TO WHAT IS NECESSARY, WHAT IS APPROPRIATE, WHAT HAS

7     BEEN SUFFERED, WHAT HAS BEEN -- WHAT LESSONS HAVE BEEN

8     LEARNED AND SOMETHING MORE THAN JUST A -- MY LANGUAGE, A

9     COOKIE-CUTTER RESPONSE TO SITUATIONS.

10              I RECOGNIZE AND THERE IS NO QUESTION THAT

11     BECOMING INVOLVED IN ANY PART OF THE PROCESS OF

12     CIRCULATING OR MAKING AVAILABLE OR NOT BEING ATTENTIVE

13     TO THE DISTRIBUTION OF ANY KIND OF A CONTROLLED

14     SUBSTANCE IS A VERY IMPORTANT PROBLEM, AND ONE THAT

15     NEEDS TO BE RESPONDED TO.  BUT I WILL SAY THAT FOR A MAN

16     WITH A CONSCIENCE, ANYBODY WITH A CONSCIENCE, TO HAVE

17     THIS SORT OF DAMOCLES HANGING OVER ONE FOR SO LONG IS A

18     -- IT'S ALMOST UNQUANTIFIABLE.  I DON'T KNOW QUITE HOW

19     TO SAY THAT, BUT I KNOW THAT I CAN PERCEIVE THAT IT HAS

20     NOT GONE WASTED ON MR. DILLINGER.  I DON'T THINK HE IS

21     JUST SELLING ME A BILL OF GOODS WHEN HE TALKS ABOUT HOW

22     TOUGH IT IS TO GET UP IN THE MORNING AND TO LIVE WITH

23     THIS.

24              AND SO I THINK, FRANKLY, THAT THAT SHOULD

25     BE GIVEN A GREAT DEAL OF CREDIT.  AND I IMAGINE THAT

1    THERE IS A LOT OF INTERVIEWING THAT CAN GO ON AND I HOPE

2    THAT YOU WILL JUST TAKE THE COURT REPORTER'S NOTES AND

3    YOU MAY USE THE COURT'S OBSERVATIONS AS YOU SEE FIT IN

4    THAT REGARD.

5              I'M GRANTING THE MOTION, OBVIOUSLY, FROM

6    THE GOVERNMENT, SIGNED OFF ON THE ORDER ALL OF THE

7    ELEMENTS THAT TRIGGER AN APPROPRIATE USE OF SECTION

8    5K1.1 OF THE GUIDELINES WHICH SEEM TO BE IN PLACE HERE.

9    CONSEQUENTLY, THE ORDER HAS BEEN SIGNED AND THE DOWNWARD

10   VARIANCE OR DEPARTURE IS VERY MUCH IN OPERATION HERE.

11             I WILL MAKE THE ADDITIONAL OBSERVATION

12   THAT GIVEN MR. DILLINGER'S HISTORY AND THE WAY THAT THE

13   GUIDELINES CAN WORK HERE, THE FACT THAT HE STARTS OUT AS

14   A, QUOTE, ZERO POINT OFFENDER IS A GOOD PLACE TO START.

15   THE RANGE FROM THE SENTENCING GUIDELINES IS NOT

16   INACCURATE.  THERE WAS A COOPERATION AGREEMENT ENTERED

17   INTO.  THE GOVERNMENT'S MOTION FOR A DOWNWARD DEPARTURE

18   HAS BEEN GRANTED.  MR. DILLINGER WAS PART OF THIS SORRY

19   EVENT FOR A RELATIVELY SHORT PERIOD OF TIME.  HE

20   REPORTED DIRECTLY TO ONE OF THE BAD ACTORS IN THIS CASE.

21   HE HIMSELF HAS NO CRIMINAL HISTORY.  HE DID AGREE TO

22   TESTIFY AGAINST THE OTHER CO-CONSPIRATORS.  THERE HAS

23   BEEN A RECOMMENDATION FROM THE PROBATION OFFICE FOR A

24   SIGNIFICANT DOWNWARD MOVEMENT, ULTIMATELY TAKING YOU,

25   MR. DILLINGER, TO BASICALLY WHAT WE CALL A ZONE A

```
1      GUIDELINE TERM -- GUIDELINE PERIOD OF TIME, WHICH WOULD
2      CALL FOR A PERIOD OF IMPRISONMENT OF BETWEEN ZERO AND
3      6 MONTHS.  SO THAT'S KIND OF WHERE I AM COMING FROM.
4                   I AM TAKING INTO ACCOUNT ALL OF THE
5      FACTORS THAT THE STATUTE TELLS ME TO.  I HAVE SAID OFTEN
6      ENOUGH THAT DETERMINING HOW TO SENTENCE A FELLOW HUMAN
7      BEING IS VERY DIFFICULT.  AND INDEED IT SHOULD BE.
8      THERE ARE ALL TOO MANY OPPORTUNITIES FOR THE PUBLIC TO
9      THINK THIS IS JUST A NUMBERS CRUNCHING ACTIVITY.  BUT IN
10     FACT IT IS NOT, AND I'M NOT VERY KEEN ON THAT ANYWAY.
11                  THE GOALS OF SENTENCING REALLY ARE THE
12     IDEA THAT THE COMMUNITY HAS THE POWER AND OBLIGATION TO
13     PUNISH PEOPLE.  I HAVE ALREADY SAID THAT I THINK THAT
14     YOU HAVE BEEN PUNISHED A GREAT DEAL SO THAT THAT GOAL
15     HAS IN MY VIEW BEEN SATISFIED.
16                  DETERRENCE.  I DON'T KNOW THAT THERE IS
17     NEED TO DETER YOU.  SO THAT SPECIFIC DETERRENCE IS NOT
18     MUCH OF A GOAL.  AND THE IDEA OF DETERRING OTHER PEOPLE
19     WHO WOULD BE IN YOUR POSITION, I THINK THE FACT THAT YOU
20     HAVE BEEN THE SUBJECT OF PROSECUTION FOR A VERY LONG
21     TIME, THAT THE OTHERS IN THIS CONSPIRACY HAVE LIKEWISE
22     BEEN PROSECUTED, IT'S BEEN -- THERE HAS BEEN SOME
23     NOTORIETY ALREADY WITH RESPECT TO THIS CASE.  SO
24     HOPEFULLY OTHER PEOPLE ARE DETERRED FROM FOLLOWING YOUR
25     EXAMPLE OR THE EXAMPLE OF OTHERS.
```

1          YOUR CAPACITY TO COMMIT A CRIME IN THE

2    FUTURE, THAT IS NOT GOING TO BE UP TO ME.  AS I SAID, I

3    UNDERSTAND IT, IF THE LICENSING PEOPLE WHO DO WANT TO

4    RESTRICT YOUR VOCATIONAL OPPORTUNITIES FOR A BIT, I

5    THINK IN YOUR CASE IT'S NOT NECESSARY, FRANKLY.  BUT

6    THEY ARE IN CHARGE OF THAT.

7          SO DECIDING WHICH OF THESE GOALS IS THE

8    MOST IMPORTANT HERE, I THINK THE GOALS OF SENTENCING

9    HAVE ALREADY BEEN ACHIEVED PRETTY MUCH IN YOUR CASE.

10   YOU ARE RESPONSIBLE FOR MUCH OF WHAT YOU HAVE SUFFERED.

11   IN THIS CASE, THE FACT THAT YOU HAVE ACTUALLY BEEN UNDER

12   THE MICROSCOPE FOR SO LONG IS AS MUCH A PRODUCT OF THIS

13   PECULIAR CASE AS ANYTHING ELSE.  I'M NOT THAT FOND OF

14   SENTENCING IN CASES WHERE IT GOES BACK SO MANY YEARS.  I

15   THINK THAT THERE IS MUCH MORE TO BE GAINED FROM SWIFTER

16   JUDICIAL RESPONSE, BUT YOU CAN'T ALWAYS HAVE AN IDEAL

17   SITUATION.

18         SO IT'S MY INTENTION, FRANKLY, BECAUSE I

19   DO BELIEVE IT SERVES ALL THE PURPOSES OF SENTENCING, IT

20   REFLECTS YOUR HISTORY, YOUR CHARACTERISTICS, YOUR

21   GENERAL ATTITUDE, THE NEED TO IMPOSE A SENTENCE THAT IS

22   TAILORED TO YOU, TO RECOGNIZE -- THERE ARE A NUMBER OF

23   OPTIONS THAT I HAVE HERE.

24         I'M GOING TO ADD A COMMUNITY SERVICE

25   ELEMENT TO YOUR SENTENCE FOR YOU TO DO SOME ADDITIONAL

```
 1        COMMUNITY SERVICE FOR YOU TO WORK OUT WITH YOUR
 2        PROBATION OFFICE, BUT IT'S MY INTENTION -- ESPECIALLY
 3        GIVEN THE GOVERNMENT'S MOTION, IT'S MY INTENTION TO
 4        IMPOSE A TWO-YEAR PERIOD OF PROBATION, AS WELL AS A
 5        $1,000 FINE.  THE PROBATION WILL INCLUDE AN OBLIGATION
 6        FOR YOU TO SERVE 75 HOURS PER YEAR IN COMMUNITY SERVICE.
 7        THAT'S MY INTENTION.  I BELIEVE THAT NOTHING WOULD BE
 8        SERVED BY INCARCERATION HERE.  AND THAT IS WHERE I AM
 9        COMING FROM.
10                  DOES ANYBODY KNOW OF ANY REASON THAT THIS
11        PROPOSED SENTENCE SHOULD NOT BE IMPOSED?
12                  MR. PARISI:  NO, YOUR HONOR.
13                  MR. FUSCHINO:  NO, MA'AM.
14                  THE COURT:  MR. PETRARCA.
15                  THE PROBATION OFFICER:  NO, YOUR HONOR.
16                  THE COURT:  WHY DON'T YOU STAND UP NOW.
17                  PURSUANT TO THE SENTENCING REFORM ACT OF
18        1984, IT IS THE JUDGMENT OF THE COURT THAT THE DEFENDANT
19        JASON DILLINGER IS HEREBY PLACED ON PROBATION FOR A TERM
20        OF TWO YEARS.  WHILE YOU ARE ON PROBATION, YOU MUST NOT
21        COMMIT ANY OTHER FEDERAL, STATE OR LOCAL CRIME.  YOU ARE
22        PROHIBITED FROM POSSESSING ANY FIREARM, NO GUNS, AND YOU
23        MUST NOT POSSESS ANY ILLEGAL CONTROLLED SUBSTANCES.  YOU
24        MUST SUBMIT TO THE COLLECTION OF A DNA SAMPLE, AND YOU
25        WILL HAVE TO COMPLY WITH THE OTHER STANDARD CONDITIONS
```

1    THAT HAVE BEEN -- THAT ARE IN PLACE IN THIS COURT.

2    THERE ARE 13 OF THESE STANDARD CONDITIONS, WHICH YOU

3    WILL BE GIVEN IN WRITING, SIR, TO READ ON YOUR OWN IF

4    YOU WOULD LIKE.  I COULD READ THEM TO YOU NOW, IF YOU

5    WOULD LIKE TO HEAR THEM FROM ME, BUT THEY ARE PRETTY

6    CLEAR WHEN YOU READ THEM ON YOUR OWN.

7                    IS THAT OKAY?

8                    THE DEFENDANT:  THAT'S FINE.

9                    THE COURT:  TO THE EXTENT THAT THEY

10   OPERATE TO SOMEWHAT RESTRICT YOUR MOVEMENT AND YOUR

11   FREEDOM WHILE YOU ARE ON PROBATION, I ASSURE YOU THOSE

12   RESTRICTIONS ARE NO GREATER THAN ARE APPROPRIATE AND ARE

13   QUITE NATURAL UNDER THE CIRCUMSTANCES.

14                   IN ADDITION, ONCE AGAIN YOU MUST NOT GET

15   INVOLVED WITH POSSESSING ANY ILLEGAL CONTROLLED

16   SUBSTANCES.  YOU WILL BE REQUIRED TO SUBMIT TO

17   URINALYSIS AND OTHER FORMS OF TESTING TO MAKE SURE THAT

18   YOU YOURSELF ARE NOT USING DRUGS.

19                   IS THERE STILL SOME NEED TO HAVE YOU IN

20   SOME KIND OF ADDICTION TREATMENT PROGRAM?

21                   THE DEFENDANT:  NO.

22                   THE COURT:  OKAY.  YOU WILL BE REQUIRED

23   TO PROVIDE THE PROBATION OFFICE WITH A FULL DISCLOSURE

24   OF YOUR FINANCIAL RECORDS AND THAT WOULD INCLUDE YEARLY

25   INCOME TAX RETURNS IF REQUESTED.  AND THE PROBATION

1    OFFICER MAY PERIODICALLY WANT TO INVESTIGATE YOUR

2    FINANCIAL SITUATION, INCOME, EXPENSES, THINGS OF THAT

3    SORT, AND YOU WILL BE REQUIRED TO PROVIDE ACCURATE,

4    TRUTHFUL INFORMATION.

5                AS I SAID, I AM IMPOSING A $1,000 FINE

6    AND SO YOU ARE -- AND THAT'S GOING TO BE DUE

7    IMMEDIATELY.  YOU ARE PROHIBITED FROM INCURRING ANY NEW

8    CREDIT CHARGES OR OPENING UP ANY ADDITIONAL LINES OF

9    CREDIT OR SELLING ANYTHING UNLESS IT IS TO SERVE THE

10   PURPOSE OF PAYING OFF THE 100 -- THE $1,000 FEE, THE

11   FINE.  ONCE THAT IS PAID, YOU CAN DO WHATEVER YOU WOULD

12   LIKE WITH FINANCES.  BUT I THINK THAT YOU LACK THE

13   ABILITY TO PAY A FINE IN THE GREATER AMOUNT THAT WOULD

14   BE CALLED FOR UNDER THE GUIDELINE SYSTEM.

15               I'M NOT GOING TO PROHIBIT YOU FROM

16   BECOMING -- FROM REMAINING INVOLVED IN THE HEALTHCARE

17   WORLD WHILE YOU ARE ON PROBATION.  BUT YOU ARE GOING TO

18   BE CAREFULLY MONITORED AND WATCHED.  AND AS I SAID, IT

19   MAY BE UP TO THE LICENSING AUTHORITIES WHETHER YOU CAN

20   CONTINUE TO WORK AT LEAST DURING THE PROBATION -- PERIOD

21   OF PROBATION WHETHER YOU CAN WORK IN THAT INDUSTRY OR

22   NOT.  I FEEL THAT YOU MAY HAVE MORE TO OFFER AS A

23   CAUTIONARY TALE TO OTHERS BY BEING INVOLVED IN THE

24   INDUSTRY, BUT RECOGNIZING YOU NEED TO BE CAREFULLY

25   MONITORED FOR A PERIOD OF TIME.

1              GOING BACK TO THE FINE, AS I SAID, IT'S

2     DUE RIGHT AWAY.  IF YOU HAVE NOT PAID IT WITHIN 30 DAYS

3     OF TODAY'S DATE, THEN YOU WILL BE OBLIGED TO MAKE

4     INSTALLMENT PAYMENTS OF NO LESS THAN $200 A MONTH UNTIL

5     IT HAS BEEN PAID OFF.  I WILL WAIVE ANY INTEREST IN THIS

6     CASE, BUT YOU ALSO, BY THE WAY, HAVE TO PAY TO THE

7     UNITED STATES A NEVER-TO-BE-WAIVED $100 SPECIAL

8     ASSESSMENT.  SO YOUR TOTAL DOLLAR OBLIGATION IS $1,100.

9     AND WHILE THAT REMAINS UNPAID, YOU NEED TO STAY IN TOUCH

10    WITH THE U.S. ATTORNEY'S OFFICE HERE SO THEY KNOW WHERE

11    TO FIND YOU IF YOU HAVE NOT PAID OFF THE FINE AND THE

12    SPECIAL ASSESSMENT.

13             OKAY.  YOU CAN NOW SIT DOWN.

14             THERE IS -- AND THE 75 HOURS OF COMMUNITY

15    SERVICE TO BE WORKED OUT WITH YOUR PROBATION OFFICER

16    WHERE THAT WOULD BE APPROPRIATE.  SO IT'S AN AGGREGATE

17    OF 150 HOURS OF COMMUNITY SERVICE.

18             ALL RIGHT.  YOU'VE GOT THE RIGHT TO

19    APPEAL CERTAIN THINGS.  YOU CAN APPEAL YOUR GUILTY PLEA

20    IF YOU THINK IT WAS SOMEHOW NOT VOLUNTARY OR NOT LAWFUL,

21    OR YOU THINK THERE IS SOME OTHER DEFECT INVOLVED.  YOU

22    ALSO HAVE A STATUTORY RIGHT TO APPEAL THIS SENTENCE IF

23    FOR SOME REASON YOU THINK IT'S NOT LAWFUL.  AND YOU HAVE

24    THE RIGHT TO APPLY FOR LEAVE TO APPEAL IN FORMA

25    PAUPERIS, MEANING THAT YOU DON'T HAVE ENOUGH MONEY TO

1    FILE THE PAPERS FOR AN APPEAL.  AND IF YOU FILED FOR

2    THAT STATUS, THEN YOU CAN -- THE CLERK WILL FILE A

3    NOTICE OF APPEAL AT YOUR REQUEST.

4                    WHAT YOU NEED TO KNOW THOUGH, SIR, IS

5    THAT FOR ANY APPEAL TO BE EFFECTIVE, IT HAS TO BE FILED

6    WITHIN 14 DAYS OF TODAY'S DATE.  IF YOU WAIT MORE THAN

7    THE TWO WEEKS, THERE WON'T BE ANY APPEAL OF EITHER YOUR

8    GUILTY PLEA OR THE COURT'S SENTENCE.

9                    DO YOU UNDERSTAND ALL OF THAT?

10                   THE DEFENDANT:  I UNDERSTAND, YOUR HONOR.

11                   THE COURT:  DO YOU HAVE ANY QUESTIONS

12   ABOUT WHAT WE TALKED ABOUT TODAY?

13                   THE DEFENDANT:  NO, YOUR HONOR.

14                   THE COURT:  YOU DO OWE ALL OF YOUR

15   FRIENDS AND FAMILY YOUR THANKS FOR THEM SHOWING UP HERE

16   AND SHOWING THE SUPPORT, GIVING ME THE INFORMATION.  BUT

17   THERE IS AN END TO BEATING YOURSELF UP TOO, SIR.  AND SO

18   I THINK YOU HAVE A CHANCE TO BE A VERY PRODUCTIVE MEMBER

19   OF THE COMMUNITY, AND I HAVE GREAT HOPES THAT THAT IS

20   WHAT IS IN YOUR FUTURE.

21                   THE DEFENDANT:  THANK YOU.  THANK YOU.

22                   THE COURT:  ANYTHING ELSE FROM ANYBODY?

23                   MR. PARISI:  NO, YOUR HONOR.

24                   MR. FUSCHINO:  NO, THANK YOU, YOUR HONOR.

25                   THE COURT:  MR. PETRARCA.

1              THE PROBATION OFFICER:  NO, YOUR HONOR.

2              THE COURT:  THERE ARE NO CHANGES THAT

3    NEED TO BE MADE.  WE ARE SIGNED OFF ON THE ORDER AND I

4    HOPE THAT YOU ALL HAVE A GOOD REST OF THE WINTER AND A

5    PRODUCTIVE LIFE GOING FORWARD, MR. DILLINGER.

6              THE DEFENDANT:  THANK YOU VERY MUCH, YOUR

7    HONOR.

8              THE COURT:  TAKE CARE, EVERYBODY.  WE ARE

9    ADJOURNED.

10              (COURT ADJOURNED.)

11              I CERTIFY THAT THE FOREGOING IS A

12    CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14    5-30-24                    *Lynn Gligor*

15    DATE                    OFFICIAL COURT REPORTER

16                            LYNN GLIGOR, RMR

17

18

19

20

21

22

23

24

25

## $

**$1,000** [3] - 43:5, 45:5, 45:10
**$1,100** [1] - 46:8
**$100** [2] - 10:24, 46:7
**$200** [1] - 46:4
**$5,000** [1] - 10:23

## '

**'TIL** [1] - 34:24

## 1

**1** [3] - 10:17, 10:22, 28:9
**100** [2] - 9:16, 45:10
**101** [1] - 15:5
**10B** [1] - 1:8
**12-HOUR** [1] - 25:4
**1250** [1] - 1:15
**13** [1] - 44:2
**14** [1] - 47:6
**15** [1] - 14:21
**150** [1] - 46:17
**1600** [1] - 2:3
**17** [1] - 10:13
**18-101-7** [1] - 3:9
**18-CR-101-7** [1] - 1:5
**19103** [1] - 2:3
**19106** [3] - 1:9, 1:16, 1:20
**1984** [1] - 43:18

## 2

**2018** [1] - 12:14
**2022** [1] - 6:20
**2023** [1] - 9:9
**2024** [1] - 1:8
**21** [1] - 9:11
**22** [1] - 10:3
**22ND** [1] - 7:14
**24** [3] - 9:13, 9:17, 10:21
**26** [1] - 1:8
**2609** [1] - 1:19
**2D1.1** [1] - 9:13
**2D1.1(A)(5** [1] - 9:17

## 3

**3** [1] - 10:22
**30** [3] - 10:22, 23:22, 46:2
**300** [1] - 31:2
**300-PAGE** [1] - 33:3
**3B1.2(B** [1] - 9:23
**3B1.3** [1] - 10:2

**3E1.1(A** [1] - 10:9
**3E1.1(B)** [1] - 10:13

## 4

**400** [1] - 9:16
**4C1.1(A** [1] - 10:7

## 5

**5** [1] - 6:18
**5C1.2** [1] - 9:20
**5K** [4] - 6:9, 7:10, 35:18, 36:17
**5K1.1** [3] - 7:7, 11:4, 40:8

## 6

**6** [1] - 41:3
**601** [1] - 1:20
**615** [1] - 1:15

## 7

**75** [2] - 43:6, 46:14

## 8

**846** [1] - 9:12
**856)649-4774** [1] - 1:21

## 9

**96** [1] - 15:5

## A

**ABILITY** [2] - 24:20, 45:13
**ABLE** [6] - 21:20, 21:21, 23:1, 29:15, 30:8, 33:7
**ABOUT** [24] - 4:20, 5:18, 5:19, 7:9, 9:14, 11:4, 17:15, 17:16, 17:17, 21:6, 23:22, 23:25, 24:5, 26:8, 26:18, 28:4, 28:5, 30:17, 32:8, 32:11, 39:21, 47:12
**ABOVE** [1] - 48:13
**ABOVE-ENTITLED** [1] - 48:13
**ABSOLUTE** [1] - 5:22
**ABUSE** [3] - 16:18, 19:24, 26:13
**ABUSED** [1] - 34:3
**ACCEPTANCE** [2] - 10:11, 16:1

**ACCEPTED** [2] - 10:8, 14:7
**ACCEPTS** [1] - 16:3
**ACCOUNT** [1] - 41:4
**ACCOUNTS** [1] - 34:25
**ACCURATE** [1] - 45:3
**ACHIEVED** [1] - 42:9
**ACT** [1] - 43:17
**ACTIONS** [2] - 30:13, 31:7
**ACTIVELY** [1] - 20:12
**ACTIVITY** [2] - 9:22, 41:9
**ACTORS** [1] - 40:20
**ACTUAL** [1] - 18:1
**ACTUALLY** [6] - 11:12, 17:3, 21:3, 21:21, 31:8, 42:11
**ADD** [3] - 10:1, 11:22, 42:24
**ADDICTION** [2] - 17:18, 44:20
**ADDITION** [1] - 44:14
**ADDITIONAL** [5] - 11:22, 13:6, 40:11, 42:25, 45:8
**ADJOURNED** [2] - 48:9, 48:10
**ADJUSTED** [1] - 10:2
**ADMINISTRATIVE** [2] - 16:6, 16:11
**ADMINISTRATIVELY** [1] - 16:9
**ADOPT** [1] - 9:4
**ADVANCED** [2] - 6:16, 27:13
**ADVANCING** [1] - 24:23
**ADVICE** [3] - 29:22, 34:10, 35:2
**AFTER** [11] - 15:3, 15:24, 24:1, 24:6, 24:19, 25:12, 27:12, 29:19, 33:1, 34:20, 35:10
**AGAIN** [12] - 10:4, 10:10, 13:9, 16:16, 16:19, 20:3, 26:25, 27:18, 31:11, 37:23, 38:2, 44:14
**AGAINST** [1] - 40:22
**AGE** [1] - 32:13
**AGGREGATE** [1] - 46:16
**AGO** [4] - 7:13, 25:4, 26:22, 31:22
**AGONY** [1] - 25:7
**AGREE** [2] - 11:5, 40:21

**AGREEABLE** [1] - 34:6
**AGREED** [1] - 6:22
**AGREEMENT** [1] - 40:16
**AGREES** [1] - 11:7
**AHEAD** [1] - 36:19
**AIDED** [1] - 1:23
**ALL** [39] - 3:3, 3:6, 3:10, 4:20, 4:24, 7:18, 7:24, 9:5, 10:20, 10:25, 11:5, 11:6, 14:21, 16:7, 17:19, 18:16, 20:8, 21:9, 21:17, 22:25, 23:19, 24:2, 24:24, 24:25, 25:21, 27:10, 27:13, 29:19, 30:17, 33:2, 37:15, 40:6, 41:4, 41:8, 42:19, 46:18, 47:9, 47:14, 48:4
**ALLOW** [1] - 11:2
**ALLOWED** [1] - 20:19
**ALMOST** [2] - 31:2, 39:18
**ALONE** [1] - 25:3
**ALONG** [1] - 31:22
**ALREADY** [3] - 41:13, 41:23, 42:9
**ALSO** [12] - 2:7, 11:25, 12:14, 14:1, 16:5, 21:23, 22:9, 27:5, 32:6, 35:25, 46:6, 46:22
**ALTHOUGH** [1] - 29:6
**ALWAYS** [4] - 22:6, 22:17, 32:16, 42:16
**AM** [22] - 5:4, 5:16, 7:6, 7:23, 9:9, 11:21, 13:14, 15:25, 21:21, 24:21, 26:1, 27:1, 31:9, 32:11, 32:12, 32:20, 33:3, 37:5, 41:3, 41:4, 43:8, 45:5
**AMAZING** [1] - 24:19
**AMELIORATE** [1] - 37:9
**AMERICA** [1] - 1:3
**AMOUNT** [2] - 32:6, 45:13
**AN** [26] - 5:3, 5:5, 5:22, 6:15, 7:8, 10:2, 10:13, 11:16, 12:13, 16:11, 17:15, 18:19, 26:19, 27:7, 29:5, 30:7, 30:18, 32:18, 35:4, 35:5, 40:7, 42:16, 43:5, 46:16,

47:1, 47:17
**ANALOGY** [3] - 14:3, 14:10, 16:7
**AND** [243] - 3:14, 3:21, 4:3, 4:5, 4:11, 4:24, 5:1, 5:4, 5:10, 5:11, 5:20, 5:22, 5:23, 6:16, 7:1, 7:3, 7:11, 7:13, 7:15, 8:6, 8:9, 8:17, 8:19, 8:21, 9:6, 9:8, 9:15, 9:16, 9:17, 9:25, 10:7, 10:10, 10:17, 10:22, 10:23, 10:24, 11:4, 11:14, 11:15, 11:17, 11:21, 12:4, 12:11, 12:9, 13:13, 13:18, 13:23, 14:15, 14:19, 14:20, 15:3, 15:6, 15:8, 15:13, 15:19, 16:3, 16:5, 16:8, 16:15, 16:25, 17:3, 17:6, 17:11, 17:12, 17:17, 17:22, 18:10, 18:22, 18:23, 18:25, 19:1, 19:3, 19:9, 19:18, 19:21, 19:22, 20:10, 20:13, 20:18, 20:21, 20:25, 21:4, 21:7, 21:9, 22:1, 22:4, 22:5, 22:7, 22:11, 22:13, 22:19, 22:24, 23:6, 23:7, 23:8, 23:9, 23:10, 23:20, 23:23, 23:24, 23:25, 24:13, 24:15, 24:17, 24:19, 24:20, 25:5, 25:8, 25:14, 25:15, 25:16, 25:18, 25:22, 25:25, 26:16, 26:17, 27:6, 27:10, 27:12, 27:17, 27:22, 27:25, 28:8, 28:9, 28:10, 28:25, 29:1, 29:2, 29:4, 29:5, 29:21, 30:3, 30:11, 30:13, 30:23, 31:2, 31:9, 31:10, 31:13, 31:21, 32:4, 32:11, 32:12, 32:16, 32:22, 33:2, 33:4, 33:6, 33:7, 33:10, 33:12, 33:18, 34:3, 34:8, 34:9, 34:14, 34:16, 34:18, 34:19, 34:23, 34:24, 35:1, 35:2, 35:12, 35:21, 35:24, 35:25, 36:2, 36:7, 36:15, 36:17, 36:24, 36:25, 37:3, 37:4, 37:14, 37:19, 37:20, 38:2,

38:8, 38:13, 38:22, 39:1, 39:3, 39:4, 39:8, 39:10, 39:14, 39:22, 39:24, 39:25, 40:1, 40:2, 40:9, 40:12, 41:2, 41:7, 41:10, 41:12, 41:18, 43:8, 43:22, 43:24, 44:10, 44:12, 44:17, 44:24, 44:25, 45:3, 45:6, 45:18, 46:9, 46:11, 46:14, 46:23, 47:1, 47:15, 47:16, 47:17, 47:19, 48:3, 48:4
**ANE** [1] - 26:13
**ANGLES** [1] - 33:16
**ANNUAL** [1] - 12:16
**ANOTHER** [7] - 10:10, 10:12, 24:23, 29:21, 35:8
**ANSWER** [1] - 22:11
**ANTITHESIS** [1] - 28:5
**ANXIETY** [5] - 22:24, 23:19, 25:1, 25:5, 30:4
**ANY** [29] - 7:7, 11:22, 12:10, 13:17, 17:6, 17:21, 21:24, 22:4, 22:11, 22:20, 22:25, 25:25, 27:15, 34:8, 34:10, 39:11, 39:13, 43:10, 43:21, 43:22, 43:23, 44:15, 45:7, 45:8, 46:5, 47:5, 47:7, 47:11
**ANYBODY** [7] - 5:19, 8:25, 12:11, 12:23, 39:16, 43:10, 47:22
**ANYONE** [1] - 28:7
**ANYTHING** [12] - 5:17, 12:23, 18:12, 21:5, 22:8, 23:21, 27:14, 29:16, 38:16, 42:13, 45:9, 47:22
**ANYWAY** [1] - 41:10
**ANYWHERE** [1] - 15:1
**APOLOGIZE** [1] - 18:15
**APPEAL** [8] - 46:19, 46:22, 46:24, 47:1, 47:3, 47:5, 47:7
**APPEARANCES** [2] - 1:13, 2:1
**APPLICABLE** [1] - 8:19
**APPLY** [3] - 14:19, 30:15, 46:24
**APPRECIATE** [1] - 29:8

**APPRECIATION** [1] - 8:9
**APPRECIATIVE** [1] - 21:22
**APPROACH** [1] - 11:3
**APPROPRIATE** [8] - 5:9, 11:1, 15:12, 38:11, 39:6, 40:7, 44:12, 46:16
**ARE** [80] - 4:19, 6:14, 7:1, 7:21, 7:24, 7:25, 8:1, 8:3, 8:7, 8:10, 8:19, 8:25, 9:5, 9:7, 9:14, 9:18, 9:21, 10:5, 10:6, 10:7, 11:15, 11:17, 14:16, 14:18, 16:10, 17:8, 18:3, 18:18, 18:24, 19:11, 19:13, 19:15, 19:16, 19:17, 19:25, 20:16, 21:25, 22:3, 28:12, 28:17, 28:18, 29:3, 29:13, 29:14, 30:12, 31:16, 32:2, 32:5, 34:2, 34:15, 35:11, 35:12, 39:2, 41:8, 41:11, 41:24, 42:6, 42:10, 42:22, 43:20, 43:21, 44:1, 44:2, 44:5, 44:11, 44:12, 44:18, 45:6, 45:7, 45:17, 48:2, 48:3, 48:8
**AREA** [1] - 33:10
**AREN'T** [1] - 7:7
**ARGUABLY** [1] - 8:19
**ARGUE** [1] - 19:24
**ARGUING** [1] - 7:21
**ARGUMENT** [2] - 7:8, 13:6
**AROUND** [3] - 22:1, 22:18, 24:5
**AS** [54] - 4:21, 6:14, 6:15, 6:20, 9:25, 10:1, 10:12, 10:13, 11:3, 14:4, 15:4, 16:3, 17:21, 18:10, 19:13, 20:11, 22:21, 24:2, 25:19, 25:24, 27:3, 28:7, 29:24, 30:15, 30:16, 30:18, 30:24, 33:25, 34:7, 34:20, 34:21, 35:24, 36:11, 39:4, 39:6, 40:3, 40:13, 42:2, 42:12, 42:13, 43:4, 45:5, 45:18, 45:22, 46:1
**ASK** [6] - 11:21, 12:10, 13:14, 20:7, 36:16,

38:11
**ASKED** [1] - 19:16
**ASPECT** [3] - 5:11, 27:24, 36:18
**ASPIRATIONS** [2] - 22:19, 32:14
**ASSEMBLY** [1] - 5:5
**ASSEMBLY-LINE** [1] - 5:5
**ASSESSMENT** [3] - 10:24, 46:8, 46:12
**ASSISTANT** [7] - 1:15, 6:3, 6:15, 9:25, 16:21, 20:11, 35:1
**ASSISTANTS** [3] - 14:4, 14:9, 14:25
**ASSURE** [1] - 44:11
**AT** [30] - 3:9, 6:15, 8:20, 11:13, 11:19, 13:11, 13:22, 14:17, 15:13, 15:17, 16:2, 19:7, 22:1, 24:16, 25:12, 26:17, 26:20, 27:12, 31:2, 31:19, 32:15, 33:21, 36:5, 36:8, 37:7, 37:13, 37:17, 38:3, 45:20, 47:3
**ATTENTION** [3] - 5:13, 5:15, 38:25
**ATTENTIVE** [1] - 39:12
**ATTITUDE** [2] - 27:6, 42:21
**ATTORNEY'S** [2] - 14:11, 46:10
**ATTORNEYS** [2] - 1:15, 6:4
**ATTUNE** [1] - 34:2
**AUC** [2] - 15:17, 16:2
**AUTHORITIES** [1] - 45:19
**AUTHORIZED** [2] - 10:12, 11:3
**AUTHORIZES** [1] - 9:23
**AUTO** [1] - 18:19
**AVAILABLE** [1] - 39:12
**AWARE** [7] - 6:15, 7:6, 14:4, 19:16, 20:16, 37:5
**AWAY** [7] - 6:7, 9:21, 10:12, 15:25, 16:16, 25:15, 46:2
**AWRY** [1] - 34:21

────────

# B

**B)** [1] - 10:7

**BACK** [5] - 11:12, 24:22, 31:25, 42:14, 46:1
**BACKGROUND** [1] - 6:12
**BACKGROUNDS** [1] - 8:10
**BAD** [4] - 23:25, 27:17, 33:17, 40:20
**BADGE** [1] - 27:23
**BAR** [1] - 16:9
**BASE** [2] - 9:13, 30:5
**BASIC** [1] - 26:17
**BASICALLY** [3] - 24:24, 25:24, 40:25
**BASIS** [1] - 10:19
**BE** [67] - 5:3, 5:16, 8:22, 11:15, 14:13, 15:1, 15:12, 17:1, 17:3, 19:6, 20:7, 21:20, 21:21, 22:18, 23:1, 24:2, 26:22, 28:3, 29:15, 30:8, 30:11, 30:18, 30:25, 31:8, 31:24, 32:4, 32:8, 32:9, 33:25, 34:6, 34:17, 34:22, 35:2, 35:13, 37:20, 38:24, 39:4, 39:5, 39:15, 39:25, 40:8, 41:7, 41:19, 42:2, 42:15, 43:7, 43:11, 44:3, 44:16, 44:22, 45:3, 45:6, 45:14, 45:18, 45:19, 45:24, 46:3, 46:7, 46:15, 46:16, 47:5, 47:7, 47:18, 48:3
**BEATING** [1] - 47:17
**BECAME** [1] - 15:20
**BECAUSE** [22] - 5:10, 6:25, 9:5, 9:21, 9:24, 10:4, 10:8, 10:11, 11:13, 13:15, 17:1, 19:2, 19:19, 23:18, 24:2, 25:18, 27:19, 27:21, 29:3, 30:23, 39:2, 42:18
**BECOMES** [1] - 37:8
**BECOMING** [2] - 39:11, 45:16
**BED** [2] - 25:2, 29:20
**BEEN** [46] - 4:16, 5:13, 13:12, 17:17, 20:8, 20:15, 20:16, 21:6, 21:18, 22:5, 22:6, 22:25, 23:10, 24:13, 24:14, 24:24, 25:1, 26:6, 27:7, 27:25, 28:5, 28:22, 29:22,

29:23, 31:1, 31:12, 32:16, 32:24, 33:5, 39:7, 40:9, 40:18, 40:23, 41:14, 41:15, 41:20, 41:22, 42:9, 42:11, 44:1, 46:5
**BEFORE** [10] - 1:10, 10:25, 13:20, 13:22, 13:24, 14:6, 15:1, 24:3, 25:9, 38:22
**BEGAN** [2] - 11:12, 37:15
**BEGET** [1] - 31:10
**BEGINNING** [1] - 13:12
**BEHALF** [3] - 3:13, 18:22, 21:5
**BEHIND** [2] - 28:18, 29:4
**BEHOOVES** [1] - 8:18
**BEING** [15] - 8:15, 11:16, 15:21, 16:4, 24:20, 28:4, 28:12, 31:7, 31:21, 32:21, 33:25, 34:3, 39:12, 41:7, 45:23
**BELIEVE** [3] - 5:12, 42:19, 43:7
**BENEFIT** [3] - 30:14, 30:20, 36:3
**BESIDES** [2] - 15:12, 25:23
**BEST** [4] - 14:20, 26:17, 29:24, 31:13
**BETTER** [6] - 8:16, 14:10, 22:19, 29:16, 32:21
**BETWEEN** [8] - 9:16, 10:21, 10:22, 10:23, 27:17, 33:18, 37:19, 41:2
**BEYOND** [1] - 22:8
**BILL** [2] - 4:12, 39:21
**BIT** [10] - 7:4, 11:14, 18:17, 23:24, 26:10, 30:21, 31:21, 32:13, 33:14, 42:4
**BLESSED** [1] - 28:22
**BOARD** [3] - 20:16, 37:12, 37:19
**BONE** [1] - 28:10
**BOOK** [3] - 8:6, 31:1, 32:25
**BOTH** [1] - 36:24
**BOZZELLI** [1] - 14:16
**BRANNON** [1] - 12:8
**BRENNAN** [1] - 14:12
**BRIEFLY** [1] - 26:8
**BRING** [1] - 8:6
**BRUSH** [1] - 25:3

BUILDING [1] - 15:23
BUT [70] - 4:24, 5:8,
5:21, 6:24, 8:1, 8:24,
9:24, 10:4, 11:19,
13:2, 13:20, 14:11,
14:16, 14:20, 15:2,
16:1, 16:17, 17:24,
18:7, 19:12, 19:17,
19:25, 20:7, 20:18,
21:8, 21:20, 22:6,
22:23, 23:21, 24:16,
24:17, 26:4, 26:21,
26:23, 27:13, 27:14,
28:11, 28:17, 29:13,
29:23, 30:4, 30:7,
31:6, 32:8, 32:13,
32:15, 33:3, 34:17,
35:12, 35:19, 36:8,
36:12, 37:1, 37:6,
37:15, 37:18, 38:10,
39:15, 39:19, 41:9,
42:5, 42:16, 43:2,
44:5, 45:12, 45:17,
45:24, 46:6, 47:16
BUYING [1] - 24:22
BY [23] - 1:22, 1:23,
4:15, 7:17, 9:20,
10:1, 10:12, 10:22,
11:3, 11:11, 11:15,
11:22, 16:9, 19:23,
28:25, 31:17, 32:19,
34:3, 37:1, 37:20,
43:8, 45:23, 46:6

**C**

C)(8 [1] - 9:18
CALL [10] - 6:24, 9:17,
10:6, 10:21, 11:22,
13:5, 15:22, 38:1,
40:25, 41:2
CALLED [2] - 6:23,
45:14
CAME [5] - 13:12,
13:16, 14:11, 27:11,
36:5
CAMPBELL [9] - 15:6,
15:13, 15:17, 15:20,
16:5, 16:13, 34:25,
35:23, 36:2
CAMPBELL'S [1] -
15:18
CAN [28] - 8:8, 14:20,
17:20, 20:1, 20:17,
22:16, 26:16, 26:18,
26:22, 28:12, 28:14,
28:17, 29:7, 29:24,
30:15, 31:20, 32:4,
33:14, 38:23, 39:19,
40:1, 40:13, 45:11,

45:19, 45:21, 46:13,
46:19, 47:2
CAN'T [7] - 9:6, 15:21,
28:13, 28:17, 29:6,
29:16, 42:16
CANCER [1] - 28:10
CANDOR [1] - 17:13
CAPACITY [1] - 42:1
CARE [5] - 6:16,
27:13, 28:15, 33:21,
48:8
CAREER [1] - 24:23
CAREFUL [1] - 8:4
CAREFULLY [4] -
5:24, 7:11, 45:18,
45:24
CASE [21] - 1:3, 6:12,
8:19, 8:21, 9:15,
11:20, 14:5, 19:23,
31:9, 36:5, 37:2,
37:8, 38:3, 38:11,
40:20, 41:23, 42:5,
42:9, 42:11, 42:13,
46:6
CASES [1] - 42:14
CATEGORY [1] -
10:17
CAUTIONARY [1] -
45:23
CERTAIN [2] - 15:24,
46:19
CERTAINLY [11] -
6:13, 15:2, 16:1,
16:12, 18:23, 19:14,
22:19, 31:16, 36:1,
36:8, 37:20
CERTIFY [1] - 48:11
CHAIR [2] - 5:12, 29:4
CHANCE [3] - 7:18,
30:25, 47:18
CHANGE [2] - 27:5,
31:8
CHANGES [1] - 48:2
CHARACTER [2] -
25:21, 28:6
CHARACTERISTICS
[1] - 42:20
CHARACTERIZE [1] -
22:21
CHARGE [2] - 22:11,
42:6
CHARGED [3] - 6:16,
14:5, 14:25
CHARGES [2] - 14:5,
45:8
CHARGING [1] - 6:18
CHESTNUT [1] - 1:15
CHIMED [1] - 25:17
CHOICES [1] - 11:17
CHRISTOPHER [2] -

1:14, 3:13
CIRCULATING [1] -
39:12
CIRCUMSTANCE [1] -
36:12
CIRCUMSTANCES [4]
- 5:19, 14:24, 28:24,
44:13
CLASS [2] - 22:17,
30:22
CLASSROOMS [1] -
33:11
CLE [1] - 16:8
CLEAN [1] - 10:4
CLEAR [2] - 22:10,
44:6
CLERK [4] - 3:1, 4:7,
4:10, 47:2
CLEVER [2] - 18:3,
18:5
CLICHED [1] - 29:24
CLIENTS [1] - 14:18
CLINICAL [1] - 27:24
CLOSE [5] - 5:15,
15:20, 25:11, 28:8,
31:2
CLOSER [1] - 22:22
CLOSEST [1] - 25:23
CME'S [1] - 26:15
CO [9] - 18:25, 19:11,
27:16, 30:19, 30:22,
37:2, 40:22
CO-
CONSPIRATORS [1]
- 40:22
CO-DEFENDANTS [1]
- 37:2
CO-WORKER [2] -
30:19, 30:22
CO-WORKERS [5] -
18:25, 19:11, 27:16
CODE [1] - 9:12
COFFIN [1] - 36:10
COLLATERAL [1] -
20:19
COLLEAGUES [2] -
25:22, 28:6
COLLECTION [1] -
43:24
COME [4] - 14:14,
21:12, 23:9, 31:25
COMES [3] - 18:6,
21:8, 23:7
COMFORTABLE [2] -
25:13, 34:16
COMING [4] - 4:16,
13:13, 41:3, 43:9
COMMIT [3] - 37:23,
42:1, 43:21
COMMITTED [2] -

14:17, 25:19
COMMUNITY [8] -
30:2, 41:12, 42:24,
43:1, 43:6, 46:14,
46:17, 47:19
COMORBIDITIES [1] -
28:9
COMPLETE [2] - 16:7,
27:11
COMPLY [1] - 43:25
COMPUTER [3] - 1:22,
1:23, 18:6
COMPUTER-AIDED
[1] - 1:23
CONDENSE [1] -
31:13
CONDITION [1] - 29:2
CONDITIONS [2] -
43:25, 44:2
CONDUCT [5] - 5:2,
10:9, 15:7, 33:23,
37:14
CONFERENCES [2] -
33:4, 33:13
CONFIDENCE [1] -
17:19
CONFIDENT [1] - 31:9
CONFIDENTLY [1] -
26:16
CONNECTION [1] -
11:23
CONSCIENCE [3] -
39:3, 39:16
CONSEQUENCES [3]
- 11:15, 27:4, 34:17
CONSEQUENTLY [2]
- 5:6, 40:9
CONSIDER [4] - 5:3,
13:21, 16:20, 20:20
CONSIDERATION [2]
- 20:1, 20:8
CONSIDERED [2] -
13:14, 37:20
CONSIDERING [2] -
15:11, 36:6
CONSPIRACY [7] -
6:19, 16:24, 22:11,
36:23, 36:25, 37:16,
41:21
CONSPIRATORS [1] -
40:22
CONSTANT [1] -
22:23
CONSTANTLY [1] -
29:13
CONTACT [1] - 37:2
CONTEXT [1] - 15:10
CONTINUE [1] - 45:20
CONTINUED [2] - 2:1,
34:9

CONTINUING [2] -
26:15, 32:21
CONTROLLED [5] -
6:19, 37:16, 39:13,
43:23, 44:15
CONVERSATION [1] -
30:19
CONVERTED [2] -
9:14, 9:15
CONVICTION [1] -
9:11
CONVICTIONS [1] -
10:15
COOKIE [1] - 39:9
COOKIE-CUTTER [1]
- 39:9
COOPERATE [1] -
6:22
COOPERATION [3] -
35:22, 38:7, 40:16
CORRECT [2] - 9:2,
48:12
CORRECTLY [1] -
20:18
CORROBORATED [1]
- 36:1
COSTELLO [3] - 1:14,
3:14
COULD [11] - 11:15,
14:10, 17:9, 21:19,
25:15, 29:20, 30:18,
30:20, 33:22, 36:12,
44:4
COUNSEL [10] - 1:17,
2:5, 3:3, 3:6, 11:5,
11:21, 13:6, 14:8,
21:6, 35:11
COUNT [4] - 6:18, 7:2,
20:13
COUNTRY [1] - 8:14
COUPLE [4] - 11:25,
34:7, 34:8, 38:21
COURSE [13] - 4:2,
4:3, 5:21, 8:4, 8:5,
8:20, 23:9, 25:16,
25:25, 26:14, 26:16,
26:25, 31:3
COURT [92] - 1:1,
1:19, 3:1, 3:2, 3:4,
3:7, 3:16, 3:20, 3:25,
4:3, 4:15, 4:22, 4:25,
5:8, 6:3, 6:7, 6:11,
7:3, 7:6, 7:17, 8:2,
9:4, 11:10, 11:11,
12:15, 12:16, 12:20,
12:22, 13:2, 13:5,
13:8, 13:14, 13:19,
13:21, 13:25, 14:4,
14:10, 15:11, 15:16,
17:12, 17:20, 17:23,

18:1, 18:5, 18:10, 18:12, 18:16, 18:19, 18:21, 19:13, 19:25, 20:7, 20:13, 20:19, 20:23, 20:25, 21:1, 21:2, 21:14, 22:1, 23:12, 23:15, 24:9, 26:11, 28:16, 28:21, 29:10, 31:16, 31:17, 35:10, 35:16, 36:19, 37:9, 37:21, 38:11, 38:15, 38:21, 40:2, 43:14, 43:16, 43:18, 44:1, 44:9, 44:22, 47:11, 47:14, 47:22, 47:25, 48:2, 48:8, 48:10, 48:15

**COURT'S** [5] - 17:4, 19:22, 38:24, 40:3, 47:8

**COURTHOUSE** [1] - 1:19

**COURTROOM** [1] - 1:8

**COVERED** [1] - 21:7

**CREDIBILITY** [2] - 13:19, 33:9

**CREDIT** [4] - 13:17, 39:25, 45:8, 45:9

**CRIME** [3] - 37:23, 42:1, 43:21

**CRIMES** [4] - 8:9, 28:24, 38:2, 38:8

**CRIMINAL** [10] - 1:3, 5:11, 8:11, 9:22, 10:16, 10:17, 24:1, 24:5, 25:20, 40:21

**CRIMINALITY** [1] - 22:19

**CRIPPLING** [1] - 25:1

**CRISIS** [1] - 33:15

**CRITERIA** [1] - 9:19

**CRITICISMS** [1] - 28:4

**CRITICIZED** [1] - 27:25

**CRUNCHING** [1] - 41:9

**CULPABILITY** [2] - 16:16, 38:6

**CULPABLE** [1] - 36:23

**CURRENTLY** [1] - 19:4

**CURSORY** [1] - 26:16

**CUTTER** [1] - 39:9

---

## D

**D-I-L-L-I-N-G-E-R** [1] - 4:14

**D.A** [1] - 23:23

**D.A.'S** [1] - 14:14

**DAMOCLES** [1] - 39:17

**DATA** [1] - 8:6

**DATE** [3] - 46:3, 47:6, 48:15

**DAY** [16] - 8:14, 15:19, 20:5, 23:8, 23:17, 26:19, 28:4, 28:11, 29:13, 29:15, 29:17, 29:21, 30:17, 31:21, 34:24, 35:8

**DAYS** [3] - 25:2, 46:2, 47:6

**DEA** [2] - 26:20, 26:25

**DEAL** [6] - 5:25, 6:1, 21:7, 29:2, 39:25, 41:14

**DEALING** [2] - 34:9, 39:2

**DECADE** [3] - 22:23, 25:4, 27:7

**DECEMBER** [1] - 6:20

**DECIDE** [1] - 37:12

**DECIDED** [1] - 6:24

**DECIDING** [1] - 42:7

**DECISION** [2] - 18:9, 36:9

**DECISIONS** [1] - 7:1

**DECREASE** [1] - 19:21

**DECREASED** [2] - 9:20, 10:10

**DEFECT** [1] - 46:21

**DEFENDANT** [32] - 1:6, 2:5, 4:9, 4:13, 6:14, 8:15, 21:15, 22:3, 23:14, 23:17, 24:11, 26:12, 28:20, 29:8, 29:11, 35:15, 35:25, 36:4, 36:22, 37:14, 37:23, 38:2, 38:4, 38:12, 38:19, 43:18, 44:8, 44:21, 47:10, 47:13, 47:21, 48:6

**DEFENDANT'S** [3] - 35:20, 36:9, 36:14

**DEFENDANTS** [1] - 37:2

**DEFENSE** [5] - 7:9, 7:16, 11:7, 13:6, 14:13

**DEFINITELY** [1] - 28:2

**DEPARTURE** [4] - 6:10, 36:17, 40:10, 40:17

**DEPUTY** [2] - 4:7, 4:10

**DESCRIBED** [1] - 23:4

**DESERVE** [1] - 28:7

**DESERVED** [3] - 20:4, 21:24, 22:4

**DESERVES** [1] - 5:12

**DESTROYED** [1] - 24:18

**DETENTION** [1] - 20:5

**DETER** [1] - 41:17

**DETERMINE** [3] - 5:1, 5:8, 8:18

**DETERMINING** [1] - 41:6

**DETERRED** [1] - 41:24

**DETERRENCE** [3] - 37:24, 41:16, 41:17

**DETERRING** [1] - 41:18

**DIABETES** [1] - 28:9

**DIAGNOSED** [1] - 28:10

**DID** [20] - 11:24, 12:15, 16:13, 16:17, 16:22, 17:3, 23:12, 23:15, 24:4, 24:14, 24:17, 25:10, 26:21, 28:2, 29:21, 31:13, 34:9, 36:13, 40:21

**DIDN'T** [6] - 16:7, 17:4, 17:5, 23:21, 25:5, 34:7

**DIFFERENT** [8] - 11:3, 28:23, 28:24, 33:14, 33:16, 34:25

**DIFFICULT** [3] - 25:14, 37:22, 41:7

**DILLINGER** [39] - 1:6, 3:8, 3:18, 4:3, 4:13, 4:16, 7:18, 11:13, 13:13, 13:16, 14:7, 14:24, 15:2, 15:16, 15:19, 15:24, 16:3, 17:2, 17:13, 17:24, 18:8, 18:22, 19:6, 19:16, 19:19, 20:2, 20:4, 20:10, 20:24, 21:3, 21:12, 28:16, 38:17, 38:25, 39:20, 40:18, 40:25, 43:19, 48:5

**DILLINGER'S** [2] - 11:6, 40:12

**DIRECTED** [1] - 35:25

**DIRECTLY** [2] - 15:15, 40:20

**DIRECTS** [1] - 9:12

**DISCIPLINE** [2] - 30:15, 33:7

**DISCLOSURE** [1] - 44:23

**DISGUSTING** [1] -
25:20

**DISHONESTY** [1] - 16:2

**DISMISSED** [1] - 14:6

**DISTRIBUTE** [2] - 6:19, 37:16

**DISTRIBUTION** [1] - 39:13

**DISTRICT** [3] - 1:1, 1:2, 14:11

**DIVERSION** [1] - 26:13

**DNA** [1] - 43:24

**DO** [45] - 5:15, 5:21, 5:23, 5:25, 9:8, 11:5, 12:16, 13:14, 14:17, 14:20, 14:21, 16:15, 17:25, 20:7, 22:11, 25:15, 26:25, 29:9, 29:11, 29:15, 29:23, 30:3, 30:13, 30:16, 31:24, 31:25, 32:14, 33:12, 33:19, 34:2, 34:13, 37:10, 38:8, 38:22, 42:3, 42:19, 42:25, 45:11, 47:9, 47:11, 47:14

**DOCKETED** [1] - 3:9

**DOCTOR** [1] - 16:21

**DOCTORATE** [1] - 26:20

**DOCTORS** [1] - 27:8

**DOES** [13] - 5:8, 13:16, 17:24, 18:2, 18:9, 18:12, 20:18, 20:24, 23:9, 30:4, 37:25, 39:1, 43:10

**DOING** [6] - 4:19, 16:10, 20:13, 20:17, 25:13, 34:16

**DOLLAR** [1] - 46:8

**DOLLARS** [1] - 10:24

**DON'T** [23] - 4:5, 6:11, 14:18, 14:21, 15:14, 18:8, 19:22, 25:2, 26:22, 28:2, 28:3, 32:7, 33:13, 34:24, 37:11, 37:24, 38:10, 39:18, 39:20, 41:16, 43:16, 46:25

**DONE** [7] - 8:20, 15:4, 17:8, 23:21, 30:24, 31:2, 38:4

**DOUBT** [1] - 32:20

**DOWN** [4] - 13:16, 20:5, 21:8, 46:13

**DOWNWARD** [6] - 6:9, 7:9, 36:17, 40:9, 40:17, 40:24

**DR** [14] - 12:4, 12:5,
12:8, 15:6, 15:12, 15:17, 15:18, 15:19, 16:5, 16:13, 19:4, 20:20, 35:24

**DRAWN** [1] - 23:20

**DRUG** [3] - 9:14, 17:16, 17:17

**DRUGS** [1] - 44:18

**DUE** [2] - 45:6, 46:2

**DURING** [3] - 11:18, 37:5, 45:20

---

## E

**E.K** [1] - 1:10

**EACH** [1] - 8:16

**EARLY** [1] - 15:16

**EARNED** [1] - 5:2

**EARNS** [1] - 18:13

**EASTERN** [1] - 1:2

**ECHO** [1] - 36:21

**EDUCATED** [1] - 27:2

**EDUCATION** [3] - 26:13, 26:15, 27:20

**EFFECTIVE** [2] - 21:7, 47:5

**EFFORT** [1] - 30:21

**EFFORTS** [1] - 38:7

**EIGHT** [2] - 26:19, 26:21

**EIGHT-YEAR** [1] - 26:19

**EITHER** [2] - 38:16, 47:7

**ELABORATE** [1] - 26:9

**ELEMENT** [1] - 42:25

**ELEMENTS** [1] - 40:7

**ELIZABETH** [1] - 12:7

**ELSE** [6] - 4:22, 12:23, 15:1, 20:25, 42:13, 47:22

**EMPLOYED** [1] - 6:15

**EMPLOYMENT** [2] - 12:14, 13:23

**ENCAPSULATE** [1] - 26:3

**ENCOURAGE** [1] - 17:2

**END** [4] - 16:8, 24:22, 31:1, 47:17

**ENDS** [2] - 15:3, 31:4

**ENDURED** [1] - 22:15

**ENFORCEMENT** [1] - 37:3

**ENGAGED** [1] - 17:12

**ENOUGH** [6] - 18:14, 22:10, 30:12, 31:8, 41:6, 46:25

**ENTER** [1] - 36:4

ENTERED [2] - 6:20, 40:16
ENTITLED [3] - 11:16, 19:19, 48:13
ENVIRONMENT [2] - 35:4, 35:5
EQUIVOCATED [1] - 38:9
ERRORS [1] - 38:8
ESPECIALLY [4] - 32:1, 35:4, 35:5, 43:2
ESQUIRE [3] - 1:14, 1:14, 2:2
ESSENTIAL [1] - 15:7
EVALUATED [1] - 39:5
EVALUATION [1] - 12:14
EVEN [5] - 9:6, 13:20, 23:2, 27:4, 28:13
EVENT [1] - 40:19
EVENTUALLY [1] - 24:18
EVER [3] - 22:8, 28:3, 37:23
EVERY [10] - 5:12, 23:8, 23:10, 26:14, 26:19, 28:4, 28:11, 29:13, 29:17, 31:21
EVERYBODY [9] - 3:2, 4:22, 5:4, 7:21, 12:2, 13:2, 18:10, 25:23, 48:8
EVERYONE [4] - 23:5, 25:21, 25:22, 28:7
EVERYTHING [6] - 20:17, 22:22, 23:20, 27:17, 33:1, 36:22
EXACTLY [1] - 34:16
EXAMPLE [3] - 14:15, 41:25
EXCITED [1] - 32:11
EXECUTED [1] - 13:22
EXEMPLARY [1] - 17:18
EXERCISING [1] - 30:2
EXISTENCE [1] - 30:5
EXPECT [1] - 5:15
EXPENSES [1] - 45:2
EXPERIENCE [5] - 19:3, 22:7, 22:8, 30:6
EXPIRE [1] - 26:21
EXPLAIN [1] - 8:3
EXPLAINED [1] - 35:22
EXPRESSING [1] - 22:14

EXTENT [2] - 15:25, 44:9
EXTRA [3] - 29:5, 30:21

F

FACE [2] - 25:3, 29:21
FACILITY [1] - 33:21
FACT [10] - 9:10, 9:14, 15:12, 20:19, 29:3, 38:25, 40:13, 41:10, 41:19, 42:11
FACTOR [1] - 37:25
FACTORS [1] - 41:5
FACTS [2] - 8:21, 19:23
FACTUAL [1] - 9:4
FAIR [1] - 18:14
FALSELY [1] - 26:1
FAMILIAR [2] - 7:21, 35:12
FAMILIES [1] - 28:23
FAMILY [8] - 18:23, 19:10, 24:14, 24:16, 28:8, 30:19, 32:15, 47:15
FARD [4] - 20:20, 35:24, 36:5, 36:10
FASHIONING [1] - 20:21
FATHER [1] - 28:10
FEAR [2] - 22:23, 22:24
FEBRUARY [2] - 1:8, 7:14
FEDERAL [1] - 43:21
FEE [1] - 45:10
FEEL [13] - 22:13, 25:14, 26:19, 28:3, 28:14, 29:17, 30:24, 31:7, 31:9, 33:6, 35:2, 36:13, 45:22
FEELING [1] - 34:20
FEELINGS [1] - 8:14
FEELS [3] - 21:20, 23:2, 28:1
FELLOW [1] - 41:6
FELT [1] - 36:8
FEW [5] - 16:22, 22:14, 23:8, 26:4, 36:7
FIELD [1] - 27:15
FIGURED [1] - 27:10
FILE [2] - 47:1, 47:2
FILED [2] - 47:1, 47:5
FINAL [2] - 36:9, 37:8
FINALLY [3] - 25:14, 29:18, 31:5
FINANCES [1] - 45:12

FINANCIAL [2] - 44:24, 45:2
FIND [1] - 46:11
FINDINGS [1] - 9:5
FINE [12] - 7:3, 10:23, 24:9, 24:11, 35:14, 43:5, 44:8, 45:5, 45:11, 45:13, 46:1, 46:11
FINISH [1] - 33:8
FIREARM [1] - 43:22
FIRM [1] - 32:7
FIRST [7] - 9:19, 15:2, 21:16, 27:9, 33:1, 34:7, 36:25
FIT [1] - 40:3
FIVE [4] - 12:15, 13:15, 16:12, 37:3
FIX [1] - 38:7
FOCUS [1] - 4:25
FOCUSED [1] - 4:24
FOCUSING [1] - 27:24
FOLLOWED [1] - 10:22
FOLLOWING [2] - 27:18, 41:24
FOND [1] - 42:13
FOOT [1] - 29:25
FOR [119] - 1:2, 1:17, 2:5, 3:8, 3:10, 3:14, 3:18, 3:25, 4:12, 4:20, 5:2, 6:4, 6:9, 7:1, 7:8, 8:7, 8:8, 9:9, 9:11, 9:17, 9:19, 10:2, 10:9, 10:21, 11:2, 13:6, 13:13, 13:15, 13:17, 13:21, 14:8, 14:16, 14:19, 15:11, 15:16, 16:8, 16:18, 16:22, 17:1, 17:5, 17:25, 18:8, 18:9, 19:20, 19:21, 19:24, 20:2, 20:5, 20:9, 20:17, 21:1, 21:14, 21:16, 21:22, 22:22, 23:7, 23:8, 23:11, 23:22, 24:12, 24:13, 24:22, 25:11, 26:7, 26:12, 26:17, 26:23, 27:8, 29:17, 30:13, 30:24, 31:11, 31:14, 32:4, 34:6, 34:12, 34:13, 35:7, 35:8, 35:9, 35:23, 36:8, 36:15, 36:17, 37:7, 37:15, 37:22, 38:1, 38:2, 38:11, 38:23, 39:15, 39:17, 40:17, 40:19, 40:23, 41:2, 41:8, 41:20,

42:4, 42:10, 42:12, 42:25, 43:1, 43:6, 43:19, 45:14, 45:25, 46:23, 46:24, 47:1, 47:5, 47:15
FOREGOING [1] - 48:11
FOREVER [1] - 31:10
FORGET [1] - 38:22
FORMA [1] - 46:24
FORMS [1] - 44:17
FORSAKING [1] - 25:19
FORTH [1] - 33:5
FORTITUDE [2] - 22:5, 33:8
FORWARD [5] - 22:11, 25:25, 32:20, 38:8, 48:5
FOUND [1] - 14:24
FOUR [2] - 14:4, 14:25
FRANKLY [5] - 5:4, 17:18, 39:24, 42:5, 42:18
FREEDOM [1] - 44:11
FRIENDS [7] - 12:1, 18:23, 19:11, 23:4, 25:22, 32:11, 47:15
FROM [42] - 3:11, 3:23, 4:21, 7:9, 8:25, 9:18, 11:25, 12:3, 12:5, 12:6, 12:7, 12:8, 12:9, 12:14, 12:18, 12:25, 17:7, 17:13, 21:3, 27:20, 30:20, 35:11, 36:13, 38:14, 40:5, 40:15, 40:23, 41:3, 41:24, 42:15, 43:9, 43:22, 44:5, 45:7, 45:15, 45:16, 47:22, 48:12
FRONT [5] - 20:15, 29:25, 30:22, 32:22, 33:10
FULL [3] - 4:11, 21:4, 44:23
FUNCTION [1] - 25:3
FURTHER [2] - 20:6, 33:13
FUSCHINO [26] - 2:2, 2:2, 3:17, 3:18, 9:2, 11:7, 12:13, 12:18, 12:19, 12:21, 13:4, 13:7, 13:9, 14:3, 18:3, 18:7, 18:14, 18:18, 18:20, 19:15, 21:11, 36:21, 38:16, 38:18, 43:13, 47:24
FUTURE [7] - 5:20, 22:24, 22:25, 29:22,

31:14, 42:2, 47:20

G

GAINED [2] - 36:13, 42:15
GATHERING [1] - 8:4
GENE [1] - 1:10
GENERAL [1] - 42:21
GENERALLY [1] - 25:13
GENUINELY [1] - 21:22
GET [19] - 11:1, 12:15, 13:17, 15:3, 17:1, 17:5, 18:11, 18:12, 23:23, 24:5, 24:6, 25:2, 25:13, 26:25, 29:20, 33:14, 36:10, 39:22, 44:14
GETTING [7] - 15:21, 24:13, 29:14, 31:20, 32:12, 32:21, 33:23
GHOST [1] - 33:4
GIFT [2] - 28:13, 28:19
GIOVINAZZO [1] - 12:4
GIRLFRIEND [1] - 24:15
GIVE [5] - 16:13, 20:25, 30:4, 33:8, 34:10
GIVEN [7] - 9:13, 9:24, 38:25, 39:25, 40:12, 43:3, 44:3
GIVES [1] - 26:5
GIVING [2] - 28:18, 47:16
GLIGOR [2] - 1:18, 48:16
GO [16] - 3:11, 14:15, 14:19, 17:19, 23:24, 25:3, 30:9, 33:9, 34:14, 34:18, 34:22, 36:6, 36:11, 36:19, 40:1
GOAL [3] - 32:19, 41:14, 41:18
GOALS [4] - 29:18, 41:11, 42:7, 42:8
GOES [3] - 5:6, 38:13, 42:14
GOING [32] - 6:4, 11:21, 13:14, 14:19, 17:12, 17:13, 18:11, 24:15, 24:22, 25:9, 25:25, 30:16, 31:20, 32:5, 32:8, 33:13, 33:15, 33:20, 34:1, 34:25, 35:7, 35:11,

36:11, 37:17, 38:8,
42:2, 42:24, 45:6,
45:15, 45:17, 46:1,
48:5
GONE [3] - 8:2, 33:4,
39:20
GOOD [22] - 3:3, 3:4,
3:12, 3:15, 3:16,
3:17, 3:22, 12:20,
13:9, 14:9, 14:17,
21:15, 21:20, 27:17,
29:17, 30:11, 30:12,
30:24, 32:6, 38:8,
40:14, 48:4
GOODS [1] - 39:21
GOOGLED [1] - 26:1
GOSPEL [1] - 25:24
GOT [3] - 25:15,
33:23, 46:18
GOVERNMENT [10] -
1:17, 3:13, 6:23,
6:24, 12:25, 17:22,
18:2, 19:2, 35:20,
40:6
GOVERNMENT'S [7] -
6:9, 7:15, 11:1,
35:11, 36:16, 40:17,
43:3
GRANT [1] - 36:16
GRANTED [4] - 17:25,
18:8, 18:9, 40:18
GRANTING [3] - 20:1,
20:21, 40:5
GRAPES [1] - 17:7
GRATEFUL [1] - 32:4
GREAT [9] - 3:20, 6:2,
12:22, 13:5, 21:7,
29:2, 39:25, 41:14,
47:19
GREATER [2] - 44:12,
45:13
GREED [1] - 25:18
GREEN [2] - 33:25,
34:11
GREW [3] - 22:17,
25:16, 25:21
GROWTH [1] - 31:10
GUESS [3] - 33:18,
33:24, 33:25
GUIDELINE [11] -
9:12, 9:17, 9:20,
9:23, 10:7, 10:9,
10:19, 11:4, 41:1,
45:14
GUIDELINES [15] -
7:24, 7:25, 8:3, 8:19,
9:7, 9:9, 9:16, 10:1,
10:19, 10:20, 11:2,
11:19, 40:8, 40:13,
40:15

GUILTY [7] - 6:17,
11:13, 11:15, 11:18,
15:8, 46:19, 47:8
GUNS [2] - 23:20,
43:22
GUY [2] - 17:3, 26:2
GUYS [1] - 27:9
GYM [1] - 30:16

H

HAD [17] - 7:18, 9:24,
11:14, 13:23, 14:1,
15:1, 15:2, 16:5,
17:15, 19:1, 23:18,
23:21, 25:22, 27:10,
30:24, 34:5, 37:4
HAND [1] - 4:8
HANGING [4] - 13:18,
13:23, 20:8, 39:17
HAPPEN [3] - 7:22,
25:10, 35:7
HAPPENED [4] -
21:10, 23:18, 29:19,
33:1
HAPPENS [1] - 10:25
HAPPINESS [2] -
23:1, 30:4
HAPPY [2] - 19:5,
36:17
HARD [2] - 26:3, 37:6
HAS [50] - 4:16, 4:18,
5:13, 5:16, 8:2, 13:2,
13:12, 17:16, 17:17,
17:22, 19:2, 19:9,
19:16, 20:8, 20:14,
20:15, 21:1, 21:6,
21:10, 21:18, 22:5,
22:7, 23:10, 24:13,
25:1, 27:7, 28:5,
29:19, 30:6, 32:16,
32:24, 33:5, 34:22,
37:2, 37:4, 37:14,
38:3, 39:6, 39:7,
39:19, 40:9, 40:18,
40:21, 40:22, 41:12,
41:15, 41:22, 46:5,
47:5
HASN'T [1] - 4:17
HAVE [116] - 4:5, 4:11,
5:2, 5:21, 5:22, 5:25,
6:5, 7:7, 7:10, 7:15,
7:18, 7:20, 8:8, 8:20,
9:8, 10:4, 10:8,
10:15, 10:16, 12:11,
12:17, 12:24, 14:21,
15:8, 17:8, 17:20,
18:16, 18:25, 20:12,
20:16, 20:24, 20:25,
21:4, 21:8, 21:9,

21:12, 22:5, 22:12,
22:15, 22:23, 23:1,
23:2, 23:5, 23:6,
24:15, 24:16, 26:6,
26:9, 26:14, 26:15,
26:19, 26:24, 27:15,
27:19, 27:20, 27:21,
27:25, 28:8, 28:22,
29:4, 29:21, 29:22,
30:1, 30:9, 31:1,
31:8, 31:19, 31:23,
32:1, 32:3, 32:7,
32:10, 32:14, 32:16,
33:4, 33:6, 33:7,
33:18, 34:8, 34:11,
34:14, 34:18, 34:19,
34:22, 34:23, 35:3,
36:1, 38:21, 39:7,
39:16, 41:5, 41:13,
41:14, 41:20, 41:21,
42:9, 42:10, 42:11,
42:16, 42:23, 43:25,
44:1, 44:19, 45:22,
46:2, 46:6, 46:11,
46:22, 46:23, 46:25,
47:11, 47:18, 47:19,
48:4
HAVING [8] - 17:20,
19:20, 20:20, 22:20,
24:13, 29:14, 30:18,
32:14
HE [68] - 3:18, 6:17,
6:20, 6:22, 13:20,
13:23, 13:24, 14:1,
14:9, 14:12, 15:3,
15:5, 15:7, 15:14,
15:15, 15:17, 16:4,
16:5, 16:12, 16:13,
16:15, 16:22, 17:3,
17:4, 17:11, 17:12,
17:14, 17:15, 17:16,
17:17, 18:11, 18:12,
19:2, 19:5, 19:7,
19:9, 20:13, 20:14,
20:15, 20:17, 20:18,
20:24, 21:12, 36:6,
36:11, 36:22, 36:23,
37:1, 37:2, 37:4,
37:6, 38:3, 38:13,
39:20, 39:21, 40:13,
40:19, 40:21
HE'S [1] - 21:7
HEAD [2] - 13:18,
13:24
HEADS [1] - 11:14
HEALTHCARE [1] -
45:16
HEAR [5] - 4:23, 21:3,
34:24, 35:11, 44:5
HEARING [7] - 1:12,

3:8, 4:25, 5:6, 17:8,
21:17, 31:11
HEARINGS [1] - 11:19
HEIDI [1] - 12:4
HELLO [1] - 3:2
HELP [6] - 5:8, 21:21,
28:12, 29:14, 29:22,
30:22
HELPFUL [1] - 4:1
HELPS [1] - 4:24
HER [1] - 15:18
HERE [28] - 3:18, 4:4,
4:19, 5:4, 5:9, 5:20,
7:1, 7:22, 15:12,
15:25, 17:2, 17:4,
17:11, 19:10, 19:11,
19:17, 34:21, 37:20,
37:25, 40:8, 40:10,
40:13, 42:8, 42:23,
43:8, 46:10, 47:15
HEREBY [1] - 43:19
HIGH [1] - 39:5
HIGHER [1] - 27:19
HIGHLAND [3] - 15:6,
35:23, 36:2
HIGHLIGHT [1] -
35:20
HIGHLIGHTED [1] -
15:4
HIM [13] - 6:19, 6:24,
6:25, 16:13, 17:7,
17:20, 18:10, 18:24,
19:1, 19:17, 20:8,
21:14, 37:19
HIMSELF [2] - 14:24,
40:21
HINDLER [1] - 12:4
HIPP [2] - 12:9, 19:7
HIPP-LUDWICK [2] -
12:9, 19:7
HIS [33] - 13:18, 13:22,
13:24, 15:2, 15:3,
15:7, 15:13, 15:14,
15:25, 16:6, 16:14,
16:16, 17:16, 18:24,
19:4, 19:5, 19:10,
19:17, 20:14, 35:1,
35:21, 36:25, 37:1,
37:6, 37:14, 38:2,
38:3, 38:6, 38:7,
38:8, 39:1
HISTORY [6] - 10:16,
10:17, 17:16, 40:12,
40:21, 42:20
HOBBIES [1] - 30:3
HOLD [2] - 22:22,
22:24
HOME [1] - 24:23
HONEST [1] - 14:17
HONESTLY [4] -

17:15, 18:11, 26:18,
34:10
HONOR [63] - 3:3,
3:12, 3:15, 3:17,
3:23, 4:18, 6:1, 6:5,
6:6, 6:8, 6:13, 6:14,
7:5, 7:20, 9:2, 9:3,
11:8, 11:9, 12:13,
12:19, 12:21, 13:1,
13:7, 13:10, 13:11,
13:21, 14:3, 14:7,
16:25, 17:6, 18:4,
18:8, 18:14, 18:20,
18:21, 19:10, 19:12,
19:15, 20:10, 20:23,
21:11, 21:15, 22:13,
26:3, 27:5, 28:20,
29:9, 31:5, 32:20,
35:17, 35:18, 36:20,
37:11, 38:18, 38:19,
43:12, 43:15, 47:10,
47:13, 47:23, 47:24,
48:1, 48:7
HONORABLE [1] -
1:10
HOPE [8] - 5:23, 22:9,
26:5, 26:24, 31:12,
32:24, 40:1, 48:4
HOPEFULLY [1] -
41:24
HOPES [2] - 31:14,
47:19
HOPING [1] - 22:16
HORRIBLE [1] - 19:3
HOUR [1] - 26:14
HOURS [3] - 43:6,
46:14, 46:17
HOW [18] - 8:9, 14:12,
16:23, 17:15, 19:5,
20:13, 21:9, 25:2,
27:21, 28:23, 31:3,
31:24, 32:4, 33:22,
34:2, 39:18, 39:21,
41:6
HOWEVER [1] - 21:18
HULSTA [1] - 12:5
HUMAN [4] - 5:11,
11:16, 29:2, 41:6
HUNDREDS [1] -
21:19

I

I'D [1] - 38:11
I'M [12] - 4:20, 32:13,
34:24, 35:12, 36:17,
37:12, 38:4, 40:5,
41:10, 42:13, 42:24,
45:15
I'VE [2] - 29:23, 30:13

**ICEBERG** [1] - 26:5
**IDEA** [4] - 8:15, 32:8, 41:12, 41:18
**IDEAL** [1] - 42:16
**IDEAS** [1] - 32:10
**IF** [29] - 3:10, 5:22, 5:23, 6:23, 8:16, 8:22, 12:10, 13:19, 16:7, 19:14, 20:4, 25:4, 26:25, 30:24, 31:20, 32:15, 33:7, 35:13, 42:3, 44:3, 44:4, 44:25, 46:2, 46:11, 46:20, 46:22, 47:1, 47:6
**ILL** [1] - 22:20
**ILLEGAL** [2] - 43:23, 44:15
**IMAGINE** [2] - 15:21, 39:25
**IMMEDIATELY** [2] - 35:6, 45:7
**IMPLEMENT** [1] - 29:19
**IMPORTANT** [10] - 4:21, 5:1, 8:1, 13:21, 15:11, 16:19, 19:12, 28:19, 39:14, 42:8
**IMPORTANTLY** [3] - 16:5, 17:6, 18:24
**IMPOSE** [3] - 5:5, 42:21, 43:4
**IMPOSED** [1] - 43:11
**IMPOSING** [1] - 45:5
**IMPOSSIBLE** [1] - 24:24
**IMPRISONMENT** [1] - 41:2
**IN** [152] - 1:1, 3:8, 4:6, 5:12, 5:20, 6:20, 7:4, 7:10, 7:12, 8:7, 8:11, 8:12, 8:14, 8:19, 8:24, 9:5, 9:15, 9:22, 10:5, 10:17, 11:6, 11:20, 11:23, 13:13, 14:5, 14:8, 14:24, 15:3, 15:4, 15:5, 15:9, 15:11, 15:20, 15:21, 16:3, 16:19, 16:22, 17:18, 17:20, 17:23, 19:5, 20:1, 20:5, 20:20, 21:10, 22:10, 22:14, 22:17, 22:23, 23:13, 23:16, 23:19, 23:22, 24:2, 24:20, 25:4, 25:6, 25:17, 26:4, 26:8, 26:17, 26:23, 27:2, 27:6, 27:8, 27:13, 27:15, 27:17, 28:1,

28:11, 28:12, 28:15, 28:23, 29:3, 29:4, 29:22, 29:25, 30:13, 30:22, 30:25, 31:6, 31:9, 31:18, 32:3, 32:9, 32:13, 32:22, 33:10, 33:11, 33:18, 33:20, 33:22, 33:23, 34:4, 35:4, 35:5, 35:19, 36:2, 36:4, 36:7, 36:10, 36:12, 36:15, 37:2, 37:8, 37:17, 37:22, 37:24, 38:3, 38:5, 38:9, 38:11, 38:24, 39:5, 39:11, 39:22, 40:3, 40:8, 40:10, 40:20, 41:9, 41:15, 41:19, 41:21, 42:1, 42:5, 42:6, 42:9, 42:11, 42:14, 43:6, 44:1, 44:3, 44:14, 44:19, 45:13, 45:16, 45:21, 45:23, 46:5, 46:9, 46:24, 47:20, 48:12
**INACCURATE** [1] - 40:16
**INCARCERATION** [5] - 10:21, 17:24, 38:1, 38:5, 43:8
**INCIDENTS** [1] - 37:5
**INCLUDE** [2] - 43:5, 44:24
**INCLUDING** [4] - 4:22, 6:23
**INCOME** [2] - 44:25, 45:2
**INCOMPETENT** [1] - 27:16
**INCORRECT** [1] - 16:4
**INCREASE** [2] - 16:18, 19:24
**INCREDIBLE** [1] - 22:6
**INCURRING** [1] - 45:7
**INDEED** [1] - 41:7
**INDICTED** [1] - 13:24
**INDICTMENT** [5] - 6:18, 13:16, 25:8, 25:9, 25:10
**INDIVIDUAL** [2] - 5:3, 8:21
**INDIVIDUAL'S** [1] - 5:14
**INDUSTRY** [2] - 45:21, 45:24
**INFORMATION** [5] - 8:4, 14:21, 37:13, 45:4, 47:16
**INITIALLY** [2] - 7:12,

27:7
**INITIALS** [1] - 27:22
**INJURY** [1] - 17:16
**INSIDIOUSLY** [1] - 24:18
**INSINUATED** [1] - 28:5
**INSTALLMENT** [1] - 46:4
**INSTANCE** [1] - 8:25
**INTANGIBLE** [1] - 36:3
**INTELLIGENT** [1] - 11:16
**INTENTION** [4] - 42:18, 43:2, 43:3, 43:7
**INTEREST** [1] - 46:5
**INTERESTING** [3] - 23:18, 28:21, 33:19
**INTERPRETED** [1] - 21:9
**INTERRUPTED** [1] - 24:10
**INTERVIEWING** [1] - 40:1
**INTO** [10] - 8:6, 20:1, 20:7, 25:7, 28:14, 30:8, 33:2, 34:1, 40:17, 41:4
**INVESTIGATE** [1] - 45:1
**INVESTIGATION** [1] - 7:11
**INVITE** [1] - 5:17
**INVOLVED** [8] - 32:9, 33:23, 36:2, 39:11, 44:15, 45:16, 45:23, 46:21
**INVOLVEMENT** [2] - 22:10, 38:3
**INVOLVING** [1] - 28:24
**IS** [147] - 3:7, 3:9, 3:18, 4:4, 4:19, 4:21, 4:24, 4:25, 5:1, 5:4, 5:8, 5:10, 6:4, 7:8, 7:21, 8:24, 9:8, 9:11, 9:15, 9:20, 10:3, 10:10, 10:25, 11:17, 12:10, 14:4, 14:23, 15:5, 15:6, 15:10, 16:7, 16:19, 16:20, 16:24, 17:3, 17:7, 17:8, 17:9, 17:11, 17:12, 17:13, 18:2, 18:7, 18:9, 18:11, 18:20, 19:4, 19:6, 19:7, 19:10, 19:19, 19:22, 20:10, 20:13, 20:14,

20:17, 20:19, 20:24, 21:13, 22:25, 23:10, 24:6, 24:13, 24:14, 24:21, 25:5, 25:6, 26:1, 26:13, 27:14, 28:22, 29:1, 29:15, 29:25, 30:6, 30:12, 31:18, 32:18, 32:23, 33:11, 33:15, 33:16, 33:17, 33:18, 33:24, 34:11, 34:15, 34:16, 34:17, 34:21, 34:23, 35:2, 35:3, 35:7, 35:13, 36:22, 37:4, 37:6, 37:9, 37:17, 37:24, 38:1, 38:10, 39:2, 39:6, 39:10, 39:14, 39:17, 39:20, 39:22, 40:1, 40:10, 40:14, 40:15, 41:7, 41:9, 41:10, 41:16, 41:17, 42:2, 42:7, 42:12, 42:15, 42:21, 43:8, 43:18, 43:19, 44:7, 44:19, 45:9, 45:11, 46:8, 46:14, 46:21, 47:4, 47:17, 47:19, 47:20, 48:11
**IT** [94] - 4:17, 4:18, 4:21, 5:6, 5:7, 6:25, 7:12, 7:13, 8:16, 8:18, 12:2, 13:23, 14:10, 15:9, 16:14, 16:19, 17:5, 18:5, 19:22, 20:18, 21:8, 21:18, 21:20, 22:10, 23:4, 23:9, 23:12, 23:18, 23:25, 24:2, 24:3, 24:17, 25:6, 25:12, 25:13, 25:15, 26:1, 26:5, 26:21, 26:22, 27:10, 27:11, 28:1, 29:1, 29:2, 29:17, 29:24, 30:8, 30:10, 30:14, 30:18, 31:6, 31:12, 31:25, 32:10, 32:23, 32:25, 33:1, 33:8, 33:12, 34:6, 34:17, 34:22, 35:12, 35:19, 35:25, 36:7, 36:8, 36:12, 36:14, 37:7, 38:3, 38:23, 39:2, 39:4, 39:19, 39:22, 41:7, 41:10, 42:3, 42:14, 42:19, 43:18, 45:9, 45:18, 46:2, 46:5, 46:20, 47:5
**IT'S** [40] - 4:20, 8:12, 8:13, 8:17, 12:15, 13:21, 16:10, 18:5,

19:12, 19:23, 21:17, 22:25, 23:5, 23:7, 26:3, 26:4, 26:14, 26:16, 27:1, 28:13, 29:12, 29:16, 30:7, 30:12, 30:17, 31:2, 31:12, 32:8, 32:11, 37:22, 39:18, 41:22, 42:5, 42:18, 43:2, 43:3, 46:1, 46:16, 46:23
**ITS** [2] - 8:2, 17:23
**ITSELF** [1] - 25:7

---

## J

**JAIL** [1] - 38:10
**JAMIE** [1] - 12:5
**JANUARY** [1] - 7:12
**JASON** [5] - 1:6, 3:8, 4:13, 12:6, 43:19
**JOB** [7] - 15:3, 25:10, 25:14, 26:2, 26:25, 31:19, 36:25
**JOBS** [1] - 14:19
**JOHN** [1] - 12:6
**JOSEPH** [2] - 2:7, 3:23
**JR** [2] - 2:2, 2:2
**JUDGE** [3] - 16:20, 19:18, 20:3
**JUDGE'S** [1] - 8:13
**JUDGES** [1] - 8:8
**JUDGMENT** [3] - 37:8, 37:15, 43:18
**JUDICIAL** [1] - 42:16
**JUST** [35] - 6:11, 7:12, 7:13, 7:25, 8:13, 8:17, 10:18, 10:19, 10:20, 12:1, 12:2, 21:16, 21:23, 22:14, 25:1, 25:15, 26:4, 27:12, 28:6, 29:1, 29:6, 29:17, 29:18, 30:11, 31:3, 31:6, 35:1, 35:14, 35:19, 38:12, 39:8, 39:21, 40:2, 41:9
**JUSTICE** [2] - 5:11, 8:11

---

## K

**KAY** [2] - 1:14, 3:14
**KEEN** [1] - 41:10
**KEEP** [8] - 30:1, 30:2, 32:13, 32:17, 37:6
**KEPT** [1] - 30:13
**KID** [1] - 32:15
**KIDS** [1] - 28:25

**KILOGRAMS** [1] - 9:16
**KIND** [13] - 5:5, 23:18, 24:21, 25:20, 26:5, 31:3, 32:25, 33:2, 34:4, 34:5, 39:13, 41:3, 44:20
**KINDS** [1] - 28:24
**KNEW** [2] - 11:14, 35:1
**KNOW** [45] - 5:13, 5:18, 7:8, 7:24, 11:16, 11:19, 12:1, 13:16, 16:10, 19:13, 21:6, 21:17, 22:9, 24:16, 25:2, 25:5, 25:10, 25:11, 26:23, 29:6, 30:7, 30:8, 30:20, 31:5, 32:12, 32:15, 33:10, 33:13, 34:2, 34:19, 34:24, 35:14, 35:19, 36:8, 37:5, 37:10, 37:11, 38:10, 39:18, 39:19, 41:16, 43:10, 46:10, 47:4
**KNOWING** [2] - 30:11, 33:24
**KNOWLEDGE** [1] - 31:22
**KNOWS** [3] - 12:2, 18:11, 23:5
**KUYPER** [1] - 12:7

**L**

**LABORING** [1] - 6:4
**LACK** [2] - 38:6, 45:12
**LAID** [1] - 35:19
**LANDED** [1] - 5:19
**LANGUAGE** [2] - 18:1, 39:8
**LARGER** [1] - 16:24
**LAST** [6] - 4:11, 13:15, 22:15, 26:6, 34:8, 36:4
**LASTLY** [1] - 20:10
**LATER** [3] - 5:17, 14:22, 34:20
**LAUD** [1] - 18:23
**LAW** [3] - 2:2, 19:23, 37:3
**LAWFUL** [2] - 46:20, 46:23
**LAWRENCE** [1] - 4:13
**LAWYER** [2] - 5:16, 14:13
**LAWYERS** [3] - 8:8, 14:14, 14:16
**LAZY** [1] - 27:16

**LEAD** [1] - 36:7
**LEADERSHIP** [1] - 31:20
**LEADS** [1] - 10:13
**LEARNED** [4] - 26:9, 27:14, 27:21, 39:8
**LEARNING** [1] - 29:13
**LEAST** [6] - 11:20, 32:15, 36:23, 37:7, 37:18, 45:20
**LEAVE** [1] - 46:24
**LENS** [1] - 22:16
**LEONARD** [1] - 12:4
**LESS** [5] - 8:12, 14:16, 14:17, 46:4
**LESSONS** [2] - 26:9, 39:7
**LET** [6] - 12:1, 25:3, 26:21, 34:18, 34:19, 35:14
**LETTER** [14] - 12:3, 12:5, 12:6, 12:7, 12:8, 12:9, 19:5, 22:9, 22:12, 26:8, 31:6, 34:4
**LETTERS** [3] - 11:25, 18:21, 19:18
**LEVEL** [11] - 9:13, 9:20, 10:3, 10:10, 10:12, 10:14, 16:18, 19:21, 20:7, 22:7, 27:19
**LEVELS** [6] - 9:18, 9:21, 9:23, 10:1, 10:6, 25:17
**LICENSE** [8] - 15:3, 15:14, 16:6, 20:14, 26:20, 26:25, 37:6, 39:1
**LICENSED** [1] - 20:11
**LICENSING** [6] - 20:15, 23:23, 24:3, 24:4, 42:3, 45:19
**LIFE** [9] - 10:5, 15:18, 21:10, 22:22, 24:6, 25:6, 31:18, 32:3, 48:5
**LIGHT** [2] - 36:11, 36:12
**LIGHTNING** [1] - 17:1
**LIKE** [31] - 5:6, 15:18, 18:5, 20:25, 21:3, 21:11, 23:3, 23:5, 23:20, 25:4, 25:14, 26:6, 26:17, 26:19, 27:15, 28:1, 28:15, 29:5, 32:5, 33:5, 33:21, 33:25, 35:4, 35:5, 36:8, 36:13, 37:17, 37:23, 44:4,

44:5, 45:12
**LIKELY** [1] - 37:7
**LIKEWISE** [1] - 41:21
**LINE** [2] - 5:5, 30:5
**LINES** [2] - 24:4, 45:8
**LIST** [1] - 39:5
**LISTEN** [1] - 5:24
**LITERALLY** [3] - 15:19, 25:6, 34:14
**LITTLE** [10] - 5:7, 7:4, 11:14, 23:24, 26:9, 30:21, 31:21, 32:12, 33:14, 34:6
**LIVE** [1] - 39:22
**LIVED** [1] - 22:23
**LIVES** [1] - 22:18
**LIVING** [1] - 25:6
**LOCAL** [2] - 25:16, 43:21
**LOCUST** [1] - 2:3
**LONG** [7] - 4:16, 13:12, 19:13, 31:12, 39:17, 41:20, 42:12
**LONGER** [1] - 5:7
**LOOK** [5] - 8:20, 20:3, 22:1, 22:11, 37:13
**LOOKED** [1] - 27:10
**LOOKING** [2] - 32:20, 38:3
**LOSE** [4] - 13:18, 25:10, 37:7, 39:1
**LOSES** [1] - 20:14
**LOT** [6] - 4:23, 8:6, 16:2, 25:9, 32:2, 40:1
**LOVE** [3] - 22:7, 29:12, 33:12
**LOVING** [1] - 24:20
**LUCKY** [1] - 14:13
**LUDWICK** [2] - 12:9, 19:7
**LYNN** [2] - 1:18, 48:16

**M**

**MA'AM** [1] - 43:13
**MADE** [3] - 14:9, 22:18, 48:3
**MAJOR** [1] - 27:5
**MAKE** [12] - 12:2, 16:7, 20:18, 24:4, 24:17, 30:14, 35:12, 38:12, 38:22, 40:11, 44:17, 46:3
**MAKES** [2] - 8:11, 8:16
**MAKING** [2] - 28:11, 39:12
**MALFEASANCE** [1] - 16:10

**MAN** [3] - 14:13, 39:3, 39:15
**MANDATORY** [1] - 8:1
**MANIFESTED** [1] - 33:2
**MANIFESTS** [1] - 25:7
**MANUAL** [1] - 9:9
**MANUSCRIPT** [1] - 33:3
**MANY** [13] - 8:5, 19:18, 22:21, 28:23, 28:24, 29:3, 29:14, 29:20, 30:14, 41:8, 42:14
**MARKET** [1] - 1:20
**MARRIED** [1] - 24:13
**MARRY** [1] - 24:15
**MARSHAL'S** [1] - 20:6
**MARY** [2] - 1:14, 3:14
**MATERIAL** [5] - 4:1, 7:15, 7:16, 12:11, 21:8
**MATH** [1] - 10:13
**MATH-WISE** [1] - 10:13
**MATTER** [4] - 29:1, 34:11, 35:3, 48:13
**MATTHEW** [1] - 12:7
**MAY** [9] - 13:7, 14:25, 15:12, 28:16, 34:17, 40:3, 45:1, 45:19, 45:22
**MAYBE** [6] - 30:4, 31:19, 32:7, 32:12, 33:6, 36:9
**ME** [34] - 6:11, 8:18, 12:1, 14:12, 21:1, 21:5, 21:9, 21:17, 21:18, 21:19, 22:7, 22:18, 23:8, 24:2, 24:13, 25:4, 25:23, 26:7, 26:17, 29:3, 29:5, 30:6, 30:24, 31:11, 31:25, 33:8, 35:14, 39:2, 39:21, 41:5, 42:2, 44:5, 47:16
**MEAN** [4] - 15:14, 16:16, 29:11
**MEANING** [1] - 46:25
**MEANINGFUL** [1] - 24:20
**MEANS** [2] - 10:16, 30:10
**MEANT** [1] - 12:10
**MEASURE** [1] - 35:6
**MEDICAL** [3] - 26:15, 30:23, 33:9
**MEDICALLY** [1] - 28:12

**MEDICINE** [5] - 27:11, 27:12, 29:12, 32:10, 32:17
**MEET** [1] - 9:19
**MEETING** [1] - 17:18
**MEMBER** [3] - 30:20, 36:23, 47:18
**MEMBERS** [1] - 18:23
**MEMO** [3] - 15:9, 35:19, 38:10
**MEMORANDUM** [1] - 17:23
**MEMOS** [1] - 11:24
**MENTAL** [1] - 25:6
**MENTIONED** [4] - 12:12, 13:3, 31:5, 34:7
**MERCURIAL** [1] - 8:12
**MICROSCOPE** [1] - 42:12
**MIDDLE** [1] - 22:17
**MIGHT** [6] - 5:6, 5:7, 13:25, 21:21, 22:12, 22:24
**MILLION** [1] - 10:24
**MIND** [1] - 30:13
**MINISTERIAL** [1] - 16:11
**MINOR** [2] - 9:22, 19:21
**MINUTES** [2] - 23:22, 26:4
**MISINFORMATION** [1] - 25:17
**MISLED** [1] - 15:25
**MISSING** [1] - 30:16
**MISSTEP** [1] - 27:4
**MISTAKE** [1] - 24:4
**MISTAKES** [1] - 28:2
**MOCKED** [1] - 28:1
**MODELS** [1] - 22:6
**MOMENT** [4] - 7:10, 21:23, 35:2, 35:9
**MOMENTS** [1] - 22:14
**MOMENTUM** [1] - 36:13
**MONEY** [2] - 32:6, 46:25
**MONITORED** [2] - 45:18, 45:25
**MONTH** [2] - 7:13, 46:4
**MONTHS** [4] - 10:22, 24:1, 24:6, 41:3
**MORE** [26] - 8:12, 9:21, 10:7, 16:25, 17:6, 17:13, 18:4, 18:24, 24:3, 24:12, 26:10, 27:3, 27:24, 31:6, 31:20, 31:21,

32:15, 32:25, 34:6,
35:9, 35:13, 38:16,
39:8, 42:15, 45:22,
47:6
**MORNING** [11] - 3:3,
3:4, 3:12, 3:15, 3:16,
3:17, 3:22, 13:9,
21:15, 23:11, 39:22
**MOST** [7] - 5:1, 25:20,
26:12, 27:2, 27:3,
32:2, 42:8
**MOTHER** [3] - 15:18,
15:22, 28:9
**MOTION** [12] - 6:9,
7:4, 7:7, 7:10, 11:1,
35:12, 35:19, 36:16,
36:17, 40:5, 40:17,
43:3
**MOTIONS** [1] - 7:8
**MOVE** [2] - 7:3, 36:18
**MOVEMENT** [2] -
40:24, 44:10
**MOVING** [2] - 24:23,
30:1
**MR** [80] - 3:8, 3:12,
3:17, 3:18, 3:21, 4:3,
4:16, 6:5, 6:8, 6:13,
7:5, 7:11, 7:18, 9:2,
9:3, 11:6, 11:7, 11:9,
11:13, 12:13, 12:18,
12:19, 12:21, 12:25,
13:4, 13:7, 13:9,
13:13, 13:16, 14:3,
14:7, 14:16, 14:24,
15:2, 15:16, 15:19,
15:24, 16:3, 17:2,
17:13, 17:24, 18:3,
18:7, 18:8, 18:14,
18:18, 18:20, 18:22,
19:6, 19:15, 19:16,
19:19, 20:2, 20:4,
20:10, 20:24, 21:3,
21:11, 21:12, 28:16,
35:16, 35:17, 36:20,
36:21, 37:11, 38:16,
38:18, 38:25, 39:20,
40:12, 40:18, 40:25,
43:12, 43:13, 43:14,
47:23, 47:24, 47:25,
48:5
**MS** [1] - 3:14
**MUCH** [26] - 3:25,
4:20, 12:17, 14:23,
16:3, 16:23, 18:24,
21:2, 24:14, 28:7,
29:1, 30:15, 31:12,
31:15, 36:11, 37:24,
38:5, 38:20, 40:10,
41:18, 42:9, 42:10,
42:12, 42:15, 48:6

**MULTIPLE** [2] - 28:9,
35:21
**MUST** [4] - 43:20,
43:23, 43:24, 44:14
**MY** [45] - 3:19, 8:24,
18:7, 21:24, 22:9,
22:10, 22:14, 22:21,
23:4, 24:19, 24:23,
25:3, 25:10, 25:19,
25:21, 26:1, 26:2,
26:17, 26:20, 26:24,
27:6, 27:25, 28:5,
28:6, 28:8, 28:10,
30:23, 31:6, 31:7,
31:9, 31:13, 31:19,
32:24, 33:5, 34:4,
35:2, 36:16, 38:9,
39:8, 41:15, 42:18,
43:2, 43:3, 43:7
**MYSELF** [3] - 28:6,
32:14, 34:6

## N

**NAIL** [1] - 36:10
**NAME** [3] - 4:11, 4:12,
26:1
**NARCOTIC** [1] - 26:13
**NARCOTICS** [1] - 26:2
**NARROW** [1] - 38:13
**NATURAL** [1] - 44:13
**NATURE** [1] - 29:1
**NEARLY** [1] - 36:21
**NECESSARILY** [4] -
9:6, 14:18, 15:14,
34:1
**NECESSARY** [2] -
39:6, 42:5
**NEED** [12] - 28:3,
28:13, 35:5, 38:2,
39:1, 41:17, 42:21,
44:19, 45:24, 46:9,
47:4, 48:3
**NEEDS** [2] - 5:7, 39:15
**NEGATED** [1] - 22:25
**NET** [1] - 10:2
**NEVER** [13] - 19:1,
19:2, 21:24, 22:4,
23:9, 26:21, 26:24,
27:18, 30:16, 31:8,
32:3, 36:7, 46:7
**NEVER-TO-BE-
WAIVED** [1] - 46:7
**NEVERTHELESS** [1] -
16:12
**NEW** [3] - 13:23,
16:20, 45:7
**NEWCOMER** [2] -
12:6, 36:24
**NEWS** [1] - 25:16

**NEXT** [2] - 31:18, 32:8
**NIGHTMARE** [2] -
23:6, 23:10
**NIKPARVAR** [4] -
20:20, 35:24, 36:5,
36:10
**NIKPARVAR-FARD**
[4] - 20:20, 35:24,
36:5, 36:10
**NINE** [9] - 21:18,
22:15, 22:22, 23:11,
26:3, 26:6, 29:19,
31:12, 37:3
**NO** [33] - 8:25, 10:15,
15:8, 17:7, 17:13,
19:16, 20:4, 20:6,
22:19, 24:9, 29:1,
32:20, 32:24, 34:11,
35:3, 37:2, 37:4,
39:10, 40:21, 43:12,
43:13, 43:15, 43:22,
44:12, 44:21, 46:4,
47:13, 47:23, 47:24,
48:1, 48:2
**NOBODY** [3] - 18:11,
19:11, 29:4
**NOPE** [1] - 17:10
**NOT** [79] - 5:4, 5:21,
6:24, 6:25, 7:25,
8:12, 8:13, 8:17,
11:23, 12:12, 13:16,
14:10, 15:1, 15:25,
16:10, 16:15, 16:17,
17:2, 17:8, 17:24,
17:25, 18:2, 18:5,
18:9, 18:12, 19:20,
22:21, 23:7, 24:21,
26:22, 27:12, 27:22,
28:11, 29:12, 29:20,
29:24, 30:4, 30:12,
30:25, 32:5, 32:15,
33:3, 34:1, 34:6,
34:15, 34:20, 34:23,
35:7, 35:8, 35:9,
36:6, 36:11, 36:12,
36:25, 38:4, 39:1,
39:12, 39:20, 40:15,
41:10, 41:17, 42:2,
42:5, 42:13, 43:11,
43:20, 43:23, 44:14,
44:18, 45:15, 45:22,
46:2, 46:11, 46:20,
46:23
**NOTE** [2] - 3:10, 19:9
**NOTES** [1] - 40:2
**NOTHING** [8] - 12:25,
20:25, 21:20, 24:24,
29:16, 38:18, 38:19,
43:7
**NOTICE** [1] - 47:3

**NOTORIETY** [1] -
41:23
**NOW** [17] - 10:18,
10:25, 11:12, 11:19,
11:21, 12:12, 13:5,
19:2, 25:25, 28:19,
30:14, 31:10, 31:23,
32:1, 43:16, 44:4,
46:13
**NUMBER** [5] - 1:3,
6:17, 9:18, 19:9,
42:22
**NUMBERS** [2] - 4:24,
41:9

## O

**OATH** [1] - 25:19
**OBJECT** [3] - 16:17,
18:2, 19:24
**OBJECTION** [1] - 15:8
**OBJECTIONS** [2] -
8:22, 8:25
**OBJECTIVE** [1] -
24:12
**OBLIGATION** [3] -
41:12, 43:5, 46:8
**OBLIGED** [1] - 46:3
**OBSERVATION** [1] -
40:11
**OBSERVATIONS** [2] -
38:22, 40:3
**OBVIOUS** [2] - 26:24,
30:7, 39:2
**OBVIOUSLY** [2] -
33:17, 40:5
**OCCASIONS** [3] -
16:13, 16:22, 35:21
**OCCURRED** [1] - 27:6
**OCCURRING** [1] -
16:2
**OF** [244] - 1:2, 1:3, 2:2,
3:13, 4:2, 4:3, 4:22,
4:23, 4:24, 4:25, 5:5,
5:10, 5:11, 5:20,
5:21, 6:3, 6:12, 6:17,
6:18, 6:20, 6:25, 7:6,
7:7, 8:1, 8:2, 8:3,
8:5, 8:6, 8:9, 8:13,
8:20, 9:11, 9:13,
9:18, 9:23, 9:24,
10:2, 10:11, 10:16,
10:17, 10:19, 10:20,
10:21, 10:22, 10:23,
10:25, 11:14, 11:24,
11:25, 13:13, 13:23,
14:1, 14:5, 14:8,
14:11, 14:14, 14:21,
14:23, 14:24, 15:7,
15:22, 16:1, 16:2,

16:8, 16:18, 16:19,
16:23, 17:6, 17:10,
17:16, 17:19, 17:21,
18:17, 18:22, 19:9,
19:24, 20:5, 20:16,
21:7, 21:9, 21:17,
21:18, 21:19, 21:24,
22:4, 22:7, 22:16,
22:19, 22:20, 22:21,
22:23, 23:1, 23:2,
23:4, 23:6, 23:9,
23:17, 23:18, 24:3,
24:14, 24:17, 24:21,
24:25, 25:2, 25:9,
25:16, 25:17, 25:18,
25:19, 25:20, 25:25,
26:4, 26:5, 26:6,
26:25, 27:2, 27:4,
27:12, 27:19, 27:21,
27:24, 28:5, 28:11,
28:13, 28:15, 28:21,
28:24, 29:2, 29:14,
29:15, 29:16, 29:20,
29:25, 30:17, 30:21,
30:22, 31:3, 31:19,
31:20, 31:21, 32:2,
32:3, 32:6, 32:8,
32:9, 32:10, 32:14,
32:18, 32:22, 32:25,
33:2, 33:10, 33:14,
34:4, 34:7, 34:25,
35:21, 36:1, 36:14,
36:23, 36:25, 37:5,
37:7, 38:1, 38:5,
38:6, 38:12, 38:21,
39:5, 39:11, 39:13,
39:17, 39:21, 39:25,
40:1, 40:6, 40:7,
40:8, 40:18, 40:19,
40:20, 41:1, 41:2,
41:3, 41:4, 41:11,
41:18, 41:20, 41:25,
42:6, 42:7, 42:8,
42:10, 42:12, 42:13,
42:19, 42:22, 43:4,
43:10, 43:17, 43:18,
43:20, 43:24, 44:2,
44:17, 44:20, 44:24,
45:2, 45:8, 45:10,
45:21, 45:25, 46:3,
46:4, 46:14, 46:17,
47:3, 47:6, 47:7,
47:9, 47:14, 47:19,
48:4, 48:12
**OFF** [7] - 15:22, 18:6,
40:6, 45:10, 46:5,
46:11, 48:3
**OFFENDER** [2] - 10:6,
40:14
**OFFENSE** [5] - 9:13,
9:20, 10:2, 10:10,

10:13

**OFFENSES** [1] - 6:17

**OFFER** [2] - 29:24, 45:22

**OFFICE** [10] - 3:24, 11:25, 14:11, 14:14, 14:15, 20:6, 40:23, 43:2, 44:23, 46:10

**OFFICER** [7] - 2:7, 3:22, 4:2, 43:15, 45:1, 46:15, 48:1

**OFFICES** [1] - 2:2

**OFFICIAL** [2] - 1:19, 48:15

**OFTEN** [2] - 25:7, 41:5

**OH** [3] - 11:22, 17:7, 17:8

**OKAY** [10] - 5:25, 6:7, 11:10, 12:22, 26:11, 35:15, 38:15, 44:7, 44:22, 46:13

**ON** [43] - 3:13, 4:25, 5:17, 7:2, 10:1, 10:15, 10:19, 11:20, 13:5, 13:17, 15:14, 15:16, 16:12, 16:22, 18:22, 21:5, 22:22, 23:20, 24:3, 25:9, 26:10, 26:20, 27:22, 27:24, 32:5, 32:6, 33:15, 34:25, 35:20, 36:18, 38:13, 39:20, 40:1, 40:6, 41:10, 43:19, 43:20, 44:3, 44:6, 44:11, 45:17, 48:3

**ONCE** [6] - 8:20, 23:7, 24:19, 37:7, 44:14, 45:11

**ONE** [27] - 6:17, 7:2, 8:6, 8:13, 8:14, 13:25, 14:6, 14:8, 15:1, 19:16, 23:4, 27:2, 28:21, 29:25, 31:6, 32:15, 33:12, 33:25, 35:9, 35:22, 37:25, 39:14, 39:17, 40:20

**ONES** [1] - 33:18

**ONLY** [11] - 11:23, 12:15, 13:19, 16:22, 17:3, 22:13, 22:21, 23:2, 28:11, 29:12, 36:25

**OPEN** [1] - 17:17

**OPENING** [1] - 45:8

**OPENS** [1] - 3:1

**OPERATE** [1] - 44:10

**OPERATION** [1] - 40:10

**OPIOID** [2] - 17:18, 33:15

**OPPORTUNITIES** [2] - 41:8, 42:4

**OPPORTUNITY** [3] - 19:1, 21:4, 21:22

**OPPOSED** [1] - 17:21

**OPTIONS** [1] - 42:23

**OR** [39] - 5:18, 7:22, 8:6, 8:12, 13:6, 13:15, 14:6, 14:14, 16:12, 16:14, 19:23, 19:24, 20:6, 20:14, 22:19, 22:22, 23:25, 25:3, 26:15, 27:20, 27:21, 30:11, 30:16, 30:20, 30:22, 33:13, 36:6, 38:16, 39:12, 40:10, 41:25, 43:21, 45:8, 45:9, 45:21, 46:20, 46:21, 47:8

**ORCHESTRATED** [1] - 35:25

**ORDER** [3] - 40:6, 40:9, 48:3

**ORDERLY** [1] - 32:18

**OTHER** [22] - 7:8, 8:13, 8:17, 12:10, 14:9, 14:16, 15:1, 17:21, 18:25, 20:5, 22:20, 30:1, 32:4, 32:10, 36:2, 40:22, 41:18, 41:24, 43:21, 43:25, 44:17, 46:21

**OTHERS** [7] - 27:20, 29:14, 29:22, 30:14, 41:21, 41:25, 45:23

**OUGHT** [1] - 13:20

**OUR** [2] - 6:3, 6:25

**OUT** [17] - 8:2, 9:13, 11:18, 13:12, 14:11, 14:14, 17:10, 24:14, 24:21, 25:2, 27:10, 29:20, 35:19, 36:25, 40:13, 43:1, 46:15

**OUTCOME** [2] - 5:9, 37:20

**OVER** [12] - 8:4, 8:5, 13:18, 13:24, 20:8, 20:17, 22:15, 23:7, 27:6, 28:22, 29:19, 39:17

**OVERALL** [1] - 29:18

**OVERCOME** [1] - 28:3

**OWE** [1] - 47:14

**OWN** [6] - 6:25, 15:18, 21:5, 22:14, 44:3, 44:6

**OWNER** [1] - 19:7

## P

**P.A** [1] - 33:9

**P.D.'S** [1] - 14:14

**PA** [4] - 1:9, 1:16, 1:20, 2:3

**PAD** [1] - 16:14

**PAGES** [2] - 12:15, 31:2

**PAID** [5] - 5:13, 45:11, 46:2, 46:5, 46:11

**PAIN** [1] - 25:7

**PAPERS** [2] - 28:1, 47:1

**PARAGRAPHS** [1] - 15:5

**PARENTS** [5] - 21:24, 28:15, 28:18, 28:25, 29:7

**PARENTS'** [1] - 25:21

**PARISI** [16] - 1:14, 3:12, 3:13, 6:5, 6:8, 6:13, 7:5, 9:3, 11:9, 12:25, 35:16, 35:17, 36:20, 37:11, 43:12, 47:23

**PART** [10] - 4:25, 5:10, 5:17, 8:1, 15:7, 21:17, 24:25, 32:9, 39:11, 40:18

**PARTICIPANT** [1] - 9:22

**PARTS** [2] - 32:10, 35:22

**PASS** [1] - 17:5

**PAST** [2] - 27:6, 29:19

**PATIENT** [1] - 30:20

**PAUPERIS** [1] - 46:25

**PAY** [3] - 5:15, 45:13, 46:6

**PAYING** [1] - 45:10

**PAYMENTS** [1] - 46:4

**PECULIAR** [1] - 42:13

**PENALTY** [1] - 13:20

**PENNSYLVANIA** [1] - 1:2

**PEOPLE** [28] - 5:7, 8:7, 8:10, 12:1, 14:1, 14:20, 19:10, 20:12, 21:19, 22:20, 23:19, 27:2, 27:10, 27:17, 28:25, 29:3, 32:2, 32:3, 33:6, 33:11, 33:14, 34:22, 36:2, 41:13, 41:18, 41:24, 42:3

**PER** [3] - 7:8, 33:3, 43:6

**PERCEIVE** [1] - 39:19

**PERHAPS** [1] - 38:25

**PERIOD** [12] - 10:21, 16:23, 17:21, 37:7, 38:1, 38:12, 40:19, 41:1, 41:2, 43:4, 45:20, 45:25

**PERIODICALLY** [1] - 45:1

**PERMITTED** [1] - 10:1

**PERSON** [13] - 5:12, 15:15, 22:18, 23:23, 27:22, 30:11, 30:12, 31:22, 31:24, 35:4, 35:24, 36:4

**PERSPECTIVE** [7] - 4:21, 4:22, 27:6, 30:9, 32:1, 32:2, 33:15

**PERTAIN** [1] - 8:21

**PERTAINING** [1] - 22:12

**PETRARCA** [5] - 2:7, 3:21, 3:23, 43:14, 47:25

**PETRARCA'S** [1] - 7:11

**PHILADELPHIA** [4] - 1:9, 1:16, 1:20, 2:3

**PHONE** [1] - 15:22

**PHYSICAL** [1] - 25:7

**PHYSICIAN** [2] - 15:13, 19:5

**PHYSICIAN'S** [7] - 6:15, 9:25, 14:4, 14:9, 14:25, 16:20, 20:11

**PHYSICIANS** [1] - 18:25

**PICK** [1] - 14:18

**PITY** [1] - 21:20

**PLACE** [5] - 8:14, 13:23, 40:8, 40:14, 44:1

**PLACED** [1] - 43:19

**PLACES** [2] - 27:13, 33:16

**PLAINTIFF** [1] - 1:4

**PLAN** [1] - 29:18

**PLAYERS** [1] - 33:17

**PLEA** [8] - 6:20, 11:18, 17:9, 36:4, 36:5, 36:14, 46:19, 47:8

**PLEAD** [1] - 36:9

**PLEADED** [1] - 15:7

**PLEADING** [1] - 11:15

**PLEASE** [3] - 3:5, 4:7, 4:10

**PLED** [2] - 6:17, 11:13

**PODCAST** [1] - 32:7

**PODIUM** [1] - 21:12

**POINT** [9] - 10:5, 10:6, 18:7, 19:20, 19:24, 26:20, 30:14, 31:3, 40:14

**POSITION** [8] - 9:24, 9:25, 15:4, 15:20, 16:18, 33:20, 33:22, 41:19

**POSSESS** [1] - 43:23

**POSSESSING** [2] - 43:22, 44:15

**POSSIBILITY** [1] - 31:19

**POTENTIALLY** [2] - 20:21, 38:1

**POWER** [1] - 41:12

**PRACTICE** [1] - 36:24

**PRACTICING** [3] - 27:12, 29:12, 32:17

**PRATTER** [1] - 1:10

**PREPARED** [1] - 7:12

**PRESCRIBING** [1] - 27:2

**PRESCRIPTION** [1] - 16:14

**PRESCRIPTIONS** [1] - 35:23

**PRESENCE** [1] - 3:10

**PRESENT** [4] - 2:7, 3:18, 19:7, 19:10

**PRESENTENCE** [4] - 7:11, 9:1, 15:5, 17:14

**PRESIGN** [1] - 35:23

**PRESIGNED** [1] - 16:14

**PRESUME** [1] - 9:7

**PRETTY** [8] - 4:19, 24:14, 24:19, 29:1, 32:11, 33:19, 42:9, 44:5

**PRIME** [1] - 22:21

**PRIOR** [2] - 17:16, 37:2

**PROBABLY** [3] - 27:1, 32:9, 37:17

**PROBATION** [20] - 2:7, 3:22, 3:23, 4:2, 11:24, 40:23, 43:2, 43:4, 43:5, 43:15, 43:19, 43:20, 44:11, 44:23, 44:25, 45:17, 45:20, 45:21, 46:15, 48:1

**PROBLEM** [2] - 16:6, 39:14

**PROCEEDINGS** [2] - 1:22, 48:12

**PROCESS** [4] - 8:2, 8:22, 21:18, 39:11

**PROCESSED** [1] -

8:10
PRODUCED [1] - 1:23
PRODUCT [3] - 8:3,
8:13, 42:12
PRODUCTIVE [2] -
47:18, 48:5
PROFESSION [1] -
27:25
PROFFER [1] - 35:20
PROFOUND [1] -
29:21
PROGRAM [1] - 44:20
PROGRESS [1] -
32:18
PROHIBIT [1] - 45:15
PROHIBITED [2] -
43:22, 45:7
PROMISE [1] - 5:24
PROPER [1] - 27:2
PROPERLY [1] -
20:18
PROPOSED [1] -
43:11
PROSECUTED [1] -
41:22
PROSECUTION [2] -
3:8, 41:20
PROUD [1] - 28:11
PROVE [1] - 28:6
PROVIDE [2] - 44:23,
45:3
PROVIDER [2] -
25:20, 32:21
PROVIDERS [2] -
26:12, 27:3
PUBLIC [1] - 41:8
PUNISH [2] - 38:2,
41:13
PUNISHED [1] - 41:14
PUNISHING [1] - 38:4
PUNISHMENT [4] -
14:2, 20:6, 22:15,
29:5
PURPOSE [3] - 9:9,
38:5, 45:10
PURPOSES [1] -
42:19
PURSUANT [3] - 10:7,
11:1, 43:17
PUT [6] - 15:9, 15:19,
22:22, 28:13, 30:8,
38:23
PUTS [2] - 10:17, 19:5
PUTTING [1] - 29:25

                Q

QUESTION [4] -
24:14, 24:21, 33:24,
39:10

QUESTIONS [3] -
21:1, 22:12, 47:11
QUICK [2] - 21:23,
24:7
QUITE [3] - 8:15,
39:18, 44:13
QUOTE [1] - 40:14

                R

RAID [1] - 23:17
RAISE [1] - 4:7
RANGE [2] - 9:8,
40:15
RARER [2] - 39:4
RATHER [1] - 34:19
READ [7] - 7:7, 7:18,
22:9, 25:22, 44:3,
44:4, 44:6
READING [1] - 17:14
READY [2] - 17:11,
20:24
REAL [4] - 23:7,
23:10, 24:6, 24:7
REALISTIC [1] - 37:19
REALIZE [3] - 17:22,
23:7, 23:15
REALLY [18] - 4:24,
21:8, 21:19, 22:6,
24:17, 24:21, 25:1,
25:2, 25:5, 26:24,
30:8, 30:10, 32:7,
33:12, 33:19, 34:8,
41:11
REASON [2] - 43:10,
46:23
REASONABLE [2] -
9:7, 9:8
REASONS [4] - 17:5,
26:24, 36:15
RECALL [2] - 6:21,
15:16
RECEIVE [2] - 11:24,
13:20
RECEIVED [2] - 11:25,
12:3
RECENTLY [2] - 7:13,
28:10
RECOGNIZE [3] -
38:10, 39:10, 42:22
RECOGNIZING [1] -
45:24
RECOLLECTION [1] -
23:2
RECOMMENDATION
[1] - 40:23
RECORD [7] - 3:11,
4:12, 10:5, 10:15,
19:21, 38:23, 48:12
RECORDED [1] - 1:22

RECORDS [1] - 44:24
RECOUNT [1] - 12:1
REDUCTION [1] -
19:20
REFLECT [1] - 38:23
REFLECTS [1] - 42:20
REFORM [2] - 31:10,
43:17
REGARD [1] - 40:4
REGARDS [1] - 35:18
REGULATED [1] -
26:13
REITERATE [1] - 31:6
RELATE [1] - 8:16
RELATIONSHIP [4] -
16:21, 24:19, 24:20,
35:3
RELATIVE [2] - 36:24,
38:6
RELATIVELY [4] -
13:23, 14:5, 16:23,
40:19
RELEASE [1] - 10:23
RELENTLESS [1] -
30:3
RELIEF [1] - 23:6
REMAINING [1] -
45:16
REMAINS [1] - 46:9
REMARKABLE [1] -
22:5
REMARKS [2] - 11:22,
13:6
REMEMBER [2] -
23:10, 31:24
REMISS [1] - 22:13
REMORSE [2] - 31:7,
31:9
REMOVAL [1] - 9:23
REMOVED [2] - 10:6,
10:8
REMOVES [1] - 10:9
REPORT [7] - 7:12,
8:23, 9:1, 9:5, 11:24,
15:5, 17:14
REPORTED [1] -
40:20
REPORTER [2] - 1:19,
48:15
REPORTER'S [1] -
40:2
REQUEST [1] - 47:3
REQUESTED [2] -
17:23, 44:25
REQUIRED [4] - 27:1,
44:16, 44:22, 45:3
REQUIREMENTS [1] -
16:8
RESERVATION [1] -
27:19

RESERVATIONS [2] -
34:8, 34:9
RESIST [1] - 33:22
RESOURCE [1] - 8:7
RESPECT [4] - 19:17,
27:20, 27:22, 41:23
RESPONDED [1] -
39:15
RESPONSE [3] -
18:19, 39:9, 42:16
RESPONSIBILITY [5]
- 10:8, 10:11, 14:7,
16:1, 16:3
RESPONSIBLE [1] -
42:10
RESPONSIBLY [1] -
26:23
REST [2] - 20:5, 48:4
RESTRICT [1] - 42:4,
44:10
RESTRICTIONS [1] -
44:12
RESULT [3] - 10:2,
37:17, 39:4
RETURNS [1] - 44:25
REVERENCE [1] -
27:11
REVEREND [1] - 12:8
REVIEW [1] - 12:16
REVIEWED [1] - 7:10
REVISED [1] - 7:13
REVOCATION [1] -
37:18
RICHARD [3] - 2:2,
2:2, 3:18
RIDICULED [1] -
27:25
RIGHT [17] - 3:19, 4:8,
5:22, 17:4, 18:16,
18:18, 18:20, 25:12,
26:23, 28:18, 28:19,
34:23, 46:2, 46:18,
46:22, 46:24
RISK [1] - 20:14
RISKS [1] - 11:17
RMR [2] - 1:18, 48:16
ROD [1] - 17:1
ROLE [4] - 19:21,
22:6, 28:7, 31:20
ROOM [3] - 1:19,
15:21, 23:22

                S

SACKS [2] - 12:4, 19:4
SADLY [1] - 39:3
SAFETY [1] - 19:20
SAID [10] - 13:11,
13:19, 32:22, 36:22,
41:5, 41:13, 42:2,

45:5, 45:18, 46:1
SAIL [1] - 6:7
SAME [3] - 15:19,
24:2, 30:15
SAMPLE [1] - 43:24
SATISFACTION [1] -
28:14
SATISFIED [1] - 41:15
SAW [1] - 18:21
SAY [26] - 5:17, 5:19,
5:21, 13:25, 14:10,
14:15, 16:25, 20:4,
20:13, 21:9, 23:18,
23:25, 24:25, 25:6,
26:1, 26:16, 27:1,
27:7, 28:16, 29:16,
30:16, 32:13, 35:13,
39:1, 39:15, 39:19
SAYING [6] - 7:22,
15:22, 17:1, 17:8,
34:4, 34:5
SCARDAPANE [1] -
12:6
SCARED [1] - 23:24
SCAREY [1] - 24:7
SCHEME [3] - 35:23,
36:3, 38:5
SCHOOL [2] - 24:22,
37:1
SCHOOLS [2] - 33:9,
33:10
SCHUSTER [1] - 12:8
SCORE [1] - 10:16
SCRIPTS [1] - 16:14
SE [2] - 7:8, 33:3
SEARCH [1] - 13:22
SEAT [1] - 4:11
SEATS [1] - 3:5
SECOND [1] - 35:8
SECONDS [1] - 23:8
SECTION [2] - 9:12,
40:7
SEE [14] - 5:20, 19:1,
28:17, 28:22, 29:6,
29:7, 31:3, 31:18,
36:10, 36:12, 38:13,
40:3
SEEM [2] - 5:6, 40:8
SEEMS [4] - 8:16,
29:3, 29:5, 39:3
SELFISHNESS [1] -
25:18
SELL [1] - 26:2
SELLING [2] - 39:21,
45:9
SEMBLANCE [2] -
22:20, 23:1
SENSE [3] - 8:12,
8:16, 37:22
SENSIBLY [1] - 8:15

SENTENCE [13] - 5:1, 5:5, 17:21, 17:24, 20:4, 20:21, 24:2, 41:6, 42:21, 42:25, 43:11, 46:22, 47:8
SENTENCING [15] - 1:12, 3:7, 7:2, 7:24, 11:12, 11:23, 15:9, 17:23, 36:18, 40:15, 41:11, 42:8, 42:14, 42:19, 43:17
SENTENCINGS [1] - 8:5
SEPARATELY [1] - 7:10
SERVE [2] - 43:6, 45:9
SERVED [1] - 43:8
SERVES [2] - 38:5, 42:19
SERVICE [5] - 42:24, 43:1, 43:6, 46:15, 46:17
SERVING [1] - 30:2
SET [1] - 14:23
SETS [1] - 9:13
SETTING [1] - 8:6
SEVEN [1] - 23:25
SHIFT [1] - 35:9
SHIFTS [1] - 34:7
SHORT [3] - 16:23, 29:16, 40:19
SHOULD [16] - 5:18, 7:22, 12:11, 12:24, 17:7, 19:9, 21:6, 32:4, 33:20, 36:6, 37:20, 38:24, 39:5, 39:24, 41:7, 43:11
SHOW [1] - 21:19
SHOWED [1] - 22:7
SHOWING [2] - 47:15, 47:16
SIGNED [3] - 40:6, 40:9, 48:3
SIGNIFICANT [1] - 40:24
SILLY [1] - 20:3
SIMPLY [2] - 27:19, 29:25
SIN [1] - 17:13
SINCE [3] - 13:15, 37:15, 38:4
SINS [1] - 25:19
SIR [4] - 21:4, 44:3, 47:4, 47:17
SIT [2] - 29:4, 46:13
SITS [1] - 5:12
SITTING [2] - 23:22, 29:4
SITUATION [9] - 5:14, 8:8, 11:3, 11:6,

26:18, 26:23, 30:25, 42:17, 45:2
SITUATIONS [1] - 39:9
SIX [2] - 23:25, 24:6
SMALLEST [2] - 27:4, 34:21
SO [48] - 3:7, 5:4, 6:3, 8:8, 8:12, 8:18, 9:4, 9:16, 9:20, 9:22, 10:6, 10:9, 10:11, 10:16, 13:15, 16:13, 16:25, 20:23, 21:21, 23:17, 25:8, 29:5, 32:13, 32:14, 32:24, 33:4, 33:14, 34:6, 34:10, 36:15, 37:23, 38:9, 38:11, 39:17, 39:24, 41:3, 41:14, 41:17, 41:23, 42:7, 42:12, 42:14, 42:18, 45:6, 46:8, 46:10, 46:16, 47:17
SOME [30] - 5:5, 5:7, 8:9, 8:11, 8:12, 14:1, 14:13, 15:10, 16:4, 16:6, 17:9, 17:10, 20:9, 25:2, 25:17, 26:6, 28:2, 29:21, 30:4, 32:9, 32:10, 32:13, 36:13, 38:24, 41:22, 42:25, 44:19, 44:20, 46:21, 46:23
SOMEBODY [5] - 22:17, 30:24, 33:20, 33:22, 34:10
SOMEHOW [1] - 46:20
SOMEONE [6] - 15:21, 16:7, 21:21, 25:4, 26:17, 27:18
SOMETHING [18] - 18:13, 29:12, 30:10, 30:17, 30:18, 32:11, 32:16, 33:6, 33:11, 33:13, 34:15, 34:21, 34:23, 35:1, 35:3, 37:12, 37:17, 39:8
SOMETIMES [3] - 30:3, 30:9, 31:8
SOMEWHAT [2] - 38:9, 44:10
SON [1] - 28:12
SOON [1] - 34:21
SOONER [1] - 34:19
SORRY [3] - 24:8, 31:7, 40:18
SORT [4] - 5:21, 32:18, 39:17, 45:3
SOUL [1] - 29:17
SOUND [1] - 4:23

SOUNDS [2] - 29:25, 37:16
SOUR [1] - 17:7
SPEAK [10] - 5:22, 19:12, 19:14, 19:17, 21:5, 21:17, 21:20, 31:11, 33:10, 38:7
SPEAKING [2] - 7:6, 14:8
SPEAKS [1] - 17:14
SPECIAL [5] - 10:24, 28:13, 38:24, 46:7, 46:12
SPECIFIC [2] - 37:24, 41:17
SPECIFICALLY [1] - 36:22
SPELL [1] - 4:11
SPEND [1] - 22:14
SPENT [1] - 32:6
SPOKE [1] - 26:8
STAND [6] - 4:5, 32:22, 34:5, 34:11, 34:13, 43:16
STANDARD [2] - 43:25, 44:2
STANDING [1] - 30:22
STANDPOINT [1] - 24:12
START [7] - 6:8, 9:8, 9:10, 10:18, 11:18, 31:20, 40:14
STARTED [9] - 14:12, 12:23, 23:24, 24:1, 24:5, 24:6, 25:12, 27:9, 32:25
STARTING [2] - 25:14, 32:7
STARTS [1] - 40:13
STATE [3] - 4:11, 24:23, 43:21
STATEMENT [1] - 20:24
STATES [6] - 1:1, 1:3, 1:15, 3:15, 9:12, 46:7
STATING [1] - 25:18
STATION [1] - 27:21
STATUS [2] - 27:21, 47:2
STATUTE [1] - 41:5
STATUTORY [1] - 46:22
STAY [2] - 21:12, 46:9
STAYS [1] - 38:13
STENOTYPE [1] - 1:22
STENOTYPE-COMPUTER [1] - 1:22

STEP [5] - 30:21, 31:18, 32:19, 33:12
STEROIDS [1] - 17:15
STEVEN [1] - 12:8
STICK [1] - 28:25
STILL [7] - 16:9, 20:11, 25:1, 32:14, 34:24, 44:19
STOOD [1] - 17:3
STOPPED [1] - 34:22
STORY [6] - 21:19, 30:23, 31:4, 32:23, 33:5, 33:19
STRAIGHT [1] - 38:13
STRATEGIC [1] - 7:1
STREET [3] - 1:15, 1:20, 2:3
STRENGTH [2] - 22:5, 34:5
STRIKE [1] - 23:12
STUDENTS [2] - 30:23, 32:22
STUDY [1] - 8:4
STUFF [1] - 7:19
SUB [1] - 10:3
SUBJECT [2] - 26:20, 41:20
SUBMIT [4] - 17:20, 37:14, 43:24, 44:16
SUBMITTED [2] - 12:14, 18:22
SUBSTANCE [3] - 6:20, 37:16, 39:14
SUBSTANCES [2] - 43:23, 44:16
SUBSTANTIAL [1] - 37:4
SUBURBIA [1] - 22:17
SUCH [3] - 14:9, 28:15, 30:18
SUDDEN [1] - 33:2
SUFFERED [2] - 39:7, 42:10
SUFFERING [1] - 26:4
SUITE [1] - 1:15
SUMMARY [2] - 26:6, 28:1
SUPERIORS [4] - 34:3, 34:14, 34:18, 35:6
SUPERSEDING [1] - 6:18
SUPERVISED [2] - 10:23, 37:1
SUPERVISING [2] - 15:13, 19:5
SUPERVISION [4] - 13:17, 17:21, 37:4, 38:12
SUPERVISORS [1] -

18:25
SUPPORT [2] - 22:7, 47:16
SUPPORTED [1] - 19:23
SUPREME [1] - 8:2
SURE [11] - 4:20, 5:16, 12:2, 20:18, 29:10, 35:12, 36:8, 37:13, 38:4, 38:12, 44:17
SURFACE [1] - 11:20
SUSAN [2] - 12:9, 19:6
SUSPECT [1] - 37:6
SUSPENDED [3] - 16:9, 20:15, 26:21
SWIFTER [1] - 42:15
SWORN [2] - 4:6, 4:9
SYSTEM [5] - 5:11, 8:11, 8:16, 10:19, 45:14

---

**T**

TACTICAL [1] - 6:25
TAILORED [1] - 42:22
TAKE [17] - 3:4, 6:4, 15:25, 16:16, 17:25, 18:8, 18:9, 20:1, 20:7, 21:23, 26:14, 27:18, 28:14, 33:12, 35:6, 40:2, 48:8
TAKEN [4] - 9:18, 9:21, 25:15, 26:15
TAKES [1] - 10:12
TAKING [3] - 30:21, 40:24, 41:4
TALE [1] - 45:23
TALK [4] - 7:9, 11:4, 14:19, 35:6
TALKED [2] - 33:4, 47:12
TALKING [3] - 9:14, 23:22, 32:8
TALKS [1] - 39:21
TANGIBLE [1] - 35:21
TAUGHT [2] - 14:12, 30:6
TAX [1] - 44:25
TECHNICAL [1] - 4:23
TEETH [1] - 25:3
TELL [12] - 6:11, 17:12, 21:5, 26:18, 32:22, 32:23, 33:5, 33:19, 34:15, 34:23, 35:7, 35:10
TELLING [2] - 21:18, 30:23
TELLS [1] - 41:5
TEMPORARY [1] - 37:18

**TEN** [2] - 27:12, 31:22

**TERM** [2] - 41:1, 43:19

**TERMS** [1] - 16:19

**TESTIFY** [1] - 40:22

**TESTIFYING** [1] - 6:23

**TESTIMONY** [1] - 36:1

**TESTING** [1] - 44:17

**THAN** [11] - 5:7, 17:6,
18:4, 20:5, 27:3,
29:16, 34:20, 39:8,
44:12, 46:4, 47:6

**THANK** [18] - 3:6,
3:25, 4:10, 12:17,
21:2, 21:16, 21:24,
28:20, 31:15, 35:15,
35:17, 36:20, 38:15,
38:20, 47:21, 47:24,
48:6

**THANKS** [2] - 31:11,
47:15

**THAT** [258] - 3:8, 4:23,
4:24, 4:25, 5:1, 5:8,
5:10, 5:12, 5:13,
5:16, 5:18, 5:19,
5:20, 5:22, 6:5, 6:20,
6:25, 7:2, 7:24, 7:25,
8:3, 8:8, 8:11, 8:12,
8:15, 8:20, 8:21,
8:22, 8:24, 9:7, 9:8,
9:10, 9:12, 9:14,
9:15, 10:2, 10:12,
10:13, 10:16, 10:17,
10:20, 10:25, 11:2,
11:4, 11:5, 11:18,
12:11, 12:14, 12:15,
12:17, 12:23, 13:12,
13:14, 13:17, 13:20,
13:22, 13:25, 14:10,
14:15, 14:20, 14:21,
14:23, 15:8, 15:10,
15:12, 15:14, 15:16,
15:24, 16:4, 16:5,
16:15, 16:19, 16:20,
17:5, 17:6, 17:12,
17:17, 17:20, 17:22,
17:23, 17:25, 18:8,
18:9, 18:19, 18:22,
19:16, 19:25, 20:4,
20:7, 20:8, 20:13,
20:14, 20:18, 20:19,
20:23, 21:9, 22:15,
22:16, 22:23, 23:1,
23:2, 23:5, 23:6,
23:9, 23:10, 23:12,
23:14, 23:22, 24:1,
24:6, 24:19, 25:7,
25:12, 25:18, 26:1,
26:10, 26:16, 26:18,
26:22, 27:1, 28:3,
28:7, 28:15, 28:22,

28:25, 29:4, 29:5,
29:6, 29:8, 29:12,
29:19, 29:24, 30:3,
30:7, 30:12, 30:13,
30:16, 30:24, 31:1,
31:2, 31:9, 31:23,
31:24, 32:1, 32:2,
32:10, 32:16, 32:18,
32:24, 33:7, 33:8,
33:11, 33:23, 33:24,
34:1, 34:10, 34:11,
34:15, 34:21, 35:2,
35:4, 35:5, 35:7,
35:13, 35:22, 35:24,
36:2, 36:5, 36:11,
36:12, 36:16, 37:5,
37:10, 37:17, 37:22,
37:25, 38:4, 38:10,
38:24, 38:25, 39:1,
39:2, 39:3, 39:10,
39:14, 39:15, 39:19,
39:24, 39:25, 40:1,
40:2, 40:4, 40:7,
40:12, 40:13, 41:5,
41:6, 41:10, 41:12,
41:13, 41:14, 41:16,
41:17, 41:19, 41:21,
42:2, 42:6, 42:11,
42:13, 42:15, 42:21,
42:23, 43:7, 43:8,
43:10, 43:18, 44:1,
44:7, 44:9, 44:17,
44:24, 45:2, 45:11,
45:12, 45:13, 45:21,
45:22, 46:9, 46:16,
46:25, 47:2, 47:5,
47:9, 47:19, 48:2,
48:4, 48:11

**THAT'S** [19] - 6:1, 9:5,
9:17, 11:5, 13:19,
18:16, 23:24, 24:9,
24:11, 27:5, 29:2,
31:23, 37:12, 37:18,
37:19, 41:3, 43:7,
44:8, 45:6

**THE** [486] - 1:1, 1:2,
1:10, 1:17, 2:2, 2:5,
3:2, 3:4, 3:7, 3:8,
3:11, 3:13, 3:15,
3:16, 3:20, 3:22,
3:23, 3:25, 4:2, 4:3,
4:7, 4:10, 4:12, 4:13,
4:15, 4:21, 4:22,
4:25, 5:6, 5:8, 5:11,
5:13, 6:3, 6:4, 6:7,
6:9, 6:11, 6:12, 6:14,
6:18, 6:22, 6:24, 7:3,
7:6, 7:7, 7:9, 7:10,
7:15, 7:17, 7:24, 8:2,
8:3, 8:4, 8:5, 8:7,
8:11, 8:13, 8:14,

8:15, 8:18, 8:20,
8:22, 8:23, 8:25, 9:4,
9:5, 9:7, 9:9, 9:10,
9:11, 9:14, 9:16,
9:17, 9:19, 9:23,
10:1, 10:2, 10:19,
10:20, 11:1, 11:2,
11:5, 11:7, 11:10,
11:11, 11:13, 11:14,
11:17, 11:18, 11:19,
11:20, 11:23, 11:24,
12:8, 12:15, 12:16,
12:20, 12:22, 12:25,
13:2, 13:5, 13:8,
13:11, 13:14, 13:15,
13:19, 13:21, 13:25,
14:1, 14:3, 14:4,
14:5, 14:8, 14:10,
14:11, 14:14, 14:15,
14:20, 14:21, 14:23,
14:24, 15:4, 15:6,
15:9, 15:11, 15:12,
15:13, 15:15, 15:16,
15:19, 15:21, 16:6,
16:8, 16:9, 16:12,
16:14, 16:17, 16:24,
17:1, 17:3, 17:4,
17:9, 17:12, 17:14,
17:19, 17:20, 17:22,
17:23, 18:1, 18:2,
18:5, 18:6, 18:9,
18:10, 18:12, 18:16,
18:19, 18:21, 19:1,
19:2, 19:7, 19:13,
19:19, 19:20, 19:22,
19:23, 19:24, 19:25,
20:5, 20:7, 20:13,
20:15, 20:19, 20:23,
20:25, 21:1, 21:2,
21:7, 21:12, 21:14,
21:15, 21:17, 21:19,
21:22, 22:1, 22:3,
22:10, 22:12, 22:14,
22:15, 22:16, 22:18,
22:21, 22:24, 22:25,
23:10, 23:12, 23:14,
23:15, 23:17, 23:22,
23:23, 24:1, 24:2,
24:5, 24:9, 24:11,
24:14, 24:16, 24:18,
24:21, 24:25, 25:1,
25:3, 25:8, 25:9,
25:10, 25:16, 25:19,
25:20, 26:1, 26:5,
26:6, 26:8, 26:11,
26:12, 26:20, 26:23,
27:2, 27:3, 27:4,
27:6, 27:8, 27:13,
27:14, 27:20, 27:22,
27:24, 28:1, 28:3,
28:4, 28:14, 28:16,

28:20, 28:21, 28:22,
28:25, 29:1, 29:2,
29:8, 29:10, 29:11,
29:14, 29:17, 29:18,
29:19, 29:22, 29:24,
29:25, 30:2, 30:15,
30:16, 30:17, 30:21,
31:4, 31:7, 31:9,
31:14, 31:16, 31:17,
31:18, 31:21, 31:22,
32:1, 32:4, 33:7,
33:8, 33:10, 33:14,
33:16, 33:17, 33:18,
33:23, 34:5, 34:7,
35:2, 35:3, 35:6,
35:10, 35:11, 35:15,
35:16, 35:18, 35:19,
35:20, 35:21, 35:22,
35:24, 35:25, 36:1,
36:3, 36:4, 36:7,
36:8, 36:9, 36:10,
36:12, 36:13, 36:14,
36:15, 36:16, 36:18,
36:19, 36:22, 36:24,
37:8, 37:9, 37:12,
37:13, 37:14, 37:19,
37:20, 37:22, 37:25,
38:1, 38:2, 38:5,
38:11, 38:12, 38:13,
38:15, 38:19, 38:21,
38:23, 38:24, 38:25,
39:5, 39:11, 39:13,
39:22, 40:2, 40:3,
40:5, 40:6, 40:8,
40:9, 40:11, 40:12,
40:13, 40:15, 40:17,
40:20, 40:22, 40:23,
41:4, 41:5, 41:8,
41:11, 41:12, 41:18,
41:19, 41:20, 41:21,
41:25, 42:1, 42:3,
42:7, 42:8, 42:11,
42:12, 42:19, 42:21,
43:3, 43:5, 43:14,
43:15, 43:16, 43:17,
43:18, 43:24, 43:25,
44:8, 44:9, 44:13,
44:21, 44:22, 44:23,
44:25, 45:9, 45:10,
45:12, 45:13, 45:14,
45:16, 45:19, 45:20,
45:23, 46:1, 46:6,
46:10, 46:11, 46:14,
46:18, 46:24, 47:1,
47:2, 47:7, 47:8,
47:10, 47:11, 47:13,
47:14, 47:16, 47:19,
47:21, 47:22, 47:25,
48:1, 48:2, 48:3,
48:4, 48:6, 48:8,

48:11, 48:12

**THEIR** [9] - 14:18,
16:8, 18:1, 22:4,
23:19, 27:21, 27:22,
28:25, 29:15

**THEM** [21] - 12:2,
22:2, 27:11, 28:11,
28:17, 29:4, 29:7,
30:23, 32:23, 33:5,
34:15, 34:17, 34:19,
34:23, 35:7, 44:4,
44:5, 44:6, 47:15

**THEN** [10] - 7:13, 9:6,
10:10, 10:18, 25:8,
30:11, 34:8, 39:4,
46:3, 47:2

**THERAPEUTIC** [1] -
33:1

**THERE** [54] - 3:11,
5:13, 5:16, 7:7, 7:8,
8:22, 8:25, 12:10,
12:13, 14:25, 15:10,
16:1, 16:2, 17:6,
17:9, 18:23, 20:14,
22:3, 23:19, 25:8,
28:2, 29:3, 29:20,
32:2, 32:12, 32:18,
33:6, 33:16, 33:17,
35:13, 36:13, 37:9,
37:24, 38:14, 38:24,
39:10, 40:1, 40:16,
40:22, 41:8, 41:16,
41:22, 42:15, 42:22,
44:2, 44:19, 46:14,
46:21, 47:7, 47:17,
48:2

**THERE'S** [2] - 17:7,
30:24

**THESE** [9] - 5:19,
17:19, 19:25, 23:19,
27:9, 27:10, 28:4,
42:7, 44:2

**THEY** [34] - 7:25, 8:1,
9:5, 14:15, 14:17,
15:20, 16:9, 16:10,
18:3, 19:13, 19:14,
19:15, 19:16, 19:17,
20:16, 21:24, 21:25,
22:3, 22:4, 22:5,
25:17, 27:19, 28:12,
33:24, 33:25, 35:11,
37:13, 42:6, 44:5,
44:9, 46:10

**THING** [5] - 16:11,
16:15, 17:4, 30:7,
33:1

**THINGS** [14] - 4:23,
5:20, 16:4, 17:2,
17:19, 19:25, 23:24,
24:3, 28:21, 32:5,

38:6, 39:5, 45:2, 46:19
**THINK** [51] - 5:7, 5:18, 13:18, 13:21, 15:8, 15:10, 16:18, 18:1, 18:24, 19:12, 19:22, 19:23, 19:25, 20:3, 21:6, 23:4, 23:21, 26:22, 28:2, 28:4, 28:11, 28:17, 28:18, 30:7, 30:9, 30:17, 31:23, 31:25, 33:6, 33:18, 34:4, 36:21, 37:19, 37:24, 37:25, 38:7, 39:4, 39:20, 39:24, 41:9, 41:13, 41:19, 42:5, 42:8, 42:15, 45:12, 46:20, 46:21, 46:23, 47:18
**THINKING** [3] - 13:13, 26:18, 30:11
**THINKS** [2] - 12:11, 12:23
**THIS** [94] - 3:7, 4:16, 4:25, 5:10, 7:19, 8:1, 8:24, 9:9, 9:22, 10:5, 10:18, 11:6, 11:23, 13:11, 13:12, 13:17, 14:5, 15:2, 15:3, 15:6, 15:19, 16:20, 16:21, 16:22, 16:25, 17:8, 17:10, 17:13, 19:3, 20:8, 20:16, 20:17, 21:9, 21:24, 22:4, 22:6, 22:16, 22:24, 23:20, 24:13, 24:22, 24:25, 25:9, 25:12, 25:22, 26:16, 26:19, 26:20, 27:14, 28:7, 29:15, 30:3, 30:6, 30:13, 30:25, 31:3, 32:3, 32:5, 32:9, 32:16, 32:25, 33:2, 33:11, 33:15, 34:15, 34:16, 34:24, 35:7, 36:3, 36:5, 36:11, 36:23, 36:25, 37:2, 37:8, 37:15, 37:23, 38:3, 38:4, 38:11, 39:17, 39:23, 40:18, 40:20, 41:9, 41:21, 41:23, 42:11, 42:12, 43:10, 44:1, 46:5, 46:22
**THOMAS** [1] - 12:3
**THOSE** [6] - 24:4, 25:23, 34:9, 34:22, 36:15, 44:11
**THOUGH** [2] - 9:6, 47:4

**THOUGHT** [4] - 22:8, 24:3, 24:15, 27:9
**THOUGHTS** [1] - 31:13
**THREW** [1] - 15:22
**THROUGH** [8] - 5:2, 8:10, 10:20, 15:5, 22:16, 29:23, 30:9
**THROWN** [1] - 24:5
**TIME** [25] - 4:16, 11:13, 13:13, 13:17, 15:13, 16:23, 17:4, 19:22, 20:9, 22:23, 24:16, 25:12, 25:25, 28:3, 28:13, 30:17, 31:7, 36:5, 36:8, 37:5, 37:7, 40:19, 41:1, 41:21, 45:25
**TIMES** [3] - 29:20, 32:5, 37:14
**TIMING** [2] - 36:3, 36:14
**TIP** [1] - 26:5
**TITLE** [1] - 9:11
**TO** [325] - 3:19, 5:1, 5:3, 5:4, 5:7, 5:12, 5:13, 5:15, 5:17, 5:19, 5:21, 5:22, 6:4, 6:17, 6:19, 6:22, 6:24, 7:3, 7:18, 8:2, 8:5, 8:16, 8:18, 8:21, 8:22, 9:8, 9:12, 10:5, 10:7, 10:13, 10:18, 11:1, 11:2, 11:3, 11:16, 11:21, 12:2, 12:10, 13:14, 13:20, 13:21, 14:1, 14:6, 14:10, 14:12, 14:17, 14:19, 14:20, 15:7, 15:8, 15:24, 15:25, 16:15, 16:16, 16:17, 16:19, 17:1, 17:2, 17:12, 17:13, 17:19, 17:21, 17:24, 18:10, 18:11, 18:19, 19:1, 19:6, 19:12, 19:14, 19:19, 19:23, 19:24, 20:4, 20:13, 20:17, 20:19, 20:20, 20:25, 21:3, 21:4, 21:5, 21:8, 21:9, 21:12, 21:16, 21:19, 21:20, 21:21, 21:23, 21:24, 22:10, 22:11, 22:12, 22:18, 22:22, 23:1, 23:5, 23:6, 23:9, 23:22, 23:23, 23:24, 24:1, 24:5, 24:6, 24:15, 24:17, 24:20, 24:22, 24:23, 25:2,

25:11, 25:12, 25:14, 25:22, 25:23, 26:2, 26:3, 26:9, 26:14, 26:24, 27:1, 27:10, 27:11, 27:22, 28:3, 28:6, 28:8, 28:22, 29:3, 29:5, 29:6, 29:14, 29:15, 29:18, 29:22, 30:1, 30:4, 30:7, 30:8, 30:9, 30:10, 30:11, 30:14, 30:15, 30:16, 30:21, 31:1, 31:2, 31:3, 31:6, 31:8, 31:13, 31:21, 31:24, 31:25, 32:8, 32:13, 32:18, 32:21, 33:4, 33:5, 33:7, 33:8, 33:9, 33:12, 33:13, 33:14, 33:19, 33:20, 34:2, 34:5, 34:11, 34:13, 34:14, 34:17, 34:18, 34:19, 34:22, 34:23, 35:5, 35:6, 35:7, 35:11, 35:13, 35:18, 35:19, 35:23, 35:24, 36:4, 36:6, 36:9, 36:10, 36:11, 36:17, 36:18, 36:24, 37:6, 37:9, 37:14, 37:16, 37:17, 37:23, 38:2, 38:7, 38:8, 38:12, 38:22, 38:23, 38:25, 39:1, 39:2, 39:3, 39:6, 39:9, 39:13, 39:15, 39:16, 39:19, 39:22, 40:8, 40:14, 40:20, 40:21, 40:25, 41:5, 41:6, 41:8, 41:12, 41:17, 41:23, 42:1, 42:2, 42:3, 42:15, 42:21, 42:22, 42:24, 42:25, 43:1, 43:3, 43:6, 43:17, 43:24, 43:25, 44:3, 44:4, 44:5, 44:9, 44:10, 44:16, 44:17, 44:19, 44:23, 45:1, 45:3, 45:6, 45:9, 45:13, 45:15, 45:17, 45:19, 45:20, 45:22, 45:23, 45:24, 46:1, 46:3, 46:6, 46:7, 46:9, 46:11, 46:15, 46:18, 46:22, 46:24, 46:25, 47:4, 47:5, 47:7, 47:18, 48:3
**TODAY** [7] - 4:19, 6:4, 7:1, 19:8, 19:10, 21:17, 47:12
**TODAY'S** [2] - 46:3,

47:6
**TOLD** [4] - 5:16, 16:4, 16:5, 18:10
**TOM** [1] - 12:5
**TOO** [4] - 13:24, 31:12, 41:8, 47:17
**TOOK** [2] - 15:18, 25:24
**TORMENT** [1] - 24:18
**TOTAL** [2] - 10:3, 46:8
**TOUCH** [1] - 46:9
**TOUGH** [1] - 39:22
**TOWARDS** [2] - 22:20, 22:25
**TRAIKOFF** [1] - 12:5
**TRAINING** [1] - 9:25
**TRANSCRIPT** [2] - 1:23, 48:12
**TRANSCRIPTION** [1] - 1:23
**TRAUMATIC** [1] - 30:10
**TREATMENT** [1] - 44:20
**TRIAL** [2] - 14:6, 36:6
**TRIED** [1] - 24:16
**TRIGGER** [1] - 40:7
**TROUBLE** [3] - 23:13, 23:16, 33:23
**TRULY** [3] - 27:9, 29:11, 33:12
**TRUST** [4] - 9:24, 16:18, 19:25, 27:8
**TRUSTWORTHY** [1] - 27:15
**TRUTH** [2] - 27:14, 28:25
**TRUTHFUL** [2] - 31:13, 45:4
**TRUTHFULLY** [1] - 6:23
**TRY** [5] - 8:6, 26:2, 30:14, 30:15, 38:8
**TRYING** [2] - 32:13, 33:5
**TURN** [1] - 22:1
**TURNED** [1] - 33:2
**TWINGE** [1] - 34:21
**TWO** [18] - 9:21, 9:23, 10:1, 10:6, 10:7, 10:9, 14:5, 16:17, 19:20, 19:21, 19:24, 26:14, 35:22, 43:4, 43:20, 47:7
**TWO-LEVEL** [1] - 19:21
**TWO-POINT** [2] - 19:20, 19:24
**TWO-YEAR** [1] - 43:4
**TYING** [1] - 35:24

**TYPE** [1] - 28:9

---

# U

**U.S** [4] - 2:7, 3:23, 6:4, 46:10
**ULTIMATELY** [12] - 6:16, 6:17, 6:24, 17:22, 18:10, 20:1, 37:1, 37:12, 37:15, 37:18, 37:25, 40:24
**UNCOMFORTABLE** [2] - 30:19, 34:20
**UNCOMMON** [1] - 17:14
**UNCONTESTED** [1] - 9:6
**UNDER** [4] - 37:4, 42:11, 44:13, 45:14
**UNDERSTAND** [8] - 17:5, 22:10, 25:5, 27:3, 30:10, 42:3, 47:9, 47:10
**UNDERSTANDING** [2] - 8:24, 16:23
**UNDERSTANDS** [1] - 16:15
**UNEMPLOYED** [1] - 25:11
**UNFORTUNATELY** [1] - 29:23
**UNIQUE** [2] - 5:4, 16:21
**UNITED** [6] - 1:1, 1:3, 1:15, 3:15, 9:11, 46:7
**UNLESS** [2] - 21:1, 45:9
**UNPAID** [1] - 46:9
**UNPLEASANT** [1] - 17:2
**UNQUANTIFIABLE** [1] - 39:18
**UNREQUITED** [1] - 27:20
**UNTIL** [1] - 46:4
**UNWAVERING** [1] - 27:8
**UP** [28] - 4:5, 8:4, 10:5, 11:14, 15:3, 17:3, 18:10, 20:15, 22:17, 23:6, 23:8, 25:17, 25:21, 30:2, 32:7, 32:12, 34:5, 34:12, 34:13, 36:7, 39:5, 39:22, 42:2, 43:16, 45:8, 45:19, 47:15, 47:17
**URGENT** [3] - 6:16, 27:13, 33:21

URINALYSIS [1] - 44:17
US [2] - 9:12, 17:8
USE [6] - 17:16, 17:17, 26:24, 38:23, 40:3, 40:7
USED [6] - 14:16, 17:15, 24:2, 26:2, 26:22, 34:3
USING [2] - 9:9, 44:18

## V

VAGUE [1] - 23:2
VALUE [2] - 35:21, 37:24
VALVE [1] - 19:20
VARIANCE [6] - 7:9, 15:11, 16:19, 20:2, 20:22, 40:10
VARIOUS [3] - 8:9, 8:10
VENTURE [1] - 27:1
VERSUS [1] - 1:5
VERY [35] - 3:25, 4:1, 4:20, 4:23, 5:11, 8:1, 8:3, 10:4, 11:1, 12:17, 13:11, 14:13, 14:23, 15:4, 17:14, 17:17, 18:3, 21:2, 21:7, 23:5, 25:14, 28:8, 28:19, 31:15, 37:22, 38:20, 39:2, 39:5, 39:14, 40:10, 41:7, 41:10, 41:20, 47:18, 48:6
VEST [1] - 15:20
VESTS [1] - 23:20
VICTIMS [1] - 33:17
VIEW [3] - 22:16, 38:24, 41:15
VIOLATION [1] - 9:11
VISCERALLY [1] - 30:8
VOCATIONAL [1] - 42:4
VOLUNTARY [1] - 46:20

## W

WAIT [2] - 23:8, 47:6
WAITING [2] - 24:22, 31:3
WAIVE [1] - 46:5
WAIVED [1] - 46:7
WAKE [2] - 23:6, 23:8
WANT [9] - 5:18, 21:16, 21:23, 26:9, 31:6, 35:13, 38:22,

42:3, 45:1
WANTED [3] - 22:18, 29:6, 32:16
WARRANT [1] - 13:22
WAS [64] - 6:15, 6:16, 6:25, 7:12, 7:13, 12:13, 13:22, 13:24, 14:1, 14:13, 15:2, 15:13, 15:15, 15:17, 15:25, 16:2, 16:4, 16:5, 16:9, 16:14, 22:10, 23:18, 23:21, 23:25, 24:2, 24:3, 24:15, 24:18, 25:8, 25:9, 25:11, 25:12, 25:13, 26:21, 27:7, 27:8, 28:10, 31:22, 32:25, 33:7, 34:4, 34:5, 34:6, 34:11, 34:25, 35:1, 35:22, 36:3, 36:4, 36:6, 36:7, 36:9, 36:11, 36:13, 36:23, 36:25, 37:1, 40:16, 40:18, 46:20
WASN'T [1] - 31:12
WASTE [1] - 17:4
WASTED [1] - 39:20
WATCHED [1] - 45:18
WAVE [2] - 23:6, 23:9
WAY [14] - 8:2, 8:11, 11:6, 11:12, 11:19, 11:23, 17:9, 17:10, 19:1, 28:15, 30:4, 37:9, 40:12, 46:6
WAYS [1] - 16:4
WE [31] - 3:11, 4:5, 4:19, 5:25, 7:1, 7:9, 7:24, 8:8, 9:8, 9:10, 9:14, 10:5, 10:25, 11:4, 12:14, 15:8, 15:9, 16:17, 17:9, 18:22, 24:16, 24:17, 26:14, 31:8, 36:7, 38:9, 39:2, 40:25, 47:12, 48:3, 48:8
WEEKS [2] - 36:7, 47:7
WEIGHT [1] - 9:15
WEIGHTS [1] - 9:15
WELCOME [2] - 19:14, 31:16
WELL [9] - 4:19, 6:15, 15:4, 20:13, 23:5, 31:19, 36:11, 38:21, 43:4
WENT [2] - 10:20, 14:6
WERE [15] - 8:22, 9:21, 14:4, 14:6, 14:25, 16:1, 16:4,

18:23, 20:4, 23:13, 23:15, 23:19, 25:23, 29:20, 33:21
WHAT [57] - 4:19, 5:1, 5:8, 5:20, 7:21, 8:18, 10:5, 10:25, 11:14, 11:17, 13:2, 13:13, 14:17, 16:10, 18:11, 21:8, 22:21, 22:24, 23:2, 23:5, 24:12, 24:18, 25:5, 25:13, 26:6, 27:7, 28:5, 29:1, 29:23, 30:6, 30:10, 31:18, 32:3, 32:8, 32:23, 33:5, 33:15, 33:20, 33:24, 34:11, 34:13, 34:17, 34:24, 34:25, 35:10, 38:3, 39:6, 39:7, 40:25, 42:10, 47:4, 47:12, 47:20
WHAT'S [1] - 23:14
WHATEVER [5] - 21:14, 34:16, 37:13, 38:23, 45:11
WHEN [23] - 11:13, 13:12, 14:11, 15:16, 15:18, 17:15, 20:23, 23:12, 23:15, 23:24, 24:4, 24:6, 25:9, 25:12, 27:9, 27:11, 28:14, 32:5, 34:2, 34:4, 36:5, 39:21, 44:6
WHENEVER [1] - 28:12
WHERE [16] - 5:17, 15:4, 15:20, 19:7, 21:12, 24:1, 25:16, 26:17, 26:25, 33:21, 38:13, 41:3, 42:14, 43:8, 46:10, 46:16
WHETHER [3] - 36:6, 45:19, 45:21
WHICH [11] - 6:3, 7:6, 9:13, 9:18, 11:17, 15:7, 20:6, 40:8, 41:1, 42:7, 44:2
WHILE [9] - 15:8, 16:17, 18:22, 24:21, 36:3, 43:20, 44:11, 45:17, 46:9
WHIMSY [1] - 8:17
WHO [30] - 5:12, 8:7, 12:1, 14:16, 14:18, 14:25, 15:1, 16:22, 17:3, 18:23, 18:25, 19:4, 19:7, 20:12, 21:19, 21:21, 22:17, 22:18, 24:15, 25:23,

26:2, 27:8, 28:12, 29:3, 29:22, 30:20, 32:3, 35:24, 41:19, 42:3
WHOLLY [1] - 11:2
WHOM [1] - 29:14
WHY [6] - 4:5, 6:11, 11:18, 15:11, 34:16, 43:16
WILL [45] - 3:10, 3:11, 4:5, 4:23, 5:16, 5:17, 5:23, 5:24, 6:8, 7:3, 7:9, 9:4, 11:4, 13:5, 15:15, 19:2, 22:13, 22:20, 26:1, 27:18, 28:2, 31:7, 31:10, 31:25, 32:3, 32:9, 32:13, 35:10, 36:7, 37:7, 37:12, 37:13, 39:15, 40:2, 40:11, 43:5, 43:25, 44:3, 44:16, 44:22, 45:3, 46:3, 46:5, 47:2
WINTER [1] - 48:4
WISE [1] - 10:13
WISH [5] - 5:22, 29:21, 34:5
WISHES [2] - 19:11, 19:17
WITH [70] - 6:9, 6:16, 6:19, 6:22, 7:21, 8:10, 8:14, 9:8, 9:10, 10:18, 11:18, 11:23, 13:17, 13:19, 14:1, 14:8, 14:12, 15:6, 15:15, 15:17, 15:21, 16:6, 16:13, 16:21, 19:6, 20:12, 20:13, 20:15, 20:20, 20:23, 23:19, 24:4, 24:16, 25:13, 25:17, 25:20, 25:21, 27:11, 28:9, 28:10, 30:2, 30:19, 31:22, 32:1, 32:10, 33:15, 34:9, 34:25, 35:4, 35:12, 35:18, 35:20, 37:3, 38:5, 39:3, 39:16, 39:22, 41:23, 43:1, 43:25, 44:15, 44:23, 45:12, 46:10, 46:15
WITHDRAW [1] - 17:9
WITHDRAWN [1] - 14:6
WITHIN [2] - 46:2, 47:6
WITHOUT [1] - 27:18
WITNESSES [1] - 11:22
WON'T [2] - 14:15,

47:7
WORD [3] - 5:21, 24:1, 24:5
WORDS [3] - 8:13, 22:14, 28:14
WORK [13] - 11:20, 14:1, 14:15, 14:19, 20:20, 24:17, 30:17, 31:21, 33:21, 40:13, 43:1, 45:20, 45:21
WORKDAY [1] - 25:4
WORKED [4] - 15:1, 16:13, 27:13, 46:15
WORKER [2] - 30:19, 30:22
WORKERS [5] - 18:25, 19:11, 27:16
WORKING [4] - 13:25, 14:12, 15:6, 15:15, 15:17, 19:6, 20:12, 27:8, 30:1, 33:22, 37:6
WORKS [3] - 11:6, 19:7, 21:14
WORLD [3] - 25:3, 32:3, 45:17
WORST [3] - 24:25, 25:19, 29:15
WORTH [2] - 19:22, 29:2
WOULD [40] - 8:22, 9:16, 10:1, 10:21, 11:2, 13:18, 16:7, 20:3, 20:6, 20:24, 21:2, 21:11, 22:8, 22:21, 23:1, 23:25, 24:25, 25:6, 27:1, 27:7, 30:25, 32:24, 33:8, 33:11, 33:25, 34:10, 34:13, 35:2, 35:13, 36:1, 36:16, 41:1, 41:19, 43:7, 44:4, 44:5, 44:24, 45:11, 45:13, 46:16
WRITE [1] - 32:24
WRITER [1] - 33:3
WRITERS [1] - 33:4
WRITING [3] - 31:1, 32:25, 44:3
WRITTEN [1] - 20:12
WRONG [4] - 16:15, 23:21, 35:1, 35:3
WROTE [1] - 19:18

## Y

YEAH [3] - 29:11, 32:12, 32:17
YEAR [8] - 16:8, 20:17, 25:11, 26:19,

29:15, 43:4, 43:6
**YEARLY** [1] - 44:24
**YEARS** [25] - 8:5,
10:22, 13:15, 13:22,
14:21, 21:18, 22:15,
22:22, 23:11, 24:17,
26:4, 26:6, 26:14,
26:22, 27:12, 28:22,
29:20, 30:14, 31:12,
31:22, 37:3, 42:14,
43:20
**YES** [12] - 6:13, 7:5,
7:20, 7:23, 9:3, 11:9,
12:16, 12:19, 12:21,
13:4, 13:8, 32:20
**YOU** [214] - 3:6, 3:10,
3:25, 4:5, 4:6, 4:10,
4:20, 4:22, 5:2, 5:3,
5:15, 5:16, 5:17,
5:18, 5:20, 5:21,
5:22, 5:23, 6:11,
6:14, 7:18, 7:21,
8:21, 9:19, 9:21,
9:24, 10:4, 10:5,
10:8, 10:15, 10:16,
10:17, 11:5, 11:13,
11:14, 11:15, 11:19,
12:1, 12:17, 13:12,
13:16, 14:18, 14:19,
14:20, 14:21, 17:8,
18:18, 19:1, 21:2,
21:4, 21:5, 21:6,
21:8, 21:9, 21:11,
21:16, 22:9, 22:12,
22:16, 23:7, 23:12,
23:13, 23:15, 24:10,
24:16, 25:5, 25:10,
25:11, 26:5, 26:18,
26:23, 27:15, 28:14,
28:17, 28:18, 28:20,
29:6, 29:13, 29:17,
30:1, 30:3, 30:7,
30:9, 30:12, 31:15,
31:16, 31:18, 31:24,
32:4, 32:15, 32:22,
32:23, 33:10, 33:21,
33:23, 34:2, 34:11,
34:13, 34:14, 34:15,
34:18, 34:19, 34:22,
34:23, 35:2, 35:3,
35:5, 35:10, 35:12,
35:13, 35:15, 35:17,
36:16, 36:20, 37:10,
38:15, 38:20, 38:23,
40:2, 40:3, 40:24,
41:14, 41:17, 41:19,
42:10, 42:11, 42:16,
42:22, 42:25, 43:1,
43:6, 43:16, 43:20,
43:21, 43:22, 43:23,
43:24, 44:2, 44:4,

44:6, 44:11, 44:14,
44:16, 44:18, 44:19,
44:22, 45:3, 45:6,
45:7, 45:11, 45:12,
45:15, 45:17, 45:19,
45:21, 45:22, 45:24,
46:2, 46:3, 46:6,
46:9, 46:11, 46:13,
46:19, 46:20, 46:21,
46:23, 46:25, 47:1,
47:2, 47:4, 47:6,
47:9, 47:11, 47:14,
47:18, 47:21, 47:24,
48:4, 48:6
**YOU'RE** [2] - 11:16,
34:20
**YOU'VE** [1] - 46:18
**YOUNG** [1] - 32:14
**YOUR** [134] - 3:3, 3:4,
3:10, 3:12, 3:15,
3:17, 3:23, 3:25, 4:7,
4:11, 4:18, 4:21, 5:2,
5:16, 5:20, 6:1, 6:5,
6:8, 6:13, 6:14, 7:4,
7:5, 7:20, 8:7, 8:19,
8:21, 9:2, 9:3, 9:10,
9:15, 9:20, 9:24,
9:25, 10:5, 10:8,
10:9, 10:11, 10:15,
11:3, 11:7, 11:9,
11:12, 11:17, 11:20,
11:21, 11:25, 12:13,
12:19, 12:21, 13:1,
13:7, 13:9, 13:11,
13:20, 14:3, 14:7,
15:22, 16:25, 17:6,
18:3, 18:7, 18:14,
18:20, 18:21, 19:10,
19:12, 19:15, 20:10,
20:23, 21:5, 21:6,
21:10, 21:11, 21:15,
22:13, 25:6, 26:3,
27:5, 28:15, 28:18,
28:20, 29:6, 29:8,
30:12, 31:5, 31:18,
32:20, 32:23, 33:20,
33:22, 34:14, 34:18,
35:6, 35:17, 35:18,
36:20, 37:11, 38:18,
38:19, 41:19, 41:24,
42:1, 42:4, 42:5,
42:9, 42:20, 42:25,
43:1, 43:12, 43:15,
44:3, 44:6, 44:10,
44:24, 45:1, 46:8,
46:15, 46:19, 47:3,
47:7, 47:10, 47:13,
47:14, 47:15, 47:20,
47:23, 47:24, 48:1,
48:6

**YOURSELF** [7] - 5:2,
15:22, 34:2, 34:12,
34:13, 44:18, 47:17

## Z

**ZERO** [5] - 10:6,
10:16, 23:19, 40:14,
41:2
**ZONE** [1] - 40:25