IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**   :

           v.   :   **Criminal No.**

              :

**PRAECIPE TO SATISFY FINANCIAL JUDGMENT**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA AT PHILADELPHIA:

    Please mark as satisfied the criminal monetary penalties portion of the criminal judgment entered in the above-captioned case. This Praecipe applies only to any special assessment, restitution, and criminal fine obligation entered against the above-named defendant.

                        DAVID METCALF
                        United States Attorney

                        LAUREN R. BAER
                        Assistant United States Attorney
                        Pennsylvania Bar Id. No. 307042
                        615 Chestnut Street
                        Suite 1250
                        Philadelphia, PA 19106-4476
                        (215) 861-8200